| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | FILED |
|---|---|---|
| Louis A. Coffelt, Jr.<br>General Deliver<br>6771 Warner Avenue<br>Huntington Beach, CA 92647<br>Phone: (657) 456-3112<br>Pro Se | | 2019 JUL 10 PM 1:42<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>RIVERSIDE<br>BY _____ |

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Louis A. Coffelt, Jr.<br>Plaintiff(s)<br>v.<br>Andrew Anagnost, et. al.,<br>Defendant(s) | CASE NUMBER:<br>SACV 19-1351 JVS (DFMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for         Louis A. Coffelt, Jr.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Louis A. Coffelt, Jr. | Plaintiff |

July 10, 2019
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Louis A. Coffelt, Jr.