UNITED STATES DISTRICT COURT
for the Central District of California

Louis A. Coffelt, Jr., )
    plaintiff, )
    -v- )
Andrew Anagnost, defendant, )
Pascal W. Di Fronzo, defendant, )
Autodesk, Inc., defendant, )
Sony Pictures Imageworks, defendant, )
Sony Corporation of America, defendant, )
Larry Gritz, defendant. )
)

Civil Action No. SACV 19-1351 JVS (DFMx)



## SUMMONS IN A CIVIL ACTION

**TO:** Andrew Anagnost, 111 McInnis Parkway, San Rafael, CA 94903.
Pascal W. Di Fronzo, 111 McInnis Parkway, San Rafael, CA 94903.
Autodesk, Inc., 111 McInnis Parkway, San Rafael, CA 94903.
Sony Pictures Imageworks, 9050 W. Washington Blvd, Culver City, CA 90232
Sony Corporation of America, 25 Madison Avenue, New York City, New York, 10010-3685.
Larry Gritz, 9050 W. Washington Blvd, Culver City, CA 90232.

    A lawsuit has been filed against you.
    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an Officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Louis A. Coffelt, Jr.
    General Delivery
    6771 Warner Avenue
    Huntington Beach, CA 92647
    email: Louis.Coffelt@gmail.com
    Phone: (657) 456-3112

    If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

CLERK OF COURT

L. MURRAY

Date: JUL 10 2019

Signature of Clerk or Deputy Clerk