| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| RICHARD S.J. HUNG (State Bar No. 197425) rhung@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105 Telephone: (415) 268-7000 | |
| ATTORNEY(S) FOR: Autodesk, Andrew Anagnost, Pascal Di Fronzo | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Louis A. Coffelt, Jr. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:19-cv-01351 JVS (DFMx) |
| v. | |
| Andrew Anagnost, Pascal W. Di Fronzo, Autodesk, Inc., Sony Pictures Imageworks, Sony Corporation of America, Larry Gritz | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Autodesk, Inc., Andrew Anagnost, Pascal W. Di Fronzo   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Autodesk, Inc. | Defendant - Autodesk, Inc. (a Delaware corporation) has no parent company, and no other publicly held corporation owns 10% or more of its stock. |
| Andrew Anagnost | Defendant |
| Pascal W. Di Fronzo | Defendant |

| July 30, 2019 | /s/ Richard S.J. Hung |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Autodesk, Inc., Andrew Anagnost, Pascal W. Di Fronzo

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017-3543, in accordance with Morrison & Foerster's ordinary business practices:

Louis A. Coffelt, Jr.
6771 Warner Avenue
Huntington Beach, CA 92647

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 30th day of July, 2019.

| Elsa Laris | /s/ Elsa Laris |
|---|---|
| (typed) | (signature) |

Certificate of Service