1   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105
    Telephone:   (415) 268-7000
4   Facsimile:   (415) 268-7522

5   BITA RAHEBI (CA SBN 209351)
    brahebi@mofo.com
6   ROSE LEE (CA SBN 294658)
    roselee@mofo.com
7   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
8   Los Angeles, CA  90017-3543
    Telephone:   (213) 892-5428
9   Facsimile:   (213) 892-5454

10  Attorneys for Autodesk, Inc.

11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

15  LOUIS A. COFFELT, JR.,                  Case No.:  8:19-cv-01351-JVS-DFM

16                  Plaintiff,              **DEFENDANT AUTODESK, INC.'S
                                            NOTICE OF RELATED CASE**
17         v.                               **(L.R. 83-1.3.1)**

18

19  AUTODESK, INC., a Delaware
    Corporation,
20
                    Defendant.
21

22

23

24

25

26

27

28

la-1422763

1    **PLEASE TAKE NOTICE** that pursuant to Local Rule 83-1.3.1, the

2    undersigned counsel of record for Defendant Autodesk, Inc. ("Autodesk") certifies

3    that they are aware of a related action previously filed and appealed from the

4    United States District Court for the Central District of California, captioned

5    *Louis A. Coffelt, Jr. v. Autodesk, Inc.*, No. 5:17-cv-01684-FMO-SHK ("Related

6    Action"), before the Honorable Fernando M. Olguin.

7    **I.       THE ACTIONS ARE CLOSELY RELATED**

8            Under Local Rule 83.1.3.1, civil cases are related if they:  "(a) arise from the

9    same or closely related transaction, happening, or event; (b) call for determination

10   of the same or substantially related or similar questions of law and fact; or (c) for

11   other reasons would entail substantial duplication of labor if heard by different

12   judges."  C.D. Cal. L.R. 83-1.3.1(a)-(c).

13   **A.       The Actions Arise From the Same Transaction, Happening, or
             Event (L.R. 83-1.3.1(a))**

14

15           Mr. Coffelt's complaint in this action alleges that he owns the copyright to

16   certain source code entitled "CAD Reflective Intensity," Registration

     No. TXu 002049564.  (Complaint, ECF No. 1 ("Compl.") ¶ 22, Exs. 101 & 101.)

17   He further alleges that Autodesk and two of its executives—Andrew Anagnost and

18   Pascal W. Di Fronzo—somehow infringe Mr. Coffelt's copyright through

19   Autodesk's use of Sony Pictures Imageworks' OSL program in Autodesk's

20   products.  (*Id.* ¶¶ 38-43.)  Mr. Coffelt claims that he sent a copy of his source code

21   to Autodesk executive Carl Bass in April 2017 via email and U.S. mail, followed

22   by another email in June 2017, with the objective of "notify[ing] Autodesk to cease

23   and desist from the alleged copyright infringement."  (*Id.* ¶¶ 14, 24-25.)

24           Similarly, Plaintiff's Second Amended Complaint in the prior Related Action

25   also claimed that Autodesk infringed "CAD Reflective Intensity," Registration

26   No. TXu 002049564.  (*See* Case No. 5:17-cv-01684-FMO-SHK, Second Amended

27   Complaint, ECF No. 35, ¶¶ 118, 128, 138.)  As in this Action, Autodesk's alleged

28

1

infringement stemmed from the use of Sony Pictures Imageworks' OSL program in Autodesk's products.  (*Id.* ¶¶ 20-22, 25-26, 67-72, 81-96.)  Furthermore, Autodesk allegedly contributed to and was vicariously liable for copyright infringement because Mr. Coffelt wrote Autodesk executives, including Carl Bass, in April and June 2017 with cease and desist letters regarding the alleged copyright infringement.  (*Id.* ¶¶ 31-32, 95-103.)  The same letters are at issue in this Action.

Because this Action and the Related Action involve the same copyright (Registration No. TXu 002049564) and the same happenings and events, the first prong of the related case analysis is satisfied.

