1  Louis A. Coffelt, Jr.
2  General Delivery
3  email: Louis.Coffelt@gmail.com
4  6771 Warner Avenue
5  Huntington Beach, CA 92647
6  Phone: (657) 456-3112
7  *Pro Se*

FILED

2019 AUG -6 PM 1:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

8              UNITED STATES DISTRICT COURT
9              for the Central District of California

10 Louis A. Coffelt, Jr.,                          )
11         plaintiff,                              )   Case No.  8:19-cv-01351   JVS - DFM
12         -v-                                     )
13 Andrew Anagnost, defendant,                     )
14 Pascal W. Di Fronzo, defendant,                 )   Date: September 9, 2019
15 Autodesk, Inc., defendant,                      )   Time: 1:30 p.m.
16 Sony Pictures Imageworks, defendant,            )   Courtroom: 10C
17 Sony Corporation of America, defendant,         )   Hon. James V. Selna
18 Larry Gritz, defendant.                         )
19 _____                  )
20

21       NOTICE OF MOTION; AND MOTION TO STRIKE DEFENDANT
22       AUTODESK, INC'S NOTICE OF RELATED CASES  (Dkt. No. 11)
23
24

25 **TO:** Defendants, Andrew Anagnost, Pascal W. Di Fronzo, Autodesk, Inc.:
26        PLEASE TAKE NOTICE that on Monday September 9 at 1:30 p.m. or as soon
27 thereafter as the matter may be heard before the Honorable James V. Selna, in Courtroom 10C of the
28 United States District Court of the Central District of California, located at 411 West 4th Street, Room

1053, Santa Ana, CA 92701, Plaintiff Louis A. Coffelt, Jr. (Coffelt), hereby moves the Court for an Order to Strike Defendant Autodesk, Inc.'s Notice of Related Cases (Dkt. No. 11).

This Motion is based on this Notice of Motion and the Memorandum of Points and Authorities, the pleadings, records, and files in this action, and such other written or oral arguments as may be presented at or before the time this Motion is taken under submission by the Court.

## Authorities

Fed. R. Civ. P. 11(b)(1)

## MEMORANDUM OF POINTS AND AUTHORITIES

### Introduction

Defendants Andrew Anagnost, Pascal W. Di Fronzo, Autodesk, Inc. (Defendants) have intentionally filed incorrect facts in order to mislead this Court.

On July 30, 2019, Defendants filed Defendant Autodesk Inc.'s Notice of Related Case (Dkt. No 11) (Notice). Defendant's Notice contains incorrect facts in violation of Fed. R. Civ. P.

For these reasons, and those following, Plaintiff, Louis A. Coffelt, Jr. (Coffelt) requests the Court to strike Defendant's Notice from the record of this case.

Defendants filed their Notice for the improper purpose of misleading this Court in violation of Fed. R. Civ. P. 11(b)(1).

## I. DEFENDANTS FILED NOTICE FOR AN IMPROPER PURPOSE

The Complaint 8:19-cv-01351 JVS - DFM (Dkt. No. 1) (Complaint) contains explicit notice of the basis for this action is events after closing of the previous complaint.

*("13. The present complaint is based on allegations that after November 13, 2018, defendants have executed acts of copyright infringement.")*

See Complaint, ¶ 13.

The Complaint contains 14 additional notice that the Complaint is based on events After November 13, 2018. See Complaint, ¶¶ 33, 36, 37, 54, 55, 64, 65, 74, 75, 84, 85, 95, 96, 97.

In *Louis A. Coffelt, Jr. v. Autodesk, Inc.*, No. 5:17-cv-01684 FMO-SHK (Previous Case) the Court did not make any ruling on "CAD Reflective Intensity" Registration No. TXu002049564. Furthermore, Autodesk did not file any arguments directed to TXu002049564. The entire litigation in the Previous Case was directed to *"Photorealistic Surface Shading by Reflective Intensity 2017"* U.S. registration No. TX0008447381.

> *For example, Mr. Coffelt complains that Autodesk did not address his infringement allegations for each and every one of his copyrighted works, but only Copyright No. TX-8-447-381. (Dkt. No. 42 at 7.) Mr. Coffelt ignores that he only attempted to provide an explanation for that copyrighted work (Dkt. No. 35 at Ex. 121), but merely listed the copyright numbers for his other works (id. at ¶¶ 115-180). As Autodesk explained in its Opening Brief, Mr. Coffelt's mere listing of those copyright numbers does not state a claim. (Dkt. No. 39 at 16 n.4.)*

See Previous Case, Dkt. No. 48, p. 10.

Defendant's Notice incorrectly and deceptively allege that the Complaint is based on the same events. *See* Notice, p 1,2.

In the Previous Case Defendants argued that the Second Amended Complaint merely listed TXu002049564. Now, in this case, Defendants contend the previous case was primarily directed to TXu002049564. Comparing Previous Case Dkt. No 48, p. 10 to Defendant's Notice p. 1,2 confirms Defendant deceptive intent.

For the foregoing reasons, Defendants have intentionally filed contentions for the improper purpose of deceiving this Court.

**RELIEF**

For the foregoing reasons, Plaintiff Coffelt requests the Court to strike Defendant Autodesk, Inc.'s Notice of Related Case (Dkt. No. 11) from the record of this case.

Date: August 6, 2019          By: _____

Louis A. Coffelt, Jr. (*Plaintiff, Pro Se*)

# CERTIFICATE OF SERVICE

I, Louis A. Coffelt, Jr., (Coffelt) hereby certify that on the 6th day of August, 2019, Coffelt caused to be served one copy of the foregoing document

**NOTICE OF MOTION; AND MOTION TO STRIKE DEFENDANT AUTODESK, INC'S NOTICE OF RELATED CASES** (Dkt. No. 11) by U.S. mail, postage prepaid, to the following attorneys of record:

RICHARD S.J. HUNG (CA SBN 197425)

rhung@mofo.com

MORRISON & FOERSTER LLP

425 Market Street

San Francisco, California 94105

Telephone: (415) 268-7000

Facsimile: (415) 268-7522

Date: August 6, 2019           By: _____

                                Louis A. Coffelt, Jr.

                                Plaintiff

                                Pro Se