Name: Louis A. Coffelt, Jr.
Address: 6771 Warner Avenue
Huntington Beach, CA 92647
Phone Number: (657) 456-3112
E-mail Address: Louis.Coffelt@gmail.com
Pro Se

*Original*

FILED
2019 AUG -6 PM 3:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Louis A. Coffelt, Jr, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV-19-1351 JVS (DFMx) |
| v. | |
| Andrew Anagnost, et. al., | APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

As the (Plaintiff/Defendant) **Plaintiff** ▼ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 8-6-2019        Signature: _____

CV-005 (12/15)        APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING

## CERTIFICATE OF SERVICE

I, Louis A. Coffelt, Jr., (Coffelt) hereby certify that on the 6th day of August, 2019, Coffelt caused to be served one copy of the foregoing document

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** by U.S. mail, postage prepaid, to the following attorneys of record:

RICHARD S.J. HUNG (CA SBN 197425)

rhung@mofo.com

MORRISON & FOERSTER LLP

425 Market Street

San Francisco, California 94105

Telephone: (415) 268-7000

Facsimile: (415) 268-7522

Date: August 6, 2019　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　Louis A. Coffelt, Jr.

　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　Pro Se