

FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis A Coffelt, Jr | **CASE NUMBER**<br><br>SACV 19-01351JVS(DFMx) |
| v.<br><br>**PLAINTIFF(S)** | |
| Andrew Anagnost, et al | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| **DEFENDANT(S)** | |

IT IS ORDERED that the Application for Permission for Electronic Filing by _Louis A Coffelt, Jr_

_____ is hereby:

☑ GRANTED

    Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _8. 7. 19_

_____
United States District/Magistrate Judge

JAMES V. SELNA

☐ DENIED

_Comments:_

Dated: _____

_____
United States District/Magistrate Judge