# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis A. Coffelt, Jr.,<br><br>v.<br>PLAINTIFF(S)<br><br>Andrew Anagnost,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:19-cv-01351-JVS-DFM<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 19-03<br>(RELATED CASES)** |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____        _____
Date                                                  United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

See attached.

_____

_____

_____

August 12, 2019                                  /s/ Fernando M. Olguin
_____        _____
Date                                                  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:17-cv-01684-FMO-SHK   and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (03/19)         ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)

Attachment to Form CV-34A
**Louis A Coffelt, Jr. v. Andrew Anagnost, et al.**
Case No. SA CV 19-1351 JVS (DFMx)

  Case No. SA CV 19-1351 JVS (DFMx) and Case No. ED CV 17-1684 FMO (SHKx) do not appear to be closely related, nor do they call for the determination of substantially similar or related questions of fact. The cases do not involve identical defendants and the time period of the complained-of conduct differs, *i.e.*, the factual circumstances and defenses will necessarily be different.