UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-1351 JVS (DFMx) | Date | August 29, 2019 |
| Title | Louis A. Coffelt Jr. v. Andrew Anagnost, et al. | | |

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                         Not Present

**Proceedings:**   [IN CHAMBERS] Order Regarding Motion to Strike Related Case

On August 6, 2019, Plaintiff Louis A. Coffelt, Jr. ("Coffelt") filed a motion to strike a related case noticed by Defendant Autodesk, Inc. (Mot., Dkt. No. 14.) On August 12, 2019, Judge Fernando M. Olguin denied transfer of the case, stating that "Case No SACV 19-1351 JVS (DFMx) and Case No. EDCV17-1684 FMO (SHKx) do not appear to be closely related, nor do they call for the determination of substantially similar or related questions of fact. The cases do not involve identical defendants and the time period of the complained-of conduct differs." (Order, Dkt. No. 17.)

In light of Judge Olguin denying transfer of the case, Coffelt's motion to strike the related case is denied as moot. The Court finds that oral argument would not be helpful in this matter, and the September 9, 2019 hearing is vacated. Fed. R. Civ. P. 78; L.R. 7-15.

**IT IS SO ORDERED.**

|  |  : | 0 |
|---|---|---|
| **Initials of Preparer** | **lmb** | |