1   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105
    Telephone:  (415) 268-7000
4   Facsimile:    (415) 268-7522

5   BITA RAHEBI (CA SBN 209351)
    brahebi@mofo.com
6   ROSE S. LEE (CA SBN 294658)
    roselee@mofo.com
7   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
8   Los Angeles, CA  90017-3543
    Telephone:  (213) 892-5428
9   Facsimile:    (213) 892-5454

10  Attorneys for Autodesk, Inc., Andrew
    Anagnost, and Pascal W. Di Fronzo
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15  LOUIS A. COFFELT, JR.,                    Case No.:  8:19-cv-01351-JVS-DFM

16              Plaintiff,                    **DECLARATION OF RICHARD
                                              S.J. HUNG IN SUPPORT OF
17       v.                                   DEFENDANTS ANDREW
                                              ANAGNOST, PASCAL W. DI
18                                            FRONZO, AND AUTODESK,
                                              INC.'S MOTION TO DISMISS
19  ANDREW ANAGNOST, PASCAL W.                PLAINTIFF LOUIS A. COFFELT,
    DI FRONZO, AUTODESK, INC.,                JR.'S COMPLAINT**
20  SONY PICTURES IMAGEWORKS,
    SONY CORPORATION OF                       Date:  October 21, 2019
21  AMERICA, LARRY GRITZ,                     Time:  1:30 p.m.
                                              Courtroom:  Santa Ana, 10C
22              Defendants.
                                              Hon. James V. Selna
23

24

25

26

27

28

sf-4074265

I, Richard S.J. Hung, declare:

1.      I am a partner with the law firm of Morrison & Foerster LLP, and counsel for Defendant Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo (collectively, "Autodesk") in the above-captioned matter.  I submit this declaration based on personal knowledge and following reasonable investigation.  If called upon as a witness, I could competently testify to the truth of each statement herein.

2.      Per Section J of the Court's Initial Order Following Filing of Complaint Assigned to Judge Selna (ECF No. 7 at 6), attached as **Exhibit A** is Mr. Coffelt's Complaint filed in this action on July 10, 2019, the challenged pleading.

3.      Concurrently filed with Autodesk's Motion to Dismiss is Autodesk's Request for Judicial Notice ("RJN").   True and correct copies of **Exhibits 1-35** referred to below are attached to Autodesk's RJN.

4.      Attached to Autodesk's RJN as **Exhibit 1** is a true and correct copy of the Complaint Mr. Coffelt filed against California Department of Corrections on January 18, 2012 in *Coffelt v. California Department of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 3, in the United States District Court for the Central District of California.

5.      Attached to Autodesk's RJN as **Exhibit 2** is a true and correct copy of the First Amended Complaint Mr. Coffelt filed against individual defendants J. Clark and T. Baker on February 6, 2012 in *Coffelt v. California Department of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 9, in the United States District Court for the Central District of California.

6.      Attached to Autodesk's RJN as **Exhibit 3** is a true and correct copy of the Second Amended Complaint Mr. Coffelt filed against individual defendants J. Clark and T. Baker on February 15, 2012 in *Coffelt v. California Department of Corrections*, No. 5:12-37-RGK-MRW, ECF No. 12, in the United States District Court for the Central District of California.

1

7.     Attached to Autodesk's RJN as **Exhibit 4** is a true and correct copy of the Report and Recommendation of United States Magistrate Judge issued by the Hon. Michael R. Wilner on October 2, 2012 in *Coffelt v. Cal. Dep't of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 51, in the United States District Court for the Central District of California.

8.     Attached to Autodesk's RJN as **Exhibit 5** is a true and correct copy of the Order Accepting the Findings and Recommendations of United States Magistrate Judge issued by the Hon. R. Gary Klausner on November 15, 2012 in *Coffelt v. Cal. Dep't of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 53, in the United States District Court for the Central District of California.

9.     Attached to Autodesk's RJN as **Exhibit 6** is a true and correct copy of the Complaint Mr. Coffelt filed against T. Baker on April 3, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 3, in the United States District Court for the Central District of California.

10.     Attached to Autodesk's RJN as **Exhibit 7** is a true and correct copy of the Report and Recommendation of a United States Magistrate Judge issued by the Hon. Alka Sagar on October 9, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 26, in the United States District Court for the Central District of California.

11.     Attached to Autodesk's RJN as **Exhibit 8** is a true and correct copy of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge issued by the Hon. R. Gary Klausner on November 7, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 27, in the United States District Court for the Central District of California.

12.     Attached to Autodesk's RJN as **Exhibit 9** is a true and correct copy of the Complaint Mr. Coffelt filed against the California Department of Corrections and Rehabilitation and Keith Stanton on May 28, 2013 in *Coffelt v. California Department of Corrections and Rehabilitation, et al.*, No. 5:13-cv-902-RGK-MRW, ECF No. 3, in the United States District Court for the Central District of California.

sf-4074265

13. Attached to Autodesk's RJN as **Exhibit 10** is a true and correct copy of the Order to Show Cause re: Dismissal of Complaint issued by the Hon. Michael R. Wilner on May 31, 2013 in *Coffelt v. Cal. Dep't of Correction & Rehabilitation, et al.*, No. 5:13-cv-902-RGK-MRW, ECF No. 6, in the United States District Court for the Central District of California.

14. Attached to Autodesk's RJN as **Exhibits 11 and 12** are true and correct copies of the Complaint (Parts 1 and 2) Mr. Coffelt filed against Autodesk and other defendants NVIDIA and Pixar on March 14, 2016 in *Coffelt v. Nvidia*, No. CV 16-457 SJO (KKx), ECF Nos. 1 & 1-1, in the United States District Court for the Central District of California.

