# EXHIBIT A

Louis A. Coffelt, Jr.

General Delivery

email: Louis.Coffelt@gmail.com

6771 Warner Avenue

Huntington Beach, CA 92647

Phone: (657) 456-3112

*Pro Se*



ORIGINAL

FILED

2019 JUL 10 PM 1:22
CLERK US DISTRICT COURT
CENTRAL DIST OF
RIVERSIDE CALIF.
BY

## UNITED STATES DISTRICT COURT

### for the Central District of California

Louis A. Coffelt, Jr.,

    plaintiff,         )

    -v-            )

Andrew Anagnost, defendant,   )

Pascal W. Di Fronzo, defendant,  )

Autodesk, Inc.,  defendant,     )

Sony Pictures Imageworks, defendant,  )

Sony Corporation of America, defendant, )

 Larry Gritz, defendant.        )

_____ )

**SACV 19-1351 DFMx**

FEE PAID

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## JURY TRIAL DEMAND

### JURISDICTION

    1. This Court has subject matter jurisdiction pursuant to 17 U.S.C. §§ 101, et. seq., and 28

U.S.C. §§ 1331 and 1338(a) any Act of Congress relating to patents, copyrights, and trademarks.

    2. This Court has personal jurisdiction over defendants based on the allegation that defendants

committed and continue to commit acts of infringement in violation of 17 U.S.C. §§ 101, et. seq., and

17 U.S.C. § 501(a). Furthermore, based on the allegation that defendants places infringing products into the stream of commerce, and defendants has the knowledge or understanding that such products are sold in the State of California, including this Central District of California. Based on information and belief, defendants has substantial revenue from the sale of infringing products within this District, expect their actions to have consequences in this District, and derive substantial revenue from the infringing products through interstate and international commerce.

## VENUE

3. Venue is proper within this District under 28 U.S.C. § 1391(b),(c) based on the allegation that defendants, transacts business in this District, and offers for sale in this District products which infringe Plaintiff's copyrights. Furthermore, venue is proper in this District based on the fact that Plaintiff resides in this District, and Plaintiff incurred injuries in this District. Pursuant to Local Rule 3-2(c), Intellectual Property Actions are assigned on a district-wide basis.

## PARTIES

4. Plaintiff's name is Louis A. Coffelt, Jr. (Coffelt). Coffelt has a mailing address of Louis A. Coffelt, Jr., General Delivery, 6771 Warner Avenue, Huntington Beach, CA 92647

5. A first defendant is Andrew Anagnost (Anagnost), as an individual, having a business address of 111 McInnis Parkway, San Rafael, CA 94903.

6. A second defendant is Pascal W. Di Fronzo (Di Fronzo), as an individual, having a business address of 111 McInnis Parkway, San Rafael, CA 94903.

7. A third defendant is Autodesk, Inc. (Autodesk), having a business address of 111 McInnis Parkway, San Rafael, CA 94903.

8. A fourth defendant is Sony Pictures Imageworks (Imageworks), having a business address of 9050 W. Washington Blvd, Culver City, CA 90232

9. A fifth defendant is Sony Corporation of America (Sony), having a business address of 25 Madison Avenue, New York City, New York, 10010-3685.

10. A sixth defendant is Larry Gritz (Gritz), as an individual, having a business address of 9050 W. Washington Blvd, Culver City, CA 90232.

Coffelt -v- Anagnost et. al. complaint for copyright infringement

2

## TABLE OF EXHIBITS

-------------------------------------------------------------------------------------

EXHIBIT  100        Certificate of Registration, Coffelt's Gradient Work TXu 002049564

EXHIBIT  101        Coffelt's Gradient Work source code

EXHIBIT  102         Gmail to Carl Bass on April 29, 2017,  Re: Access

EXHIBIT  103         Gmail to Carl Bass on June 15, 2017,  Re: Access

EXHIBIT  104         OSL copy of Coffelt's Gradient Work arrangement and source code

EXHIBIT  105         Autodesk publication Re: OSL

                            https://autodesk.github.io/standard-surface/

EXHIBIT  106        Imageworks publication Re: defendant Larry Gritz

                            https://github.com/lgritz

EXHIBIT  107        Imageworks publication Re: OSL source code development

https://github.com/Autodesk/standard-surface/blob/master/reference/standard_surface.osl

EXHIBIT  108        Autodesk publication Re: OSL

https://knowledge.autodesk.com/support/3ds-max/learn-explore/caas/CloudHelp/cloudhelp/2020/EN

U/3DSMax-Lighting-Shading/files/GUID-CB9141FC-2D52-4EDA-8F78-2351AB53B31B-htm.html

-------------------------------------------------------------------------------------

## INTRODUCTION

11. Plaintiff, Louis A. Coffelt, Jr. (Coffelt) is an author of pioneering U.S. registered copyrighted computer programs. In the years 2010 through 2019, Coffelt created 26  U.S. registered copyrighted computer programs. Coffelt also recently filed for U.S. copyright for  7 additional new creative computer programs.

12. Coffelt previously filed a complaint for copyright infringement in U.S. district court against Autodesk, Inc.  A final order in the previous case was filed on November 13, 2018.

13. The present complaint is based on allegations that after November 13, 2018, defendants have executed acts of copyright infringement. Res Judicata is not applicable to this complaint because it is based on facts which occurred after November 13, 2018.

14. In April, 2017, defendants obtained access to Coffelt's copyrighted computer programs.

*3*

In April, 2017, Coffelt sent a copy of Coffelt's computer programs to Autodesk executive Carl Bass by email. Coffelt also sent a copy of Coffelt's computer programs to Carl Bass by U.S. mail. An objective was to notify Autodesk to cease and desist from the alleged copyright infringement. In June, 2017, defendants obtained access to Coffelt's copyrighted computer programs. In June, 2017, Coffelt sent a copy of Coffelt's computer programs to Autodesk executive Carl Bass by email.

15. There are 2 Autodesk executives as defendants in this action, each as an individual, Andrew Anagnost,  Pascal W. Di Fronzo (Executives).

16. The Executives obtained access to Coffelt's copyrighted computer programs through Autodesk, Inc. (Autodesk) executive Carl Bass (Carl Bass). The Executives and Carl Bass each are executives for Autodesk, having a business address of 111 McInnis Parkway, San Rafael, CA 94903.

17. The Executives have a business relationship with defendant Imageworks. Autodesk has a business relationship with defendant Imageworks. Imageworks obtained access to Coffelt's copyrighted computer programs through Autodesk, Carl Bass, or the Executives.

18. Defendants Imageworks and Gritz make a computer program having a title Open Source Shading Language (OSL). On about June 6, 2019, Coffelt discovered that Imageworks and Gritz copied Coffelt's arrangement of copyrighted computer program in their OSL program. After November 13, 2018, Imageworks and Gritz copied Coffelt's copyrighted source code.  After November 13, 2018, Imageworks and Gritz are committing acts of copyright infringement of Coffelt's copyrighted works.

19. After November 13, 2018, the Executives have both vicarious and contributory liability in copyright infringement of Coffelt's creative works.

20. Imageworks is a subsidiary of defendant, Sony. After service of this complaint to Sony, Sony has contributory liability in the copyright infringement of Coffelt's creative works.

21. Coffelt is presently attempting to obtain contracts with Pixar in regard to Coffelt's copyrighted works.

## STATEMENT OF FACTS

### Coffelt's Copyrighted Works

22. Coffelt's work title *"CAD Reflective Intensity"* Registration No. TXu 002049564 registration date: December 13, 2016 (Gradient Work) *See* EXHIBIT 100, 101.

23. During the years 2010 through present, Coffelt created 33 copyrighted computer programs in the field of computer aided design. These 33 Coffelt's computer programs comprise more than about 50,000 lines of source code. 26 of these Coffelt's computer programs have U.S. copyright registration. 7 of these Coffelt's computer programs have U.S. application for copyright registration.

### ACCESS

24. On April, 29, 2017, Autodesk obtained access to Coffelt's Gradient Work by email to Carl Bass.  *See* EXHIBIT 102.  Autodesk also obtained access to Coffelt's Gradient Work on April 29, 2017 by U.S. mail. Coffelt mailed a copy of Coffelt's Gradient Work to Autodesk Executive Carl Bass.

25. On June 15, 2017, Autodesk obtained access to Coffelt's Gradient Work by email to Carl Bass.  *See* EXHIBIT 103.

26. On April, 29, 2017, Imageworks obtained access to Coffelt's Gradient Work by email to Carl Bass.  *See* EXHIBIT 102. Imageworks has a business relationship with Autodesk. *See* EXHIBIT 105.

27. On June 15, 2017, Imageworks obtained access to Coffelt's Gradient Work by email to Carl Bass.  *See* EXHIBIT 103.  Imageworks has a business relationship with Autodesk.

