UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS, SONY CORPORATION OF AMERICA, LARRY GRITZ,<br><br>        Defendants. | Case No.: 8:19-cv-01351-JVS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ANDREW ANAGNOST, PASCAL W. DI FRONZO, AND AUTODESK, INC.'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT, JR.'S COMPLAINT**<br><br>Date:  October 21, 2019<br>Time:  1:30 p.m.<br>Courtroom:  Santa Ana, 10C<br><br>Hon. James V. Selna |

1	Before the Court is the Motion to Dismiss Plaintiff Louis A. Coffelt, Jr.'s
2	Complaint filed by Defendants Andrew Anagnost, Pascal W. Di Fronzo, and
3	Autodesk, Inc. (collectively, "Autodesk").  Having reviewed and considered all
4	submissions in favor of, and opposed to, Autodesk's Motion to Dismiss, all related
5	filings, and the record before the Court, IT IS HEREBY ORDERED that:
6	Autodesk's Motion to Dismiss is GRANTED and the Complaint is
7	DISMISSED WITH PREJUDICE in its entirety, pursuant to Rule 12(b)(6) of the
8	Federal Rules of Civil Procedure.

10	IT IS SO ORDERED.

11	Dated: _____

			Honorable James V. Selna
			United States District Judge