RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5428
Facsimile: (213) 892-5454

Attorneys for Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS, SONY CORPORATION OF AMERICA, LARRY GRITZ, <br><br> Defendants. | Case No.: 8:19-cv-01351-JVS-DFM <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS ANDREW ANAGNOST, PASCAL W. DI FRONZO, AND AUTODESK, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT, JR.'S COMPLAINT** <br><br> Date: October 21, 2019 <br> Time: 1:30 p.m. <br> Courtroom: Santa Ana, 10C <br><br> Hon. James V. Selna |

Defendants Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo (collectively, "Autodesk") request that the Court take judicial notice of the documents attached as Exhibits 1 through 35 pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.

## I.   BASIS FOR REQUESTING JUDICIAL NOTICE

### A.   Court Orders and Filings

Autodesk requests judicial notice of the following court records:

1. **Exhibit 1** is the Complaint Mr. Coffelt filed against California Department of Corrections on January 18, 2012 in *Coffelt v. California Department of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 3, in the United States District Court for the Central District of California.

2. **Exhibit 2** is the First Amended Complaint Mr. Coffelt filed against individual defendants J. Clark and T. Baker on February 6, 2012 in *Coffelt v. California Department of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 9, in the United States District Court for the Central District of California.

3. **Exhibit 3** is the Second Amended Complaint Mr. Coffelt filed against individual defendants J. Clark and T. Baker on February 15, 2012 in *Coffelt v. California Department of Corrections*, No. 5:12-37-RGK-MRW, ECF No. 12, in the United States District Court for the Central District of California.

4. **Exhibit 4** is the Report and Recommendation of United States Magistrate Judge issued by the Hon. Michael R. Wilner on October 2, 2012 in *Coffelt v. Cal. Dep't of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 51, in the United States District Court for the Central District of California.

5. **Exhibit 5** is the Order Accepting the Findings and Recommendations of United States Magistrate Judge issued by the Hon. R. Gary Klausner on November 15, 2012 in *Coffelt v. Cal. Dep't of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 53, in the United States District Court for the Central District of California.

6. **Exhibit 6** is the Complaint Mr. Coffelt filed against T. Baker on April 3, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 3, in the United States District Court for the Central District of California.

7. **Exhibit 7** is the Report and Recommendation of a United States Magistrate Judge issued by the Hon. Alka Sagar on October 9, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 26, in the United States District Court for the Central District of California.

8. **Exhibit 8** is the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge issued by the Hon. R. Gary Klausner on November 7, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 27, in the United States District Court for the Central District of California.

9. **Exhibit 9** is the Complaint Mr. Coffelt filed against the California Department of Corrections and Rehabilitation and Keith Stanton on May 28, 2013 in *Coffelt v. California Department of Corrections and Rehabilitation, et al.*, No. 5:13-cv-902-RGK-MRW, ECF No. 3, in the United States District Court for the Central District of California.

10. **Exhibit 10** is the Order to Show Cause re: Dismissal of Complaint issued by the Hon. Michael R. Wilner on May 31, 2013 in *Coffelt v. Cal. Dep't of Correction & Rehabilitation, et al.*, No. 5:13-cv-902-RGK-MRW, ECF No. 6, in the United States District Court for the Central District of California.

11. **Exhibits 11 and 12** are the Complaint (Parts 1 and 2) Mr. Coffelt filed against Autodesk and other defendants NVIDIA and Pixar on March 14, 2016 in *Coffelt v. Nvidia*, No. CV 16-457 SJO (KKx), ECF Nos. 1 & 1-1, in the United States District Court for the Central District of California.

12. **Exhibit 13** is the Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. § 101 issued by the Hon. S. James Otero in *Coffelt v. Nvidia*, No. CV 16-457 SJO (KKx), 2016 U.S. Dist. LEXIS 185157 (C.D. Cal. June 21, 2016).

13. **Exhibit 14** is the United States Court of Appeals for the Federal Circuit's decision affirming the Judge Otero's Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. § 101, *Coffelt v. Nvidia*, No. 17-1119, ECF No. 35-1, dated March 15, 2017.

