1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>              Plaintiff,<br><br>     v.<br><br><br>ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS, SONY CORPORATION OF AMERICA, LARRY GRITZ,<br><br>              Defendants. | Case No.:  8:19-cv-01351-JVS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ANDREW ANAGNOST, PASCAL W. DI FRONZO, AND AUTODESK, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT, JR.'S COMPLAINT**<br><br>Date:  October 21, 2019<br>Time:  1:30 p.m.<br>Courtroom:  Santa Ana, 10C<br><br>Hon. James V. Selna |

Before the Court is Defendants Andrew Anagnost, Pascal W. Di Fronzo, and
Autodesk, Inc.'s Request for Judicial Notice in Support of their Motion to Dismiss
Plaintiff Louis A. Coffelt, Jr.'s Complaint.  The Court, having considered the
papers and good cause appearing, hereby GRANTS the Request for Judicial Notice,
and takes judicial notice of Exhibits 1-35 attached to the Request for Judicial
Notice:

1.  **Exhibit 1**: the Complaint Mr. Coffelt filed against California
    Department of Corrections on January 18, 2012 in *Coffelt v. California
    Department of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 3,
    in the United States District Court for the Central District of
    California.

2.  **Exhibit 2**:  the First Amended Complaint Mr. Coffelt filed against
    individual defendants J. Clark and T. Baker on February 6, 2012 in
    *Coffelt v. California Department of Corrections*, No. 5:12-cv-37-RGK-
    MRW, ECF No. 9, in the United States District Court for the Central
    District of California.

3.  **Exhibit 3**:  the Second Amended Complaint Mr. Coffelt filed against
    individual defendants J. Clark and T. Baker on February 15, 2012 in
    *Coffelt v. California Department of Corrections*, No. 5:12-37-RGK-
    MRW, ECF No. 12, in the United States District Court for the Central
    District of California.

4.  **Exhibit 4**: the Report and Recommendation of United States Magistrate
    Judge issued by the Hon. Michael R. Wilner on October 2, 2012 in
    *Coffelt v. Cal. Dep't of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF
    No. 51, in the United States District Court for the Central District of
    California.

5.  **Exhibit 5**:  the Order Accepting the Findings and Recommendations of
    United States Magistrate Judge issued by the Hon. R. Gary Klausner on

November 15, 2012 in *Coffelt v. Cal. Dep't of Corrections*, No. 5:12-cv-37-RGK-MRW, ECF No. 53, in the United States District Court for the Central District of California.

6.   **Exhibit 6**: the Complaint Mr. Coffelt filed against T. Baker on April 3, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 3, in the United States District Court for the Central District of California.

7.   **Exhibit 7**:   the Report and Recommendation of a United States Magistrate Judge issued by the Hon. Alka Sagar on October 9, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 26, in the United States District Court for the Central District of California.

8.   **Exhibit 8**:   the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge issued by the Hon. R. Gary Klausner on November 7, 2013 in *Coffelt v. Baker*, No. 5:13-cv-568-RGK-AS, ECF No. 27, in the United States District Court for the Central District of California.

9.   **Exhibit 9**:   is the Complaint Mr. Coffelt filed against the California Department of Corrections and Rehabilitation and Keith Stanton on May 28, 2013 in *Coffelt v. California Department of Corrections and Rehabilitation, et al.*, No. 5:13-cv-902-RGK-MRW, ECF No. 3, in the United States District Court for the Central District of California.

10.   **Exhibit 10**: the Order to Show Cause re: Dismissal of Complaint issued by the Hon. Michael R. Wilner on May 31, 2013 in *Coffelt v. Cal. Dep't of Correction & Rehabilitation, et al.*, No. 5:13-cv-902-RGK-MRW, ECF No. 6, in the United States District Court for the Central District of California.

11.   **Exhibits 11 and 12**:   the Complaint (Parts 1 and 2) Mr. Coffelt filed against Autodesk and other defendants NVIDIA and Pixar on March 14, 2016 in *Coffelt v. Nvidia*, No. CV 16-457 SJO (KKx), ECF Nos. 1 &

2

1-1, in the United States District Court for the Central District of California.

12.     **Exhibit 13**:   the Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. § 101 issued by the Hon. S. James Otero in *Coffelt v. Nvidia*, No. CV 16-457 SJO (KKx), 2016 U.S. Dist. LEXIS 185157 (C.D. Cal. June 21, 2016).

