1  Louis A. Coffelt, Jr.

2  General Delivery

3  6771 Warner Avenue

4  Huntington Beach, CA 92647

5  email: Louis.Coffelt@gmail.com

6  Phone: (657) 456-3112

7  *Pro Se*

# UNITED STATES DISTRICT COURT

### for the Central District of California

| | |
|---|---|
| Louis A. Coffelt, Jr., | |
|     plaintiff, | Case No.  8:19-cv-01351   JVS - DFM |
|     -v- | |
| Andrew Anagnost, defendant, | |
| Pascal W. Di Fronzo, defendant, | Date: October 8, 2019 |
| Autodesk, Inc., defendant, | Time: 10:00 a.m. |
| Sony Pictures Imageworks, defendant, | Courtroom: Santa Ana, 6B |
| Sony Corporation of America, defendant, | Hon. Douglas F. McCormick |
| Larry Gritz, defendant. | |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO**

**MOTION TO EXCLUDE LAY ARGUMENTS AND TESTIMONY (Dkt. No. 31, 28)**

Plaintiff, Louis A. Coffelt, Jr. (Coffelt) submits this reply in response to Defendant's Opposition (Dkt. No.31) pursuant to L. R. 7-10.

**ARGUMENT**

On September 6, 2019, defendants Andrew Anagnost, Pascal W. Di Fronzo, Autodesk, Inc., (Defendants) filed an Opposition (Dkt. No. 31) (Opposition) to this MOTION In Limine TO EXCLUDE LAY ARGUMENTS AND TESTIMONY DIRECTED TO A COMPUTER PROGRAM (Dkt. No. 28) (Motion to Exclude).

A pivotal issue in this Motion to Exclude is whether the court should issue the requested Order, which will be effective to all proceedings in this action.

A pivotal issue in this Motion to Exclude is whether a computer program is specialized technical subject matter.

A pivotal issue in this Motion to Exclude is whether **any** lay arguments directed to a computer program is in violation of FRE 701(c).

In Coffelt's Motion to Exclude, Coffelt alleged that Mr. Hung indicated he will file lay arguments in this action. Coffelt merely identified Defendant's **intent** to file lay arguments. Coffelt filed this Motion in order to exclude the lay arguments and lay testimony from any party in this action.

Whether any defendant has filed *("lay arguments directed to a computer program")* is a distinct separate issue from this Motion to Exclude. Whether any defendant has filed lay arguments may, or may not be considered by the court, in this motion. This court has authority to control it's own proceedings. This court, on it's own authority, may, or may not observe that Defendants have filed lay arguments directed to Coffelt's computer program in this action. For example,

> *Instead, it simply observes that Mr. Coffelt's contention that he has copyrighted the idea of a "nested loop" (Compl. ¶¶ 34-35) violates established law. (See Autodesk's Motion to Dismiss, ECF No. 29 at 14-17.)*

*See* Dkt. No. 31, p. 2.

For these reasons, Coffelt may file a separate motion to exclude Defendants' lay arguments, which were filed in their Motion to Dismiss (Dkt. No. 29). The court, on it's own authority, may strike any *("lay arguments directed to a computer program")*.

FRE 401. Test for Relevant Evidence

Evidence is relevant if:

(a) it has any tendency to make a fact more or less probable than it would be without the evidence; and

(b) the fact is of consequence in determining the action.

FRE 402. General Admissibility of Relevant Evidence

Relevant evidence is admissible unless any of the following provides otherwise:

- the United States Constitution;
- a federal statute;
- these rules; or
- other rules prescribed by the Supreme Court.

Irrelevant evidence is not admissible.

Defendants do not dispute any of the above identified pivotal issues in this Motion to Exclude.

For the above reasons, Defendant's entire Opposition is irrelevant argument to this Motion to Exclude.

For these reasons, the court should strike Defendant's entire argument filed on September 6, 2019, Dkt. No. 31.

For these reasons, Defendants have conceded this requested Order should issue for all proceedings in this action.

For these reasons, Defendants have conceded a computer program is specialized technical subject matter.

For these reasons, Defendants have conceded **any** lay arguments directed to a computer program is in violation of FRE 701(c).

**CONCLUSION**

Defendants have not disputed any relevant issue in this MOTION In Limine TO EXCLUDE LAY ARGUMENTS AND TESTIMONY DIRECTED TO A COMPUTER PROGRAM (Dkt. No. 28)

Pursuant to FRE 401, 402, the court should strike Defentants entire document Dkt. No. 31 from the record of this case.

For the foregoing reasons, Coffelt believes the court should grant Coffelt's request for an order to exclude all lay arguments and lay testimony directed to a computer program (Dkt. No. 28).

Date: September 9 , 2019                    By: /s/   Louis A. Coffelt, Jr.
                                                 (*Plaintiff, Pro Se*)