**B.     The Actions Call for the Same or Substantially Related or Similar Questions of Law or Fact (L.R. 83-1.3.1(b))**

In both this Action and the Related Action, Mr. Coffelt asks the Court to find that Sony Pictures Imageworks' OSL program copies Mr. Coffelt's copyrighted work, "CAD Reflective Intensity," Registration No. TXu 002049564, and that Autodesk and its executives contribute to and are vicariously liable for copyright infringement.  (*Compare* Compl. ¶¶ 81-102 *with* Case No. 5:17-cv-01684-FMO-SHK, Second Amended Complaint, ECF No. 35, ¶¶ 125-144.)  The Court's determination calls for the same questions of law and fact as the Related Action, including:

- Whether Mr. Coffelt plausibly alleges access to his copyrighted work;
- Whether there is copying of Mr. Coffelt's copyrighted work in Sony Pictures Imageworks' OSL program; and
- Whether Mr. Coffelt's copyright infringement claims are based on OSL's alleged use of unprotectable ideas.

The second prong of the related case analysis is therefore satisfied.

**C.     The Actions Would Entail Substantial Duplication of Labor if Heard by Different Judges (L.R. 83-1.3.1(c))**

In addition to addressing Mr. Coffelt's numerous motions and filings, The Honorable Fernando M. Olguin has already granted Autodesk's two motions to

la-1422763

1   dismiss in the Related Action (Case No. 5:17-cv-01684-FMO-SHK, ECF Nos. 29

2   & 69), as well as declared Mr. Coffelt's appeal of the dismissal to the Ninth Circuit

3   as frivolous (*id.*, ECF No. 78).  Consequently, Judge Olguin is extremely familiar

4   with the nature of Mr. Coffelt's claims for copyright infringement, the many facts

5   common to both actions, and Mr. Coffelt himself.  Thus, if this action were heard

6   by a different judge, there would be a substantial duplication of labor.

7   **II.     CONCLUSION**

8          Mr. Coffelt's latest *pro se* lawsuit is merely a repeat of his prior,

9   unsuccessful lawsuit before Judge Olguin involving the same copyrighted work,

10  factual allegations, and technology.  Accordingly, Autodesk submits that this action

11  and the Related Action are related under Local Rule 83-1.3.1, and that transfer of

12  this case to the Honorable Fernando M. Olguin is proper.

13

14  Dated:     July 30, 2019                    By:     */s/ Richard S.J. Hung*
                                                        Richard S.J. Hung
15
                                                MORRISON & FOERSTER LLP
16                                              Attorneys for Defendant
                                                AUTODESK, INC.
17

18

19

20

21

22

23

24

25

26

27

28

3

1

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

2

3       I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 707 Wilshire Boulevard, Los Angeles, California  90017-3543; I am not a party to the within
cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's

4   practice for collection and processing of correspondence for mailing with the United States Postal
Service and know that in the ordinary course of Morrison & Foerster's business practice the

5   document described below will be deposited with the United States Postal Service on the same
date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and

6   mailing.

7       I further declare that on the date hereof I served a copy of:

8   **DEFENDANT AUTODESK, INC.'S NOTICE OF
RELATED CASE (L.R. 83-1.3.1)**

9

10  on the following by placing a true copy thereof enclosed in a sealed envelope addressed as
follows for collection and mailing at Morrison & Foerster LLP, 707 Wilshire Boulevard, Los
Angeles, California  90017-3543, in accordance with Morrison & Foerster's ordinary business

11  practices:

12      Louis A. Coffelt, Jr.
General Delivery

13      6771 Warner Avenue
Huntington Beach, CA  92647

14

     I declare under penalty of perjury that the above is true and correct.

15

     Executed at Los Angeles, California, this 30th day of July, 2019.

16

17

18

19
_____              _____
Elsa Laris                                      /s/ Elsa Laris

20          (typed)                                   (signature)

21

22

23

24

25

26

27

28

4