15. Attached to Autodesk's RJN as **Exhibit 13** is a true and correct copy of the Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. § 101 issued by the Hon. S. James Otero in *Coffelt v. Nvidia*, No. CV 16-457 SJO (KKx), 2016 U.S. Dist. LEXIS 185157 (C.D. Cal. June 21, 2016).

16. Attached to Autodesk's RJN as **Exhibit 14** is a true and correct copy of the United States Court of Appeals for the Federal Circuit's decision affirming the Judge Otero's Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. § 101, *Coffelt v. Nvidia*, No. 17-1119, ECF No. 35-1, dated March 15, 2017.

17. Attached to Autodesk's RJN as **Exhibit 15** is a true and correct copy of the Order by the Supreme Court of the United States denying Mr. Coffelt's writ of certiorari, *Coffelt v. NVIDIA Corp.*, 137 S. Ct. 2143 (2017), dated May 17, 2017.

18. Attached to Autodesk's RJN as **Exhibits 16, 17, and 18** are a true and correct copies of Mr. Coffelt's Complaint (Parts 1-3) against Autodesk alleging copyright infringement, filed on August 21, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF Nos. 1, 1-1, 1-2, & 1-3, in the United States District Court for the Central District of California.

sf-4074265

19.     Attached to Autodesk's RJN as **Exhibit 19** is a true and correct copy of the Order granting Autodesk's Motion to Dismiss issued by the Hon. Fernando M. Olguin on November 21, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 29, in the United States District Court for the Central District of California.

20.     Attached to Autodesk's RJN as **Exhibit 20** is a true and correct copy of Mr. Coffelt's First Amended Complaint against Autodesk alleging copyright infringement, filed on November 30, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 31, in the United States District Court for the Central District of California.

21.     Attached to Autodesk's RJN as **Exhibits 21, 22, 23** are a true and correct copies of Mr. Coffelt's Second Amended Complaint (Parts 1-3) against Autodesk alleging copyright infringement, filed on January 3, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF Nos. 35, 35-1, 35-2, in the United States District Court for the Central District of California.

22.     Attached to Autodesk's RJN as **Exhibit 24** is a true and correct copy of the Order re: Defendant's Ex Parte Application issued by Judge Olguin on April 25, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 64, in the United States District Court for the Central District of California.

23.     Attached to Autodesk's RJN as **Exhibit 25** is a true and correct copy of the Order Dismissing Plaintiff's Second Amended Complaint with Prejudice issued by Judge Olguin on September 30, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 69, in the United States District Court for the Central District of California.

24.     Attached to Autodesk's RJN as **Exhibit 26** is a true and correct copy of the Order Denying Motion to Appeal in Forma Pauperis issued by Judge Olguin on October 12, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 78, in the United States District Court for the Central District of California.

sf-4074265

25.     Attached to Autodesk's RJN as **Exhibit 27** is a true and correct copy of the Order Re: Pending Motions issued by Judge Olguin on November 13, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 83, in the United States District Court for the Central District of California.

26.     Attached to Autodesk's RJN as **Exhibit 28** is a true and correct copy of the Order re: Electronic Filing Privileges issued by Judge Olguin on December 19, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 88, in the United States District Court for the Central District of California.

27.     Attached to Autodesk's RJN as **Exhibit 29** is a true and correct copy of the Order denying Mr. Coffelt's writ of mandamus issued by the Ninth Circuit on March 13, 2019 in *Coffelt v. United States District Court for the Central District of California, Riverside, et al.*, No. 18-73235, ECF No. 4-1.

28.     Attached to Autodesk's RJN as **Exhibit 30** is a true and correct copy of the Order dismissing Mr. Coffelt's appeal in *Coffelt v. Autodesk*, No. 18-56305, in the United States Court of Appeals for the Ninth Circuit.

29.     Attached to Autodesk's RJN as **Exhibit 31** is a true and correct copy of Github's website for Sony Pictures Imageworks' Open Shading Language ("OSL") code, specifically, the version of its "testshade.cpp" source code dated September 6, 2016.

30.     Attached to Autodesk's RJN as **Exhibit 32** is a true and correct copy of Github's website for Sony Pictures Imageworks' OSL code, specifically, the version of its "testshade.cpp" source code dated May 30, 2017.

31.     Attached to Autodesk's RJN as **Exhibit 33** is a true and correct copy of an excerpt from the IBM Dictionary of Computing (3d ed. 1994).  The excerpt is of page 452 of the dictionary, which includes the definition of "nest."

32.     Attached to Autodesk's RJN as **Exhibit 34** is a true and correct copy of Mr. Coffelt's Request to Proceed in Forma Pauperis, which includes his Complaint against J. Clark and T. Baker, filed on February 15, 2012 in *Coffelt v. Clark et al.*,

1   No. 5:12-cv-242-UA-MRW, ECF No. 1, in the United States District Court for the
2   Central District of California.

3       33.     Attached to Autodesk's RJN as **Exhibit 35** is a true and correct copy of
4   the February 29, 2012 Order striking Mr. Coffelt's request to proceed in forma
5   pauperis and closing the case *Coffelt v. Clark et al.*, No. 5:12-cv-242-UA-MRW in
6   the United States District Court for the Central District of California.

7

8       I declare under penalty of perjury under the laws of the United States that the
9   foregoing is true and correct.
10      Executed at San Francisco, California, this 6th day of September, 2019.

11

12                              By:   /s/ Richard S.J. Hung

13                                    MORRISON & FOERSTER LLP
14                                    Attorneys for Defendants
                                      AUTODESK, INC., ANDREW
15                                    ANAGNOST, and PASCAL W. DI
                                      FRONZO
16

17

18

19

20

21

22

23

24

25

26

27

28