### IMAGEWORKS DIRECT INFRINGEMENT

28. Defendants Imageworks and Gritz make a product Open Source Shading Language (OSL). *See* EXHIBIT 106. OSL is a computer program for shading of visual elements of a digital image.

29. OSL is Not a staple article or commodity of commerce suitable for substantial noninfringing use. Autodesk publications and Imageworks publications are replete with evidence that the sole purpose of OSL is a shader function. OSL is not stand alone software. e.g. OSL does not

create the structure of a graphic object. OSL only creates the shading of the graphic object. OSL must be used with other computer aided design (CAD) software.

30.   A computer program is a specialized technical art. An ability to understand a computer program requires either college education, or sufficient experience in programming.

For example:

| **A.)** | 00022 | while( i < 11) { | **B.)** | 00022 | while( i < 11) |
| | 00023 | | | 00023 | { |

In the foregoing Example A , a brace (" { ") is arranged on line 00022.

In the foregoing Example B , the brace (" { ") is arranged on line 00023.

Example A has a different visual appearance relative to Example B. For this reason, a person may incorrectly conclude that Example A is not similar to Example B. However, the c++ source code in Example A is identical to the c++ source code in Example B.

31.   ("though plaintiff's expert submitted a report finding designs in question to be
    substantially similar and defendant's expert reached the opposite conclusion, "their
    ultimate conclusions are not particularly helpful because the experts
    have no reliable method of making the legal determination of substantial similarity").
    *See Oravec v. Sunny Isles Luxury Ventures, L.C.*, 469 F. Supp. 2d 1148, 1169
    (S.D. Fla. 2006), aff'd 527 F.3d 1218 (11th Cir. 2008)

32.   For these reasons in the foregoing paragraphs 30, 31, not exhaustive, similarities between Coffelt's source code and OSL source code must be decided by a jury.

33.   On about June 6, 2019, Coffelt discovered that defendants, Imageworks and Gritz copied Coffelt's arrangement of Coffelt's Gradient Work in their OSL program. Furthermore, that after November 13, 2018, Imageworks and Gritz are making copies of Coffelt's Gradient Work.  After November 13, 2018, Imageworks and Gritz are committing acts of copyright infringement of Coffelt's Gradient Work.

34.   Coffelt's Gradient Work arrangement comprises 2 sets of nested loops. The first nested loop comprises a loop nested within a loop. The second nested loop comprises a loop nested within a

loop. Coffelt's Gradient Work source code in arranged within these 2 sets of nested loops. OSL copied Coffelt's arrangement of these 2 sets of nested loops. *See* EXHIBIT 104.

35. OSL source code arrangement in EXHIBIT 104 has a different visual appearance to Coffelt's Gradient Work arrangement. However, for the reasons in the foregoing paragraphs 30 through 34, and based on Coffelt's extensive10 years of experience in computer programming, OSL source code arrangement is identical to Coffelt's Gradient Work source code arrangement. *See* EXHIBIT 104.

36. After November 13, 2018, defendant, Larry Gritz (Gritz) made copies of Coffelt's Gradient Work. See EXHIBIT 107. The Imageworks document in EXHIBIT 107 alleges publication in the month of May 2019. The OSL source code in EXHIBIT 107 is statically linked to the OSL source code in EXHIBIT 104. Therefore, making source code changes in EXHIBIT 107 inherently makes changes to OSL source code in EXHIBIT 104. For these reasons, After November 13, 2018, Imageworks and Gritz are making unauthorized derivative works based on Coffelt's Gradient Work.

37.  For the reasons in the foregoing paragraphs 30, 31, and based on Coffelt's extensive 10 years of experience in computer programming, OSL source code is identical to Coffelt's Gradient Work source code. After November 13, 2018, Imageworks and Gritz copied Coffelt's Gradient Work source code. These similarities in source code must be decided by a jury.

### CONTRIBUTORY  INFRINGEMENT

38. Autodesk provided a copy of Coffelt's Gradient Work TXu 002049564 to defendant Imageworks or Gritz. Autodesk has a business relationship with Imageworks or Gritz. *See* EXHIBIT 105, 108.

39. Autodesk makes computer software products including, not limited to: AutoCad, Fusion 360, Maya, InfraWorks, AutoCAD Civil 3D, Revit, Inventor, Beast (Products). Autodesk adapted their Products to distribute OSL. *See* EXHIBIT 108.

40.  The Executives directed the act of adapting Autodesk's Products to cause distribution of the infringing OSL.

41. For the reasons in the foregoing paragraphs 24 through 40,  the Executives materially contribute to the infringement of Coffelt's copyrighted Gradient Work, registration No. TXu002049564.

42. One who knowingly induces, causes, or materially contributes to copyright infringement, by another but who has not committed or participated in the infringing acts himself may be held liable as a contributory infringer if he or she had knowledge, or reason to know, of the infringement. *See Metro-Goldwyn-Mayer Studios Inc. v Grokster, Ltd.* 545 U.S. 913 (2005); *Sony Corp. v Universal City Studios, Inc.* 464 U.S. 417 (1984).

43. For the reasons in the foregoing paragraphs  24 through 42, the Executives are committing acts of contributory infringement of Coffelt's Gradient Work, registration No. TXu002049564.

44. Imageworks is a subsidiary of defendant Sony. Sony created the subsidiary Imageworks. After service of this complaint to Sony, for the reasons in the foregoing paragraphs 24 through 42,  Sony materially contributes to the infringement of Coffelt's copyrighted Gradient Work, registration No.  TXu002049564.

45. After service of this complaint to Sony, for the reasons in the foregoing paragraphs 24 through 44,  Sony has reason to know of the infringement of Coffelt's copyrighted Gradient Work, registration No.  TXu002049564.

**VICARIOUS  LIABILITY**

46. Autodesk is the sole owner of all rights title and interest in their Products. Autodesk has the right and ability to remove source code from their Products, which cause distribution of OSL. Autodesk has both the right an ability to stop their Products from causing any infringing activity. Therefore, Autodesk has the right and ability to supervise the infringing activity identified in the foregoing paragraphs  24 through 42. The Executives direct all acts of Autodesk. Therefore, the Executives have the right and ability to supervise the infringing activity identified in the foregoing paragraphs 24 through 42.

47. Autodesk offers a license for their product Maya on the public internet for about $1470.00.

Coffelt -v- Anagnost et. al. complaint for copyright infringement

Autodesk received financial benefit from the license of their Products. For this reason, and the reasons in paragraphs 24 through 42, the Executives receive a direct benefit from the infringing activity identified in the foregoing paragraphs 24 through 42.

48. When the right and ability to supervise coalesce with an obvious and direct financial interest in the exploitation of copyrighted materials. The purposes of copyright law may be best effectuated by the imposition of liability upon the beneficiary of that exploitation. *See Shapiro, Bernstein & Co. v H.L. Green Co.* 316 F.2d 304, 307 (2d Cir. 1963).

49. For the reasons in the foregoing paragraphs 24 through 48, Autodesk has vicarious liability directed to Coffelt's Gradient Work, registration No. TXu002049564.

50. For the reasons in the foregoing paragraphs 24 through 48, the Executives have vicarious liability directed to Coffelt's Gradient Work, registration No. TXu002049564.

### FIRST CAUSE OF ACTION

### (Copyright Infringement – 17 U.S.C. §501)

51. Plaintiff repeats and incorporates by this reference the allegations set forth in paragraphs 1 through 50, inclusive.

52. Plaintiff Coffelt is the author and sole owner of all rights title and interest of the claimed works which defendant Imageworks copied through various products including without limitation, Open Source Shading Language.

53. For each of the claimed works in this matter, Plaintiff holds a copyright registration certificate from the United States Copyright Office.

54. After November 13, 2018, without authorization, defendant Imageworks copied the following plaintiff owned and copyrighted claimed work  "CAD Reflective Intensity" registration No. TXu002049564.

55. After November 13, 2018, through their conduct averred herein, Imageworks have infringed plaintiffs' copyright pursuant to 17 U.S.C. §501.

56. Imageworks acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to plaintiff's rights.

57. As a direct and proximate result of said infringement by Imageworks, plaintiff is entitled

to statutory damages of at least $ 30,000,000.00, to be proven at trial.

58. Plaintiff is also entitled to Imageworks profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits.

59. Plaintiff is further are entitled to plaintiff's attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

60. As a direct and proximate result of the foregoing acts and conduct, plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiff is informed and believe and on that basis aver that unless enjoined and restrained by this Court, Imageworks will continue to infringe plaintiff's rights in the infringed works. Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Imageworks continuing infringing conduct.

## SECOND CAUSE OF ACTION

### (Copyright Infringement – 17 U.S.C. §501)

61. Plaintiff repeats and incorporates by this reference the allegations set forth in paragraphs 1 through 60, inclusive.