14. **Exhibit 15** is the Order by the Supreme Court of the United States denying Mr. Coffelt's writ of certiorari, *Coffelt v. NVIDIA Corp.*, 137 S. Ct. 2143 (2017), dated May 17, 2017.

15. **Exhibits 16, 17, and 18** are Mr. Coffelt's Complaint (Parts 1-3) against Autodesk alleging copyright infringement, filed on August 21, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF Nos. 1, 1-1, 1-2, & 1-3, in the United States District Court for the Central District of California.

16. **Exhibit 19** is the Order granting Autodesk's Motion to Dismiss issued by the Hon. Fernando M. Olguin on November 21, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 29, in the United States District Court for the Central District of California.

sf-4074956

17. **Exhibit 20** is Mr. Coffelt's First Amended Complaint against Autodesk alleging copyright infringement, filed on November 30, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 31, in the United States District Court for the Central District of California.

18. **Exhibits 21, 22, and 23** are Mr. Coffelt's Second Amended Complaint (Parts 1-3) against Autodesk alleging copyright infringement, filed on January 3, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF Nos. 35, 35-1, 35-2, in the United States District Court for the Central District of California.

19. **Exhibit 24** is the Order re: Defendant's Ex Parte Application issued by Judge Olguin on April 25, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 64, in the United States District Court for the Central District of California.

20. **Exhibit 25** is the Order Dismissing Plaintiff's Second Amended Complaint with Prejudice issued by Judge Olguin on September 30, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 69, in the United States District Court for the Central District of California.

21. **Exhibit 26** is the Order Denying Motion to Appeal in Forma Pauperis issued by Judge Olguin on October 12, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 78, in the United States District Court for the Central District of California.

22. **Exhibit 27** is the Order Re: Pending Motions issued by Judge Olguin on November 13, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 83, in the United States District Court for the Central District of California.

23. **Exhibit 28** is the Order re: Electronic Filing Privileges issued by Judge Olguin on December 19, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-

|  |  |  |
|---|---|---|
| 1 |  | FMO, ECF No. 88, in the United States District Court for the Central |
| 2 |  | District of California. |
| 3 | 24. | **Exhibit 29** is the Order denying Mr. Coffelt's writ of mandamus issued |
| 4 |  | by the Ninth Circuit on March 13, 2019 in *Coffelt v. United States* |
| 5 |  | *District Court for the Central District of California, Riverside, et al.*, |
| 6 |  | No. 18-73235, ECF No. 4-1. |
| 7 | 25. | **Exhibit 30** is the Order dismissing Mr. Coffelt's appeal in *Coffelt v.* |
| 8 |  | *Autodesk*, No. 18-56305, in the United States Court of Appeals for the |
| 9 |  | Ninth Circuit. |
| 10 | 26. | **Exhibit 34** is Mr. Coffelt's Request to Proceed in Forma Pauperis, |
| 11 |  | which includes his Complaint against J. Clark and T. Baker, filed on |
| 12 |  | February 15, 2012 in *Coffelt v. Clark et al.*, No. 5:12-cv-242-UA- |
| 13 |  | MRW, ECF No. 1, in the United States District Court for the Central |
| 14 |  | District of California. |
| 15 | 27. | **Exhibit 35** is the February 29, 2012 Order striking Mr. Coffelt's |
| 16 |  | request to proceed in forma pauperis and closing the case *Coffelt v.* |
| 17 |  | *Clark et al.*, No. 5:12-cv-242-UA-MRW in the United States District |
| 18 |  | Court for the Central District of California. |

The exhibits listed above are appropriate subjects of judicial notice because the facts therein are not subject to reasonable dispute and are from sources whose accuracy cannot be reasonably be questioned. Fed. R. Evid. 201(b). The exhibits are filings and orders from prior actions initiated by Plaintiff Mr. Coffelt in this District. It is axiomatic that a court may take judicial notice of court orders and filings in related cases. *See, e.g.*, *Edward v. Obama*, No. SACV 17-0792 JGB (KK), 2017 WL 3635180, at *2 n.1 (C.D. Cal. Aug. 23, 2017) ("Proceedings of other courts, including orders and filings, are [] the proper subject of judicial notice when directly related to the case.").