13.     **Exhibit 14**: the United States Court of Appeals for the Federal Circuit's decision affirming the Judge Otero's Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. § 101, *Coffelt v. Nvidia*, No. 17-1119, ECF No. 35-1, dated March 15, 2017.

14.     **Exhibit 15**:   is the Order by the Supreme Court of the United States denying Mr. Coffelt's writ of certiorari, *Coffelt v. NVIDIA Corp.*, 137 S. Ct. 2143 (2017), dated May 17, 2017.

15.     **Exhibits 16, 17, and 18**: Mr. Coffelt's Complaint (Parts 1-3) against Autodesk alleging copyright infringement, filed on August 21, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF Nos. 1, 1-1, 1-2, & 1-3, in the United States District Court for the Central District of California.

16.     **Exhibit 19**:   the Order granting Autodesk's Motion to Dismiss issued by the Hon. Fernando M. Olguin on November 21, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 29, in the United States District Court for the Central District of California.

17.     **Exhibit 20**: Mr. Coffelt's First Amended Complaint against Autodesk alleging copyright infringement, filed on November 30, 2017 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 31, in the United States District Court for the Central District of California.

18. **Exhibits 21, 22, and 23**:  Mr. Coffelt's Second Amended Complaint (Parts 1-3) against Autodesk alleging copyright infringement, filed on January 3, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF Nos. 35, 35-1, 35-2, in the United States District Court for the Central District of California.

19. **Exhibit 24**:  the Order re: Defendant's <u>Ex Parte</u> Application issued by Judge Olguin on April 25, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 64, in the United States District Court for the Central District of California.

20. **Exhibit 25**:  the Order Dismissing Plaintiff's Second Amended Complaint with Prejudice issued by Judge Olguin on September 30, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 69, in the United States District Court for the Central District of California.

21. **Exhibit 26**:  is the Order Denying Motion to Appeal in Forma Pauperis issued by Judge Olguin on October 12, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 78, in the United States District Court for the Central District of California.

22. **Exhibit 27**:  the Order Re: Pending Motions issued by Judge Olguin on November 13, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 83, in the United States District Court for the Central District of California.

23. **Exhibit 28**:  the Order re: Electronic Filing Privileges issued by Judge Olguin on December 19, 2018 in *Coffelt v. Autodesk*, No. 5:17-cv-1684-FMO, ECF No. 88, in the United States District Court for the Central District of California.

24. **Exhibit 29**:  the Order denying Mr. Coffelt's writ of mandamus issued by the Ninth Circuit on March 13, 2019 in *Coffelt v. United States*

4

*District Court for the Central District of California, Riverside, et al.*, No. 18-73235, ECF No. 4-1.

25. **Exhibit 30**: the Order dismissing Mr. Coffelt's appeal in *Coffelt v. Autodesk*, No. 18-56305, in the United States Court of Appeals for the Ninth Circuit.

26. **Exhibit 31**: a copy of Github's website for Sony Pictures Imageworks' Open Shading Language ("OSL") code, specifically, the version of its "testshade.cpp" source code dated September 6, 2016, *available at* https://github.com/imageworks/OpenShadingLanguage/blob/2b1ebba6 555eee55245f813f9004136f6b443948/src/testshade/testshade.cpp.

27. **Exhibit 32**: a copy of Github's website for Sony Pictures Imageworks' OSL code, specifically, the version of its "testshade.cpp" source code dated May 30, 2017, *available at* https://github.com/imageworks/OpenShadingLanguage/blob/d671d259 be056602ea85dabe29fd4c5fc3b0c64d/src/testshade/testshade.cpp.

28. **Exhibit 33**: an excerpt from the IBM Dictionary of Computing 452 (3d ed. 1994), which includes the definition of "nest."

29. **Exhibit 34**: Mr. Coffelt's Request to Proceed in Forma Pauperis, which includes his Complaint against J. Clark and T. Baker, filed on February 15, 2012 in *Coffelt v. Clark et al.*, No. 5:12-cv-242-UA-MRW, ECF No. 1, in the United States District Court for the Central District of California.

30. **Exhibit 35**: the February 29, 2012 Order striking Mr. Coffelt's request to proceed in forma pauperis and closing the case *Coffelt v. Clark et al.*, No. 5:12-cv-242-UA-MRW in the United States District Court for the Central District of California.

1      IT IS SO ORDERED.

2

3    Dated: _____

4

5                                        Honorable James V. Selna
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6