62. Plaintiff Coffelt is the author and sole owner of all rights title and interest of the claimed works which defendant Gritz copied through various products including without limitation, Open Source Shading Language.

63. For each of the claimed works in this matter, Plaintiff holds a copyright registration certificate from the United States Copyright Office.

64. After November 13, 2018, without authorization, defendant Gritz copied the following plaintiff owned and copyrighted claimed work "CAD Reflective Intensity" registration No. TXu002049564.

65. After November 13, 2018, through his conduct averred herein, Gritz have infringed plaintiffs' copyright pursuant to 17 U.S.C. §501.

66. Gritz acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to plaintiff's rights.

67. As a direct and proximate result of said infringement by Gritz, plaintiff is entitled

to statutory damages of at least $ 8,000,000.00, to be proven at trial.

68. Plaintiff is also entitled to Gritz profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits.

69. Plaintiff is further are entitled to plaintiff's attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

70. As a direct and proximate result of the foregoing acts and conduct, plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiff is informed and believe and on that basis aver that unless enjoined and restrained by this Court, Gritz will continue to infringe plaintiff's rights in the infringed works. Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Gritz continuing infringing conduct.

## THIRD CAUSE OF ACTION

### (Copyright Infringement – 17 U.S.C. §501)

71. Plaintiff repeats and incorporates by this reference the allegations set forth in paragraphs 1 through 70, inclusive.

72. Plaintiff Coffelt is the author and sole owner of all rights title and interest of the claimed works which defendant Imageworks made unauthorized derivative works based on Coffelt's Gradient Work through various products including without limitation, Open Source Shading Language.

73. For each of the claimed works in this matter, Plaintiff holds a copyright registration certificate from the United States Copyright Office.

74. After November 13, 2018, without authorization, defendant Imageworks made unauthorized derivative works based on the following plaintiff owned and copyrighted claimed work "CAD Reflective Intensity" registration No. TXu002049564.

75. After November 13, 2018, through their conduct averred herein, Imageworks have infringed plaintiffs' copyright pursuant to 17 U.S.C. §501.

76. Imageworks acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to plaintiff's rights.

Coffelt -v- Anagnost et. al. complaint for copyright infringement

11

77. As a direct and proximate result of said infringement by Imageworks, plaintiff is entitled to statutory damages of at least $ 8,000,000.00, to be proven at trial.

78. Plaintiff is also entitled to Imageworks profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits.

79. Plaintiff is further are entitled to plaintiff's attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

80. As a direct and proximate result of the foregoing acts and conduct, plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiff is informed and believe and on that basis aver that unless enjoined and restrained by this Court, Imageworks will continue to infringe plaintiff's rights in the infringed works. Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Imageworks continuing infringing conduct.

## FOURTH CAUSE OF ACTION

### (Copyright Infringement – Contributory Infringement)

81. Plaintiff repeats and incorporates by this reference the allegations set forth in paragraphs 1 through 80, inclusive.

82. Plaintiff Coffelt is the author and sole owner of all rights title and interest of the claimed works which are infringed by Open Source Shading Language.

83. For each of the claimed works in this matter, Plaintiff holds a copyright registration certificate from the United States Copyright Office.

84. After November 13, 2018, without authorization, defendants Anagnost and Di Fronzo materially contribute to the acts of infringement of Imageworks or Gritz.

85. After November 13, 2018, defendants Anagnost and Di Fronzo  materially contribute to copyright infringement of the following plaintiff owned and copyrighted claimed work  "CAD Reflective Intensity" registration No. TXu002049564.

86. After November 13, 2018, through their conduct averred herein, Anagnost and Di Fronzo have infringed plaintiffs' copyright by contributory infringement.

87. Anagnost and Di Fronzo acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to plaintiff's rights.

88. As a direct and proximate result of said infringement by Anagnost and Di Fronzo, plaintiff is entitled to statutory damages of at least $ 22,000,000.00, to be proven at trial.

89. Plaintiff is also entitled to Anagnost and Di Fronzo profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits.

90. Plaintiff is further are entitled to plaintiff's attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

91. As a direct and proximate result of the foregoing acts and conduct, plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiff is informed and believe and on that basis aver that unless enjoined and restrained by this Court, Anagnost and Di Fronzo will continue to infringe plaintiff's rights in the infringed works. Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Anagnost and Di Fronzo continuing infringing conduct.

## FIFTH CAUSE OF ACTION

### (Copyright Infringement – Vicarious Liability)

92. Plaintiff repeats and incorporates by this reference the allegations set forth in paragraphs 1 through 91, inclusive.

93. Plaintiff Coffelt is the author and sole owner of all rights title and interest of the claimed works which are infringed by Open Source Shading Language.

94. For each of the claimed works in this matter, Plaintiff holds a copyright registration certificate from the United States Copyright Office.

95. After November 13, 2018, defendants Autodesk, Anagnost, and Di Fronzo have a right and ability to supervise the acts of infringement of the following plaintiff owned and copyrighted claimed work  "CAD Reflective Intensity" registration No. TXu002049564.

96. After November 13, 2018, defendants Autodesk, Anagnost, and Di Fronzo have direct financial interest in the exploitation of the following plaintiff owned and copyrighted claimed work "CAD Reflective Intensity" registration No. TXu002049564.

97. After November 13, 2018, through their conduct averred herein, Autodesk, Anagnost, and Di Fronzo have infringed plaintiffs' copyright by vicarious liability.

98. Autodesk, Anagnost, and Di Fronzo acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to plaintiff's rights.

99. As a direct and proximate result of said infringement by Autodesk, Anagnost and Di Fronzo, plaintiff is entitled to statutory damages of at least $ 33,000,000.00,  to be proven at trial.

100. Plaintiff is also entitled to Autodesk, Anagnost, and Di Fronzo profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits.

101. Plaintiff is further are entitled to plaintiff's attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

102. As a direct and proximate result of the foregoing acts and conduct, plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiff is informed and believe and on that basis aver that unless enjoined and restrained by this Court, Anagnost and Di Fronzo will continue to infringe plaintiff's rights in the infringed works. Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Anagnost and Di Fronzo continuing infringing conduct.

### SIXTH CAUSE OF ACTION

### (Copyright Infringement – Contributory Infringement)

103. Plaintiff repeats and incorporates by this reference the allegations set forth in paragraphs 1 through 102, inclusive.

104. Plaintiff Coffelt is the author and sole owner of all rights title and interest of the claimed works which are infringed by Open Source Shading Language.

105. For each of the claimed works in this matter, Plaintiff holds a copyright registration certificate from the United States Copyright Office.

106. After service of this complaint to Sony, without authorization, defendant Sony  materially contribute to the acts of infringement of Imageworks.

107. After service of this complaint to Sony, defendant Sony materially contribute to copyright infringement of the following plaintiff owned and copyrighted claimed work "CAD Reflective Intensity" registration No. TXu002049564.

108. After service of this complaint to Sony, through their conduct averred herein, Sony has infringed plaintiffs' copyright by contributory infringement.

109. Sony acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to plaintiff's rights.

110. As a direct and proximate result of said infringement by Sony, plaintiff is entitled to statutory damages of at least $ 500,000.00, to be proven at trial.

111. Plaintiff is also entitled to Sony profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits.

112. Plaintiff is further are entitled to plaintiff's attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

113. As a direct and proximate result of the foregoing acts and conduct, plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiff is informed and believe and on that basis aver that unless enjoined and restrained by this Court, Sony will continue to infringe plaintiff's rights in the infringed works. Plaintiff is entitled to preliminary and permanent injunctive relief to restrain and enjoin Sony continuing infringing conduct.

## RELIEF

114. WHEREFORE, Plaintiff request the following judgement against defendants as follows:

115. For plaintiff's statutory damages against Imageworks in the amount of $ 30,000,000.00 (thirty million dollars), and any additional damages proven at trial, and Imageworks profits.

116. For plaintiff's statutory damages against Gritz in the amount of $ 8,000,000.00 (eight million dollars), and any additional damages proven at trial.

117. For plaintiff's statutory damages against Imageworks in the amount of $ 8,000,000.00

(eight million dollars), and any additional damages proven at trial; and Imageworks profits.

118. For plaintiff's statutory damages against Autodesk in the amount of $ 11,000,000.00 (eleven million dollars), and any additional damages proven at trial; and Autodesk's profits.

119. For plaintiff's statutory damages against Anagnost in the amount of $ 11,000,000.00 (eleven million dollars), and any additional damages proven at trial; and Anagnost profits.

120. For plaintiff's statutory damages against Di Fronzo in the amount of $ 11,000,000.00 (eleven million dollars), and any additional damages proven at trial; and Di Fronzo profits.

121. For preliminary and permanent injunction enjoining defendants and all persons acting in concert or participation with defendants from (a) directly or indirectly reproducing, distributing, or otherwise infringing in any manner on plaintiff's copyrighted works.