**B.     Copies of Webpages**

Autodesk further seeks judicial notice of the following copies of webpages:

1. **Exhibit 31** is a copy of Github's website for Sony Pictures Imageworks' Open Shading Language ("OSL") code, specifically, the version of its "testshade.cpp" source code dated September 6, 2016, *available at* https://github.com/imageworks/OpenShadingLanguage/blob/2b1ebba6555eee55245f813f9004136f6b443948/src/testshade/testshade.cpp.

2. **Exhibit 32** is a copy of Github's website for Sony Pictures Imageworks' OSL code, specifically, the version of its "testshade.cpp" source code dated May 30, 2017, *available at*: https://github.com/imageworks/OpenShadingLanguage/blob/d671d259be056602ea85dabe29fd4c5fc3b0c64d/src/testshade/testshade.cpp.

As with the court records above (Exhibits 1-30, and 34-35), the Court may take judicial notice of Exhibits 31 and 32 because they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). Exhibits 31 and 32 are copies of Github webpages that post Sony Imageworks' OSL source code, specifically "testshade.cpp," which Mr. Coffelt accuses of infringement. Both exhibits clearly show the dates of the posts (*i.e.*, September 6, 2016 and May 30, 2017) and that they were available to the public at those times. The footers of Exhibits 31 and 32 provide the precise web addresses where the source code is available. Thus, Exhibits 31 and 32 are capable of accurate and ready determination by simply accessing the specific Github web addresses.

The accuracy of these webpages also cannot reasonably be questioned, as Mr. Coffelt himself relies on Github as the source of the code accused of infringing his alleged copyright. (*See* Compl. (ECF No. 1) at 3 (Table of Exhibits identifying Github as the source for at least Exhibits 105, 106, and 107 of Mr. Coffelt's Complaint).) Judicial notice of Exhibits 31 and 32 is therefore appropriate. *See,*

*e.g.*, *Matthews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012) (granting request for judicial notice of website); *Spy Optic, Inc. v. Alibaba.com, Inc.*, 163 F. Supp. 3d 755, 762 (C.D. Cal. 2015) (granting request for judicial notice of web pages on defendant's website); *Nelson Bros. Prof'l Real Estate LLC v. Jaussi*, No. SACV 17-0158-DOC (JCGx), 2017 WL 8220703, at *3-4 (C.D. Cal. Mar. 23, 2017) (taking judicial notice of webpage printout).

### C. Dictionary Definition

Finally, Autodesk seeks judicial notice of the dictionary definition of "nest":

1. **Exhibit 33** is a copy of an excerpt from the IBM Dictionary of Computing (3d ed. 1994) which includes the definition of "nest" on page 452. "Nest" is defined in part as "[t]o incorporate one or more structures of one kind into a structure of the same kind; for example, to nest one loop (the nested or inner loop) within another loop (the nesting or outer loop)."

"A dictionary is a source whose accuracy cannot reasonably be questioned and therefore courts can consult dictionaries at any stage of litigation to determine the meaning of words and phrases." *Commercial Copy Innovations, Inc. v. Ricoh Elecs., Inc.*, No. SACV 17-437-JVS (KESX), 2017 WL 7838719, at *3 (C.D. Cal. Oct. 16, 2017). Therefore, "a dictionary definition is the proper subject of judicial notice," and the Court may consider the definition of "nest" cited by Autodesk in deciding the motion to dismiss. *Id.*

## II. CONCLUSION

Accordingly, Autodesk requests that the Court take judicial notice of attached Exhibits 1-35.

Dated: September 6, 2019         By: /s/ Richard S.J. Hung
                                 MORRISON & FOERSTER LLP
                                 Attorneys for Defendants
                                 AUTODESK, INC., ANDREW ANAGNOST, AND PASCAL DI FRONZO