122. For plaintiff's statutory damages against Sony in the amount of $ 500,000.00 (five hundred thousand dollars), and any additional damages proven at trial.

123. For plaintiff's attorneys' fees and full costs incurred in this action.

124. For any additional relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, Louis A. Coffelt, Jr., hereby request a jury trial for all issues raised in this action.

Date: July 10 , 2019          By: _____

Louis A. Coffelt, Jr.  (*Plaintiff, Pro Se*)

Coffelt -v- Anagnost et. al. complaint for copyright infringement

16

# EXHIBIT 100

17

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kaya Leyla Clappett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-049-564

**Effective Date of Registration:**
December 13, 2016

---

### Title

Title of Work: CAD Reflective Intensity

Title of Larger Work: emoshaGraphics CAD

---

### Completion/Publication

Year of Completion: 2013

---

### Author

- **Author:** Louis Arthur Coffelt
  **Author Created:** computer program
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1959

---

### Copyright Claimant

Copyright Claimant: Louis Arthur Coffelt
231 E. Alessandro Blvd., 6A-504, Riverside, CA, 92508, United States

---

### Rights and Permissions

Name: Louis Arthur Coffelt
Email: louis.coffelt@gmail.com
Telephone: (951)790-6086
Address: 231 E. Alessandro Blvd., 6A-504
Riverside, CA 92508 United States

---

### Certification

Name: Louis Arthur Coffelt, Jr.
Date: December 13, 2016
Applicant's Tracking Number: cad1133

Page 1 of 2

18

# EXHIBIT  101

19

```
#include "StdAfx.h"
#include "Objects_Cls.h"
#include <cmath>

void Objects_Cls::Sphere_____Steradians__(cli::array<double, 1>^ &StrDistV01p, cli::array<double, 1>^
&VisibleV01p, int systemNum01P, int numSurface01P, double t0p)
{
     __int64 SizeSTRv = StrDistV01p->Length;
     __int64 SizeVISv = VisibleV01p->Length;
     short int systemNum = systemNum01P;
     short int numSurface = numSurface01P;
     t0 = t0p;
     SetDynamicData(systemNum);
     double lampSphereR = 0.4;
     double mainSphereR = 0.5;
     double ptx00a = 0.0;
     double pty00a = 0.0;
     double ptz00a = 0.0;
     double ptx02a = 0.0;
     double pty02a = 0.0;
     double ptz02a = 0.0;
     int scrnindx = 0;
     int scrncolx = 0;
     int scrnrowx = 0;
     double scrncolxD = 0.0;
     double scrnrowxD = 0.0;
     double scrnxA = 0.0;
     double scrnyA = 0.0;
     double scrnxC = 0.0;
     double scrnyC = 0.0;
     double cVisDistA = 0.0;
     double pVisDistA = 0.0;
     int StrIndxPxA = 0;
     double cStrDistA = 0.0;
     double pStrDistA = 0.0;
     //
     double d0 = 0.0;
     double N0000x = 0.0;
     double N0000y = 0.0;
     double N0000z = 0.0;
     double N0100x = 0.0;
     double N0100y = 0.0;
     double N0100z = 0.0;
     double N00x = 0.0;
     double N00y = 0.0;
     double N00z = 0.0;
     double N0002x = 0.0;
     double N0002y = 0.0;
     double N0002z = 0.0;
     double N0102x = 0.0;
     double N0102y = 1.0;
     double N0102z = 0.0;
     NextCoordinatesType3conversionOnly(N0000x, N0000y, N0000z, N0002x, N0002y, N0002z);
```

```
NextCoordinatesType3conversio    ly(N0100x, N0100y, N0100z, N0102     0102y, N0102z);
N00x = N0100x - N0000x;
N00y = N0100y - N0000y;
N00z = N0100z - N0000z;
double spax = 0.0;
double spay = 0.0;
double spaz = 0.0;
double spdx = 0.0;
double spdy = 0.0;
double spdz = 0.0;
double vpax = 0.0;
double vpay = 0.0;
double vpaz = 0.0;
double bx = 0.0;
double by = 0.0;
double bz = 0.0;
double cx = 0.0;
double cy = 0.0;
double cz = 0.0;
double spacos = 1.0;
double spasin = 1.0;
double dx = 0.0;
double dy = 0.0;
double dz = 0.0;
double ex = 0.0;
double ey = 0.0;
double ez = 0.0;
double rptx = 0.0;
double rpty = 0.0;
double rptz = 0.0;
double rflx = 0.0;
double rfly = 0.0;
double rflz = 0.0;
double spadotc = 1.0;
double vpdotrfl = 1.0;
double phi = 0.0;
double phix = 0.0;
double thetax = 0.0;
double theta = 0.0;
double c0 = 1.0;
double lenc = 1.0;
double lend = 1.0;
double lene = 1.0;
double lenspa = 1.0;
double lenvpa = 1.0;
double lenrfl = 1.0;
//
double pi = 3.1415926;
double twopi = 2.0 * pi;
double pid2 = pi / 2.0;
double threepid2 = 3.0 * pi / 2.0;
double pid6 = pi / 6.0;
double fivepid6 = 5.0 * pi / 6.0;
double sevenpid6 = 7.0 * pi / 6.0;
```

21

```
double elevenpid6 = 11.0 * pi / 6;
double r0 = 1.5;
double lenxy = 0.07;
double xz_limit = 0.0;
double m_s = 0.0;
double x = 0.0;
double y = 0.0;
double z = 0.0;
if (systemNum == 850 || systemNum == 851 || systemNum == 852 || systemNum == 853)
{
        dphi_c = dphi_850;
}
while (phix < twopi)
{
        thetax = theta_i;
        while (thetax < twopi)
        {
                pty02a = r_sphere_ui * cos(thetax);
                ptz02a = r_sphere_ui * sin(thetax) * sin(phix);
                ptx02a = r_sphere_ui * sin(thetax) * cos(phix);
                N0102x = ptx02a;
                N0102y = pty02a;
                N0102z = ptz02a;
                NextCoordinatesType3conversionOnly(N0100x, N0100y, N0100z, N0102x, N0102y, N0102z);
                N00x = N0100x - N0000x;
                N00y = N0100y - N0000y;
                N00z = N0100z - N0000z;
                NextCoordinatesType3(ptx00a, pty00a, ptz00a, scrnxA, scrnyA, ptx02a, pty02a, ptz02a);
                if (scrnxA > 0.0 && scrnxA < scrnWinches && scrnyA > 0.0 && scrnyA < scrnHinches)
                {
                        scrncolxD = scrnxA * scrnppiD;
                        scrnrowxD = scrnyA * scrnppiD;
                        scrncolx = int(scrncolxD);
                        scrnrowx = int(scrnrowxD);
                        scrnindx = scrnrowx * scrnWpx + scrncolx;
                        if (scrnindx < SizeVISv)
                        {
                                pVisDistA = VisibleV01p[scrnindx];
                                cVisDistA = sqrt(si * si + sj * sj + sk * sk);
                                if (cVisDistA < pVisDistA)
                                {
                                        VisibleV01p[scrnindx] = cVisDistA;
                                        //
                                        spax = spx - ptx00a;
                                        spay = spy - pty00a;
                                        spaz = spz - ptz00a;
                                        lenspa = sqrt(spax * spax + spay * spay + spaz * spaz);
                                        vpax = vpx - ptx00a;
                                        vpay = vpy - pty00a;
                                        vpaz = vpz - ptz00a;
                                        lenvpa = sqrt(vpax * vpax + vpay * vpay + vpaz * vpaz);
                                        bx = N00y * spaz - spay * N00z;
                                        by = -(N00x * spaz - spax * N00z);
                                        bz = N00x * spay - spax * N00y;
```

22

```
cx = N6      bz - by * N00z;
cy = -(N00x * bz - bx * N00z);
cz = N00x * by - bx * N00y;
lenc = sqrt(cx * cx + cy * cy + cz * cz);
spadotc = (spax * cx + spay * cy + spaz * cz) / (lenspa * lenc);
phi = acos(spadotc);
spacos = lenspa * abs(cos(phi));
spasin = lenspa * sin(phi);
c0 = spacos / lenc;
ex = c0 * cx;
ey = c0 * cy;
ez = c0 * cz;
dx = ptx00a - ex;
dy = pty00a - ey;
dz = ptz00a - ez;
spdx = spx - dx;
spdy = spy - dy;
spdz = spz - dz;
rptx = ptx00a + ex + spdx;
rpty = pty00a + ey + spdy;
rptz = ptz00a + ez + spdz;
rflx = rptx - ptx00a;
rfly = rpty - pty00a;
rflz = rptz - ptz00a;
lenrfl = sqrt(rflx * rflx + rfly * rfly + rflz * rflz);
vpdotrfl = (vpax * rflx + vpay * rfly + vpaz * rflz) / (lenvpa * lenrfl);
theta = acos(vpdotrfl);
d0 = lenvpa * sin(theta);
if (systemNum == 850 && d0 < min_d_850)
{
     min_d_850 = d0;
}
if (systemNum == 850 && d0 > max_d_850)
{
     max_d_850 = d0;
}
if (systemNum == 851 && d0 < min_d_851)
{
     min_d_851 = d0;
}
if (systemNum == 851 && d0 > max_d_851)
{
     max_d_851 = d0;
}
if (systemNum == 852 && d0 < min_d_852)
{
     min_d_852 = d0;
}
if (systemNum == 852 && d0 > max_d_852)
{
     max_d_852 = d0;
}
if (systemNum == 853 && d0 < min_d_853)
{
```

```
                           mi.   _853 = d0;
                         }
                         if (systemNum == 853 && d0 > max_d_853)
                         {
                              max_d_853 = d0;
                         }
                    }
               }
          }
          thetax += dphi_c;
     }
     phix += dphi_c;
}
int stophere = 0;
}
//
void Objects_Cls::Sphere_____Iteration__(cli::array<System::Byte, 1>^ &RedVp, cli::array<System::Byte,
1>^ &GreenVp, cli::array<System::Byte, 1>^ &BlueVp, cli::array<double, 1>^ StrDistV00p, cli::array<double, 1>^
VisibleV00p, int systemNum00P, int numSurface00P, int numColor00P)
{
     __int64 sizeRedV = RedVp->Length;
     __int64 SizeSTRv = StrDistV00p->Length;
     __int64 SizeVISv = VisibleV00p->Length;
     int numColor = numColor00P;
     short int systemNum = systemNum00P;
     short int numSurface = numSurface00P;
     SetDynamicData(systemNum);
     double blueD = 180.0;
     double greenD = 180.0;
     double redD = 180.0;
     int btBlueInt = 180;
     int btGreenInt = 180;
     int btRedInt = 180;
     double shiftd = 0.0;
     double mgrad = -222.0 / 10.0;
     double ptx00b = 0.0;
     double pty00b = 0.0;
     double ptz00b = 0.0;
     double ptx02b = 0.0;
     double pty02b = 0.0;
     double ptz02b = 0.0;
     double spx00 = spx;
     double spy00 = spy;
     double spz00 = spz;
     double spx02 = 0.0;
     double spy02 = 0.0;
     double spz02 = 0.0;
     double vpx00 = vpx;
     double vpy00 = vpy;
     double vpz00 = vpz;
     double vpx02 = 0.0;
     double vpy02 = 0.0;
     double vpz02 = 0.0;
     int scrnindx = 0;
```

```
int scrncolx = 0;
int scrnrowx = 0;
double scrncolxD = 0.0;
double scrnrowxD = 0.0;
double scrnxB = 0.0;
double scrnyB = 0.0;
double cVisDistB = 0.0;
double pVisDistB = 0.0;
int StrIndxPxB = 0;
double cStrDistB = 0.0;
double pStrDistB = 0.0;
double scrnxD = 0.0;
double scrnyD = 0.0;
double cVisDistD = 0.0;
double pVisDistD = 0.0;
int StrIndxPxD = 0;
double cStrDistD = 0.0;
double pStrDistD = 0.0;
double deltaStr = 1.0;
double deltaVis = 1.0;
double pid3 = 3.1415926 / 3.0;
double d0 = 0.0;
double N0000x = 0.0;
double N0000y = 0.0;
double N0000z = 0.0;
double N0100x = 0.0;
double N0100y = 0.0;
double N0100z = 0.0;
double N00x = 0.0;
double N00y = 0.0;
double N00z = 0.0;
double N0002x = 0.0;
double N0002y = 0.0;
double N0002z = 0.0;
double N0102x = 0.0;
double N0102y = 1.0;
double N0102z = 0.0;
NextCoordinatesType3conversionOnly(N0000x, N0000y, N0000z, N0002x, N0002y, N0002z);
NextCoordinatesType3conversionOnly(N0100x, N0100y, N0100z, N0102x, N0102y, N0102z);
N00x = N0100x - N0000x;
N00y = N0100y - N0000y;
N00z = N0100z - N0000z;
double spax = 0.0;
double spay = 0.0;
double spaz = 0.0;
double spdx = 0.0;
double spdy = 0.0;
double spdz = 0.0;
double vpax = 0.0;
double vpay = 0.0;
double vpaz = 0.0;
double bx = 0.0;
double by = 0.0;
double bz = 0.0;
```

```
double cx = 0.0;
double cy = 0.0;
double cz = 0.0;
double spacos = 1.0;
double spasin = 1.0;
double dx = 0.0;
double dy = 0.0;
double dz = 0.0;
double ex = 0.0;
double ey = 0.0;
double ez = 0.0;
double rptx = 0.0;
double rpty = 0.0;
double rptz = 0.0;
double rflx = 0.0;
double rfly = 0.0;
double rflz = 0.0;
double spadotc = 1.0;
double vpdotrfl = 1.0;
double phi = 0.0;
double c0 = 1.0;
double lenc = 1.0;
double lend = 1.0;
double lene = 1.0;
double lenspa = 1.0;
double lenvpa = 1.0;
double lenrfl = 1.0;
int minRed = 1000;
int maxRed = 0;
double phix = 0.0;
double thetax = 0.0;
double theta = 0.0;
double pi = 3.1415926;
double twopi = 2.0 * pi;
double pid2 = pi / 2.0;
double threepid2 = 3.0 * pi / 2.0;
double pid6 = pi / 6.0;
double fivepid6 = 5.0 * pi / 6.0;
double sevenpid6 = 7.0 * pi / 6.0;
double elevenpid6 = 11.0 * pi / 6.0;
double r0 = 1.5;
double lenxy = 0.07;
double xz_limit = 0.0;
double m_s = 0.0;
double x = 0.0;
double y = 0.0;
double z = 0.0;
int countx = 0;
int county = 0;
System::String^ data = " ";
int maxr = 0;
int minr = 1000;
int maxg = 0;
int ming = 1000;
```

```
int maxb = 0;
int minb = 1000;
if (systemNum == 850)
{
        mgrad = -50 / (max_d_850 - min_d_850);
        dphi_c = dphi_850;
}
else if (systemNum == 851)
{
        mgrad = -50 / (max_d_851 - min_d_851);
        dphi_c = dphi_850;
}
if (systemNum == 852)
{
        mgrad = -50 / (max_d_852 - min_d_852);
        dphi_c = dphi_850;
}
else if (systemNum == 853)
{
        mgrad = -50 / (max_d_853 - min_d_853);
        dphi_c = dphi_850;
}
while (phix < twopi)
{

        thetax = theta_i;
        while (thetax < twopi)
        {
                pty02b = r_sphere_ui * cos(thetax);
                ptz02b = r_sphere_ui * sin(thetax) * sin(phix);
                ptx02b = r_sphere_ui * sin(thetax) * cos(phix);
                N0102x = ptx02b;
                N0102y = pty02b;
                N0102z = ptz02b;
                NextCoordinatesType3conversionOnly(N0100x, N0100y, N0100z, N0102x, N0102y, N0102z);
                N00x = N0100x - N0000x;
                N00y = N0100y - N0000y;
                N00z = N0100z - N0000z;
                NextCoordinatesType3(ptx00b, pty00b, ptz00b, scrnxB, scrnyB, ptx02b, pty02b, ptz02b);
                if (scrnxB > 0.0 && scrnxB < scrnWinches && scrnyB > 0.0 && scrnyB < scrnHinches)
                {
                        scrncolxD = scrnxB * scrnppiD;
                        scrnrowxD = scrnyB * scrnppiD;
                        scrncolx = int(scrncolxD);
                        scrnrowx = int(scrnrowxD);
                        scrnindx = scrnrowx * scrnWpx + scrncolx;
                        if (scrnindx < SizeVISv)
                        {
                                pVisDistB = VisibleV00p[scrnindx];
                                cVisDistB = sqrt(si * si + sj * sj + sk * sk);
                                deltaVis = abs(cVisDistB - pVisDistB);
                                if (deltaVis < 0.001)
                                {
                                        spax = spx - ptx00b;
```

27

```
spay = s     pty00b;
spaz = spz - ptz00b;
lenspa = sqrt(spax * spax + spay * spay + spaz * spaz);
vpax = vpx - ptx00b;
vpay = vpy - pty00b;
vpaz = vpz - ptz00b;
lenvpa = sqrt(vpax * vpax + vpay * vpay + vpaz * vpaz);
bx = N00y * spaz - spay * N00z;
by = -(N00x * spaz - spax * N00z);
bz = N00x * spay - spax * N00y;
cx = N00y * bz - by * N00z;
cy = -(N00x * bz - bx * N00z);
cz = N00x * by - bx * N00y;
lenc = sqrt(cx * cx + cy * cy + cz * cz);
spadotc = (spax * cx + spay * cy + spaz * cz) / (lenspa * lenc);
phi = acos(spadotc);
spacos = lenspa * abs(cos(phi));
spasin = lenspa * sin(phi);
c0 = spacos / lenc;
ex = c0 * cx;
ey = c0 * cy;
ez = c0 * cz;
dx = ptx00b - ex;
dy = pty00b - ey;
dz = ptz00b - ez;
spdx = spx - dx;
spdy = spy - dy;
spdz = spz - dz;
rptx = ptx00b + ex + spdx;
rpty = pty00b + ey + spdy;
rptz = ptz00b + ez + spdz;
rflx = rptx - ptx00b;
rfly = rpty - pty00b;
rflz = rptz - ptz00b;
lenrfl = sqrt(rflx * rflx + rfly * rfly + rflz * rflz);
vpdotrfl = (vpax * rflx + vpay * rfly + vpaz * rflz) / (lenvpa * lenrfl);
theta = acos(vpdotrfl);
d0 = lenvpa * sin(theta);
if (systemNum == 850)
{
    shiftd = mgrad * (d0 - min_d_850);
}
if (systemNum == 851)
{
    shiftd = mgrad * (d0 - min_d_851);
}
if (systemNum == 852)
{
    shiftd = mgrad * (d0 - min_d_852);
}
if (systemNum == 853)
{
    shiftd = mgrad * (d0 - min_d_853);
}
```

file:///C/Users/Louis/CAD_sftwr/code_history/coffelt_cad_reflective_intensity.txt12/13/2016 7:02:15 AM]

28

Exhibit A
Page 34

```
blueD =      0;
greenD = 255.0;
redD = 55.0;
blueD += shiftd;
greenD += shiftd;
redD += shiftd;
btBlueInt = int(blueD);
btGreenInt = int(greenD);
btRedInt = int(redD);
countx++;
if (btBlueInt > 255)
{
      btBlueInt = 255;
}
if (btBlueInt < 0)
{
      btBlueInt = 0;
}
if (btGreenInt > 255)
{
      btGreenInt = 255;
}
if (btGreenInt < 0)
{
      btGreenInt = 0;
}
if (btRedInt > 255)
{
      btRedInt = 255;
}
if (btRedInt < 0)
{
      btRedInt = 0;
}
btBlue = System::Byte(btBlueInt);
btGreen = System::Byte(btGreenInt);
btRed = System::Byte(btRedInt);
countx++;
RedVp[scrnindx] = btRed;
GreenVp[scrnindx] = btGreen;
BlueVp[scrnindx] = btBlue;
                  }
               }
            }
            thetax += dphi_c;
         }
         phix += dphi_c;
      }
      //
      int stophere = 0;
   }
   //
void Objects_Cls::NextCoordinatesType3(double &ptx33P, double &pty33P, double &ptz33P, double &scrnx33P,
double &scrny33P, double ptx33p, double pty33p, double ptz33p)
```

2̶9

```
{
      ptm03 = ptx33p;
      ptn03 = pty33p;
      pto03 = ptz33p;
      ptd03 = ptm03;
      pte03 = ptn03 * ne03 + pto03 * oe03;
      ptf03 = ptn03 * nf03 + pto03 * of03;
      pti03 = ptd03 * di03 + ptf03 * fi03;
      ptj03 = pte03;
      ptk03 = ptd03 * dk03 + ptf03 * fk03;
      ptx03 = pti03 * ix03 + ptj03 * jx03;
      pty03 = pti03 * iy03 + ptj03 * jy03;
      ptz03 = ptk03;
      ptm02 = ptx03 + T03x;
      ptn02 = pty03 + T03y;
      pto02 = ptz03 + T03z;
      ptd02 = ptm02;
      pte02 = ptn02 * ne02 + pto02 * oe02;
      ptf02 = ptn02 * nf02 + pto02 * of02;
      pti02 = ptd02 * di02 + ptf02 * fi02;
      ptj02 = pte02;
      ptk02 = ptd02 * dk02 + ptf02 * fk02;
      ptx02 = pti02 * ix02 + ptj02 * jx02;
      pty02 = pti02 * iy02 + ptj02 * jy02;
      ptz02 = ptk02;
      ptm01 = ptx02 + T02x;
      ptn01 = pty02 + T02y;
      pto01 = ptz02 + T02z;
      ptd01 = ptm01;
      pte01 = ptn01 * ne01 + pto01 * oe01;
      ptf01 = ptn01 * nf01 + pto01 * of01;
      pti01 = ptd01 * di01 + ptf01 * fi01;
      ptj01 = pte01;
      ptk01 = ptd01 * dk01 + ptf01 * fk01;
      ptx01 = pti01 * ix01 + ptj01 * jx01;
      pty01 = pti01 * iy01 + ptj01 * jy01;
      ptz01 = ptk01;
      ptm00 = ptx01 + T01x;
      ptn00 = pty01 + T01y;
      pto00 = ptz01 + T01z;
      ptd00 = ptm00;
      pte00 = ptn00 * ne00 + pto00 * oe00;
      ptf00 = ptn00 * nf00 + pto00 * of00;
      pti00 = ptd00 * di00 + ptf00 * fi00;
      ptj00 = pte00;
      ptk00 = ptd00 * dk00 + ptf00 * fk00;
      ptx00 = pti00 * ix00 + ptj00 * jx00;
      pty00 = pti00 * iy00 + ptj00 * jy00;
      ptz00 = ptk00;
      ptx00 += Tcgx;
      pty00 += Tcgy;
      ptz00 += Tcgz;
      si = ptx00 - vpx;
      sj = pty00 - vpy;
```

30

```
sk = ptz00 - vpz;
i = abs(si);
j = abs(sj);
k = abs(sk);
s0i = ptx00;
s0j = pty00;
s0k = ptz00;
if (i > 0.000000001)
    {
        mji = sj / si;
        mki = sk / si;
        tempi = (mki * s0i - s0k) / mki;
        tempj = mji * (tempi - s0i) + s0j;
    }
else if (j > 0.000000001)
    {
        mij = si / sj;
        mkj = sk / sj;
        tempj = (mkj * s0j - s0k) / mkj;
        tempi = mij * (tempj - s0j) + s0i;
    }
else if (k > 0.000000001)
    {
        mik = si / sk;
        mjk = sj / sk;
        tempi = mik * (-s0k) + s0i;
        tempj = mjk * (-s0k) + s0j;
    }
ptx33P = ptx00;
pty33P = pty00;
ptz33P = ptz00;
scrnx33P = tempi;
scrny33P = tempj;
}
//
void Objects_Cls::IntersectScreen(double &scrnxP, double &scrnyP, double ptxP, double ptyP, double ptzP)
{
    si = ptxP - vpx;
    sj = ptyP - vpy;
    sk = ptzP - vpz;
    i = abs(si);
    j = abs(sj);
    k = abs(sk);
    s0i = ptxP;
    s0j = ptyP;
    s0k = ptzP;
    if (i > 0.000000001)
        {
            mji = sj / si;
            mki = sk / si;
            tempi = (mki * s0i - s0k) / mki;
            tempj = mji * (tempi - s0i) + s0j;
        }
    else if (j > 0.000000001)
```

31

Exhibit A
Page 37

```
        {
                mij = si / sj;
                mkj = sk / sj;
                tempj = (mkj * s0j - s0k) / mkj;
                tempi = mij * (tempj - s0j) + s0i;
        }
        else if (k > 0.000000001)
        {
                mik = si / sk;
                mjk = sj / sk;
                tempi = mik * (-s0k) + s0i;
                tempj = mjk * (-s0k) + s0j;
        }
        scrnxP = tempi;
        scrnyP = tempj;
}
//
```

32

# EXHIBIT  102

33

# M Gmail

Louis Coffelt <louis.coffelt@gmail.com>

## Coffelt's U.S. copyright
2 messages

**Louis Coffelt** <louis.coffelt@gmail.com>
To: Carl.Bass@autodesk.com

Sat, Apr 29, 2017 at 7:16 PM

Louis Coffelt is the author of computer programs which create photo realistic digital images.

Attached is a copy of Coffelt's U.S. copyright filings. These 3 attached computer programs create photo realistic images.

1.) realistic complex 3D shadows (steradian space).

2.) realistic 3D gradients (reflective intensity).

3.) vector plane intersection (an improvement over ray tracing).

Photo realistic digital graphics did not exist prior to Coffelt's programs.

Autodesk's product AutoCAD is creating photo realistic images.

Please explain how Autodesk is creating these photo realistic images.

Please reply by May 21, 2017.

Best regards,

LOUIS A. COFFELT, JR.
email: Louis.Coffelt@gmail.com
231 E. Alessandro Blvd. Ste 6A-504
Riverside, CA 92508
Phone: (951) 790-6086

**3 attachments**

📄 **coffelt_vector_plane_intersection.pdf**
12K

📄 **coffelt_cad_reflective_intensity.pdf**
25K

📄 **coffelt_steradians_light_oclussion_patented.pdf**

34

# EXHIBIT  103

35



36

# EXHIBIT  104

37

OSL COPY of COFFELT'S   SOURCE CODE ARRANGEMENT, and SOURCE CODE

FILE NAME: OpenShadingLanguage - master\src\testshade\testshade.cpp

```
00805   for (size_t i = 0, e = rend->noutputs(); i < e; ++i) {   <------------ COPY OF COFFELT'S GRADIENT WORK ARRANGEMENT
                                                                                OF FIRST NESTED LOOP INSIDE A LOOP

00825           for (int c = 0; c < nchans; ++c)
00826               printf(" %g", ((const float *)data)[c]);
00827           printf("\n");
00828           }
00829       }
00830       else if (t.basetype == TypeDesc::INT) {
00831           // We are outputting an integer variable, so we need to
00832           // convert it to floating point.
00833           float *pixel = (float *)alloca(nchans * sizeof(float));
00834           OIIO::convert_types(TypeDesc::BASETYPE(t.basetype), data,
00835               TypeDesc::FLOAT, pixel, nchans);
00836           outputimg->setpixel(x, y, &pixel[0]);   <------------ COPY OF COFFELT'S GRADIENT WORK SOURCE CODE
                                                                      AT LINES 00830 through 00841
00837       if (print_outputs) {
00838           printf(" %s :", outputvarnames[i].c_str());
00839           for (int c = 0; c < nchans; ++c)
00840               printf(" %d", ((const int *)data)[c]);
00841           printf("\n");
00842           }
00843       }
00844       // N.B. Drop any outputs that aren't float- or int-based
00845   }
```

FILE NAME: OpenShadingLanguage - master\src\testshade\testshade.cpp

```
00968   for (int y = roi.ybegin; y < roi.yend; ++y) {
00969       for (int x = roi.xbegin; x < roi.xend; ++x) {   <------------ COPY OF COFFELT'S GRADIENT WORK ARRANGEMENT
                                                                          OF SECOND NESTED LOOP INSIDE A LOOP
00970       // In a real renderer, this is where you would figure
00971       // out what object point is visible in this pixel (or
00972       // this sample, for antialiasing).  Once determined,
00973       // you'd set up a ShaderGlobals that contained the vital
```

EXHIBIT 104

38

```
00974        // information about that point, such as its location,
00975        // the normal there, the u and v coordinates on the
00976        // surface, the transformation of that object, and so
00977        // on.
00978        //
00979        // This test app is not a real renderer, so we just
00980        // set it up rigged to look like we're rendering a single
00981        // quadrilateral that exactly fills the viewport, and that
00982        // setup is done in the following function call:
00983        setup_shaderglobals(shaderglobals, shadingsys, x, y);  <<-- COPY OF COFFELT'S GRADIENT WORK ARRANGEMENT;
00984                                                                    AND SOURCE CODE AT LINES 00986 through 01007
00985        // Actually run the shader for this point
00986        if (entrylayer_index.empty()) {
00987            // Sole entry point for whole group, default behavior
00988            shadingsys->execute(*ctx, *shadergroup, shaderglobals);
00989        } else {
00990            // Explicit list of entries to call in order
00991            shadingsys->execute_init(*ctx, *shadergroup, shaderglobals);
00992            if (entrylayer_symbols.size()) {
00993                for (size_t i = 0, e = entrylayer_symbols.size(); i < e; ++i)
00994                    shadingsys->execute_layer(*ctx, shaderglobals, entrylayer_symbols[i]);
00995            } else {
00996                for (size_t i = 0, e = entrylayer_index.size(); i < e; ++i)
00997                    shadingsys->execute_layer(*ctx, shaderglobals, entrylayer_index[i]);
00998            }
00999            shadingsys->execute_cleanup(*ctx);
01000        }
01001
01002        // Save all the designated outputs.  But only do so if we
01003        // are on the last iteration requested, so that if we are
01004        // doing a bunch of iterations for time trials, we only
01005        // including the output pixel copying once in the timing.
01006        if (save)
01007            save_outputs(rend, shadingsys, ctx, x, y);
01008    }
01009 }
```

EXHIBIT 104

39

COFFELT'S GRADIENT WORK SOURCE CODE AND ARRANGEMENT    TXU 2049564

```
00122    while (phix < twopi)
00123    {
00124        thetax = theta_i;
00125        while (thetax < twopi)    <<-------------- COFFELT'S GRADIENT WORK FIRST NESTED LOOP INSIDE A LOOP
00126        {
                                       <<------- COFFELT'S GRADIENT WORK SOURCE CODE ARRANGED INSIDE THE FIRST NESTED LOOP
                                                  SEE EXHIBIT 101
00228        }
00229        phix += dphi_c;
00230    }
```

```
00400    while (phix < twopi)
00401    {
00402        thetax = theta_i;
00403        while (thetax < twopi)    <<--------------COFFELT'S GRADIENT WORK SECOND NESTED LOOP INSIDE A LOOP
00404        {
                                       <<------- COFFELT'S GRADIENT WORK SOURCE CODE ARRANGED INSIDE THE SECOND NESTED LOOP
                                                  SEE EXHIBIT 101
00530        }
00531        phix += dphi_c;
00532    }
```

EXHIBIT 104

40

# EXHIBIT  105

41

Dismiss

## Create your own GitHub profile

Sign up for your own profile on GitHub, the best place to host code, manage projects, and build software alongside 36 million developers.

Sign up



# Larry Gritz
lgritz

Software Engineering Architect @ Sony Pictures Imageworks

Sony Pictures Imageworks

Vancouver, BC, Canada

Block or report user

**Overview**   Repositories   Projects   Stars   Followers   Following

Pinned

imageworks/OpenShadingLanguage

42

# EXHIBIT 106

43

Dismiss

## Join GitHub today

GitHub is home to over 36 million developers working together to host and review code, manage projects, and build software together.

Sign up

Find file   Copy path

Branch: master ▾

standard-surface / reference / **standard_surface.osl**

🧑 liiyang Moved OSL file to `reference` directory

0ee942e  12 days ago

1 contributor

Raw   Blame   History

250 lines (228 sloc)   9.42 KB

```
1   /*
2   Copyright 2019 Autodesk
3
4   Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (th
5
6   The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.
7
8   THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF M
9   */
10
11  // List of shader closures
12  // TODO: Missing closures. Align names with what appears in paper
13  closure color emission() [[ int builtin = 1 ]];
```

44

Exhibit A
Page 50

```
14   closure color oren_nayar(normal N, float sigma) [[ int builtin = 1 ]];
15   closure color sheen(normal N, float roughness) [[ int builtin = 1 ]];
16   closure color translucent(normal N, float sigma) [[ int builtin = 1 ]];
17   closure color microfacet(string distribution, normal N, vector U, float xalpha,
18                            float yalpha, float eta, int refract) [[ int builtin = 1 ]];
19   closure color transparent() [[ int builtin = 1 ]];
20   closure color bssrdf(vector mfp, color albedo, float g) [[ int builtin = 1 ]];
21   closure color metal(string distribution, normal N, vector U,
22                       color n, color k, float xalpha, float yalpha) [[ int builtin = 1 ]];
23
24   // List of shader parameters
25   struct StandardSurfaceParameters
26   {
27     float base;
28     color base_color;
29     float diffuse_roughness;
30     float specular;
31     color specular_color;
32     float specular_IOR;
33     float metalness;
34     float transmission;
35     color transmission_color;
36     float subsurface;
37     color subsurface_color;
38     color subsurface_radius;
39     float subsurface_scale;
40     float subsurface_anisotropy;
41     float sheen;
42     color sheen_color;
43     float sheen_roughness;
44     int thin_walled;
45     vector input_normal;
46     float coat;
47     color coat_color;
48     float coat_roughness;
49     float coat_IOR;
50     normal coat_normal;
51     float coat_gamma;
```

45

```
52    float emission;
53    color emission_color;
54    vector U;
55    float rx;
56    float ry;
57    };
58
59    float sqr(float x) { return x*x; }
60
61    // approximates the reflectance of a specular BSDF
62    // by computing the dielectric fresnel
63    // at the surface normal
64    float reflectance(normal n, float IOR)
65    {
66      float Kr, Kt;
67      fresnel(I, n, 1 / IOR, Kr, Kt);
68      return Kr;
69    }
70
71    // converts two colors to complex IOR
72    void ArtisticToConductorFresnel(color reflectivity, color edgetint, output color n, output color k)
73    {
74      color r = clamp(reflectivity, color(0), color(0.99));
75      color g = edgetint;
76
77      color r_sqrt = sqrt(r);
78      color n_min = (1 - r) / (1 + r);
79      color n_max = (1 + r_sqrt) / (1 - r_sqrt);
80
81      n = mix(n_max, n_min, g);
82
83      color k2 = ((n + 1) * (n + 1) * r - (n - 1) * (n - 1)) / (1 - r);
84      k2 = max(k2, 0);
85      k = sqrt(k2);
86    }
87
88    closure color diffuse_layer(StandardSurfaceParameters p)
89    {
```

46

Exhibit A
Page 52

# EXHIBIT  107

47

# 1 Historical background and objectives

Interchange of computer graphics scene assets between different facilities remains a significant problem today, especially with regard to surface appearance. Different renderers and 3D engines use different shading systems, shading languages, and fixed-function pipelines. Furthermore, accurately modeling surface appearance remains a complex and pertinent problem, and is a topic of active scientific research. However, there is a strong need *today* for the industry to find a standardized material model that both covers most common use cases in day-to-day workflows and is easy to use.

Over the years, certain de-facto standard appearance definition frameworks have emerged as different vendors have come to the consensus of separating the definition of materials from the light transport simulation in the scene. Such general frameworks include MaterialX, Material Definition Language (MDL), and Open Shading Language (OSL) [Gritz2010], which allow specifying the material as a combination of primitive surface reflectance models. These frameworks alone however are not sufficient for look development by end users who should not be expected to build surface shaders from the ground up for day-to-day tasks. There is a need for a standard uber-shader parametrization with a well-defined set of parameters that can be tweaked to represent most real-world (as well as imaginary) materials. In this proposal we aim to fill this gap; one of our reference implementations is written in OSL [Georgiev2019].

Our proposed model follows closely the Arnold 5 Standard Surface shader, which has strong spiritual predecessors in Anders Langlands' alSurface [Langlands2014] and Autodesk 3ds Max's Physical Material [Andersson2016]. The alSurface shader has served as a de-facto standard in the industry for a while but is no longer actively developed. 3ds Max's Physical Material in turn has been strongly inspired by Allegorithmic's PBR shading model [McDermott2018], Disney's Principled Shader [Burley2012], and general industry trends in several real-time 3D engines, and has been production proven with support by all major render engines for 3ds Max.

In this proposal, rather than providing parameters for every conceivable case, we intentionally try to boil the set of parameters down to only those that are most useful in practice. We also fix the combination of primitive reflectance models to ensure that the users work within the bounds of what is physically plausible as much as possible. We aim for the overall behavior to be simple, logical, intuitive, and understandable, so that the model covers most day-to-day use cases. For the few it does not cover, one may need to use a renderer-specific shader, or build a bespoke shading network.

48

# 7   Bibliography

[Andersson2016] Zap Andersson. 2016. Physical Material (v1.01). Autodesk white paper.

[Belcour2017] Laurent Belcour and Pascal Barla. 2017. A Practical Extension to Microfacet Theory for the Modeling of Varying Iridescence. *ACM Transactions on Graphics*, 36, 4.

[Belcour2018] Laurent Belcour. 2018. Efficient Rendering of Layered Materials using an Atomic Decomposition with Statistical Operators. *ACM Transactions on Graphics*, 37, 4.

[Burley2012] Brent Burley. 2016. Physically-based Shading at Disney. In *ACM SIGGRAPH 2012 Courses: Practical Physically Based Shading in Film and Game Production*.

[McDermott2018] Wes McDermott. 2018. The PBR Guide. Allegorithmic. https://www.allegorithmic.com/pbr-guide.

[Estevez2017] Alejandro Conty Estevez and Christopher Kulla. 2017. Production Friendly Microfacet Sheen BRDF. Sony Pictures Imageworks technical report.

[Georgiev2019] Iliyan Georgiev, Jamie Portsmouth, Zap Andersson, Adrien Herubel, Alan King, Shinji Ogaki, Frederic Servant. 2019. Autodesk Standard Surface: reference implementations. https://github.com/Autodesk/standard-surface/blob/master/reference/.

[Gritz2010] Larry Gritz, Clifford Stein, Chris Kulla, and Alejandro Conty. 2010. Open Shading Language. In *ACM SIGGRAPH 2010 Talks*.

[Gulbrandsen2014] Ole Gulbrandsen. 2014. Artist Friendly Metallic Fresnel. *Journal of Computer Graphics Techniques*, 3, 4.

[Hery2017] Christophe Hery, Ryusuke Villemin, Junyi Ling. 2017. Pixar's Foundation for Materials. Pixar technical report.

[Jakob2014] Wenzel Jakob, Eugene d'Eon, Otto Jakob, and Steve Marschner. 2014. A Comprehensive Framework for Rendering Layered Materials. *ACM Transactions on Graphics*, 33, 4.

[Langlands2014] Anders Langlands. 2014. Physically Based Shader Design in Arnold. In *ACM SIGGRAPH 2014 Talks*.

[Kulla2017] Christopher Kulla and Alejandro Conty Estevez. 2017. Revisiting Physically Based Shading at Imageworks. In *ACM SIGGRAPH 2017 Courses: Physically Based Shading in Theory and Practice*.

[Zeltner2018] Tizian Zeltner and Wenzel Jakob. 2018. The Layer Laboratory: A Calculus for Additive and Subtractive Composition of Anisotropic Surface Reflectance. *ACM Transactions on Graphics*, 37, 4.

[1] For convenience, it is useful to allow our list of closures to not be strictly only BSDFs but also include an emission distribution function (EDF) and a bidirectional subsurface scattering distribution function (BSSRDF). The renderer is understood to recognize these and deal with them appropriately.

[2] Or indeed EDF, or BSSRDF.

*49*

# EXHIBIT  108

*50*

AUTODESK. (http://www.autodesk.com/).

AUTODESK KNOWLEDGE NETWORK (/).

Create Account   |   Sign In

English

Search 3ds Max

Home (/)  :  Support & Learning (https://knowledge.autodesk.com/support)  :  3ds Max (/support/3ds-max)  :  Learn (/support/3ds-max/learn)

# 3DS MAX (HTTPS://KNOWLEDGE.AUTODESK.COM/SUPPORT/3DS-MAX)

LEARN (/SUPPORT/3DS-MAX/LEARN)

DOWNLOADS (/SUPPORT/3DS-MAX/DOWNLOADS)

TROUBLESHOOTING (/SUPPORT/3DS-MAX/TROUBLESHOOTING)

FORUMS (HTTPS://FORUMS.AUTODESK.COM/T5/3DS-MAX/CT-P/AREA-C1)

Learn

Lighting and Shading

Types of Materials (/guidref/3DSMAX/2020/learn-explore/GUID-7A8039CF-1707-4E8C-B5AD-7C08AA472AEF)

Maps and Shaders (/guidref/3DSMAX/2020/learn-explore/GUID-0F4CC48B-8245-46C8-995D-43403C583EA3)

51

♂

🔵 English ▸

**AUTODESK** (https://www.autodesk.com/) 2020/learn-explore/GUID-644266B8-0FFA-4755-809C-3776964E1320)

Create Account   |   Sign In

material (AUTODESK KNOWLEDGE NETWORK (/).

Search 3ds Max

Open Shading Language (OSL) (/guidref/3DSMAX/2020/learn-explore/GUID-568DA829-62DA-432F-814F-2600F6514IBD)

OSL Workflows (/guidref/3DSMAX/2020/learn-explore/GUID-CF348181-6708-4CAF-B9C9-8B4CA5EEF55F)

Installed OSL Shaders (Maps) (/guidref/3DSMAX/2020/learn-explore/GUID-CB9141FC-2D52-4EDA-8F78-2351AB53B31B)

Adding OSL Maps (Shaders) (/guidref/3DSMAX/2020/learn-explore/GUID-9DD7702C-31B0-47F2-965F-460FE2E42522)

Computed Defaults and UVW Inputs for OSL (/guidref/3DSMAX/2020/learn-explore/GUID-16139ACA-4716-47FB-AAB4-15EFF35D7F17)

Open Shading Language (OSL)

Installed OSL Shaders (Maps)

...see complete table of contents

In-Product View (http://help.autodesk.com/cloudhelp/2020/ENU/3DSMax-Lighting-Shading/files/GUID-CB9141FC-2D52-4EDA-8F78-2351AB53B31B.htm)

# Installed OSL Shaders (Maps)

Products and versions covered ▾

By: **AUTODESK**.Help

Jun 10 2019

S2

1 In-Product View (http://help.autodesk.com/cloudhelp/2020/ENU/3DSMax-Lighting-Shading/files/GUID-CB9141FC-2D52-4EDA-8F78-2351AB53B31B.htm) ⬏ (http://help.autodesk.com/cloudhelp/2020/ENU/3DSMax-Lighting-Shading/files/GUID-CB9141FC-2D52-4EDA-8F78-2351AB53B31B.htm)