COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants

SONY CORPORATION OF AMERICA,
SONY PICTURES IMAGEWORKS INC.,
and LARRY GRITZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS INC., SONY CORPORATION OF AMERICA, and LARRY GRITZ, <br><br> Defendants. | Case No. 8:19-cv-01351-JVS-DFM <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS SONY CORPORATION OF AMERICA, SONY PICTURES IMAGEWORKS INC., AND LARRY GRITZ'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT, JR.'S COMPLAINT** <br><br> Date: October 21, 2019 <br> Time: 1:30 p.m. <br> Courtroom: Santa Ana, 10C <br><br> Hon. James V. Selna |

Defendants Sony Corporation of America, Sony Pictures Imageworks Inc., and Larry Gritz ("Sony") request that the Court take judicial notice of the documents attached as Exhibits 1 through 4 under Rule 201 of the Federal Rules of Evidence and the authorities cited below.

## I.   BASIS FOR REQUESTING JUDICIAL NOTICE

Courts may take judicial notice of matters of public record if the facts are not subject to reasonable dispute. *Lee v. City of L.A.*, 250 F.3d 668, 688–89 (9th Cir. 2001). Patents issued by the United States Patent and Trademark Office are proper subjects for judicial notice. *See Klang v. Pflueger*, No. SACV 13-01971 JVS (DFMx), 2014 WL 4922401, at *1 (C.D. Cal. July 10, 2014) (Selna, J.) (taking judicial notice of two patents "because they are public records and are proper subjects for judicial notice under Federal Rule of Evidence 201").

Accordingly, Sony seeks judicial notice of the following four patents:

1. **Exhibit 1:** U.S. Patent No. 5,481,723, titled "System and method for controlling execution of nested loops in parallel in a computer including multiple processors, and compiler for generating code therefore," issued on January 2, 1996.

2. **Exhibit 2:** U.S. Patent No. 6,148,439, titled "Nested loop data prefetching using inner loop splitting and next outer loop referencing," issued on November 14, 2000.

3. **Exhibit 3:** U.S. Patent No. 6,493,701, titled "Database system with methodology providing faster N-ary nested loop joins," issued on December 10, 2002.

4. **Exhibit 4:** U.S. Patent No. 7,882,100, titled "Database system with methodology for generating bushy nested loop join trees," issued on February 1, 2011.

## II.   CONCLUSION

Sony respectfully requests that the Court take judicial notice of the attached Exhibits 1 through 4.

Dated: September 16, 2019                    COOLEY LLP


                                             /s/ Whitty Somvichian
                                             Whitty Somvichian (194463)

                                             Attorneys for Defendants

                                             SONY CORPORATION OF AMERICA,
                                             SONY PICTURES IMAGEWORKS INC.,
                                             and LARRY GRITZ

# Exhibit 1

Exhibit 1
Page 3

Case 8:19-cv-01351-JVS-DFM   Document 35-2   Filed 09/16/19   Page 5 of 101   Page ID #:1351

US005481723A

# United States Patent [19]

## Harris et al.

[11]   **Patent Number:      5,481,723**

[45]   **Date of Patent:        Jan. 2, 1996**

[54] **SYSTEM AND METHOD FOR CONTROLLING EXECUTION OF NESTED LOOPS IN PARALLEL IN A COMPUTER INCLUDING MULTIPLE PROCESSORS, AND COMPILER FOR GENERATING CODE THEREFORE**

[75] Inventors: **Kevin W. Harris**, Nashua; **William B. Noyce**, Hollis, both of N.H.

[73] Assignee: **Digital Equipment Corporation**, Maynard, Mass.

[21] Appl. No.: **395,275**

[22] Filed:        **Feb. 27, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 555,660, Jul. 18, 1990, abandoned, which is a continuation of Ser. No. 226,257, Jul. 29, 1988, abandoned.

[51] **Int. Cl.6**  ......................................................... **G06F 9/45**
[52] **U.S. Cl.** ................... **395/700;** 364/280.4; 364/280.5; 364/DIG. 1
[58] **Field of Search** ........................ 364/DIG. 1, DIG. 2; 395/600, 700, 800

[56]                        **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,468,736 | 8/1984 | De Santis et al. ......................... | 364/200 |
| 4,710,872 | 12/1987 | Scarborough ............................ | 364/300 |
| 4,794,521 | 12/1988 | Ziegler et al. ........................... | 364/200 |
| 4,829,427 | 5/1989 | Green ...................................... | 364/300 |
| 4,833,606 | 5/1989 | Iwasawa et al. ......................... | 395/700 |
| 5,093,916 | 3/1992 | Karp et al. ............................... | 395/700 |

#### OTHER PUBLICATIONS

S. Midkiff, et al., "Compiler Algorithms for Synchronization," I.E.E.E. Transactions on Computers, vol. 3–36, No. 12 (Dec., 1987), pp. 1485–1495.
L. Lamport, "The Parallel Execution of Do Loops," Comm. ACM vol. 17, No. 2 (Feb. 1974), pp. 83–93.

D. Callahan, *A Global Approach to Detection of Parrallelism* (1987) Ph. D. Thesis, Rice University (Rice COMP TR87–50, 9 Apr. 1987).
D. Reed, et al., "Synchronization With Eventcounts and Sequencers", Comm. ACM, vol. 22, No. 2 (Feb. 1979), pp. 115–123.
J. Gazdag & H.–H. Wang, Concurrent computing by sequential staging of tasks, IBM Systems Journal, vol. 28, No. 4, 1989, pp. 646–660.
Proceedings of the 1986 International Conference on Parallel Processing, 19th –22 Aug. 1986, pp. 544–551, IEEE, New York, US; S. P. Midkiff et al: "Compiler Generated Synchronization for DO Loops".

*Primary Examiner*—Thomas G. Black
*Assistant Examiner*—Maria N. Von Buhr
*Attorney, Agent, or Firm*—Denis G. Maloney; Arthur W. Fisher

[57]                        **ABSTRACT**

A system and method for controlling execution of nested loops in parallel in a computer including multiple processors, and a compiler for generating code therefor. The code enables the computer to operate in the following manner. Each processor processes an iteration of an outer loop in a set of nested loops. If the outer loop contains more iterations than processors in the system, the processors are initially assigned early iterations, and the later iterations are assigned to the processors as they finish their earlier iterations, until the processors have processed all of the iterations. Each processor, during processing of an outer loop iteration runs the iterations comprising the inner loop serially. In order to enforce dependencies between the loops, each processor reports its progress in its iterations of the inner loop to the processor executing the succeeding outer loop iteration. In addition, each processor, before processing the inner loop iterations of an assigned outer loop iteration, determines whether the processor computing the preceding outer loop is ahead or behind in processing its inner loop iteration by an amount which guarantees that dependencies will be enforced.

**25 Claims, 4 Drawing Sheets**



Exhibit 1
Page 4



**Fig. 1**

Exhibit 1
Page 5



**Fig. 2**

Exhibit 1
Page 6

**U.S. Patent**          Jan. 2, 1996          Sheet 3 of 4          **5,481,723**



72 — DEFINE VARIABLES FOR EACH PROCESSOR TO COUNT INNER LOOP ITERATIONS (PROGRESS) AND A FLAG (DONE) TO INDICATE COMPLETION OF INNER LOOP ITERATIONS. DEFINE A COUNTER TO COUNT THE LAST OUTER LOOP ITERATION COMPLETED (LAST)

INITIALIZE LAST TO MINIMUM

74 — INITIALIZE PROGRESS TO MINIMUM INNER LOOP ITERATION

INITIALIZE DONE = FALSE

76 — ASSIGN ONE INTERATION OF THE OUTER LOOP TO EACH PROCESSOR AND DEFINE A COUNTER/POINTER FOR EACH INTERATION (J0, J1) SUCH THAT J0 COUNTS THE INNER LOOP ITERATIONS OF THE PRESENT PROCESSOR AND J1 COUNTS THE INNER LOOP ITERATIONS OF THE IMMEDIATELY PROCEEDING OUTER LOOP ITERATION.

78 — INITIATE PROCESSING AT EACH PROCESSOR

86 — ASSIGN NEXT ITERATION TO PROCESSOR WHERE DONE = TRUE

80 — HAVE ALL OUTER LOOP INTERATIONS BEEN CALCULATED

84 — ARE ANY PROCESSORS DONE?

NO

YES — 82

EXIT

*Fig. 3*

Exhibit 1
Page 7

**U.S. Patent**          Jan. 2, 1996          Sheet 4 of 4          **5,481,723**



88 — ESTABLISH INNER LOOP INDEX I AND TERMINATION CRITERION

90 — WAIT UNTIL PROGRESS (J1) I +K

92 — PERFORM COMPUTATION OF ITERATION (J, 1)

94 — UPDATE PROGRESS (J0)

96 — DETERMINE WHETHER INNER LOOP TERMINATION CRITERION IS SATISFIED

NO

YES

98 — ESTABLISH CONDITION OF A DONE FLAG

100 — ESTABLISH CONDITION OF A DONE FLAG

102 — UPDATE LAST POINTER AND J0, J1 VALUES FOR SUBSEQUENT OUTER LOOP ITERATION

*Fig. 4*

Exhibit 1
Page 8

5,481,723

# 1
## SYSTEM AND METHOD FOR CONTROLLING EXECUTION OF NESTED LOOPS IN PARALLEL IN A COMPUTER INCLUDING MULTIPLE PROCESSORS, AND COMPILER FOR GENERATING CODE THEREFORE

This application is a continuation of U.S. application Ser. No. 07/555,660, filed Jul. 18, 1990, which is a File Wrapper Continuation of U.S. patent application Ser. No. 07/226,257, filed Jul. 29, 1988, both entitled, SYSTEM AND METHOD FOR CONTROLLING EXECUTION OF NESTED LOOPS IN PARALLEL IN A COMPUTER INCLUDING MULTIPLE PROCESSORS, AND COMPILER FOR GENERATING CODE THEREFORE, both now abandoned.

The invention relates generally to the field of digital data processing systems, and more particularly to systems for enabling portions of a computer program to be executed in parallel by multiple processors in a digital data processing system.

Digital data processing systems including multiple processors have the potential for achieving significantly faster processing of a computer program by processing the program in parallel. Realizing the potential increase in processing speed, however, requires optimizing the programs processed by the processors. Programs originally written for sequential processing may not be directly transferable to a multiple processor system but often must be rewritten to take full advantage of the parallel architecture. It is desirable, therefore, to provide compiler programs which directly transform programs in such well known languages as, for example, Fortran, C or Pascal into versions directly compatible with the multiple processor architecture by, for example, inserting instructions to efficiently regulate processing by the various processors.

Initially, a programmer or compiler has to identify those parts of a program which can be run in parallel and still produce the same result as would be obtained if the computer were run on a single processor system. In a computer including a single processor, values calculated and stored in memory in earlier portions of a program are assured of being available for later portions of the program, in which the memory is read and values used in computation. If, however, the portions are processed in parallel in a computer system having multiple processors, the order of computation is, in general, unpredictable.

The important computer programming code structure known as the loop presents special difficulties in this regard. A loop calls for the iterative execution of the same series of program instructions until some termination criterion is satisfied. In order to ensure that the program, when executed in parallel, provides the same result as when executed serially, memory references must occur in the same order in the parallel version as they would in the serial version. For example, if a function in an iteration of a loop requires a result calculated during a previous iteration, the previous iteration must be performed first in the parallel processing scheme on multiple processors, although it would automatically occur in the proper order if a single processor were processing the program in a serial processing scheme.

Whenever there are two references to the same memory location, and at least one of the references is a write, a "dependence" exists between the two references, and they must occur in the proper order. The iteration which calculates a value to be called upon in another iteration is called the "source" of the dependence and the iteration which reads the value and uses it in a computation is referred to as a

# 2
dependence "sink". If there is a dependence between two references that can occur in different iterations of a loop, as described above, that loop is said to "carry the dependence," and finally, if a result computed in one iteration of a loop depends on a value computed by that same statement in a preceding iteration of the loop, the dependence forms what is called a "recurrence". Loop structures which carry a dependence cannot run in parallel without special action, because the timing of processing of the iterations of a loop, when processed in parallel, is, as described above, often unpredictable.

Accounting for the presence of dependencies and recurrences carried by loop structures in programs executed in parallel on multiple processor systems becomes even further complicated by a loop which includes another loop as a programming step, since a dependence may involve a value calculated in another iteration of both the outer and inner loops. This structure is known as a nested loop.

Previous methods for making loop structures compatible with multiple processor systems fall into two broad classes. In the first, which includes techniques such as the Hyperplane Method and the Code Replication technique, the program is transformed in such a way that the resulting program contains loops that do not carry any dependencies. The Code Replication Technique cannot be used with loops which carry a recurrence.

The Hyperplane method has, however, proven capable of handling such dependencies, including those occurring in nested loop structures. In this technique, the outer loop of a nested loop structure is performed serially on each available processor and the inner loop is performed in parallel with certain iterations assigned to certain processors. Unfortunately, though, this method requires the execution of many loop start and resynchronization commands to assure the proper ordering of the computations. Such commands are inherently slow and thus prevent the multiple processors from being efficiently used. Furthermore, when implementing the Hyperplane technique, the processors are vulnerable to unpredictable delays, such as those due to page faults or preemption by higher priority users which tend to delay the execution of the program by the sum of the processor delays.

In the second class of techniques, the dependence is enforced by making one processor wait for another. These techniques, however, have been applied only to a single loop. In nested loops, the iterations comprising the inner loops are executed in parallel, with the iterations comprising the outer loop being executed serially. Alternatively, flags may be inserted into the data being processed to synchronize access thereto. However, the number of flags required would be on the order of the number of inner loop iterations times the number of outer loop iterations. Typical nested loops would in effect be run serially, because the system would wait for the entire inner loop to be completed on one processor before starting it on another processor.

## SUMMARY OF THE INVENTION

The invention provides a new and improved system and method for processing a nested loop, including an outer loop structure and at least one inner loop structure, in connection with a computer having a plurality of processors, and a new and improved compiler for generating code therefor.

In brief summary, the invention, in one aspect, includes a system for processing a nested loop structure including an outer loop structure, to be processed in a plurality of outer loop iterations in parallel, and an inner loop structure to be processed in a plurality of inner loop iterations in series, the

Exhibit 1
Page 9

5,481,723

3

inner loop structure defining a computation defining a dependency. The system comprises a plurality of processors for performing processing operations and a control element. The control element comprises an outer loop element for enabling the processors to process the outer loop iterations in parallel, and an inner loop element, which, in turn, includes a wait element, a computation element, and a report element. The wait element enables each processor to perform a wait operation to delay until a processor performing a proximate outer loop iteration generates a report indicating that it has reached an inner loop iteration having a selected relationship with the inner loop iteration being performed by the processor, the relationship being selected to ensure satisfaction of the dependency. The computation element enables each processor to perform, following the wait operation, the computation for the inner loop iteration. The report element enables each processor to generate a report following the completion of the computation to identify the inner loop iteration whose computation was completed.

In another aspect, the invention provides a method of controlling a computer system comprising a plurality of processors to process a nested loop structure including an outer loop structure to be processed by the processors in a plurality of outer loop iterations in parallel, and an inner loop structure to be processed in a plurality of inner loop iterations by each processor in series, the inner loop structure defining a computation defining a dependency. The method comprises an outer loop step for enabling each processor to initiate processing of an outer loop iteration, and an inner loop step for enabling each processor to iteratively process inner loop iterations. The inner loop step, in turn, comprises a wait step, a computation step and a report step. The wait step enables each processor to perform a wait operation to delay until a processor performing a proximate outer loop iteration generates a report indicating that it has reached an inner loop iteration having a selected relationship with the inner loop iteration being performed by the processor. The computation step enables each processor to perform, following the wait operation, the computation for the inner loop iteration as defined by the inner loop structure. The report step enables each processor to generate a report following the completion of the computation to identify the inner loop iteration just completed by the processor.

In yet another aspect, the invention provides a compiler for compiling a nested loop structure including an outer loop structure to be processed by a plurality of processors in a plurality of outer loop iterations in parallel, and an inner loop structure to be processed in a plurality of inner loop iterations by each processor in series, the inner loop structure defining a computation defining a dependency. The compiler comprises an outer loop element for generating code for enabling each processor to process an outer loop iteration comprising at least one inner loop iteration, and an inner loop element. The inner loop element, in turn, includes a wait element, a computation element, and a report element. The wait element generates code for enabling each processor to perform a wait operation to delay until a processor performing a proximate outer loop iteration generates a report indicating that it has reached an inner loop iteration having a selected relationship with the inner loop iteration being performed by the processor. The computation element generates code for enabling each processor to perform, following the wait operation, the computation for the inner loop iteration as defined by the inner loop structure. The report element generates code for enabling each processor to generate a report following the completion of the computa-

4

tion to identify the inner loop iteration just completed by the processor.

BRIEF DESCRIPTION OF THE DRAWINGS

This invention is pointed out with particularity in the appended claims. The above and further advantages of this invention may be better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a flow diagram of the steps of the method of the invention for a simple example of a nested loop structure carrying a recurrence.

FIG. 2 is an illustration of multiple processors executing a nested loop structure according to the invention.

FIG. 3 is a flow diagram of the processor control functions according to the invention.

FIG. 4 is a flow diagram of the steps of the method executed at each processor.

DESCRIPTION OF AN ILLUSTRATIVE
EMBODIMENT

1. General

The invention provides a new system, which may comprise a compiler that, in compiling programs with nested loops, generates code which enables the programs to be executed in parallel by multiple processors in a digital data processing system. The resulting code enables the system to operate in the following manner. The compiler generates code that enables each processor to be assigned to process one iteration of an outer loop in a set of nested loops. If the outer loop contains more iterations than processors in the system, the processors are initially assigned the initial outer loop iterations and as each processor finishes processing its outer loop iteration, it is assigned the next unassigned outer loop iteration. The procedure continues until all of the outer loop iterations have been processed.

During processing of each outer Loop iteration, each processor runs the inner loop iterations serially. In order to enforce dependencies, each processor, after finishing processing of an inner loop iteration, reports its progress in processing the inner loop iteration to the processor executing the next succeeding outer loop iteration. That processor waits until the reporting processor is ahead by at least, or behind, by at most, a selected proximate outer loop iteration by a selected number of inner loop iterations. The number is determined by the number of inner loop iterations and number of outer loop iterations between the source and sink of the dependency, and is selected to guarantee that the dependency will be enforced.

The new method provides a nearly linear increase in computational speed. Furthermore, the method is relatively tolerant of the delays that can occur because of unequal work in the loop body or preemption in a time-sharing environment or interrupt processing. Delaying one processor does not hold up the entire program, but only those processors that execute succeeding outer loop iterations. Finally, a delay in another processor does not necessarily hold up the processor that was delayed first.

The invention may include a large number, corresponding at least to the number of outer loop iterations, of control structures to control and synchronize the operations of the processors processing the inner loop iterations, to facilitate reporting by the processors of their completion of the inner loop iterations for each outer loop iteration. In a second

Exhibit 1
Page 10

5,481,723

| 5 | 6 |

aspect of the invention, reporting is accomplished by control structures that depend on the number of processors, not the number of outer loop iterations. In the second aspect of the invention, the control structures include progress counters, each associated with a flag, the number of flags and progress counters being associated with the number of processors.

Each progress counter is incremented by a processor to indicate its progress in sequencing through the inner loop iterations of its assigned outer loop iteration. During processing of each outer loop iteration, prior to performing the computation defined by the inner loop iteration, the processor examines the progress counter being incremented by the processor processing the preceding outer loop iteration to determine whether it indicates that that processor has progressed sufficiently to permit it to process the inner loop iteration. If so, the processor performs the computation defined by the inner loop iteration, and increments its progress counter.

It will be appreciated that, at any given time, only two processors will be using any given progress counter, namely, the processor that examines the progress counter of the processor processing the preceding inner loop iteration, and the processor that increments its progress counter to report the inner loop iteration it has finished processing. When both processors have completed use of the progress counter, which does not occur until the examining processor has finished its inner loop iterations, the progress counter can be re-used for another outer loop iteration. Thus, the number of progress counters required is at least one plus the number of processors. The additional progress counter is initially provided for the processor processing the first outer loop iteration; that progress counter is initialized to a value that ensures that the processor processing the first outer loop iteration will be able to process all of the inner loop iterations comprising the first outer loop iteration.

In addition to the progress counters, the control structures include a done flag that indicates whether the progress counter can be re-used, and a last pointer indicates the first unavailable progress counter. When the processor that reports through a given progress counter is finished processing its inner loop iterations of an outer loop iteration, it increments the value in the progress counter to the highest possible value the counter can accommodate, so that a lesser value in the progress counter does not inhibit the examining processor from finishing its inner loop iterations. Further, when the examining processor finishes its inner loop iterations, so that it does not need to examine the progress counter further, it sets the done flag associated with the progress counter, indicating it can be re-assigned.

The progress counters are assigned in a circular manner, and so all preceding progress counters, up to the progress counter pointed to by the last counter, are available for re-assignment. As each examining processor finishes using a progress pointer and sets the associated done flag, it increments the last pointer to point to the next progress counter. Further, as each processor finishes processing an outer loop iteration, it is reassigned the next progress counter whose done flag is set, if the last pointer does not point to it.

DETAILED DESCRIPTION

FIG. 1 illustrates operations of the computer system with reference to the following code fragment containing a Fortran code structure known as a nested Do loop:

| Do J = 1,N | [1] |
|    Do I = 1,M | [2] |
|       A (I,J) = A(I,J) + A(I,J−P) | [3] |
|    End Do | [4] |
| End Do | [5] |

In this code fragment, the outer loop, identified with a loop index J, is defined by lines [1] and [5] calling for N outer Loop iterations from J=1 to J=N. For each iteration of the outer loop, lines [2] and [4] define an inner loop, identified by a loop index I, which has M inner loop iterations from I=1 to I=M.

Line [3] of the nested Do loop defines a computation which requires the value of a memory location A(I, J−P), that is, the value of the computation computed during the corresponding iteration I of the inner loop, during a previous iteration, namely iteration J−P, of the outer loop. The values computed during the outer loop iteration J−P are stored during those iterations in the same memory locations that are read during iteration J and used in inner loop computations during that outer loop iteration. Thus, the present Do loop structure carries a dependency, or rather two references, to each storage location, the first reference to write a result in a location that is read during the second reference by a later outer loop iteration and used in a computation in that later outer loop iteration. To process the code fragment in parallel on a computer system with multiple processors, the system must ensure that the processor processing outer loop iteration J−P has completed the iteration I of the inner loop to provide value A(I, J−P).

In the following description, it will be assumed that the nested Do loop will be processed in parallel, in a computer system having n+1 processors identified by $P_o$ through $P_n$. The value of "n" need not have any relation to "N", the number of outer loop iterations.

Referring now to FIGS. 1 and 2, the new compiler generates code that enables the processors to execute their assigned outer loop iterations in parallel, while ensuring that the dependencies are maintained. In Step 10, the code enables each processor $P_o$-$P_n$ to perform a single iteration of the outer loop. The code enables each processor $P_j$ (j=0 to n) to execute the inner loop iteration defined by (1), serially (steps 18 through 26) with each processor $P_j$ initially performing a wait step (step 20) until the processor processing the preceding outer loop iteration is ahead by at least, or behind by at most, a predetermined number of inner loop iterations. The processor then executes the inner loop computation (step 22), and reports that it has completed the iteration I to the processor performing the next outer loop iteration, namely iteration J+1 (step 24). After the processor $P_j$ has finished all of the inner loop iterations (step 26), it indicates (step 30) that it is free to run another outer loop iteration (step 30), and is assigned to run the next unassigned outer loop iteration, repeating steps 20, 22 and 24, or exits if all outer loop iterations have been assigned.

To facilitate the operation depicted in FIG. 1, the compiler generates code that enables establishment of various data structures depicted in FIG. 2. FIG. 2, depicts a plurality of processors $P_o$-$P_n$, generally identified by reference numeral 38, comprising a parallel processor system. The processors 38 process outer loop iterations in parallel, the processors processing all of the inner loop iterations serially. During an outer loop iteration, each processor 38 is assigned a progress counter 32 and an associated done flag 34. In the report operation (step 24), the processor 38 updates the assigned

Exhibit 1
Page 11

5,481,723

**7**

progress counter 32 after each inner loop iteration. The processor increments its progress counter 32 to its highest value upon completion of all of the inner loop iterations, which may occur after processing of all of the inner loop iterations or earlier if it determines that a termination criterion is met that enables it to exit the inner loop.

In the wait operation (step 20) the processor 38 examines the value of the progress counter 32 assigned to the processor 38 processing the immediately preceding outer loop iteration. An examining processor 38 uses the progress counter 32 to determine whether it is ahead of the reporting processor 38 by at least, or behind by at most, a predetermined number of inner loop iterations. The reporting processor, when it has finished its outer loop iteration, sets the value of the progress counter to the highest value so that a lesser value in the progress counter does not inhibit the processor 38 from finishing the inner loop iteration of its outer loop iteration. After it has finished processing its outer loop iteration, the processor 38 sets the done flag 34 associated with the progress counter 32 it was examining. In addition, the processor 38 conditions its progress counter 32 to its highest possible value.

As noted above, the data structure depicted in FIG. 2 contains at least one more progress counter 32 and done flag 34 than the number of processors 38. The progress counters 32 are effectively assigned to processors 38 in a circular manner. A pointer 36 is established that points to the progress counter 32 and done flag 34 which was last assigned to a processor 38. If the number of iterations of the outer loop is greater than the number of processors, the value of the last pointer 36, when incremented, modulo the number of processors plus one, points to the first unavailable done flag 34 and progress counter 32.

The code generated by the compiler enables each processor 38 to observe the progress of the processor performing the preceding outer loop iteration in its processing of inner loop iterations. Specifically, the code enables each processor 38 to observe the count of the progress counter 32 that is being updated by the processor 38 processing the immediately preceding outer loop iteration. During execution of a wait command (step 20) each processor delays until the processor processing the immediately preceding iteration of the outer loop is ahead by at least, or behind by at most, a selected number (K) of iterations in its processing of the inner loop iteration, with the number K being selected to ensure that any dependencies are satisfied.

To determine the value for K, the compiler generates distance vectors $(D_j, d_i)$ each associated with a dependence carried by the outer loop, where the vector component $D_j$ represents, for a given dependence, the number of outer loop iterations from one reference to a memory location to another reference to the same memory location, and vector component $d_i$ represents, for the same dependence, the distance between inner loop iterations between the same references. The sign of the vector component $D_j$ is positive if the outer loop dependence is to a preceding outer loop iteration and negative if it is to a succeeding outer loop iteration. Similarly, the sign of vector component $d_i$ is positive if the inner loop dependence is to a preceding inner loop iteration and negative if it is to a succeeding inner loop iteration. The distance vector components are indicated schematically in FIG. 2. For example, if the value A(J-1, I-2) is to be used in a computation in an inner loop, the distance vector is (+1,+2).

The value of $K_D$ for each dependence represents a number of inner loop iterations separating the inner loop iteration

**8**

being processed by a given processor and the inner loop iteration being processed by the processor processing the immediately preceding outer loop iteration. The value of $K_D$ is selected to ensure that, as each processor $P_j$ 38 is performing a computation which uses a value computed during another iteration, the required value has already been computed. Further, the value $K_D$ is selected so that the processor $P_j$ 38 need only determine from the progress counter 32 associated with the processor 38 processing the immediately preceding outer loop iteration that the dependence is satisfied.

If the dependence vector $(D_j, d_i)$ associated with the dependence has a component $D_j$ with a positive value, that is, if the component $D_i$ identifies a dependence to a preceding outer loop iteration, and a component $d_i$ with a positive value, that is if the component $d_i$ identifies a preceding inner loop iteration, it will be appreciated that the processor processing an outer loop iteration can get ahead of the processor performing the preceding outer loop iteration by an amount corresponding to the number of inner loop iterations between the inner loop iteration in which the value giving rise to the dependence is computed and the inner loop iteration in which it is used. However, to enable the processor to only have to observe the progress of the processor processing the immediately preceding outer loop iteration, the dependence is enforced if the processor is permitted to get ahead of the processor processing the immediately preceding outer loop iteration by a number of inner loop iterations corresponding to the greatest integer resulting from the division of the value of $d_i$ by the value of $D_j$. Since each of the processors 38 will be permitted to process an inner loop iteration in advance of its being processed by the processor processing the immediately preceding inner loop iteration, the sum of the amounts of the advancements permitted between the processor 38 that uses the value will ensure that the dependence is enforced.

Similarly, if the dependence vector $(D_j, d_i)$ associated with the dependence has a component $D_j$ with a positive value, that is, if the component $D_j$ identifies a dependence to a preceding outer loop iteration, and a component $d_i$ with a zero or negative value, that is, if the component $d_i$ identifies the same or a succeeding inner loop iteration, the processor processing an outer loop iteration will need to delay behind the processor performing the preceding outer loop iteration by an amount corresponding to the number of inner loop iterations between the inner loop iteration in which the value giving rise to the dependence is computed and the inner loop iteration in which it is used. However, to enable the processor to only have to observe the progress of the processor processing the immediately preceding outer loop iteration, the dependence is enforced if the processor is forced to delay behind the processor processing the immediately preceding outer loop iteration by a number of inner loop iterations corresponding to the greatest integer resulting from the division of the value of $d_i$ by the value of $D_j$. Since each of the processors 38 will be forced to delay processing of an inner loop iteration behind its being processed by the processor processing the immediately preceding inner loop iteration by the same amount, the sum of the amounts of the advancements permitted between the processor 38 that computes the value and the processor 38 that uses the value will ensure that the dependence is enforced.

On the other hand, if the dependence vector $(D_j, d_i)$ associated with the dependence has a component $D_j$ with a negative value, that is, if the component $D_j$ identifies a dependence to a succeeding outer loop iteration, and a component $d_i$ with a positive value, that is, if the component

Exhibit 1
Page 12

5,481,723

9

$d_i$ identifies a preceding inner loop iteration, it will be
appreciated that the processor processing an outer loop
iteration can get ahead of the processor performing the
succeeding outer loop iteration by an amount corresponding
to the number of inner loop iterations between the inner loop
iteration in which the value giving rise to the dependence is
computed and the inner loop iteration in which it is used.
However, to enable the processor to only have to observe the
progress of the processor processing the immediately pre-
ceding outer loop iteration, the dependence is enforced if the
processor is permitted to get ahead of the processor pro-
cessing the immediately preceding outer loop iteration by a
number of inner loop iterations corresponding to the greatest
integer resulting from the division of the value of $d_i$ by the
value of $D_j$. Since each of the processors 38 will be
permitted to process an inner loop iteration in advance of its
being processed by the processor processing the immedi-
ately preceding inner loop iteration, the sum of the amounts
of the advancements permitted between the processor 38
that computes the value and the processor 38 that uses the
value will ensure that the dependence is enforced.

Finally, if the dependence vector $(D_j, d_i)$ associated with
the dependence has a component $D_j$ with a negative value,
that is, if the component $D_j$ identifies a dependence to a
succeeding outer loop iteration, and a component $d_i$ with a
zero or negative value, that is, if the component $d_i$ identifies
the same or a succeeding inner loop iteration, the processor
processing an outer loop iteration will need to delay behind
the processor performing the succeeding outer loop iteration
by an amount corresponding to the number of inner loop
iterations between the inner loop iteration in which the value
giving rise to the dependence is computed and the inner loop
iteration in which it is used. However, to enable the proces-
sor to only have to observe the progress of the processor
processing the immediately preceding outer loop iteration,
the dependence is enforced if the processor is forced to delay
behind the processor processing the immediately preceding
outer loop iteration by a number of inner loop iterations
corresponding to the greatest integer resulting from the
division of the value of $d_i$ by the value of $D_j$. Since each of
the processors 38 will be forced to delay processing of an
inner loop iteration behind its being processed by the
processor processing the immediately preceding inner loop
iteration by the same amount, the sum of the amounts of the
advancements permitted between the processor 38 that com-
putes the value and the processor 38 that uses the value will
ensure that the dependence is enforced.

Thus, if the value $K_D$ represents, for a given dependency,
a minimum delay factor, that is, the minimum difference
between the inner loop iteration being processed by a
processor $P_j$ 38 and the processor 38 processing the imme-
diately preceding outer loop iteration, the value of $K_D$ is the
minimum greatest integer value which satisfies the follow-
ing relations:

$$K_D * D_j + d_i \geqq 0 \text{ if } D_j \text{ is positive, or}$$

$$K_D * D_j + d_i \leqq 0 \text{ if } D_j \text{ is negative.}$$

It will be appreciated that, if the inner loop computations
contain multiple dependencies, the compiler determines a
value of $D_j$ for each dependency as described above, and
selects as $K$ its largest $K_D$.

FIGS. 3 and 4 detail the operations performed by the
processors $P_o$-$P_n$ 38 in processing a nested loop structure in
connection with the progress counters 32, done flags 34 and
last pointer 36 described above in connection with FIG. 2.

Referring now to FIG. 3, the code generated by its
compiler enables establishment of the progress counters 32

10

(FIG. 2) and associated done flags 34 (FIG. 2) and the last
pointer 36. The control processor first initializes these struc-
tures (step 74), and assigns the first sequential outer loop
iterations to the processors $P_o$-$P_n$ (step 76). In that operation,
each processor $P_o$-$P_n$ 38 receives a control value J0 and J1.
The value J0 identifies the outer loop iteration being pro-
cessed by the processor $P_i$ and value J1 identifies the outer
inner loop iteration being processed by the processor 38
performing the immediately preceding outer loop iteration.

After all the processors have been assigned outer loop
iterations, they begin processing in unison (step 78), per-
forming the operations described below in connection with
FIG. 4. As each processor 38 finishes the outer loop itera-
tion, it determines whether all of the outer loop iterations
have been calculated (step 80). If so, the computations of the
program are complete (step 82) and the processor 38 exits.
However, if the processor 38 determines in step 80 that all
outer loop iterations have not been processed, it selects a
progress counter 32 associated with the done flag 34 unless
pointed to by the last pointer 36, and begins processing the
next unprocessed outer loop iteration. If the progress counter
32 is pointed to by the last pointer 36, the processor waits
until the last pointer 36 is incremented to point to a subse-
quent progress counter 32, before using the first progress
counter.

FIG. 4 depicts the operations performed by processor $P_i$
38 in processing an outer loop iteration. The processor 38
first establishes inner loop index I and its termination
criterion (step 88). The processor then performs a wait
operation (step 90) examining the progress counter 32 that
is being incremented by the processor 38 processing its outer
loop iteration identified by the value J1, that is, the progress
counter 32 associated with the processor computing the
immediately preceding outer loop iteration, to determine
when it has completed its inner loop iterations at least
through iteration I+K, which ensures that all dependencies
have been satisfied as described above. Upon meeting this
condition, the processor performs the inner loop computa-
tion (step 92) and updates its progress counter 32. The effect
of this update operation is to report its progress to the
processor processing the immediately succeeding iteration
of the outer loop. The processor $P_i$ 38 then tests the termi-
nation criterion. If the inner loop termination criterion is not
met (step 96), the processor returns to step 90 to begin
computation of the next inner loop iteration.

On the other hand, if the processor $P_j$ 38 determines, in
step 96, that the inner loop termination criterion has been
satisfied, it sets the progress counter 32 it is using to report
to its maximum possible value. In addition, if K is positive,
it sets the done flag 34 (step 98) associated with the progress
counter it is examining and if K is negative it sets the done
flag associated with the progress counter 32 it is using to
report, thereby indicating that the progress counter is avail-
able for assignment (step 100). The processor $P_i$ 38, then
updates the last pointer 36 and the values J0 and J1, for the
next outer loop iteration (step 102).

The foregoing description has been limited to a specific
embodiment of this invention. It will be apparent, however,
that variations and modifications may be made to the inven-
tion, with the attainment of some or all of the advantages of
the invention. Therefore, it is the object of the appended
claims to cover all such variations and modifications as
come within the true spirit and scope of the invention.

What is claimed as new and desired to be secured by
Letters Patent of the United States is:

1. A method of compiling a nested loop program structure
including an outer loop structure to be processed by a
plurality of processors operating in parallel, each of said

Exhibit 1
Page 13

5,481,723

11

processors assigned to process a selected one of a plurality of outer loop iterations, and further including an inner loop structure to be processed in a plurality of inner loop iterations, the inner loop iterations corresponding to each said outer loop iteration being processed in series by the processor assigned to process the corresponding outer loop iteration, wherein at least one of the inner loop iterations is dependent upon a computation of another of the inner loop iterations in a preceding iteration of the outer loop iterations, the method comprising the steps, performed in a data processing system, of:

A) extracting the outer loop structure from the nested loop structure;

B) extracting the inner loop structure from the nested loop structure;

C) generating a plurality of control structures each for enabling a corresponding one of said processors to perform a current outer loop iteration of the outer loop iterations and at least a current inner loop iteration of the inner loop iterations, each said control structure comprising a progress counter providing a count representing a number of inner loop iterations performed by the processor corresponding to said counter, said control structures enabling a current processor of the plurality of processors to perform the substeps of:

  i) waiting until a previous processor of the plurality of processors, performing a previous outer loop iteration that precedes the current outer loop iteration being performed by the current processor, generates a waiting report value indicating that the previous processor has completed performance of an inner loop iteration upon which the current inner loop iteration being performed by the current processor depends;

  ii) after the waiting step, performing the current inner loop iteration as defined by the inner loop structure; and

  iii) after the performing step, generating a next report value to indicate to a next processor of the plurality of processors that the current inner loop iteration has been completed by the current processor;

D) wherein the waiting report value and the next report value are generated in response to the counts of the counters corresponding respectively to the previous processor and to the current processor.

2. The method according to claim 1 wherein the second generating step further includes the substeps of:

determining whether a number identifying the current inner loop iteration from among the plurality of inner loop iterations is less than the report value minus a dependency distance,

and wherein the waiting substep comprises the substep of:

waiting at times when the number identifying that current inner loop iteration is not less than the report value minus the dependency distance.

3. The method of claim 1 further comprising the step of:

generating a control structure to enable the current processor to establish a control data structure for receiving the report value from a previous processor.

4. The method of claim 3 further comprising the step of:

generating a control structure to enable the previous processor to transmit the report value to the control data structure corresponding to the current processor.

5. The method according to claim 3 wherein a total number of control data structures is equal to the number of processors plus one.

12

6. The method in accordance with claim 1, wherein the control structure generating step generates a plurality of control structures, each of the control structures corresponding to a different one of the processors during performance by the corresponding processors of the current outer loop iterations and the current inner loop iterations.

7. The method in accordance with claim 6, further including the step of generating a done flag for indicating that the current processor has completed performance of the current outer loop iteration and therefore that the counter corresponding to the current processor can be allocated to another of the processors.

8. The method in accordance with claim 6 for incrementing the count of the counter allocated to the current processor to indicate that the current processor has completed performance of the current outer loop iteration.

9. The system of claim 8 wherein the outer loop structure includes a condition expression corresponding to a predetermined number of outer loop iterations which determines the number of outer loop iterations that each processor will perform.

10. The system of claim 9 wherein the inner loop structure includes a condition expression corresponding to a predetermined number of inner loop iterations which determines the number of inner loop iterations to be processed and which has a value equal to or greater than the dependency distance.

11. The system of claims 8 wherein the inner loop structure includes a condition expression corresponding to a predetermined number of inner loop iterations which determines the number of inner loop iterations to be processed and which has a value equal to or greater than the dependency distance.

12. The system of claim 8 further comprising:

means for generating code for enabling the current processor to establish a control data structure for receiving the report value from the previous processor.

13. The system of claim 12 further comprising: means for generating code for enabling the previous processor to transmit the report value to the control data structure corresponding to the current processor.

14. The system of claim 12 wherein a total number of control data structures is equal to the number of processors plus one.

15. The method in accordance with claim 1, wherein the waiting report value identifies the inner loop iteration upon which the current inner loop iteration being performed by the current processor depends from among the plurality of inner loop iterations.

16. The method in accordance with claim 1, wherein the control structure enables the current processor to perform the further substep of determining, using the generated report value, whether a dependency distance is satisfied.

17. The method in accordance with claim 1, further comprising storing the waiting report value in the control structure corresponding to the previous processor, and storing the next report value in the control structure corresponding to the current processor.

18. A method of compiling a nested loop program structure including an outer loop structure to be processed by a plurality of processors operating in parallel, each of said processors assigned to process a selected one of a plurality of outer loop iterations, and further including an inner loop structure to be processed in a plurality of inner loop iterations, the inner loop iterations corresponding to each said outer loop iteration being processed in series by the processor assigned to process the corresponding outer loop itera-

Exhibit 1
Page 14

5,481,723

13

tion, one of the inner loop iterations is dependent upon a computation another of the inner loop iterations in a preceding iteration of the outer loop iterations, said one inner loop iteration occurring a number of inner loop iterations after said another inner loop iteration, and wherein a dependency distance is used to measure a number of inner loop iterations between said one inner loop iteration and said another inner loop iteration, the method comprising the steps, performed in a data processing system, of:

extracting the outer loop structure from the nested loop structure;

extracting the inner loop structure from the nested loop structure;

analyzing the extracted outer loop structure and the extracted inner loop structure to determine the dependency distance;

generating control structure means for enabling each processor to perform a current outer loop iteration, wherein the current outer loop iteration is one of the outer loop iterations, and at least a current inner loop iteration, said control structure means enabling allocation of a different one of a plurality of counters to each of the processors including a current processor and a previous processor, each said counter for providing a count representing a number of inner loop iterations performed by the processor to which the counter is allocated, said control structure means enabling a current processor of the plurality of processors to perform the substeps of:

i) responsive to the dependency distance, waiting until a previous processor of the plurality of processors, performing a previous outer loop iteration, generates a waiting report value indicating that the previous processor has performed the second inner loop iteration and identifying the second inner loop iteration from among the plurality of inner loop iterations, wherein the first inner loop iteration is to be performed by the current processor performing the current outer loop iteration;

ii) after the waiting step, performing said first inner loop iteration as defined by the inner loop structure; and

iii) after the performing step, generating a next report value to indicate to a next processor that the first inner loop iteration has been performed by the current processor; the waiting report value and the next report value being generated in response to the counts of the counters allocated respectively to the previous processor and to the current processor.

19. A method of executing a nested loop program structure including an outer loop structure and an inner loop structure, the method comprising the steps, performed by the data processing system, of:

A) extracting the outer loop structure and the inner loop structure from the nested loop structure, wherein said outer loop structure can be processed by a plurality of processors operating in parallel;

B) assigning each processor at least a corresponding current iteration included in a plurality of iterations of the outer loop structure, and, for processing in series, a plurality of iterations of the inner loop structure, wherein at least one of the inner loop iterations is dependent upon a computation of another of the inner loop iterations in a preceding iteration of the outer loop iterations;

14

C) generating a plurality of progress counters each for use by a corresponding one of said processors during processing of the inner loop iterations assigned to said corresponding processor, each said progress counter providing a count representing a number of inner loop iterations performed by the corresponding processor;

D) a current processor of the plurality of processors performing the substeps of:

i) waiting until a previous processor of the plurality of processors, performing a previous outer loop iteration that precedes the current outer loop iteration being performed by the current processor, generates a waiting report value indicating that the previous processor has completed performance of an inner loop iteration upon which a current one of the inner loop iterations being performed by the current processor depends;

ii) after the waiting step, performing a current one of the assigned inner loop iterations; and

iii) after the performing step, generating a next report value to indicate to a next processor of the plurality of processors that the current inner loop iteration has been completed by the current processor;

E) wherein the waiting report value and the next report value are generated in response to the counts of the counters corresponding respectively to the previous processor and to the current processor.

20. The method in accordance with claim 19, further comprising the step of using a dependency distance to measure a number of inner loop iterations between said one and said other of said inner loop iterations having said dependency, and, wherein said waiting step comprises the steps of:

i) determining whether a number identifying the current inner loop iteration is less than the waiting report value minus the dependency distance, and

ii) waiting at times when the number identifying the current inner loop iteration is not less than the waiting report value minus the dependency distance.

21. The method in accordance with claim 19, further including the step of generating a done flag for indicating that the current processor has completed performance of the current outer loop iteration and therefore that the progress counter corresponding to the current processor can be allocated to another of the processors.

22. The method in accordance with claim 21 for incrementing the count of the progress counter allocated to the current processor to indicate that the current processor has completed performance of the current outer loop iteration.

23. The method in accordance with claim 19, wherein the report value identifies the inner loop iteration upon which the current inner loop iteration being performed by the current processor depends from among the plurality of inner loop iterations.

24. The method in accordance with claim 19, wherein the progress counters enable the current processor to perform the further substep of determining, using the generated waiting report value, whether a dependency distance is satisfied.

25. The method in accordance with claim 19, further comprising storing the waiting report value in a control structure associated with the progress counter corresponding to the previous processor, and storing the next report value in a control structure associated with the progress counter corresponding to the current processor.

* * * * *

Exhibit 1
Page 15

# Exhibit 2

Exhibit 2
Page 16

Case 8:19-cv-01351-JVS-DFM   Document 35   Filed 09/19/19   Page 18 of 101   Page ID #:1265

US006148439A

# United States Patent [19]

## Nishiyama

[11] **Patent Number:** **6,148,439**

[45] **Date of Patent:** **Nov. 14, 2000**

[54] **NESTED LOOP DATA PREFETCHING USING INNER LOOP SPLITTING AND NEXT OUTER LOOP REFERENCING**

[75] Inventor: **Hiroyasu Nishiyama**, Kawasaki, Japan

[73] Assignee: **Hitachi, Ltd.**, Tokyo, Japan

[21] Appl. No.: **09/060,377**

[22] Filed: **Apr. 15, 1998**

[30] **Foreign Application Priority Data**

Apr. 17, 1997   [JP]   Japan ..................................... 9-100429

[51] **Int. Cl.**[7] ........................................................ G06F 9/44

[52] **U.S. Cl.** ...................... **717/9**; 717/2; 717/8; 711/213; 712/241

[58] **Field of Search** .............................. 395/702, 708, 395/709; 711/213; 712/241; 717/2, 8, 9

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,357,618  10/1994  Mirza et al. ................................. 711/3

5,704,053  12/1997  Santhanam ............................... 712/207
5,752,037   5/1998  Gornish et al. ............................ 717/9
5,854,934  12/1998  Hsu et al. .................................. 717/9

*Primary Examiner*—Kenneth S. Kim
*Attorney, Agent, or Firm*—Antonelli, Terry, Stout & Kraus, LLP

[57]                  **ABSTRACT**

A nested-loop data prefetching method in which a program is converted so that prefetching is performed effectively even in nested loops in which the loop length of the innermost loops is short and the loop length of the outer loops is long. In this method, first a prefetch target loop is selected from the innermost loops in the nested loops. The selected loop is then split into a front half loop and a rear half loop by application of index set splitting. Further, an instruction to prefetch data used by the selected loop per se is inserted into the front half loop whereas an instruction to prefetch data used in the next prefetch target loop is inserted into the rear half loop.

**4 Claims, 11 Drawing Sheets**



Exhibit 2
Page 17

U.S. Patent          Nov. 14, 2000          Sheet 1 of 11          6,148,439

# FIG.1



# FIG.2A
# PRIOR ART



# FIG.2B
# PRIOR ART



Exhibit 2
Page 18

**U.S. Patent**      Nov. 14, 2000      Sheet 2 of 11      **6,148,439**

## FIG.3B

```
DO I=1,α
   PREFETCH V[1][I]                    ⎫
   PREFETCH W[1][I]                    ⎬ 303
END DO                                 ⎭
DO J=1,M
   IF N>α  THEN
      DO I=1,N-α
         PREFETCH V[J][I+α]            ⎫
         PREFETCH W[J][I+α]            ⎬ 304
         V[J][I] = W[J][I]            ⎭
      END DO
      DO I=N-α+1,N
         PREFETCH X[J][I-N+α]          ⎫
         PREFETCH Y[J][I-N+α]          ⎬ 305
         V[J][I] = W[J][I]            ⎭
      END DO
   ELSE
      DO I=1,N
         PREFETCH X[J][I-N+α]          ⎫
         PREFETCH Y[J][I-N+α]          ⎬ 306
         V[J][I] = W[J][I]            ⎭
      END DO
   END IF
   IF N>α  THEN
      DO I=1,N-α
         PREFETCH X[J][I+α]            ⎫
         PREFETCH Y[J][I+α]            ⎬ 307
         X[J][I] = Y[J][I]            ⎭
      END DO
      DO I=N-α+1,N
         PREFETCH V[J+1][I-N+α]        ⎫
         PREFETCH W[J+1][I-N+α]        ⎬ 308
         X[J][I] = Y[J][I]            ⎭
      END DO
   ELSE
      DO I=1,N
         PREFETCH V[J+1][I-N+α]        ⎫
         PREFETCH W[J+1][I-N+α]        ⎬ 309
         X[J][I] = Y[J][I]            ⎭
      END DO
   END IF
END DO
```

## FIG.3A

```
DO J=1,M
   DO I=1,N
      V[J][I] = W[J][I]       ⎫ 301
   END DO                     ⎭
   DO I=1,N
      X[J][I] = Y[J][I]       ⎫ 302
   END DO                     ⎭
END DO
```

Exhibit 2
Page 19

FIG.4B

```
DO I=1,α
   PREFETCH X[1][I]
   PREFETCH Y[1][I]          } 402
END DO
DO J=1,M
   IF N>α  THEN
      DO I=1,N-α
         PREFETCH X[J][I+α]
         PREFETCH Y[J][I+α]    } 403
         X[J][I] = Y[J][I]
      END DO
      DO I=N-α+1,N
         PREFETCH X[J+1][I-N+α]
         PREFETCH Y[J+1][I-N+α] } 404
         X[J][I] = Y[J][I]
      END DO
   ELSE
      DO I=1,N
         PREFETCH X[J+1][I]
         PREFETCH Y[J+1][I]     } 405
         X[J][I] = Y[J][I]
      END DO
   END IF
END DO
```

FIG.4A

```
DO J=1,M
   DO I=1,N
      X[J][I] = Y[J][I]   } 401
   END DO
END DO
```

Exhibit 2
Page 20

# FIG.5



Exhibit 2
Page 21

FIG.6



Exhibit 2
Page 22

Case 8:19-cv-01351-JVS-DFM   Document 35-2   Filed 09/16/19   Page 24 of 101   Page ID #:1268

# FIG.7



Exhibit 2
Page 23

# FIG.8



Exhibit 2
Page 24



FIG.9

505 ---

START ~901

L1=(OUTER LOOP SET IN INNERMOST LOOPS); ~902

903

YES          L1=$\phi$ ?

NO          904

l1=TAKE OUT ONE ELEMENT FROM L1;
L0=(PREFETCH TARGET LOOP SET OF l1);
i=1;
Q=THE NUMBER OF ELEMENTS
    CONTAINED IN L0;

905

i≧Q?          YES

NO          906

l0=THE i-TH ORDER LOOP IN L0;
l0'=THE {(i MODE Q)+1}-TH ORDER LOOP IN L0;
l0.0=FRONT HALF LOOP OBTAINED BY APPLICATION OF INDEX
    SET SPLITTING TO l0;
l0.1=REAR HALF LOOP OBTAINED BY APPLICATION OF INDEX
    SET SPLITTING TO l0;
 $\beta$ =THE NUMBER OF PREFETCH CYCLES FROM MAIN MEMORY
    TO CACHE MEMORY / THE NUMBER PREDICTED EXECUTION
    CYCLES OF l0;
INSERT PREFETCH INSTRUCTIONS FOR X[i+STEP(i)* $\beta$ ] INTO
    l0.0 FOR PREFETCH TARGET MEMORY REFERENCE X[i] OF l0;
INSERT PREFETCH INSTRUCTIONS FOR Y[START(Y)+(k- $\gamma$ )D]
    IN l0.1 FOR PREFETCH TARGET MEMORY REFERENCE Y[j] OF
    l0' WHEN  $\gamma$  IS THE VALUE OF THE LOOP INDEX AT THE TIME
    OF STARTING OF l0.1, AND D IS THE RATE IN LOOP
    INCREMENTAL VALUE OF l0 TO l0';
i=i+1;

END ~907

Exhibit 2
Page 25

## FIG.10

prefetch  GRn, PFRn

## FIG.11

move_to_pfr PFRn, GRn

## FIG.12

move_from_pfr GRn, PFRn

## FIG.13A
## PRIOR ART

```
DO J=1,M
  DO I=1,N
    X[J][I] = Y[J][I]        } 201
  END DO
END DO
```

## FIG.13B
## PRIOR ART

```
DO J=1,M
  DO I=1,N
    PREFETCH X[J][I+α]
    PREFETCH Y[J][I+α]       } 202
    X[J][I] = Y[J][I]
  END DO
END DO
```

## FIG.13C
## PRIOR ART

```
DO J=1,M
  DO I=1,α
    PREFETCH X[J][I]
    PREFETCH Y[J][I]         } 203
  END DO
  DO I=1,N-α
    PREFETCH X[J][I+α]
    PREFETCH Y[J][I+α]       } 204
    X[J][I] = Y[J][I]
  END DO
  DO I=N-α+1,N
    X[J][I] = Y[J][I]        } 205
  END DO
END DO
```

## FIG.14
## PRIOR ART



Exhibit 2
Page 26



FIG.15

Exhibit 2
Page 27

# FIG.16



Exhibit 2
Page 28

6,148,439

**1**

NESTED LOOP DATA PREFETCHING USING
INNER LOOP SPLITTING AND NEXT
OUTER LOOP REFERENCING

BACKGROUND OF THE INVENTION

The present invention relates to a nested-loop data prefetching method, a processor and a program generating method. More particularly, the invention relates to a nested-loop prefetching method, a processor and a program generating method for nested loops in which the wait time caused by reference to a main memory can be reduced sufficiently even in nested loops in which the loop length of the innermost loops is short and the loop length of the outer loops is long.

In a computer, a cache memory having a higher speed than a main memory is disposed between a processor and the main memory so that recently referred data is placed on the cache memory to reduce the wait time caused by reference to the main memory.

In calculation using a large quantity of data, for example, such as numerical calculation, etc., however, cache miss occurs frequently because locality of reference to data is low. Accordingly, there arises a problem that the wait time caused by reference to the main memory cannot be reduced sufficiently.

To cope with such cache miss in such a large quantity of data, there has been proposed a prefetching method in which prefetch instructions for moving data from the main memory to the cache memory before use of the data is provided in the processor so that the prefetch instructions are inserted into a program by a compiler, as described in the paper, by T. C. Mowry et al, "Design and Evaluation of a Compiler Algorithm for Prefetching", Proceedings of the 5th International Conference on Architectural Support for Programming Languages and Operating Systems, pp.62–73, 1992.

Specifically, with respect to a loop **201** shown in FIG. **13A**, an offset α between elements required for prefetching data is calculated on the basis of the number of cycles required for prefetching data from the main memory to the cache memory and the number of cycles in predicted execution of the loop. As represented by a loop **202** shown in FIG. **13B**, prefetch instructions "PREFETCH" are first inserted so that data are prefetched by a loop precedent by the offset α to a loop using the data. However, data used in repetition by 1 to α times are not prefetched when nothing but the aforementioned countermeasure is done (α is a positive integer).

Further, in the last repetition by (N−α+1) to N times, only data not used in any arithmetic operation are prefetched (N is a positive integer indicating the number of repetitions for the innermost loop (loop length)).

Therefore, as shown in FIG. **13C**, an α-times loop **203** for prefetching data used in repetition by 1 to α times is inserted before the start of the innermost loop. Further, the original loop **201** is split into a front half loop **204** for executing repetition by 1 to (N−α) times and a rear half loop **205** for executing the residual repetition by application of index set splitting so that no prefetch instruction is inserted into the rear half loop **205**.

In the aforementioned prefetching method, cache miss is reduced so that the wait time caused by reference to the main memory can be reduced.

Incidentally, the essence of prefetching is in the loop **204** of FIG. **13C** in which a movement of data from the main memory to the cache memory and an arithmetic operation

**2**

are performed so as to overlap each other. If the value of the offset α is relatively large compared with the loop length N of the innermost loop, the percentage of the essential loop **204** becomes small and the percentage of the inessential loops **203** and **205** becomes large. Accordingly, there arises a problem that the wait time caused by reference to the main memory cannot be reduced sufficiently on a whole.

That is, conventionally, there was a problem that the wait time caused by reference to the main memory could not be reduced sufficiently in nested loops in which the loop length of the innermost loop was short and the loop length of the outer loops was long because only the innermost loop was a subject of application of the prefetching method.

FIG. **14** is a typical view showing a state of prefetching in the case where prefetching is performed by the conventional method using the innermost loop as a subject. Here, the loop length is N. In execution of the innermost loop, data to be referred to in the (1+α)-th repetition is prefetched in the first loop repetition (**1401**). Similarly, data to be referred to in the (N+α)-th repetition is prefetched in the N-th loop repetition. Prefetching for the (N+1)-th to (N+α)-th repetitions is, however, wasteful because the number of repetitions for the loop is N. Further, prefetching is not performed in the first to α-th repetitions.

SUMMARY OF THE INVENTION

Therefore, an object of the present invention is to provide a nested-loop data prefetching method, a micro-processor and a program generating method in which the wait time caused by reference to a main memory can be reduced sufficiently even in nested loops in which the loop length of the innermost loops is short and the loop length of the outer loops is long.

According to an aspect of the present invention, prefetch instructions are inserted by the following procedures.
(Procedure 1)

Loops LOOP0, . . . , LOOPm−1 to which prefetching is to be applied are selected from the innermost loops in the nested loops by considering user's designation of directive or option, or analyzing data reuse of loops automatically as described in the aforementioned paper.
(Procedure 2)

When Length(i) is the number of times by which a loop LOOPi (0≦i≦m−1) is repeated, Cycle(MEM) is the number of cycles required for transferring data from the main memory to the cache memory, and Cycle(i) is the number of cycles predicted for executing the loop LOOPi once, the number β of split repetitions is given by β=Cycle(MEM)/Cycle(i) (in which β is a positive integer).

Then, index set splitting is applied to the loop LOOPi so that the loop LOOPi is split into a front half loop LOOPi.0 for executing the first to (Length(i)-th β)-th repetitions and a rear half loop LOOPi.1 for executing the residual, (Length (i)-β+1)-th to Length(i)-th repetitions.
(Procedure 3)

Prefetch instructions "PREFETCH X(j+Step(i)*β)" are inserted for memory reference "X(j)" in which cache missing occurs in the front half loop LOOPi.0. Here, Step(i) is the incremental value of the loop index of LOOPi.

Further, when k is the loop index of the rear half loop LOOPi.1 and has an initial value Init(i.1), prefetch instructions "PREFETCH Y[Start(Y)+(k-Init(i.1)*(Step(LOOP (((i+1) mod m)))/Step(i))]" are inserted for memory reference "Y[j]" in which cache missing occurs in a prefetch target loop LOOP((i+1) mod m) next to the loop LOOPi. Here, Start(Y) is the initial reference index thereof.

Exhibit 2
Page 29

6,148,439

3

Incidentally, if ((i+1) mod m)=0, an address corresponding to the outer loop index put forward by once is used as a prefetch target address.

Incidentally, (A mod B) indicates a remainder obtained by dividing A by B.

According to another aspect of the present invention, provided is a nested-loop data prefetching method comprising the steps of:

    obtaining the number of split repetition of at least two innermost loops having fraternal relationship in nested loops on the basis of the number of cycles required for prefetching data from a main memory to a cache memory and the number of cycles for predicted execution of the innermost loops; splitting one of the innermost loops into a front half portion to be repeated by the number of times based on the number of split repetitions and a rear half portion to be repeated by the residual number of repetitions; and

    inserting a prefetch instruction into the front half portion to prefetch data used by the one innermost loop per se and inserting another prefetch instruction into the rear half portion to prefetch data used by the other of the fraternal innermost loops to be executed next.

The aforementioned nested-loop data prefetching method corresponds to the case of ((i+1) mod m)≠0 in the procedure 3. Also in the rear half loop, a movement of data (which will be used in the paternal innermost loops to be executed next) from the main memory to the cache memory and an arithmetic operation are performed so as to overlap each other. Accordingly, by the essential function of prefetching, the wait time caused by reference to the main memory can be reduced sufficiently even in nested loops in which the loop lengths of the innermost loops is short and the loop length of outer loops is long.

FIG. 15 typically shows a state of prefetching for nested loops containing two fraternal innermost loops. Each of the innermost loops constituting nested loops is split into a front half loop 1501 and a rear half loop 1502. In the front half loop, data used by the loop per se are prefetched (1503). In the rear half loop of the first loop in the two innermost loops, data to be referred to in the beginning of the second loop are prefetched (1504). In the rear half loop of the second innermost loop, data to be referred to in the beginning of the first loop in the next outer loop repetition are prefetched (1505).

According to a further aspect of the present invention, provided is a nested-loop data prefetching method comprising the steps of: obtaining the number of split repetitions on the basis of the number of cycles required for prefetching data from a main memory to a cache memory and the number of cycles for predicted execution of the innermost loop in tightly nested loops; splitting the innermost loop into a front half portion to be repeated by the number of times based on the number of split repetitions and a rear half portion to be repeated by the residual number of repetitions; and inserting a prefetch instruction into the front half portion to prefetch data used by the innermost loop per se and inserting another prefetch instruction into the rear half portion to prefetch data used by the innermost loop in repetition of the next outer loop.

The tightly nested-loop data prefetching method corresponds to the case of ((i+1) mod m)=0 in the procedure 3. Also in the rear half loop, a movement of data (which will be used in the innermost loop in the next outer loop repetition) from the main memory to the cache memory and an arithmetic operation are performed so as to overlap each other. Accordingly, by the essential function of prefetching,

4

the wait time caused by reference to the main memory can be reduced sufficiently even in nested loops in which the loop lengths of the innermost loops is short and the loop length of outer loops is long.

FIG. 16 typically shows a state of prefetching for tightly nested loops. The innermost loop constituting tightly nested loops is split into a front half loop 1601 and a rear half loop 1602. In the front half loop, data used by the loop per se are prefetched (1603). In the rear half loop, data to be referred to in the beginning of the next outer loop repetition are prefetched (1604).

According to a still further aspect of the present invention, provided is a processor with prefetch instructions, comprising prefetch-purpose extended registers which are provided separately from general-purpose registers so that the prefetch-purpose extended registers can be designated as operands, such as base, offset, etc., of prefetch instructions.

In prefetching, registers are used for generating the offset of prefetching and the prefetch target address. Accordingly, in a program using a large number of general-purpose registers, shortage of registers occurs. Accordingly, there is a risk of lowering of performance because of spilling to memory. Therefore, the aforementioned processor is provided with prefetch-purpose extended registers, by which the shortage of registers can be prevented when the fraternal-loop or tightly nested-loop data prefetching method is carried out.

Incidentally, in the aforementioned prefetch-purpose extended registers, the number of cycles required for reference thereto is always constant though the number of cycles required for memory reference is not always constant. Accordingly, the prefetch-purpose extended registers can be used not only for prefetching but also for temporarily storing data at the time of shortage of general-purpose registers.

According to another aspect of the present invention, in the above processor, the processor has a prefetch instruction in which, in order to calculate a prefetch target address, the value of a prefetch-purpose extended register designated by an operand is used as base or offset for calculating the prefetch target address in combination with the value of a general-purpose register designated by another operand.

The aforementioned processor is provided with prefetch-purpose extended registers used for calculating prefetch target addresses and prefetch instructions for designating general-purpose registers by operands. Accordingly, the fraternal-loop or tightly nested-loop data prefetching method can be carried out effectively.

According to a further aspect of the present invention, in the above processor, the processor has a data transfer instruction for performing data transfer between a prefetch-purpose register and either a general-purpose register or a main memory.

In this processor, setting values to the prefetch-purpose extended registers and taking the values from the prefetch-purpose extended registers can be executed by the data transfer instructions. Accordingly, the fraternal-loop or tightly nested-loop data prefetching method can be carried out effectively.

According to a still further aspect of the present invention, provided is a program generating method comprising the steps of: analyzing a given input program; and inserting prefetch instructions into the input program to generate an output program by application of the aforementioned fraternal-loop or tightly nested-loop data prefetching method.

If a recording medium in which a compiler program for making a computer carry out this program generating

Exhibit 2
Page 30

6,148,439

| 5 | 6 |
|---|---|

method is recorded is read by the computer to make the computer execute application of the fraternal-loop or tightly nested-loop data prefetching method to an input program, an output program high in executing efficiency can be obtained.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a configuration diagram of a computer system for carrying out a nested-loop data prefetching method according to an embodiment of the present invention;

FIG. **2A** is a view for explaining a conventional prefetching method;

FIG. **2B** is a view for explaining a nested-loop data prefetching method according to an embodiment of the present invention;

FIG. **3A** is a view showing a program of nested loops containing a plurality of innermost loops having the relationship of fraternal loops;

FIG. **3B** is a view showing a program after application of a prefetching method of the present invention to the program of nested loops depicted in FIG. **3A**;

FIG. **4A** is a view showing a program of tightly nested loops;

FIG. **4B** is a view showing a program after application of a prefetching method according to an embodiment of the invention to the program of tightly nested loops depicted in FIG. **4A**;

FIG. **5** is a diagram showing an example of configuration of a nested-loop prefetch instruction insertion processing portion which is an important part of a compiler program according to an embodiment of the present invention;

FIG. **6** is a flow chart showing the processing operation of the loop structure recognition portion in the configuration depicted in FIG. **5**;

FIG. **7** is a flow chart showing the processing operation of the prefetch index generating portion depicted in FIG. **5**;

FIG. **8** is a flow chart showing the processing operation of the index set splitting portion depicted in FIG. **5**;

FIG. **9** is a flow chart showing the processing operation of the prefetch instruction insertion portion depicted in FIG. **5**;

FIG. **10** is an explanatory view showing an example of a prefetch instruction;

FIG. **11** is an explanatory view showing an example of an instruction to transfer data to a prefetch-purpose extended register;

FIG. **12** is an explanatory view showing an instruction to transfer data from a prefetch-purpose extended register;

FIG. **13A** is a view showing an example of a conventional loop-containing program;

FIG. **13B** is a view showing an example of a program after prefetch instructions are inserted into the conventional program depicted in FIG. **13A**;

FIG. **13C** is a view of an example of a program showing loops in the case where prefetching is performed for all elements of the program depicted in FIG. **13B**;

FIG. **14** is a configuration diagram showing prefetching for the innermost loop in the conventional method;

FIG. **15** is a configuration diagram showing prefetching for nested loops according to an embodiment of the present invention; and

FIG. **16** is a configuration diagram showing prefetching for tightly nested loops according to an embodiment of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Embodiments of the present invention will be described below with reference to the drawings but the present invention is not limited thereto.

FIG. **1** shows an example of a computer system for carrying out the present invention.

This computer system **100** comprises a micro-processor **101**, a cache memory **102** contained in the micro-processor **101**, a main memory **103**, and a disk device **104**. A compiler program read from a recording medium is stored in the magnetic disk device **104**.

The micro-processor **101** reads the compiler program stored in the disk device **104**, compiles a given source program and outputs an object program as a result of compiling.

In the case of execution of an ordinary memory reference instruction, the micro-processor **101** checks whether reference target data is present in the cache memory **102** or not. If the data is present in the cache memory **102**, the data is referred to. If there is no reference target data in the cache memory **102**, a cache block containing the data is copied to the cache memory **102** with reference to the data on the main memory **103**. If an instruction to prefetch the reference target data has been issued before the number of cycles sufficient to move the cache block from the main memory **103** to the cache memory **102**, the reference target data is always present in the cache memory **102**. Accordingly, the wait time for referring to the data on the main storage **103** is eliminated so that program executing performance is improved.

FIG. **2A** is a view for explaining a conventional prefetching method whereas FIG. **2B** is a view for explaining a nested-loop prefetching method according to the present invention. This will be described later in detail.

FIGS. **3A** and **3B** are views for explaining a result of the case where the nested-loop prefetching method according to the present invention is applied to nested loops containing two innermost loops **301** and **302** having the relationship of twin loops. This will be described later in detail.

FIGS. **4A** and **4B** are views for explaining a result of the case where the nested-loop prefetching method according to the present invention is applied to tightly nested loops. This will be described later in detail.

FIG. **5** is a configuration diagram of a nested-loop prefetch instruction insertion processing portion **501** which is an important part of the compiler program. In FIG. **5**, the solid-line arrows show a flow of control, and the broken-like arrows show a flow of data.

The nested-loop prefetch instruction insertion processing portion **501** is an important part for carrying out the nested-loop prefetching method according to the present invention. The portion **501** receives, as an input, an intermediate language **506** which is converted from the source program. The portion **501** sends out, as an output, an intermediate language **511** which is converted from the intermediate language **506** so as to carry out nest-loop prefetching.

The nested-loop prefetch instruction insertion processing portion **501** has a loop structure recognition portion **502**, a prefetch index generation portion **503**, an index set splitting portion **504**, and a prefetch instruction insertion portion **505**. The intermediate languages **507** to **509** are generated in processes respectively. A loop table **510** is rewritten whenever one of the intermediate languages is generated.

FIG. **6** is a flow chart showing the processing operation of the loop structure recognition portion **502**.

In step **601**, the processing is started.

In step **602**, a loop set outside the innermost loop is obtained as L1. For example, the loop set is obtained by application of a known control flow analyzing technique as

Exhibit 2
Page 31

6,148,439

7

described in the book, by Aho et al, "Compilers—Principles, Techniques, and Tools", Addison-Wesley, 1986.

In step **603**, checking is made as to whether the obtained loop set L1 is an empty set or not. If L1 is an empty set, controlling goes to step **610** to terminate the processing. On the contrary, if L1 is not an empty set, controlling goes to step **604**.

In the step **604**, one element is taken out from L1 and stored in l1. A child loop set of l1 is stored in L0. Further, a set S for obtaining a prefetch target loop of L1 is initialized to an empty set.

In step **605**, checking is made as to whether the child loop set L0 of l1 is an empty set or not. If L0 is a null set, controlling goes to step **609**, while it is not an empty set, controlling goes to step **606**.

In step **606**, one element is taken out from the child loop set L0 and the loop is replaced by l0.

In step **607**, checking is made as to whether prefetching is applied to the loop l0 or not. This checking may be made in accordance with designation by an option or directive from a user or in accordance with a known technique described in the above-mentioned paper written by T. C. Mowry et al. If prefetching is applied to the loop l0, controlling goes to step **608**. If prefetching is not applied to the loop l0, controlling goes back to the step **605** to process the next innermost loop.

In step **608**, the loop l0 is added, as a prefetch target loop, to the set S and controlling goes back to the step **605** to process the next innermost loop.

In step **609**, the prefetch target loop set S is registered in a column of a loop table **11** and controlling goes back to the step **603** to process the next nested loops.

FIG. 7 is a flow chart showing the processing operation of the prefetch index generation portion **503**.

In step **701**, the processing is started.

In step **702**, a loop set outside the innermost loop is obtained as a set L1.

In step **703**, checking is made as to whether the obtained loop set L1 is an empty set or not. If L1 is an empty set, controlling goes to step **707** to terminate the processing. If L1 is not an empty set, controlling goes to step **704**.

In the step **704**, one element is taken out from L1 and stored in l1. Further, the prefetch target loop set l1 obtained by the loop structure recognition portion **502** is stored in l0. Further, a variable i is initialized to "1". Further, a variable Q is initialized to the number of elements contained in l0.

In step **705**, checking is made as to whether the variable i is smaller than Q or not. If the variable i is not smaller than Q, controlling goes back to the step **703** to process the next nested loops. If the variable i is smaller than Q, controlling goes to step **706**.

In the step **706**, the i-th order loop in L1 is stored in l0'. Further, the ((i mod Q) +1)-th order loop in L0 is stored in l0'. Here, (i mod Q) shows a remainder when i is divided by Q. Further, an equation for calculating the initial address of data to be referred to in l0' is generated before l0. Further, the value of i is increased by "1" and controlling goes back to the step **705** to process the next innermost loop.

FIG. 8 is a flow chart showing the processing operation of the index set splitting portion **504**.

In step **801**, the processing is started.

In step **802**, a loop set outside the innermost loop is obtained as a set L1.

In step **803**, checking is made as to whether the divided loop set L1 is an empty set or not. If L1 is an empty set,

8

controlling goes to step **807** to terminate the processing. If L1 is not an empty set, controlling goes to step **804**.

In the step **804**, one element is taken out from L1 and stored in l1. Further, the prefetch target loop set l1 obtained by the loop structure recognition portion **502** is stored in l0. Further, the variable i is initialized to "1". Further, the variable Q is initialized to the number of elements contained in l0.

In step **805**, checking is made as to whether the variable i is not smaller than Q or not. If the variable i is not smaller than Q, controlling goes to the step **803** to process the next nested loops. If the variable i is smaller than Q, controlling goes to step **806**.

In step **806**, the i-th order loop in L0 is stored in l0. Further, a value obtained when the number of cycles required for prefetching from the main memory **103** to the cache memory **102** is divided by the number of predicted execution cycles per loop l0, that is, the number of repetitions to split is stored in β. Further, index set splitting is applied to the loop l0 so that the loop is split into loops to be repeated by 1 to (N−β) times and loops to be repeated by (N−β+1) to N times. For example, a known loop optimizing technique described in the paper by M. Wolfe, "High Performance Compilers For Parallel Computing", Addison-Wesley, 1996 may be applied to the index set splitting. Further, the value of i is increased by "1" and controlling goes to the step **805** to process the next innermost loop.

FIG. 9 is a flow chart showing the processing operation of the prefetch instruction insertion portion **505**.

In step **901**, the processing is started.

In step **902**, a loop set outside the innermost loop is obtained as a set L1.

In step **903**, checking is made as to whether the obtained loop set L1 is an empty set or not. If L1 is an empty set, controlling goes to step **907** to terminate the processing. If L1 is not an empty set, controlling goes to step **904**.

In the step **904**, one element is taken out from L1 and stored in l1. Further, the prefetch target loop set l1 obtained by the loop structure recognition portion **502** is stored in l0. Further, the variable i is initialized to "1". Further, the variable Q is initialized to the number of elements contained in l0.

In step **905**, checking is made as to whether the variable i is smaller than Q or not. If the variable i is not smaller than Q, controlling goes back to the step **903** to process the next nested loops. If the variable i is smaller than Q, controlling foes to step **906**.

In step **906**, the i-th order loop in L0 is stored in l0. Further, the ((i mod Q)+1)-th order loop in L0 is stored in l0'. Further, front half and rear half loops obtained when the index set splitting portion **504** applies index set splitting to **10**, are stored in 10.0 and 10.1 respectively. Further, a value obtained when the number of cycles required for prefetching from the main memory **103** to the cache memory **102** is divided by the number of predicted execution cycles per loop l0, that is, the number of repetitions to split is stored in β. Further, for prefetch target memory reference X[i] of the loop l0, a prefetch instruction for X[i+Step(i)*β] is inserted into the front half loop **10.0** generated by index set splitting. Further, for prefetch target memory reference Y[j] of the loop l0', a prefetch instruction for Y[Start(Y)+(k−γ) D] is inserted into the rear half loop **10.1** when k is the loop index of **10.1**, γ is the value of loop index at the time of starting of **10.1** and D is the rate of the loop increment value of the loop **10** to the loop increment value of the loop **10'**.

Exhibit 2
Page 32

6,148,439

9

Further, the value of i is increased by "1" and controlling goes to the step 905 to process the next innermost loop.

In the equation for calculating an address for a prefetch instruction, β and γ are invariant values in a loop. Accordingly, when β and γ are moved out of the loop, the number of operands in the loop can be reduced. However, when β and γ are moved out of the loop, there is a risk of shortage of general-purpose registers in a program using a large number of general-purpose registers because general-purpose registers for holding the values of β and γ are required separately. Therefore, if prefetch-purpose extended registers for holding the loop invariant obtained from β and γ are provided in the micro-processor 101 and prefetch instructions using the prefetch-purpose extended registers are generated, the shortage of general-purpose registers can be avoided.

FIG. 10 shows an example of a prefetch instruction using a prefetch-purpose extended register.

GRn represents a general-purpose register whereas PFRn represents a prefetch-purpose extended register. When this prefetch instruction is used to designate a prefetch-purpose extended register PFRn for an offset invariant in execution of loops and designate a general-purpose register GRn for an offset variant in execution of loops, a prefetching program can be generated without increase of the number of general-purpose registers required for execution of the program.

FIG. 11 shows an example of an instruction for setting a value stored in a general-purpose register GRn to a prefetch-purpose extended register PFRn.

FIG. 12 shows an example of an instruction for copying a value stored in a prefetch-purpose extended register PFRn to a general-purpose register GRn.

An example of application of the prefetching method according to the present invention will be described below.

FIGS. 3A and 3B show an example in which the prefetching method according to the present invention is applied to nested loops containing two innermost loops 301 and 302 having the relationship of fraternal loops.

FIG. 3A shows a program before insertion of prefetch instructions whereas FIG. 3B shows a program after insertion of prefetch instructions.

The program shown in FIG. 3B is obtained from the program shown in FIG. 3A by the following steps 1 to 5.

Step 1:

Loops 301 and 302 a reselected as the innermost loops to be prefetched.

Step 2:

Index set splitting is applied to the innermost loops 301 and 302 to be prefetched.

Step 3:

A prefetch instruction for the loop 301 is inserted into a front half loop generated by splitting the loop 301. Similarly, a prefetch instruction for the loop 302 is inserted into a front half loop generated by splitting the loop 302.

Step 4:

A prefetch instruction for the loop 302 is inserted into a rear half loop generated by splitting the loop 301. Similarly, a prefetch instruction for the loop 301 in the next repetition of the outer loops is inserted into a rear half loop generated by splitting the loop 302.

Step 5:

Prefetch of data which is referred to by the loop 301 in loop repetition by first α times when outer loops are first repeated, is inserted in a location just before the outer loops.

10

A loop 303 is a loop for prefetching data which are used in the first to α-th arithmetic operations of the original loop 301 in repetition of the first outer loop. The loop 303 is inserted in the step 5.

A loop 304 is a loop for performing the first to (N-α)-th arithmetic operations of the original loop 301 and, at the same time, prefetching data used in the (α+1)-th to N-th arithmetic operations of the original loop 301. The loop 304 is inserted in the step 3.

A loop 305 is a loop for performing the (N-α+1)-th to N-th arithmetic operations of the original loop 301 and, at the same time, prefetching data used in the initially first to α-th arithmetic operations of the original loop 302. The loop 305 is inserted in the step 4.

A loop 306 is a loop for prefetching the arithmetic operation of the loop 301 and, at the same time, prefetching data used in the loop 302 when the loop length of the original loop 301 is shorter than α. The loop 306 is inserted in the step 4 (in this case, there is no front half loop, that is, there is only an rear half loop).

A loop 307 is a loop for performing the initially first to (N-α)-th arithmetic operations of the original loop 302 and, at the same time, prefetching data used in execution of the (α+1)-th to N-th arithmetic operations. The loop 307 is inserted in the step 3.

A loop 308 is a loop for executing the (N-α+1)-th to N-th arithmetic operations of the original loop 302 and, at the same time, prefetching data used in the first to α-th arithmetic operations of the loop 301 in the next repetition of the outer loop. The loop 308 is inserted in the step 4.

A loop 309 is a loop for prefetching data used in the loop 301 and, at the same time, executing the arithmetic operation of the loop 302 when the loop length of the original loop 302 is shorter than α. The loop 309 is inserted in the step 4 (in this case, there is no front half loop, that is, there is only a rear half loop).

FIGS. 4A and 4B show an example in which the prefetching method according to the present invention is applied to tightly nested loops as a special form of nested loops.

FIG. 4A shows a program before insertion of prefetch instructions whereas FIG. 4B shows a program after insertion of prefetch instructions.

In the case of tightly nested loops, there is only one loop in the innermost side. Accordingly, execution of the innermost loop and prefetching of data used in the innermost loop in repetition of the next outer loop are performed simultaneously.

A loop 402 is a loop for prefetching data used in the initially first to α-th arithmetic operations of the original loop 401 in repetition of the first outer loop.

A loop 403 is a loop for executing the first to (N-α)-th arithmetic operations of the original loop 401 and, at the same time, prefetching data used in the (α+1)-th to N-th arithmetic operations.

A loop 404 is a loop for executing the (N-α+1)-th to N-th arithmetic operations of the original loop 401 and, at the same time, prefetching data used in the initially first to α-th arithmetic operations of the loop 401 in repetition of the next outer loop.

A loop 405 is a loop for executing the arithmetic operation of the loop 401 and, at the same time, prefetching data used in the loop 401 in repetition of the next outer loop when the loop length of the loop 401 is shorter than α.

In the conventional prefetching method, only prefetching is performed but a vacant cycle without any arithmetic operation occurs at the time of starting of the next outer loop as shown in FIG. 2A. As shown in FIG. 2B, on the contrary,

Exhibit 2
Page 33

6,148,439

11

in the nested-loop data prefetching method according to the present invention, data to be referred to in repetition of the next outer loop is prefetched in the rear half loop generated by application of index set splitting, so that there is no vacant cycle (except the point of time of starting).

In the nested-loop data prefetching method, processor and program generating method according to the aforementioned embodiments of the present invention, a program can be converted so that prefetching is performed effectively even in nested loops in which the loop length of the innermost loop is short and the loop length of the outer loops is long. Accordingly, the wait time caused by reference to the main memory can be reduced sufficiently, so that execution of a computer program can be quickened.

What is claimed is:

**1**. A nested-loop data prefetching method comprising the steps of:

selecting a loop from the innermost loops in nested loops;

applying index set splitting to the selected loop into a front-half count loop and a rear-half count loop; and

inserting a prefetch instruction into said front-half count loop to prefetch data to be used by said selected loop per se and inserting a prefetch instruction into said rear-half count loop to prefetch data to be used by another selected loop from the innermost loops.

**2**. A nested-loop data prefetching method comprising the steps of:

obtaining a split loop count of at least two innermost loops having fraternal relationship in nested loops on the basis of the number of cycles required for prefetching data from a main memory to a cache memory and the number of cycles for predicted execution of said innermost loops;

12

splitting one of said innermost loops into a front half portion to be repeated by the number of times based on the split loop count and a rear half portion to be repeated a residual number of repetitions; and

inserting a prefetch instruction into said front half portion to prefetch data used by said one innermost loop per se and inserting another prefetch instruction into said rear half portion to prefetch data used by the other of the fraternal innermost loops to be executed next.

**3**. A nested-loop data prefetching method comprising the steps of:

obtaining a split loop count on the basis of the number of cycles required for prefetching data from a main memory to a cache memory and the number of cycles for predicted execution of the innermost loop in tightly nested loops;

splitting said innermost loop into a front half portion to be repeated a number of times based on the split loop count and a rear half portion to be repeated a residual number of repetitions; and

inserting a prefetch instruction into said front half portion to prefetch data used by said innermost loop per se and inserting another prefetch instruction into said rear half portion to prefetch data used by the innermost loop in repetition of the next outer loop.

**4**. A program generating method comprising the steps of:

analyzing a given input program; and

inserting prefetch instructions into said input program to generate an output program by application of a nested-loop data prefetching method defined in any one of claims **1** to **3**.

\* \* \* \* \*

Exhibit 2
Page 34

# Exhibit 3

Exhibit 3
Page 35

US006493701B2

(12) **United States Patent**
Ponnekanti

(10) **Patent No.:**     **US 6,493,701 B2**
(45) **Date of Patent:**        **Dec. 10, 2002**

(54) **DATABASE SYSTEM WITH METHODOGY PROVIDING FASTER N-ARY NESTED LOOP JOINS**

(75) Inventor:   **Nagavamsi Ponnekanti**, Emeryville, CA (US)

(73) Assignee:   **Sybase, Inc.**, Dublin, CA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/900,003**

(22) Filed:   **Jul. 5, 2001**

(65)        **Prior Publication Data**

US 2002/0078015 A1 Jun. 20, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/252,758, filed on Nov. 22, 2000.

(51) **Int. Cl.**[7] ............................................. **G06F 17/30**
(52) **U.S. Cl.** ........................ **707/2**; 707/5; 707/3; 707/4
(58) **Field of Search** ............................... 707/1, 2, 3, 4, 707/5, 10, 100, 101; 706/45

(56)             **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,590,324 A | * | 12/1996 | Leung et al. | ................... 707/5 |
| 5,600,831 A | * | 2/1997 | Levy et al. | ................... 706/45 |
| 5,991,754 A | * | 11/1999 | Raitto et al. | ................... 707/2 |
| 6,134,546 A | * | 10/2000 | Bestgen et al. | ............ 707/101 |
| 6,374,235 B1 | * | 4/2002 | Chen et al. | ................... 707/2 |
| 6,397,204 B1 | * | 5/2002 | Liu et al. | ....................... 707/2 |

OTHER PUBLICATIONS

Graefe, Goetz et al., Hash Joins and Hash Teams in Microsoft SQL Server, VLDB 1998, pp. 86–97, 1998.
Chen, Ming–Syan et al., On Applying Hash Filters to Improving the Execution of Multi–Join Queries, VLDB Journal 6(2), pp. 121–131, 1997.

O'Neil, Patrick E. et al., Multi–Table Joins Through Bit-mapped Join Indices, Sigmod Record 24(3), pp. 8–11, 1995.
Dewitt, David J. et al., Nested Loops Revisited, PDIS 1993, pp. 230–242, 1993.
Roussopoulos, Nick et al., A Pipeline N–way Join Algorithm Based on the 2–way Semijoin Program, IEEE Transactions on Knowledge and Data Engineering, vol. 3, No. 4, Dec. 1991.
Shapiro, Leonard D. et al., Join Processing in Database Systems with Large Main Memories, TODS 11(3), pp. 239–264, 1986.
Selinger, Patricia G. et al., Access Path Selection in a Relational Database Management System, ACM Sigmod Conference 1979, pp. 23–34, 1979.

* cited by examiner

*Primary Examiner*—Diane D. Mizrahi
*Assistant Examiner*—Yicun Wu
(74) *Attorney, Agent, or Firm*—John A. Smart

(57)             **ABSTRACT**

A database system implementing a methodology or technique that can be used to optimize processing of nested loop joins of three or more tables (n-ary NLJs for n>2) more efficiently is described. In implementation, upon encountering a failure condition (i.e., a given join condition does not hold true) from a join operator (scan child), context information (about the failure) is returned (to the n-ary nested-loop join operator) for indicating exactly which condition (i.e., join condition) failed. This information is tracked in a scan descriptor, which includes a "fail sarg" data field indicating exactly which particular search argument ("sarg") failed. Based on this information, the system (operating through the n-ary nested-loop join operator) knows exactly which scan child to return back to (i.e., how far back to go in the join order to fetch the next row). In this manner, the methodology optimizes processing of n-ary nested loop joins by eliminating comparisons that will not hold true for the corresponding join condition (for which the comparisons were to be tested).

**18 Claims, 9 Drawing Sheets**



Exhibit 3
Page 36



*FIG. 1*
*(PRIOR ART)*

Exhibit 3
Page 37



*200*

FIG. 2

Exhibit 3
Page 38

FIG. 3

Exhibit 3
Page 39

```
SELECT ... FROM T1, T2
       WHERE T1.C1 = T2.C2

SELECT ... FROM T1, T2, T3
       WHERE T1.C1 = T2.C2
       AND T2.C2 = T3.C3
       AND T1.C5 = T3.C4
```

*FIG. 4*

Exhibit 3
Page 40

U.S. Patent          Dec. 10, 2002          Sheet 5 of 9          US 6,493,701 B2



FIG. 5

Exhibit 3
Page 41



*FIG. 6*

Exhibit 3
Page 42



*FIG. 7*

Exhibit 3
Page 43



BEGIN
801
A QUERY IS RECEIVED (E.G., SQL-BASED QUERY FROM A CLIENT DATABASE APPLICATION) SPECIFYING A JOIN OF THREE OR MORE TABLES, WHERE AT LEAST ONE JOIN CONDITION EXISTS BETWEEN AN INNER TABLE (IN THE JOIN ORDER) AND AN OUTER TABLE THAT IS NOT THE IMMEDIATELY OR DIRECTLY PRECEDING TABLE (IN THE JOIN ORDER).
802
A LOOP IS ESTABLISHED TO RETRIEVE ROWS FROM SUCCESSIVE TABLES (PER THE JOIN ORDER); PROCEED TO PROCESS NEXT ROW.
TRUE (NOT MET)
803
DETERMINE WHETHER A CONDITION IS BEING TESTED (I.E., VALUE BEING COMPARED) THAT REFERS BACK TO A MORE-OUTER TABLE THAT IS NOT A DIRECTLY PRECEDING TABLE.
804
IF NOT MET, THEN LOOP NEXT ROW
TRUE
FALSE
805
CONTINUE DOWN THE JOIN ORDER TO EXAMINE ANY REMAINING/ SUBSEQUENT TABLES IN THE JOIN ORDER (IF ANY), APPLYING ANY SUBSEQUENT QUERY CONDITIONS (IF ANY) THAT MUST BE MET IN ORDER TO QUALIFY FOR THE QUERY
806
ANY REMAINING ?
FALSE
DONE

*FIG. 8*



*FIG. 9*

Exhibit 3
Page 45

US 6,493,701 B2

**1**

DATABASE SYSTEM WITH METHODOLOGY
PROVIDING FASTER N-ARY NESTED LOOP
JOINS

## RELATED APPLICATIONS

The present application is related to, and claims the benefit of priority of, the following commonly-owned provisional application(s): application Ser. No. 60/252,758 (Docket No. SYB/0073.00), filed on Nov. 22, 2000, entitled "Database System with Methodogy Providing Faster N-ary Nested Loop Joins," of which the present application is a non-provisional application thereof. The disclosure of the foregoing application is hereby incorporated by reference in its entirety, including any appendices or attachments thereof, for all purposes.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to information processing environments and, more particularly, to join operations in a data processing system, such as a Database Management System (DBMS).

2. Description of the Background Art

Computers are very powerful tools for storing and providing access to vast amounts of information. Computer databases are a common mechanism for storing information on computer systems while providing easy access to users. A typical database is an organized collection of related information stored as "records" having "fields" of information. As an example, a database of employees may have a record for each employee where each record contains fields designating specifics about the employee, such as name, home address, salary, and the like.

Between the actual physical database itself (i.e., the data actually stored on a storage device) and the users of the system, a database management system or DBMS is typically provided as a software cushion or layer. In essence, the DBMS shields the database user from knowing or even caring about underlying hardware-level details. Typically, all requests from users for access to the data are processed by the DBMS. For example, information may be added or removed from data files, information retrieved from or updated in such files, and so forth, all without user knowledge of underlying system implementation. In this manner, the DBMS provides users with a conceptual view of the database that is removed from the hardware level. The general construction and operation of a database management system is known in the art. See e.g., Date, C., "An Introduction to Database Systems," Volume I and II, Addison Wesley, 1990; the disclosure of which is hereby incorporated by reference.

DBMS systems have long since moved from a centralized mainframe environment to a de-centralized or distributed environment. One or more PC "client" systems, for instance, may be connected via a network to one or more server-based database systems (SQL database server). Commercial

**2**

examples of these "client/server" systems include Powersoft® clients connected to one or more Sybase( Adaptive Server® database servers. Both Powersoft® and Sybase® Adaptive Server® (formerly Sybase® SQL Server®) are available from Sybase, Inc. of Emeryville, Calif.

"Join" is a common operation in an RDBMS. Nested Loop Join (NLJ), sort merge join, and hash join are the three well-known join methods. Optimization and execution of queries involving joins have been extensively discussed in the literature. See, e.g., Selinger, Patricia G., et. al., "Access Path Selection in a Relational Database Management System," ACM SIGMOD Conference, pp. 23 –34, 1979 which deals with finding optimal join orders and join methods to use. See, e.g., Shapiro, Leonard D., "Join Processing in Database Systems with Large Main Memories," TODS 11(3), pp. 239 –264, 1986 and Graefe, Goetz, et. al., "Hash Joins and Hash Teams in Microsoft SQL Server," VLDB, pp. 86 –97, 1998 which deal with merge joins and hash joins. See, e.g., Chen, Ming-Syan, et. al., "On Applying Hash Filters to Improving the Execution of Multi-Join Queries," VLDB Journal 6(2), pp. 121 –131, 1997 and Roussopoulos, Nick and Kang, Hyunchul, "Pipeline N-way Join Algorithm Based on the 2 –way Semijoin" which deal with use of semijoin based approaches to process multi-join queries efficiently. See, e.g., O'Neil, Patrick E. and Graefe, Goetz, "Multi-Table Joins Through Bitmapped Join Indices," SIGMOD Record 24(3), pp. 8 –11, 1995 which deals with using bitmapped join indices to process multi-table joins more efficiently. See, e.g., Dewitt, David J., et al., "Nested Loops Revisited", PDIS, pp. 230 –242, 1993 which deals with parallelization of joins. The disclosures of the foregoing are hereby incorporated by reference.

What is needed is a technique that can be used to process some n-ary NLJs more efficiently, for n>2, as queries with multiple joins are common in decision support and OLAP. The present invention fulfills this and other needs.

## SUMMARY OF THE INVENTION

A database system implementing a methodology or technique that can be used to optimize processing of nested loop joins of three or more tables (n-ary NLJs for n>2) more efficiently is described. The methodology is straightforward to implement and has been prototyped in a commercial RDBMS.

Operation of the methodology may be summarized as follows. First, a query is received (e.g., SQL-based query from a client database application) specifying a join of three or more tables, where at least one join condition exists between an inner table (in the join order) and an outer table that is not the immediately or directly preceding table (in the join order). The join order itself specifies the particular sequence or order that tables (or index) are accessed for retrieving rows (for examination) during query execution.

Query execution proceeds as follows. A loop is established to retrieve rows from successive tables (per the join order). The method determines whether a condition is being tested (i.e., value being compared) that refers back to a more-outer table that is not a directly preceding table. Consider the following example. query:

    select [. . . ] from T1, T2, T3
       where T1.C1=T2.C2
       and T2.C2=T3.C3
       and T1.C5=T3.C4

In the example, the join condition of T1.C5=T3.C4 requires a current row under examination from the third table in the join order (i.e., Table T3) to match the join

Exhibit 3
Page 46

US 6,493,701 B2

3

condition (equality, in that example) specified for the first table (i.e., Table T1, which is not an immediately preceding table). If that condition is not met, then query execution (method) proceeds to fetch the next row (if any) from that outer table (whose just-tested condition failed).

Otherwise (i.e., the just-tested condition succeeds), the method continues down the join order to examine any remaining/subsequent tables in the join order (if any), applying any subsequent query conditions (if any) that must be met in order to qualify for the query. In the instance that a set of rows under examination meets the query condition(s), those rows are qualified (as having met the query). If any further rows/tables remain to be .examined, the method loops back to examine those rows/tables.

In implementation, upon encountering a failure condition (i.e., a given join condition does not hold true) from a join operator (scan child), context information (about the failure) is returned (to the n-ary nested-loop join operator) for indicating exactly which condition (i.e., join condition) failed. This information is tracked in a scan descriptor, which includes a "fail sarg" data field indicating exactly which particular search argument ("sarg" ) failed. Based on this information, the system (operating through the n-ary nested-loop join operator) knows exactly which scan child to return back to (i.e., how far back to go in the join order to fetch the next row). In this manner, the methodology optimizes processing of n-ary nested loop joins by eliminating comparisons that will not hold true for the corresponding join condition (for which the comparisons were to be tested).

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a general block diagram illustrating a computer system in which the present invention may be implemented.

FIG. **2** is a block diagram of a computer software system for directing the operation of the computer system of FIG. **1**.

FIG. **3** is a diagram that shows the general structure of a Client/Server Database System suitable for implementing the present invention.

FIG. **4** is a diagram of a n-ary join of two tables and the query statements that can be employed.

FIG. **5** is a diagram of a 3-way NLJ among tables A, B, and, C, with a join predicate between A and C, but no join predicate between B and C.

FIG. **6** is a diagram of a 3-way NLJ between tables A, B, and C, with a replaceable predicate between B and C.

FIG. **7** is a diagram of a 3-way NLJ among tables A, B, and C, with multiple predicates involving C.

FIG. **8** is a high-level flowchart illustrating the methodology of the present invention for performing joins of 3 or more tables.

FIG. **9** is a diagram of a star join.

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

The following description will focus on the presently-preferred embodiment of the present invention, which operates in a network environment executing client/server database applications. The present invention, however, is not limited to any particular application or environment. Instead, those skilled in the art will find that the present invention may be advantageously applied to any application or environment where optimization of database join operations is desirable. The description of the exemplary embodiments which follows is, therefore, for the purpose of illustration and not limitation.

4

Computer-based Implementation

A. Basic system hardware (e.g., for desktop and server computers)

The present invention may be implemented on a conventional or generalpurpose computer system, such as an IBM-compatible personal computer (PC) or server computer. FIG. **1** is a very general block diagram of an IBM-compatible system **100**. As shown, system **100** comprises a central processing unit(s) (CPU) or processor (s) **101** coupled to a random-access memory (RAM) **102**, a read-only memory (ROM) **103**, a keyboard **106**, a pointing device **108**, a display or video adapter **104** connected to a display device **105**, a removable (mass) storage device **115** (e.g., floppy disk, CD-ROM, CD-R, CD-RW, or the like), a fixed (mass) storage device **116** (e.g., hard disk), a communication port(s) or interface(s) **110**, a modem **112**, and a network interface card (NIC) or controller **111** (e.g., Ethernet). Although not shown separately, a real-time system clock is included with the system **100**, in a conventional manner.

CPU **101** comprises a processor of the Intel Pentium® family of microprocessors. However, any other suitable microprocessor or microcomputer may be utilized for implementing the present invention. The CPU **101** communicates with other components of the system via a bi-directional system bus (including any necessary input/output (I/O) controller circuitry and other "glue" logic). The bus, which includes address lines for addressing system memory, provides data transfer between and among the various components. Description of Pentium-class microprocessors and their instruction set, bus architecture, and control lines is available from Intel Corporation of Santa Clara, Calif. Random-access memory **102** serves as the working memory for the CPU **101**. In a typical configuration, RAM of sixteen megabytes or more is employed. More or less memory may be used without departing from the scope of the present invention. The read-only memory (ROM) **103** contains the basic input/output system code (BIOS)—a set of low-level routines in the ROM that application programs and the operating systems can use to interact with the hardware, including reading characters from the keyboard, outputting characters to printers, and so forth.

Mass storage devices **115**, **116** provide persistent storage on fixed and removable media, such as magnetic, optical or magnetic-optical storage systems, flash memory, or any other available mass storage technology. The mass storage may be shared on a network, or it may be a dedicated mass storage. As shown in FIG. **1**, fixed storage **116** stores a body of program and data for directing operation of the computer system, including an operating system, user application programs, driver and other support files, as well as other data files of all sorts. Typically, the fixed storage **116** serves as the main hard disk for the system.

In basic operation, program logic (including that which implements methodology of the present invention described below) is loaded from the storage device or mass storage **116** into the main (RAM) memory **102**, for execution by the CPU **101**. During operation of the program logic, the system **100** accepts user input from a keyboard **106** and pointing device **108**, as well as speech-based input from a voice recognition system (not shown). The keyboard **106** permits selection of application programs, entry of keyboard-based input or data, and selection and manipulation of individual data objects displayed on the display device **105**. Likewise, the pointing device **108**, such as a mouse, track ball, pen device, or the like, permits selection and manipulation of objects on the display device **105**. In this manner, these input devices support manual user input for any process running on the system.

Exhibit 3
Page 47

US 6,493,701 B2

5

The computer system **100** displays text and/or graphic images and other data on the display device **105**. Display device **105** is driven by the video adapter **104**, which is interposed between the display device **105** and the system **100**. The video adapter **104**, which includes video memory accessible to the CPU **101**, provides circuitry that converts pixel data stored in the video memory to a raster signal suitable for use by a cathode ray tube (CRT) raster or liquid crystal display (LCD) monitor. A hard copy of the displayed information, or other information within the system **100**, may be obtained from the printer **107**, or other output device. Printer **107** may include, for instance, an HP Laserjet® printer (available from Hewlett-Packard of Palo Alto, Calif.), for creating hard copy images of output of the system.

The system itself communicates with other devices (e.g., other computers) via the network interface card (NIC) **111** connected to a network (e.g., Ethernet network), and/or modem **112** (e.g., 56K baud, ISDN, DSL, or cable modem), examples of which are available from 3Com of Santa Clara, Calif. The system **100** may also communicate with local occasionally-connected devices (e.g., serial cable-linked devices) via the communication ("comm") interface **110**, which may include an RS-232 serial port, a Universal Serial Bus (USB) interface, or the like. Devices that will be commonly connected locally to the interface **110** include laptop computers, handheld organizers, digital cameras, and the like.

IBM-compatible personal computers and server computers are available from a variety of vendors. Representative vendors include Dell Computers of Round Rock, Tex., Compaq Computers of Houston, Tex., and IBM of Armonk, N.Y. Other suitable computers include Apple-compatible computers (e.g., Macintosh), which are available from Apple Computer of Cupertino, Calif., and Sun Solaris workstations, which are available from Sun Microsystems of Mountain View, Calif.

B. Basic system software

Illustrated in FIG. **2**, a computer software system **200** is provided for directing the operation of the computer system **100**. Software system **200**, which is stored in system memory (RAM) **102** and on fixed storage (e.g., hard disk) **116**, includes a kernel or operating system (OS) **210**. The OS **210** manages low-level aspects of computer operation, including managing execution of processes, memory allocation, file input and output (I/O), and device I/O. One or more application programs, such as client application software or "programs" **201** (e.g., **201a**, **201b**, **201c**, **201d**) may be "loaded" (i.e., transferred from fixed storage **116** into memory **102**) for execution by the system **100**.

Software system **200** includes a graphical user interface (GUI) **215**, for receiving user commands and data in a graphical (e.g., "point-and-click") fashion. These inputs, in turn, may be acted upon by the system **100** in accordance with instructions from operating system **210** and/or client application module(s) **201**. The GUI **215** also serves to display the results of operation from the OS **210** and application(s) **201**, whereupon the user may supply additional inputs or terminate the session. Typically, the OS **210** operates in conjunction with device drivers **220** (e.g., "Winsock" driver Windows—implementation of a TCP/IP stack) and the system BIOS microcode **230** (i.e., ROM-based microcode), particularly when interfacing with peripheral devices. OS **210** can be provided by a conventional operating system, such as Microsoft® Windows 9x, Microsoft® Windows NT, Microsoft® Windows 2000, or Microsoft® Windows XP, all available from Microsoft Corporation of

6

Redmond, Wash. Alternatively, OS **210** can also be an alternative operating system, such as the previously-mentioned operating systems.

The above-described computer hardware and software are presented for purposes of illustrating the basic underlying desktop and server computer components that may be employed for implementing the present invention. For purposes of discussion, the following description will present examples in which it will be assumed that there exists a "server"(e.g., Web server) which communicates with one or more "clients"(e.g., media capturing devices). The present invention, however, is not limited to any particular environment or device configuration. In particular, a client/server distinction is not necessary to the invention, but is used to provide a framework for discussion. Instead, the present invention may be implemented in any type of system architecture or processing environment capable of supporting the methodologies of the present invention presented in detail below.

Client/server database management system

While the present invention may operate within a single (standalone) computer (e.g., system **100**), the present invention is preferably embodied in a multi-user computer system, such as a Client/Server system. FIG. **3** illustrates the general structure of a Client/Server Database System **300** suitable for implementing the present invention. As shown, the system **300** comprises one or more Client(s) **310** connected to a Server **330** via a Network **320**. Specifically, the Client(s) **310** comprise one or more standalone Terminals **311** connected to a Database Server System **340** using a conventional network. In an exemplary embodiment, the Terminals **311** may themselves comprise a plurality of standalone workstations, dumb terminals, or the like, or comprise personal computers (PCs) such as the above-described system **100**. Typically, such units would operate under a client operating system, such as Microsoft Windows/MS-DOS for PC clients.

The Database Server System **340**, which comprises Adaptive Server® Enterprise (available from Sybase, Inc. of Emeryville, Calif.) in an exemplary embodiment, generally operates as an independent process (i.e., independently of the clients), running under a server operating system such as Microsoft Windows NT (Microsoft Corporation of Redmond, Wash.), NetWare (Novell of Provo, Utah), or UNIX (Novell). The Network **320** may be any one of a number of conventional network systems, including a Local Area Network (LAN) or Wide Area Network (WAN), as is known in the art (e.g., using Ethernet, IBM Token Ring, or the like). The Network **320** includes functionality for packaging client calls in the well-known SQL (Structured Query Language) together with any parameter information into a format (of one or more packets) suitable for transmission across a cable or wire, for delivery to the Database Server **340**.

In general operation, the Client(s) **310** store data in, or retrieve data from, one or more database tables **350**, shown in FIG. **3**. Typically resident on the Server **330**, each table itself comprises one or more horizontal rows or "records" (tuples) together with vertical columns or "fields." A database record includes information which is most conveniently represented as a single unit. A record for an employee, for example, may include information about the employee's ID Number, Last Name and First Initial, Position, Date Hired, Social Security Number, and Salary. Thus, a typical record includes several categories of information about an individual person, place, or thing. Each of these categories, in turn, represents a database field. In the foregoing employee

Exhibit 3
Page 48

US 6,493,701 B2

7

table, for example, Position is one field, Date Hired is another, and so on. With this format, tables are easy for users to understand and use. Moreover, the flexibility of tables permits a user to define relationships between various items of data, as needed.

In operation, the Clients issue one or more SQL commands to the Server. SQL commands may specify, for instance, a query for retrieving particular data (i.e., data records meeting the query condition) from the table **350**. The syntax of SQL (Structured Query Language) is well documented; see, e.g., the abovementioned "An Introduction to Database Systems." In addition to retrieving the data from Database Server tables, the Clients also include the ability to insert new rows of data records into the table; Clients can also modify and/or delete existing records in the table.

The SQL statements received from the one or more Client(s) **310** (via Network **320**) are processed by Engine **360** of the Database Server System **340**. The Engine **360** itself comprises a Parser **361**, Normalizer **363**, Compiler **365**, Execution Unit **369**, and Access Methods **370**. Specifically, the SQL statements are passed to the Parser **361** which converts the statements into a query tree—a binary tree data structure which represents the components of the query in a format selected for the convenience of the system. In this regard, the Parser **361** employs conventional parsing methodology (e.g., recursive descent parsing).

The query tree is normalized by the Normalizer **363**. Normalization includes, for example, the elimination of redundant data. Additionally, the Normalizer performs error checking, such as confirming that table names and column names which appear in the query are valid (e.g., are available and belong together). Finally, the Normalizer can also look up any referential integrity constraints which exist and add those to the query.

After normalization, the query tree is passed to the Compiler **365**, which includes an Optimizer **366** and a Code Generator **367**. The Optimizer is responsible for optimizing the query tree. The Optimizer performs a cost-based analysis for formulating a query execution plan. The Optimizer will, for instance, select the join order of tables (e.g., when working with more than one table); it will select relevant indexes (e.g., when indexes are available). The Optimizer, therefore, performs an analysis of the query and picks the best execution plan, which in turn results in particular ones of the Access Methods being invoked during query execution.

The Code Generator, on the other hand, converts the query tree into a set of instructions suitable for satisfying the query. These instructions are passed to the Execution Unit **369**. Operating under the control of these instructions, the Execution Unit **369** generates calls into lower-level routines, such as the Access Methods **370**, for retrieving relevant information (e.g., row **355**) from the database table **350**. After the plan has been executed by the Execution Unit, the Server returns a query result or answer table back to the Client(s).

For enhancing the speed in which the Database Server stores, retrieves, and presents particular data records, the Server maintains one or more database indexes on the table. A database index, typically maintained as a B-Tree (or B+-Tree) data structure, allows the records of a table to be organized in many different ways, depending on a particular user's needs. An index may be constructed as a single disk file storing index key values together with unique record numbers. The former is a data quantity composed of one or more fields from a record; the values are used to arrange (logically) the database file records by some desired order

8

(index expression). The latter are unique pointers or identifiers to the actual storage location of each record in the database file. Both are referred to internally by the system for locating and displaying records in a database file.

Client/server environments, database servers, and networks are well documented in the technical, trade, and patent literature. For a discussion of database servers and client/server environments generally and Sybase® Adaptive Server® Enterprise particularly, see, e.g., Nath, A., "The Guide to SQL Server," Second Edition, Addison-Wesley Publishing Company, 1995. For documentation of Sybase® Adaptive Server® Enterprise is available from Sybase, Inc. as "Adaptive Server Enterprise 12.0 Product Documentation" (currently available at http://sybooks.sybase.com/asg1200e.html), the disclosure of which is hereby incorporated by reference.

N-ary nested loop joins

A. N-ary joins introduction

A database query may specify a "join" between two (binary join) or more (n-ary join) tables. Each table itself is composed of rows and columns. For example, as illustrated in FIG. 4, Table T1 includes Columns C1 and C5 (among others), Table T2 includes Column C2, Table T3 includes Columns C3 and C4, and so forth and so on. To specify a join of two tables, for example, the following query statement may be employed:

    select [. . . ] from T1, T2
      where T1.C1=T2.C2

In the above example, the SELECT query specifies a join of Tables T1 and T2, using a join condition (WHERE) of T1.C1=T2.C2.

To specify a join of all three tables, the following query statement may be employed:

    select [. . . ] from T1, T2, T3
      where T1.C1=T2.C2
      and T2.C2 T3.C3
      and T1.C5=T3.C4

Here, the SELECT SQL statement specifies a join of all three tables, T1, T2, and T3. This n-ary join specifies multiple join conditions: T1.C1=T2.C2, T2.C2=T3.C3, and T1.C5=T3.C4. In effect, the query specifies the following. Fetch a row from Table T1, take the C1 value, and find a matching value from Column C2 of Table T2. Once a matching value is obtained from Column C2, the query attempts to find a matching value from Column C3 of Table T3.

Consider a modification to the foregoing query which adds an additional join condition: T1.C5=T3.C4. Now, to find a qualifying row from Table T3, T3 must match values both from both Table T2 and Table T1. This aspect is demonstrated by considering some sample values, which are illustrated in FIG. 4. As shown, the first row of Table T1 stores the value of 1 for Column C1. The first several rows of Table T2 store the value of 1 for Column C2. (Often, a second table in a join will include a join column storing a number of identical values, for instance when the second table is used to store IDs or department numbers.) In this example, the first row of Table T2 does in fact store a matching value, since both T1.C1 and T2.C2 are equal to 1. The first row of Table T3 also stores a matching value of 1 at Column C3. However, the third join condition fails since the value of T3.C4 is 2 which does not match the value of T1.C5 (which is 3). Accordingly, the first row of T3 does not qualify.

Normally at this point (of encountering a non-qualifying row in Table T3), the query execution would proceed back to the point of last match (i.e., Table T2, for this example)

Exhibit 3
Page 49

US 6,493,701 B2

9

and then proceed to examine the next row in Table T3 (in an effort to find a match). Here, Table T3 has two conditions: a first condition on Table T2 (which is being matched), and a second condition on Table T1 (which is not being matched). Since the condition on Table T1 is not qualified, until the row on Table T1 is changed, the query execution could examine millions of rows in Table T2 without finding a qualifying match. This condition is a substantial performance hit, which the present invention seeks to eliminate.

In accordance with the present invention, this condition is caught. In the example, when query execution matches on the join condition of T2.C2=T3.C3 but misses on the join condition T1.C5=T3.C4, the approach of the present invention is to return to Table T1 to fetch the next row (instead of continuing to scan Table T2). Here, the approach of the present invention is to not continue looping on an inner table of the join when a join condition of the outer table has not been met. Thus, in this manner, all of the work of scanning the inner table (e.g., Table T2 in this example) is avoided.

In accordance with the present invention, when a join condition is encountered that is not satisfied, query execution proceeds to fetch a next row from the outermost table that has a join condition which is satisfied (instead of simply returning to the previous table in the join order). Although the foregoing example has presented join conditions that use equality (=) operators, those skilled in the art will appreciate that the join condition itself may include any valid SQL operator (e.g., ANSI-92 SQL) for comparing two fields.

B. N-ary join detailed discussion

1. Scan, Table Scan, and Index Scan

Table scan means the scan of a table without using an index. A scan is retrieval of rows from a table using one access path (i.e., a table scan or an index scan). For brevity, retrieving rows from a table using multiple access paths, such as the union or intersection of several index scans, is not considered here. However, the technique described herein can easily be generalized to scans that use multiple access paths. Also, only B+tree indices will be considered here.

2. Sargable and Non-Sargable Predicates

In the currently-preferred embodiment, an access methods (AM) layer provides interface methods to do a table scan or an index scan with an optional conjunct of SARGs (see e.g., the abovementioned "Access Path Selection in a Relational Database Management System") as filtering predicates. A SARG is a predicate that can be expressed in the form of <column identifier><relop><value>, where <relop>is a simple operator like <=, <, >, >=, != or =. Filtering predicates that cannot be expressed as SARGs are called non-sargable predicates and are applied in the query processing (QP) layer. For brevity, the description below is restricted to sargable predicates.

3. Variations of NLJ

Consider an NLJ between two tables, A and B, in that order (i.e., A is the outer table and B is the inner table). The selection predicates, if any, on A (B) are applied during the scan of A (B). A tuple-level NUL performs a scan of B for each row returned by the scan of A. Block-level NLJ groups the rows returned by the scan of A into blocks that can fit in memory and performs a scan of B once for each block. For simplicity, this description is restricted to tuple NLJ, but this technique can also be applied to block-level NLJ.

4. Push Down of Join Predicates

Consider an NLJ between two tables, A and B, in that order. The join predicates between A and B, if any, are used

10

as filtering predicates during the scans of B. So, a scan of B returns only the rows that satisfy the selection predicates on B and also joins with the current row of A. A Cartesian product is processed as an NLJ without a join predicate in the currently-preferred embodiment. In general, for an n-ary NLJ involving n tables A1, A2, . . . and An, in that order, the filtering predicates for the scan(s) of Ai, where $1 < i <= n$ include the selection predicates on Ai and the join predicates between Ai and the tables that precede it.

5. Costing n-ary NLjs

Costing n-ary NLJs in the optimizer is not complete. Currently, the optimizer generates plans with only binary join operators. Subsequently, the code generator coalesces some binary NLJ operations into n-ary NLJ operations. Specifically, if the result of a binary NLJ operator, say N1, forms the input of another NLJ operator, say N2, and the result of N1 is not being materialized, then N1 is removed and its operands are made the operands of N2. This technique is used at execution time to process the n-ary NLJs more efficiently.

C. N-ary NLjs

1. 3-way NLJ among Tables A, B, and C, in that order, with a join predicate between A and C, but no join predicate between B and C

Consider the 3-way NLJ, such as illustrated in FIG. 5. There is no join predicate between B and C, but there is a join predicate between A and C. A join predicate(s) between A and B, if any, is irrelevant. Suppose that a row in A, say a1, joins with multiple rows in B, say b1, b2, and b3. If the NLJ finds that (a1, b1) does not have a match in C, it closes the scan on B and moves to the next row in A. So the combinations (a1, b2) and (a1, b3) are not generated.

Doing this optimization with hash or merge join methods requires performing a semi-join (or some variation of it, such as a bit vector filter), if the joins involved need different sorting/hashing criterion (e.g., if the join predicates were A.x=B.x and A.y=C.y, where x and y are distinct columns). If the join predicates were A.x=B.x and A.x=C.x, a 3-way merge join would be easy to do as all three tables can be sorted on column x and a 3-way merge algorithm known in database literature can be applied. However, if the join predicates are A.x=B.x and A.y=C.y, such a 3-way merge algorithm would not be applicable as the rows in A would have to be sorted on x for the first join and they need to be sorted only for the second join. Thus a 3-way NLJ algorithm may become more valuable in such cases.

2. 3-way NLJ between Tables A, B, and C (in that order) with a Replaceable Predicate between B and C

Even if there is a join predicate between B and C, and if it can be replaced with a predicate between A and C, this optimization is applicable. As as example, consider the following 3-way NLJ among tables A, B, and C, in that order, with "A.x=B.x" and "B.x=C.x" as the join predicates, as illustrated in FIG. 6. Although there is a join predicate between B and C, it could be replaced with the predicate "A.x=C.x"and use the same optimization as before.

3. 3-way NLJ among Tables A, B, and C (in that order) with Multiple Predicates involving C

Consider the following 3-way NLJ among tables A, B, and C, in that order, with a conjunction of two join predi-

Exhibit 3
Page 50

US 6,493,701 B2

11

cates "A.y=C.y" and "B.x=C.x" involving table C. This type of join is illustrated in FIG. 7. The join predicate between A and B, if any, is irrelevant. Suppose that a row in A, say a1, matches multiple rows in B, say b1, b2, and b3. For the combination (a1, b1), the NLJ needs to retrieve the matching rows in C, if any. There are two cases depending upon which conjunct is processed first.

    (a) Conjunct "C.y=a1.y" is evaluated before "C.x=
        b1.x"

In this case, if no row in C matches the first conjunct, the NLJ closes the scan of B and moves to next row in A (i.e., the combinations (a1, b2) and (a1, b3) are not generated).

    (b) Conjunct "C.x=b1.x" is evaluated before "C.y=
        a1.y"

In this implementation, the second conjunct is not applied when a row fails the first conjunct. The rows that did not satisfy the first conjunct could possibly satisfy C.y=a1.y. Hence NLJ cannot avoid generating the combinations (a1, b2) and (a1, b3). In (a) above, the ordering of conjuncts matches the join order, and such an ordering works better for NLJ. However, effective use of an index requires that the conjuncts involving index columns be evaluated in the same order as the columns appear in the schema of the index. For example, if the scan of C is using an index that has C.x as the first index column, it evaluates the conjunct involving C.x first. In this implementation, while ordering the conjuncts, the index schema definition is given higher priority than the join order.

### 4T. Generalization to an n-ary NLJ

The following briefly describes how the ideas mentioned before have been generalized to an n-ary NLJ in this prototype. Consider an n-ary NLJ among n tables A1, A2, . . . and An, in that order. It is assumed that the predicate replacement mentioned earlier has already been performed. Consider the scan on Am, where 1<=m<=n. Let the filtering predicates for the scan of Am be a conjunction of k predicates P1, P2, . . . and Pk, where k>=0. It is assumed that the conjuncts have already been ordered according to the criterion briefly mentioned earlier. The predicate dependency of a selection predicate on Am is defined as 0. The predicate dependency of a join predicate involving Am is defined as {d |P involves Ad but no table preceding Ad}. Let Di be the predicate dependency of Pi, where 1<=i<=k. If the scan of Am does not return any rows, and if the scan only used p conjuncts, where 1<=p<=k, NLJ moves to the next row in Aj, where j=MAX {Di|1<=i<=p}. The scan on Am and the scans on the tables between Aj and Am, if any, are closed.

### D. Methodology

#### 1. High-level Description

FIG. 8 illustrates a high-level methodology of the present invention for performing joins of three or more tables. At step 801, a query is received (e.g., SQL-based query from a client database application) specifying a join of three or more tables, where at least one join condition exists between an inner table (in the join order) and an outer table that is not the immediately or directly preceding table (in the join order). The join order itself specifies the particular sequence or order that tables (or an index(s)) are accessed for retrieving rows (for examination) during query execution.

Query execution proceeds as follows. At step 802, a loop is established to retrieve rows from successive tables (per

12

the join order). At step 803, the method determines whether a condition is being tested (i.e., value being compared) that refers back to a more-outer table that is not a directly preceding table. For instance, in the example of FIG. 4, the join condition of T1.C5=T3.C4 requires a current row under examination from the third table in the join order (i.e., Table T3) to match the join condition (equality, in that example) specified for the first table (i.e., Table T1, which is not an immediately preceding table). If that condition is not met, then query execution (method) proceeds to fetch the next row (if any) from that outer table (whose just-tested condition failed), as indicated by step 804.

Otherwise (i.e., the just-tested condition succeeds), the method continues down the join order to examine any remaining/subsequent tables in the join order (if any), applying any subsequent query conditions (if any) that must be met in order to qualify for the query, as indicated that step 805. In the instance that a set of rows under examination meets the query condition(s), those rows are qualified (as having met the query). If any further rows/tables remain to be examined, the method loops back to examine those rows/tables, as indicated by step 806.

#### 2. Internal Operation

Internally the database system must keep track of which particular join failed. More particularly, the internal access methods of the database system must keep track of which which row disqualifies and why. In the currently-preferred embodiment, query execution is tracked through use of an array of descriptors. The internal database engine works off of a query plan, which itself is built-up of operators. Of particular interest is an n-ary nested-loop join operator, which has access to an array of pointers or references (per the join order) to all of the join operations that occur (i.e., all of the scan operations that are occurring in the joins). The join operators, which themselves are implemented as C++ classes, represent the scans of the tables (or indexes). During query execution, once a query plan has been formulated, the array of references is populated with valid references to the various join scans. These references correspond to child operators (join operators), which are arranged in order according to the selected join order.

Operation occurs as follows during query execution. The n-ary nested-loop join operator invokes a "next" method on the first join operator/scan (and thereupon obtains a reference value from a first table or index) and invokes a "next" method on the second join operator/scan (and thereupon obtains a reference value from a second table or index), thereby providing a join of two tables. If that succeeds (i.e., upon application of the then-relevant join condition to the reference values), the n-ary nested-loop join operator proceeds to invoke the "next" method on the subsequent join operator, and so forth and so on (i.e., invoking subsequent "next" methods and applying join conditions), so long as the application of subsequent join conditions continues to hold true. Upon encountering a failure condition (i.e., a given join condition does not hold true) from a join operator (scan child), context information (about the failure) is returned to the n-ary nested-loop join operator, for indicating exactly which condition (i.e., join condition) failed. This information is tracked in a join descriptor, which includes a "fail sarg" data field indicating exactly which particular search argument ("sarg") failed. Based on this information, the n-ary nested-loop join operator knows exactly which scan child to return back to (i.e., how far back to go to fetch the next row).

Exhibit 3
Page 51

US 6,493,701 B2

**13**

E. Benefits

1. Selectivities of Binary Joins Versus N-ary Joins

Sometimes, n-ary joins may have high selectivity although the individual binary joins have low selectivity. A simple, but extreme, example is given below. Consider a 3-way join among three tables A, B, and C, with A.x=B.x and B.x=C.x as the join predicates. Let the table A have many rows, but only two values for A.x, 0 and 1. Let the table B also have many rows, but only two values for B.x, 1 and 2. Let the table C also have many rows, but only two values for C.x, 0 and 2. The result of a join between any two tables is large, but the result of the 3-way join is small. In such cases, this technique can significantly reduce the cost of performing the joins.

2. Star Joins

Consider a 3-way NLJ involving two dimension tables, A and B, and a fact table F, in that order. Let the join predicates be A.a=F.a and B.b=F.b. This is a star join, and is illustrated in FIG. **9**.

Consider a scan of F. Suppose the conjunct A.a=F.a is evaluated before the other conjunct. If no row in F matches the first conjunct, the NU prematurely terminates the scan of B, and it moves to the next row in A. Thus, this technique avoids the generation of unnecessary combinations in the Cartesian product.

3. Bad Join Orders

Sometimes the join order generated by the optimizer may be bad, because of inaccurate statistics or assumptions that

**14**

do not hold for the case at hand. Note that the final result set is of the same size regardless of what join order is chosen. However, a bad join order may generate larger intermediate results than a good join order, and many of the rows in the intermediate results may get discarded by later joins. This technique attempts to prevent generation of intermediate rows that would get discarded later anyway.

F. Conclusion

A technique has been presented that can significantly improve the performance of some n-ary NLJs. The simplicity of the technique, and the benefits offered by it, make it attractive for implementation in commercial database systems.

G. Source code appendix

Appended herewith as Appendix A are source code listings (in the C++programming language) providing further description of the present invention. An appropriate C++development environment (including compiler and linker) for compiling the source code listings is available from a variety of vendors, including Microsoft Visual C++available from Microsoft Corporation of Redmond, Wash.

While the invention is described in some detail with specific reference to a single-preferred embodiment and certain alternatives, there is no intent to limit the invention to that particular embodiment or those specific alternatives. For instance, those skilled in the art will appreciate that modifications may be made to the preferred embodiment without departing from the teachings of the present invention.

APPENDIX A

SOURCE CODE LISTINGS

| | |
|---|---|
| cgnarynlj.hpp | class definition of the CgScanNaryNLJ class, which sets up the 'jump' information for the n-ary nested loop join operator (LeNaryNLJOp). This information lets the LeNaryNLJOp determine which child-operator (i.e., table scan) to go back to whenever a given join clause is not satisfied. |
| cgnarynlj.cpp | source code for the CgScanNaryNLJ class methods. |
| le__narynljop.hpp | class definition of the LeNaryNLJOp. |
| le__narynljop.cpp | source code for the LeNaryNLJOp class methods. |

```
/** @pkg CodeGen.CgScanNaryNLJ */
# ifndef __CGNARYNLJ__HPP
/**@#-*/
# define __CGNARYNLJ__HPP
/**@#+*/
// Do not change the values for the following symbols
# define CG__NO__DEPENDENCY        −1
# define CG__DEPENDENCY__NOTFOUND (CGMAXARITY + 1)
/* forward declaration */
struct LeNaryNLJInfo;
/**
 *   CgScanNaryNLJ
 *        Class to manage predicate dependencies of a scan operator
 *        that is a child of n-ary NLJ operator. We track the dependencies
 *        of the scan predicates on the preceding siblings of the n-ary
 *        NLJ operator.
 *   MORE DOCUMENTATION: See le__narynljop.hpp for some high level
 *   description of the code changes that implement n-ary NLJ operator
 *   and to get an idea of how this class fits into it.
 */
class CgScanNaryNLJ
{
public:
        /**
         *   Initializes a new CgScanNaryNLJ object.
         *
         * @param int            Arity of NLJ
```

Exhibit 3
Page 52

US 6,493,701 B2

15 16

APPENDIX A-continued

SOURCE CODE LISTINGS

```
    *
    * @param int          Number of elements in the array (3rd param)
    *
    * @param ScScalarList** Array of substitution lists of the operators
    *               that are the preceding children of parent
    *               NLJ operator.
    */
CgScanNaryNLJ(int, int, ScScalarList **);
/**
    *   Sets the #sargable predicates in CgScanNaryNLJ class object
    *
    * @param int          # Sargs
    *
    * @param pPhdr        Proc header to allocate array for holding
    *               sarg dependency info
    */
void CsnSetNumSargs(int, PROC__HDR *);
/**
    *   Adds a predicate dependency.
    * @param TREE *   The tree node that supplies the value in
    *               predicate
    *
    * @param int          Sarg position if we are adding dependency for
    *               a sargable predicate. −1 if we are adding the
    *               dependency for a non-sargable predicate.
    */
void CsnAddDependency(TREE *, int);
/**
    *   Computes the skip branch numbers (i.e branch numbers to
    *   skip to) for the sargs and evals. THIS SHOULD ONLY BE CALLED
    *   AFTER ALL PREDICATE DEPENDENCIES HAVE BEEN ADDED BY CALLING
    *   CsnAddDependency().
    *   This method allocates a new array to store the skip
    *   branch numbers using the proc__hdr passed in and returns
    *   the array.
    *
    * @param PROC__HDR *  Proc header to allocate an array to hold
    *               skip branch numbers.
    *
    * @returns Array holding skip branch numbers.
    */
LeNaryNLJInfo *pCsnComputeSkipBranchNums(PROC__HDR *);
/**
    * Returns an array of sarg dependencies.
    */
SYB__INLINE int *
pCsnGetSargDependency();
private:
/**
    *   Gives the child number for the scan operator whose predicate
    *   dependencies are being tracked.
    */
SYB__INLINE int
__CsnGetThisBranchNum();
/**
    *   Gets the adjusted dependency.
    *
    *   If the dependency is CG__DEPENDENCY__NOTFOUND, then we
    *   conservatively use 1 less than this child number.
    *
    * @param int — the dependency to adjust
    *
    * @returns — The adjusted dependency
    */
SYB__INLINE int
__CsnGetAdjustedDependency(int);
ScScalarList      **__ppCsnSubstLists;
int               __CsnNumSubstLists;
int               __CsnEvalDependency;
int               __CsnNumSargs;
int               *__pCsnSargDependency;
int               __CsnArityOfNLJ;
};
#ifdef USE__INLINE
#include <cgnarynlj.icpp>
#endif
# endif
```

Exhibit 3
Page 53

US 6,493,701 B2

17                                                                                        18

APPENDIX A-continued

SOURCE CODE LISTINGS

```
# include            <cgincludefiles.hpp>
extern "C"
{
# include            <le__operator.h>
# include            <seq__dcl.h>
}
# include <cgnarynlj.hpp>
# include <le__scanop.hpp>
#ifndef USE__INLINE
#include <cgnarynlj.icpp>
#endif
//
//        CgScanNaryNLJ::CgScanNaryNLJ
//
//        Constructor for the CgScanNaryNLJ class. This class tracks the
//        predicate dependency info for a scan operator that is a child of
//        an n-ary NLJ operator.
//
//        Parameters
//            ArityOfNLJ          — Arity of the n-ary NLJ
//            NumSubstLists       — # substitution lists in the array (3rd
//                                  param)
//            ppSubstLists        — Array of substitution lists of the operators
//                                  that are the preceding children of parent
//                                  NLJ operator.
//
//
CgScanNaryNLJ::CgScanNaryNLJ(int ArityOfNLJ, int NumSubstLists,
                            ScScalarList **ppSubstLists)
{
        __CsnArityOfNLJ = ArityOfNLJ;
        __CsnNumSubstLists = NumSubstLists;
        __ppCsnSubstLists = ppSubstLists;
        __CsnEvalDependency = CG__NO__DEPENDENCY;
        __pCsnSargDependency = NULL;
        __CsnNumSargs = −1;
}
//
//        CgScanNaryNLJ::CgSetNumSargs
//
//        Sets the #sargable predicates in CgScanNaryNLJ class object.
//
//
//        Parameters
//            NumSargs      — # sargable predicates
//            pPhdr                 — Proc header to allocate array for holding
//                                  sarg dependency info
//
//        Side-effects
//            Allocates an array for holding sarg dependency info
//
//
void
CgScanNaryNLJ::CsnSetNumSargs(int NumSargs, PROC__HDR *pPhdr)
{
        __CsnNumSargs = NumSargs;
        if (NumSargs > 0)
        {
            __pCsnSargDependency = new (pPhdr) int[NumSargs];
            // Initialize the dependency info.
            for (int i = 0; i < NumSargs; i++)
            {
                __pCsnSargDependency[i] = CG__NO__DEPENDENCY;
            }
        }
}
//
//        CgScanNaryNLJ::CsnAddDependency
//
//        Adds a predicate dependency.
//
//        Parameters
//            pTree              — Pointer to a treenode holding a CONSTANT
//                                that is referenced in the predicate
//            SargPos            — Position of the sarg if we are adding
//                                a predicate dependency for a sargable
//                                predicate. −1 if we are adding the
```

Exhibit 3
Page 54

US 6,493,701 B2

19                                                                                           20

APPENDIX A-continued

SOURCE CODE LISTINGS

```
//                         predicate dependency for a non-sargable
//                         predicate.
//
//        Side-effects
//               The predicate dependencies tracked in __CsnEvalDependency
//               or __pCsnSargDependency could get modified.
//
//
void
CgScanNaryNLJ::CsnAddDependency(TREE *pTree, int SargPos)
{
        int             FoundIndex = CG__DEPENDENCY__NOTFOUND;
        CONSTANT   *pConst;
        int             i;
        SYB__ASSERT(TOK__CHECKCLASS(pTree—>sym.node.type, SYB__CONST));
        pConst = (CONSTANT *)pTree—>left;
        SYB__ASSERT(pConst);
        // LAVA__RESOLVE : Revisit this.
        if ((pConst—>constat2 & (CONST2__VALUE__KNOWN|CONST2__MISSING__PARM)) ||
           (pConst—>constat & (CONST__PARAM|CONST__SPEC__VALUE__KNOWN|
                      CONST__VARIABLE)))
        {
               // No dependency in this case.
               FoundIndex = CG__NO__DEPENDENCY;
               goto skip__search;
        }
        SYB__ASSERT((pConst—>constat & CONST__EXPR) ||
                      (pConst—>constat & CONST__COLUMN));
        // Locate the constant in the pTree in the Substitution lists.
        for (i = __CsnNumSubstLists – 1; i >= 0; i--)
        {
               ScScalarList          *pSubstList;
               ScScalarIter          ii;
               ScScalarType          *pSubst;
               pSubstList = __ppCsnSubstLists[i];
               // Walk the Substitution list searching for pTree.
               for (ii = pSubstList—>begin(); ii != pSubstList—>end(); ++ii)
               {
                      pSubst = *ii;
                      SYB__ASSERT(pSubst—>left);
                      SYB__ASSERT(TOK__CHECKCLASS(pSubst—>sym.node.type,
                                       SYB__CONST));
                      if ((pSubst == pTree) || (pSubst—>left == pTree—>left))
                      {
                             // It seems like either both should match or
                             // neither.
                             SYB__ASSERT((pSubst == pTree) &&
                                       (pSubst—>left == pTree—>left));
                             FoundIndex = i;
                             break;
                      }
               }
        }
        if (FoundIndex == CG__DEPENDENCY__NOTFOUND)
        {
               // We did not find the CONSTANT in any Substitution list. This
               // case most probably indicates a bug. Hence this assertion.
               // However, when we compute skip branch numbers from the
               // dependencies, we use a conservative value and so the
               // optimized server should give correct results. See
               // the method __CsnGetAdjustedDependency() and the use of it
               // for more info.
               SYB__ASSERT(0);
        }
skip__search :
        if (TRACE(DECISION, 43))
        {
               TRACEPRINT("(Branch = %d, sargpos = %d, dependency = %d)\n",
                             __CsnGetThisBranchNum(), SargPos, FoundIndex);
        }
        if (SargPos < 0)
        {
               // We are dealing with Evals here.
               if (FoundIndex > __CsnEvalDependency)
               {
                      // Found a stronger dependency.
                      __CsnEvalDependency = FoundIndex;
```

Exhibit 3
Page 55

US 6,493,701 B2

21                                                                                  22

APPENDIX A-continued

SOURCE CODE LISTINGS

```
          }
          return;
     }
     // We are dealing with sargs.
     if (FoundIndex > _pCsnSargDependency[SargPos])
     {
          // Found a stronger dependency.
          _pCsnSargDependency[SargPos] = FoundIndex;
     }
}
//
//     CgScanNaryNLJ::pCsnComputeSkipBranchNums
//
//     Computes the skip branch numbers for the sargable and non-sargable
//     predicates. This method should be called only after all the
//     predicate dependencies for this scan operator have been added by
//     calling CsnAddDependency() method.
//
//     Parameters
//         pPhdr                   — Proc header to allocate an array to hold
//                                     skip branch numbers
//
//     Side-effects
//         The skip branch numbers are computed and stored.
//
//
LeNaryNLJInfo *
CgScanNaryNLJ::pCsnComputeSkipBranchNums(PROC_HDR *pPhdr)
{
          LeNaryNLJInfo      *pNaryNLJInfo;
          int          *pSkipTo;
          int          SkipBranch;
          // create an nary NLJ object.
          pNaryNLJInfo = new (pPhdr) LeNaryNLJInfo;
          // Nothing to calculate for eval dependencies.
          SkipBranch = _CsnGetAdjustedDependency(_CsnEvalDependency);
          pNaryNLJInfo—>LnEvalDepend = _CsnEvalDependency;
          pNaryNLJInfo—>LnEvalSkipBranch = SkipBranch;
          // If no sargs return here.
          if (_CsnNumSargs == 0)
          {
                pNaryNLJInfo—>pLnSargSkipBranch = NULL;
                pNaryNLJInfo—>pLnSargDepend = NULL;
                return pNaryNLJInfo;
          }
          // Allocate array for skip branch numbers. LAVA_RESOLVE we could
          // use the same array as sarg dependencies.
          pNaryNLJInfo—>pLnSargSkipBranch = new (pPhdr) int[_CsnNumSargs];
          pNaryNLJInfo—>pLnSargDepend = _pCsnSargDependency;
          // Just save a little dereferencing.
          pSkipTo = pNaryNLJInfo—>pLnSargSkipBranch;
          // Do the computation for sargs. What is happening below is
          // best explained through an example.
          // Example: Suppose that the current scan is branch b of the nary
          // NLJ. Also, suppose that there are 3 sargs s1. s2 and s3. Also,
          // suppose that
          // — s1 is dependent on branch b1 of the nary NLJ.
          // — s2 is dependent on branch b2
          // — s3 is dependent on branch b3
          // Normally, if there is no match from this scan, NLJ fetches
          // next row from branch b − 1.
          // If s1 is the only sarg that was used, s2 and s3 can be
          // assumed to be non-existent. So if no row passed s1, NLJ
          // can fetch next row from b1 (instead of b − 1).
          //
          // If s1 and s2 were the only sargs used, then NLJ can fetch next
          // row from MAX (b1, b2). As long as the NLJ is positioned on same
          // row in b1 and same row in b2, there will not be any match from
          // this scan because no row passes both s1 and s2.
          SkipBranch = _CsnGetAdjustedDependency (_pCsnSargDependency[0]);
          pSkipTo[0] = SkipBranch;
          for (int i = 1; i < _CsnNumSargs; i++)
          {
                SkipBranch = _CsnGetAdjustedDependency(
                                       _pCsnSargDependency[i]);
                pSkipTo[i] = MAX (pSkipTo[i−1], SkipBranch);
          }
```

Exhibit 3
Page 56

US 6,493,701 B2

23                                                                                                      24

APPENDIX A-continued

SOURCE CODE LISTINGS

```
            // Update the skip branch dependency.
            SkipBranch = pNaryNLJInfo—>LnEvalSkipBranch;
            pNaryNLJInfo—>LnEvalSkipBranch = MAX (pSkipTo[_CsnNumSargs – 1],
                                  SkipBranch);
            return pNaryNLJInfo;
}
SYB_INLINE int
CgScanNaryNLJ::_CsnGetThisBranchNum()
{
            return _CsnNumSubstLists;
}
SYB_INLINE int*
CgScanNaryNLJ::pCsnGetSargDependency()
{
            return _pCsnSargDependency;
}
SYB_INLINE int
CgScanNaryNLJ::_CsnGetAdjustedDependency(int Dependency)
{
            int   SkipBranch;
            SkipBranch = Dependency;
            if (SkipBranch == CG_DEPENDENCY_NOTFOUND)
            {
                  // Conservatively, set the dependency as
                  // the immediately preceding branch.
                  SkipBranch = _CsnGetThisBranchNum() – 1;
            }
            return SkipBranch;
}
/**
* Base class for all nary operators. The data and code that is
* common for all nary operators should be moved to this class.
*/
class LeNaryOp : public LeParentOp
{
public:
            SYB_INLINE
            LeNaryOp(
                  LeVirtAddr            VA,
                  LeOperator            **pChilrenOps,
                  int                   MaxChildNo,
                  PROC_HDR              *pPhdr
                  );
            /** Make the destructor virtual */
            virtual ~LeNaryOp() { };
            SYB_INLINE virtual int LePoGetArity() const;
            SYB_INLINE virtual LeOperator *LePoGetNthChild(int) const;
            SYB_INLINE virtual void LePoSetNthChild(int, LeOperator *);
            SYB_INLINE int LePoGetChildOpNo();
protected:
            LeOperator            **_pLeNoChildren;
            int                   _MaxChildNo;
};
/**
*
* Code changes for n-ary nested loop joins implementation
* ----------------------------------------------------------------
*
* The changes to implement n-ary NLJ can be divided into the following
* categories:
*
* 1.  Support from the optimizer:
*
* The optimizer does not cost the n-ary NLJ optimizations being done
* during execution. However, it does the following to increase the
* benefit offered by n-ary NLJs.
*
* —  Transitive closures are performed for join predicates (conceptually).
*    So, if there are join predicates of the form A.x = B.x and B.x = C.x,
*    then a predicate A.x = C.x is added. This allows more join orders to
be
*    considered. After the join order has been chosen, if the join order
*    is {A, B, C}, then the predicate B.x = C.x is dropped.
*
*    This increases the number of cases where a query can benefit from
*    the n-ary NLJ optimizations.
*
```

Exhibit 3
Page 57

US 6,493,701 B2

25                                                                                          26

APPENDIX A-continued

SOURCE CODE LISTINGS

```
*  —    Star joins: Consider a star join between dimension tables A and B
*        and a fact table F. Let the join predicates be F.a = A.a and
*        F.b = B.b. When the optimizer is considering the use of an index
*        on (F.a, F.b) or just F.a, it prefers the join order A, B, F to
*        join order B, A, F if the costs for both these join orders is equal.
*
*        This increases the benefit of n-ary NLJ for star joins.
*
*
*
* 2.    Identifying which binary-joins need to be coalesced into n-ary
*        joins.
*
*        This is implemented in the method CgpNlJoin::cgpCodeGenTryNaryNLJ().
*        This method is called from CgpNlJoin::cgpCodeGen(), which code
*        generates a NLJ pop (pop = physical operator) coming from the
*        optimizer. This method tries to see if a n-ary NLJ lava operator can
*        can be generated. It also identifies which pops contribute to the
*        children of the n-ary NLJ lava operator to be code generated.
*
* 3.    Tracking predicate dependencies of a scan operator.
*
*        This is implemented in CgScanNaryNLJ class. This class tracks the
*        predicate dependencies of a scan operator that is a child of the
*        n-ary NLJ.
*
* 4.    Use of CgScanNaryNLJ class methods during the code generation of
*        Scan operators.
*
*        This is implemented by passing an additional parameter of type
*        CgScanNaryNLJ * to several methods involved in the code generation
*        of scan operator, such as
*        — cgpCodeGen methods of the CgpScan class (which corresponds to scan
*            Pop) and its subclasses.
*        — CgGenLava::CGConsScanOp method
*        — CgLavaUtils::CgCompileSargs(), CgLavaUtils::_CgCompileOnePred(),
*            and CgLavaUtils::CgCompilePred() method which compile the sargable
*            and non-sargable predicates for the scan operator. As they compile
*            the predicates, for each predicate dependency encountered, the
*            method CgScanNaryNLJ::CsnAddDependency() is called to track all
these
*            dependencies.
*
* 5.    A new lava execution operator n-ary NLJ
*
*        This is implemented in LeNaryNLJOp class.
*
* 6.    Access methods changes
*
*        Access methods needs to track how many sargs have been used. A new
*        field sdes—>sfailsargp has been added for this purpose. A macro
*        SCAN_UPDATE_NUMSARGSUSED has been added. This macro is called by
*        access methods for each row after the row is checked for sarg
*        satisfiability.
*/
class LeNaryNLJContext : public LeOpContext
{
        friend class LeNaryNLJOp;
        /**
        *    Constructor for LeNaryNLJContext class. Note that this class
        *    has the 'standard prototype' recommended for the constructors
        *    of all operator context classes in lavaexec.pkg.
        *
        *    @param LeNaryNLJOp *     Pointer to the n-ary NLJ operator
        *
        *    @param LePlanFragContext * Pointer to plan fragment context
        *
        */
        SYB_INLINE
        LeNaryNLJContext(LeNaryNLJOp *, LePlanFragContext *);
private:
        int __LeNcNextChild;
};
class LeNaryNLJOp : public LeNaryOp
{
public:
        /**
        *    Constructor for LeNaryNLJOp class.
```

Exhibit 3
Page 58

US 6,493,701 B2

27                                                                          28

APPENDIX A-continued

SOURCE CODE LISTINGS

```
      *
      * @param LeVirtAddr          Virtual Address for this operator
      *
      * @param int           Number of children
      *
      * @param LeOperator **    Array of child operators
      *
      * @param PROC_HDR *   Pointer to proc header
      */
     SYB_INLINE
     LeNaryNLJOp(LeVirtAddr, int, LeOperator **, PROC_HDR *);
     /**
      *    Open method for LeNaryNLJOp operator
      *
      * @returns LRET_SUCCESS
      */
     LeRetnCode __LeOpOpen();
     /**
      *    Next method for LeNaryNLJOp operator
      *
      * @returns LRET_SUCCESS or LRET_ENDOFSCAN
      */
     LeRetnCode __LeOpNext();
     /**
      *    Close method for LeNaryNLJOp operator
      *
      * @returns LRET_SUCCESS
      */
     LeRetnCode __LeOpClose();
     /**
      *    Acquire method for LeNaryNLJOp operator
      *
      * @returns LRET_SUCCESS
      */
     LeRetnCode __LeOpAcquire();
     /**
      *    Release method for LeNaryNLJOp operator
      *
      * @returns LRET_SUCCESS
      */
     LeRetnCode __LeOpRelease();
     /**
      *    Print method for LeNaryNLJOp operator
      */
     void LeOpPrint() const;
     /**
      *    Show plan method for LeNaryNLJOp operator
      */
     void __LeOpShowOp(int);
private:
};
# include <port.h>      /* this MUST be first */
extern "C"
{
# include <syb_std.h>
# include <dtypes.h>
# include <server.h>
# include <datetime.h>
# include <object.h>
# include <session.h>
# include <catalog.h>
# include <trees.h>
# include <exec.h>
# include <decision.h>
# include <tokens.h>
# include         <evaltable.h>
# include <tokenop.h>
# include         <lock.h>
# include         <lockmgr.h>
# include <exception.h>
# include <translate.h>
# include <loginrec.h>
# include <foucvt.h>
# include <pss.h>
# include <tds.h>
# include <constraint.h>
# include <rgb_map.h>
```

Exhibit 3
Page 59

US 6,493,701 B2

29                                                                                    30

APPENDIX A-continued

SOURCE CODE LISTINGS

```
# include <derror.h>
# include <planerr.h>
# include <wtmgr.h>
# include <spinlock.h>
# include <page.h>
# include <index.h>
# include <css.h>
# include <trace.h>
# include <derror.h>
# include <bitbyte.h>
# include <resource.h>
# include <stat_public.h>
# include             <le_operator.h>
# include <le_showplan.h>
}
# include <le_operator.hpp>
# include <le_nljop.hpp>
# include <le_scanop.hpp>
# include <le_narynljop.hpp>
# include <le_planfragcontext.hpp>
#ifndef USE_INLINE
#include <le_narynljop.icpp>
#endif
//
// LeNaryNLJOp::_LeOpAcquire
//       Acquire method for LeNaryNLJOp operator.
//
// Returns
//       LRET_SUCCESS
//
LeRetnCode
LeNaryNLJOp::_LeOpAcquire()
{
            LeNaryNLJContext      *pContext;
            int                   Arity;
            LeRetnCode            Ret;
            Arity = LePoGetArity();
            for (int i = 0; i < Arity; i++)
            {
                    Ret = LePoGetNthChild(i)—>LeOpAcquire();
                    SYB_ASSERT(Ret == LRET_SUCCESS);
            }
            LE_OP_ALLOC_OPCONTEXT(pContext, LeNaryNLJContext);
            return LRET_SUCCESS;
}
//
// LeNaryNLJOp::_LeOpOpen
//       Open method for LeNaryNLJOp operator.
//
// Returns
//       LRET_SUCCESS
//
LeRetnCode
LeNaryNLJOp::_LeOpOpen()
{
            LeRetnCode            Ret;
            LeNaryNLJContext      *pContext;
            // Just open the first child.
            Ret = LePoGetNthChild(0)—>LeOpOpen();
            SYB_ASSERT(Ret == LRET_SUCCESS);
            pContext = (LeNaryNLJContext *)LeOpGetOpContext();
            pContext—>_LeNcNextChild = 0;
            return LRET_SUCCESS;
}
//
// LeNaryNLJOp::_LeOpNext
//       Next method for LeNaryNLJOp operator.
//
// Returns
//       LRET_SUCCESS or LRET_ENDOFSCAN
//
LeRetnCode
LeNaryNLJOp::_LeOpNext()
{
            LeRetnCode            Ret;
            LeNaryNLJContext      *pContext;
            int                   Arity;
```

Exhibit 3
Page 60

US 6,493,701 B2

31                                                                                              32

APPENDIX A-continued

SOURCE CODE LISTINGS

```
LeOperator            *pChildOp;
LeScanOp              *pScanOp;
int                   i, Nexti;
SYB__BOOLEAN          NoMatch;
Arity = LePoGetArity();
pContext = (LeNaryNLJContext *)LeOpGetOpContext();
// This variable tracks if the ith child (i.e current child) returned
// empty result set.
NoMatch = FALSE;
for (i = pContext—>_LeNcNextChild; i < Arity;)
{
        // Do LeOpNext on ith Child.
        pChildOp = LePoGetNthChild(i);
        Ret = pChildOp—>LeOpNext();
        if (Ret == LRET_ENDOFSCAN)
        {
                // No match. Find which child to do next on.
                if (i == 0)
                {
                        // No more rows from first child!
                        goto end_of_scan;
                }
                pScanOp = pChildOp—>LeIsScanOp();
                if (pScanOp && NoMatch)
                {
                        // This child is a scan op and it did not
                        // return any rows. In this case, use
                        // LeSoGetSkipBranchNum to find out the
                        // next child to do LeOpNext() on.
                        Nexti = pScanOp—>LeSoGetSkipBranchNum(i);
# if SANITY
                        if (TRACE(DECISION, 43) && (Nexti < i – 1))
                        {
                                TRACEPRINT("NLJ jump %d to %d\n",
                                        i, Nexti);
                        }
# endif
                }
                else
                {
                        // In this case, the next LeOpNext() is done
                        // on (i–1)th child.
                        Nexti = i – 1;
                }
                SYB_ASSERT(Nexti >= –1);
                // Close all children from i thru Nexti.
                for (int j = i; j > Nexti; j––)
                {
                        pChildOp = LePoGetNthChild(j);
                        Ret = pChildOp—>LeOpClose();
                        SYB_ASSERT(Ret == LRET_SUCCESS);
                }
                // Since we are about to alter i, 'NoMatch' should
                // be reset.
                NoMatch = FALSE;
                i = Nexti;
                if (Nexti < 0)
                {
                        // This is a special case, where a conjunct
                        // that is not dependent on ANY of the
                        // preceding branches failed. An example is
                        // when a predicate involving user constant
                        // failed. In this case, we can terminate
                        // the join!
                        goto end_of_scan;
                }
                continue;
        }
        // If not end of scan, it must be success. All errors
        // through exceptions.
        SYB_ASSERT(Ret == LRET_SUCCESS);
        // Since this scan returned a row, set NoMatch to FALSE
        NoMatch = FALSE;
        // Now we are ready to open next child.
        if (i == Arity – 1)
        {
                // We found the row to return;
```

Exhibit 3
Page 61

US 6,493,701 B2

33                                                                                                      34

APPENDIX A-continued

SOURCE CODE LISTINGS

```
            goto row__return;
        }
        i = i + 1;
        pChildOp = LePoGetNthChild(i);
        Ret = pChildOp—>LeOpOpen();
        SYB__ASSERT(Ret == LRET__SUCCESS);
        // ith child has not returned any rows so far.
        NoMatch = TRUE;
    }
end__of__scan:
        pContext—>_LeNcNextChild = i;
        return LRET_ENDOFSCAN;
row__return:
        pContext—>_LeNcNextChild = i;
        return LRET__SUCCESS;
}
//
// LeNaryNLJOp::__LeOpClose
//     Close method for LeNaryNLJOp operator.
//
// Returns
//     LRET__SUCCESS
//
LeRetnCode
LeNaryNLJOp::__LeOpClose()
{
        int           Arity;
        LeRetnCode            Ret;
        Arity = LePoGetArity();
        for (int i = 0; i < Arity; i++)
        {
            Ret = LePoGetNthChild(i)—>LeOpClose();
            SYB__ASSERT(Ret == LRET__SUCCESS);
        }
        return LRET__SUCCESS;
}
//
// LeNaryNLJOp::__LeOpRelease
//     Release method for LeNaryNLJOp operator.
//
// Returns
//     LRET__SUCCESS
//
LeRetnCode
LeNaryNLJOp::__LeOpRelease()
{
        int           Arity;
        LeRetnCode            Ret;
        Arity = LePoGetArity();
        for (int i = 0; i < Arity; i++)
        {
            Ret = LePoGetNthChild(i)—>LeOpRelease();
            SYB__ASSERT(Ret == LRET__SUCCESS);
        }
        return LRET__SUCCESS;
}
//
// LeNaryNLJOp::LeOpPrint
//
//     The print method for the LeNaryNLJOp operator.
//
// @Parameters:
//
// @Returns:
//
// @Side-effects:
//     Calls LeOpPrint method on children.
//
//
void
LeNaryNLJOp::LeOpPrint() const
{
        int     N;
        N = LePoGetArity();
        TRACEPRINT("===== NaryNLJoinOp with Arity = %d =====\n", N);
        for (int i = 0; i < N; i++)
        {
```

Exhibit 3
Page 62

US 6,493,701 B2

35                                                                    36

APPENDIX A-continued

SOURCE CODE LISTINGS

```
                LePoGetNthChild(i)—>LeOpPrint();
        }
}
//
//      LeNaryNLJOp::__LeOpShowOp()
//
//      Printing out the guts of the LeNaryNLJOp and call the child
//      __LeOpShowOp.
//
//      Parameters:
//          int levelOfChild, level of child from the root.
//
//      Side Effects:
//
//      Returns:
//
void
LeNaryNLJOp::__LeOpShowOp(int levelOfChild)
{
        int     N;
        char indt__buf[SHORTTEXT];
        N = LePoGetArity();
        /* LAVA__RESOLVE:
        **   Need to replace TRACEPRINT to ex__callprint()
        **   and add more infomation to show off.
        */
        le__sPlanGetIndent(levelOfChild, indt__buf);
        TRACEPRINT("%s%s Operator with arity %d\n",
                indt__buf, LE_N__NARYNLJOP, N);
        /* Call the Child LeOpShowOp() */
        for (int i = 0; i < N; i++)
        {
                LePoGetNthChild(i)—>LeOpShowOp(levelOfChild);
        }
}
SYB__INLINE
LeNaryNLJContext::LeNaryNLJContext(LeNaryNLJOp *, LePlanFragContext *)
{
        __LeNcNextChild = 0;
}
SYB__INLINE
LeNaryNLJOp::LeNaryNLJOp(LeVirtAddr VA, int NumChildren,
        LeOperator **ppChildOps, PROC__HDR *pPhdr)
        : LeNaryOp(VA, ppChildOps, NumChildren, pPhdr)
{
}
```

What is claimed is:

1. In a database system for representing information in database tables and for retrieving information from database tables in response to database queries, each database table comprising data records storing information categorized into one or more database columns, each database column storing information as an attribute having a particular data type, a method for processing a database query specifying a join of three or more tables, the method comprising:

in response to receiving a particular database query specifying a join of three or more tables, determining a join order for examining the tables during query processing, wherein said particular database query specifies selection criteria including at least one join condition that must exist between an inner table and an outer table that is not a directly preceding table in the join order;

retrieving rows from successive tables per the join order, including:

determining whether a join condition that is being tested refers back to a more-outer table that is not a directly preceding table,

if the join condition is not met, fetching the next row, if any, from said more-outer table whose just-tested condition failed, and

if the join condition is met, continuing down the join order to examine any subsequent tables in the join order, if any, applying any subsequent query conditions, if any, that must be met in order to qualify for the query; and

in the instance that a set of rows under examination meets said selection criteria, qualifying those rows as having satisfied the particular database query.

2. The method of claim 1, wherein said join order specifies a particular order for retrieving rows from the tables for examination during query execution.

3. The method of claim 2, wherein the rows retrieved for examination are retrieved from a particular sequence of the database tables.

4. The method of claim 2, wherein the rows retrieved for examination includes at least some rows retrieved from an index for one of the database tables.

5. The method of claim 1, wherein said particular database query comprises an SQL-based query from a client database application.

6. The method of claim 1, wherein those rows that are qualified as having satisfied the selection criteria are returned as a query result.

Exhibit 3
Page 63

US 6,493,701 B2

37

**7**. The method of claim **1**, wherein said step of retrieving rows is performed by accessing successive tables per the join order.

**8**. The method of claim **1**, wherein said step of retrieving rows is performed using nested loop join technique.

**9**. The method of claim **1**, wherein, when the join condition is not met, subsequent comparisons for the join condition are eliminated.

**10**. The method of claim **1**, further comprising: when the join condition is not met, storing information in a scan descriptor that indicates why the condition is not met.

**11**. The method of claim **10**, wherein the information stored in the scan descriptor includes information indicating that a particular search argument failed during testing of the join condition.

**12**. The method of claim **1**, wherein the join condition tests for equality between two values.

**13**. The method of claim **1**, wherein the join condition tests for inequality between two values.

**14**. The method of claim **1**, wherein the join condition compares two fields from the tables.

**15**. An improved method for performing nested loop join query execution for a database query received by a database system, said query execution including examination of values from rows retrieved from successive tables pursuant to a join order, the improvement comprising:

    determining that the database query specifies a join of three or more tables, where at least one join condition

38

    exists between an inner table and an outer table that is not a directly preceding table in the join order;

while performing query execution using nested loop join technique, if a join condition which is not met refers back to a more-outer table that is not a directly preceding table, fetching the next row, if any, from that more-outer table whose just-tested join condition failed;

if the join condition is met, continuing down the join order to examine any subsequent tables in the join order, if any, applying any subsequent query conditions, if any, that must be met in order to qualify for the query; and

in the instance that a set of rows under examination meets all conditions of the database query, qualifying those rows as having satisfied the database query.

**16**. The improved method of claim **15**, further comprising:

    providing a scan descriptor for indicating why a particular join condition is not met.

**17**. The improved method of claim **16**, wherein said scan descriptor allows determination of said more-outer table whose just-tested join condition failed.

**18**. The method of claim **15**, wherein each join condition specifies a comparison of reference values retrieved from rows of the database tables.

\* \* \* \* \*

Exhibit 3
Page 64

# Exhibit 4

Exhibit 4
Page 65

US007882100B2

(12) **United States Patent**
Andrei

(10) **Patent No.:** US 7,882,100 B2
(45) **Date of Patent:** Feb. 1, 2011

(54) **DATABASE SYSTEM WITH METHODOLOGY FOR GENERATING BUSHY NESTED LOOP JOIN TREES**

(75) Inventor: **Mihnea Andrei**, Issy les Moulineaux (FR)

(73) Assignee: **Sybase, Inc.**, Dublin, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1774 days.

(21) Appl. No.: **10/905,861**

(22) Filed: **Jan. 24, 2005**

(65) **Prior Publication Data**

US 2006/0167865 A1    Jul. 27, 2006

(51) **Int. Cl.**
*G06F 17/30*    (2006.01)
(52) **U.S. Cl.** ........................ **707/714**; 707/719; 707/797
(58) **Field of Classification Search** ................ 707/2–3, 707/10, 714, 719, 797; 709/201
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,121,494 A | 6/1992 | Dias et al. | |
| 5,345,585 A | 9/1994 | Iyer et al. | |
| 5,412,804 A | 5/1995 | Krishna | |
| 5,412,806 A | 5/1995 | Du et al. | |
| 5,446,886 A | 8/1995 | Li | |
| 5,469,568 A | 11/1995 | Schiefer et al. | |
| 5,495,605 A | 2/1996 | Cadot | |
| 5,694,591 A | 12/1997 | Du et al. | |
| 5,758,335 A | 5/1998 | Gray | |
| 5,822,750 A | 10/1998 | Jou et al. | |
| 6,021,405 A | 2/2000 | Celis et al. | |
| 6,421,663 B1 | 7/2002 | Chen et al. | |
| 6,665,663 B2 * | 12/2003 | Lindsay et al. | ................. 707/4 |
| 6,757,670 B1 | 6/2004 | Inohara et al. | |
| 6,807,546 B2 | 10/2004 | Young-Lai | |

| | | | |
|---|---|---|---|
| 6,996,557 B1 | 2/2006 | Leung et al. | |
| 7,076,477 B2 | 7/2006 | Lin et al. | |
| 7,139,749 B2 | 11/2006 | Bossman et al. | |
| 7,171,398 B2 | 1/2007 | Bestgen et al. | |
| 7,184,998 B2 | 2/2007 | Nica | |
| 7,523,462 B1 * | 4/2009 | Nesamoney et al. | ........ 719/318 |
| 2004/0006561 A1 * | 1/2004 | Nica | ............................. 707/3 |
| 2004/0220923 A1 | 11/2004 | Nica | |

OTHER PUBLICATIONS

Andrei et al., Proceedings of the 27th VLDB Conference, Roma, Italy, 2001, pp. 1-10.*

Leonard D. Shapiro, David Maier, Paul Benninghoff, Keith Billings, Yubo Fan, Kavita Hatwal, Quan Wang, Yu Zhang, Hsiao min Wu, and Bennet Vance. Exploiting upper and lower bounds in top-down query optimization. In Proceedings of Ideas '01, pp. 20-33, 2001.*

(Continued)

*Primary Examiner*—Cheyne D Ly
(74) *Attorney, Agent, or Firm*—John A. Smart; G. Mack Riddle

(57) **ABSTRACT**

A database system with methodology for generating bushy nested loop join trees is described. In one embodiment, for example, an improved method is described for optimization of a query requesting data from a database, the method comprises steps of: generating a left deep operator tree for returning data requested by the query based on traversing a left deep operator tree search space; transforming the left deep operator tree into a semantically correct structure for returning data requested by the query; and building a query execution plan for returning data requested by the query based on the semantically correct structure.

**52 Claims, 13 Drawing Sheets**



Exhibit 4
Page 66

**US 7,882,100 B2**

Page 2

OTHER PUBLICATIONS

Kremer et al. A Survey of Query Optimization in Parallel Databases, York University, Nov. 1, 1999, pp. 1-29.*

Von, V., Algeraic Query Optimization in Database Systems, Universitate Mannheim, 1999, pp. 1-139.*

McKenna, W. J., Efficient Search in Extensible database query optimization: The Volcano Optimizer Generator, University Microfiles International, 1993, pp. 1-152.*

Evrendilek et al., Distributed and Parallel Databases, 5, 77-114 (1997).*

Scheufele et al., PODS '97 Tucson Arizona, USA, 1997, pp. 238-248.*

Wilschut et al., SIGMOND '95, San Jose, CA USA, 1995, pp. 115-126.*

Steinebrunn, M. et al, Heuristic and Randomized Optimization for the Join Ordering Problem, VLDB Journal, vol. 6: 191-208, 1997.

Vance, B. et al, Rapid Bushy Join-Order Optimization with Cartesian Products, Proceedings of ACM SIGMOD Conference of Management of Data, pp. 35-46, Jun. 1996.

Cluet, S. et al, On the Complexity of Generating Optimal Left-Deep Processing Trees with Cross Products, Proceedings of the Fifth International Conference on Database Theory, pp. 54-67, Jan. 1995.

Galindo-Legaria, C., Uniformly-Distributed Random Generation of Join Orders, Proceedings of the International Conference on Database Theory, pp. 280-293, Jan. 1995.

Galindo-Legaria, C. et al, Fast, Randomized Join-order Selection—Why Use Transformations?, Proceedings of the International Conference on Very Large Data Bases, pp. 85-95, Sep. 1994.

Swami, A. et al, A Polynomial Time Algorithm for Optimizing Join Queries, Proceedings of the IEEE Conference of Data Engineering, pp. 345-354, Apr. 1993.

Ono, K. et al, Measuring the Complexity of Join Enumeration in Query Optimization, Proceedings of the 16th International Conference on Very Large Data Bases, pp. 314-325, Aug. 1990.

Ioannidis, Y.E. et al, Randomized Algorithms for Optimizing Large Join Queries, Proceedings of ACM SIGMOD Conference of Management of Data, pp. 312-321, Apr. 1990.

Swami, A., Optimization of Large Join Queries: Combining Heuristics and Combinatorial Techniques, Proceedings of ACM SIGMOD Conference of Management of Data, pp. 367-376, May 1989.

Swami, A. et al, Optimization of Large Join Queries, Proceedings of ACM SIGMOD Conference of Management of Data, pp. 8-17, May 1988.

Krishnamurthy, R. et al, Optimization of Non-recursive Queries, Proceedings of the 12th International Conference on Very Large Data Bases, pp. 128-137, Aug. 1986.

Ibaraki, T. et al, On the Optimal Nesting Order for Computing N-Relational Joins, ACM Transaction on Database Systems, vol. 9: pp. 482-502, Sep. 1984.

Selinger, P.G. et al, Access Path Selection in a Relational Database Management System, Proceedings of ACM SIGMOD Conference of Management of Data, pp. 23-34, May 1979.

Wong, E. et al, Decomposition—a Strategy for Query Processing, ACM Transaction on Database Systems, 1(3): pp. 223-241, Sep. 1976.

* cited by examiner

Exhibit 4
Page 67



*FIG. 1*
*(PRIOR ART)*

Exhibit 4
Page 68



*FIG. 2*

Exhibit 4
Page 69





*FIG. 3*

Exhibit 4
Page 70



_400_

FIG. 4

Exhibit 4
Page 71



*FIG. 5*

Exhibit 4
Page 72

PLAN 610



FIG. 6A

Exhibit 4
Page 73

LEFT DEEP TREE PLAN 620



*FIG. 6B*

RIGHT DEEP TREE PLAN 630



*FIG. 6C*

Exhibit 4
Page 74



BEGIN
700
701
SEARCH FOR BEGINNING OF PARTIAL OUTER JOIN GROUP.
702
BEGINNING OF PARTIAL OUTER JOIN GROUP FOUND.
703
SEARCH FOR TOP LIMIT OF PARTIAL OUTER JOIN GROUP.
704
TOP LIMIT OF OUTER JOIN GROUP FOUND.
705
DETERMINE IF ANY TRANSFORM NEEDED IN SUBTREE BELOW THIS OUTER JOIN GROUP. IF TRANSFORM NEEDED BELOW THIS GROUP, RECURSIVELY PERFORM NEEDED TRANSFORM.
706
IF NO TRANSFORM NEEDED BELOW GROUP, EXIT OUT OF RECURSION AND ACCUMULATE LEAFS OF THIS GROUP. OUTERMOST LEAF THAT IS NOT PART OF THIS GROUP IS PUT ONTO LIST WITH INNER CHILDREN OF THE GROUP.
707
TRAVERSE LIST OF LEAFS AND GENERATE BUSHY SUBTREE.
708
BUSHY SUBTREE CONNECTED BACK AS CHILD WITH OUTER JOIN ON THE OUTER SIDE, AND INNER JOIN ON THE INNER SIDE. BUSHY SUBTREE RETURNED AND CONNECTED BACK TO TOP JOIN.
DONE

*FIG. 7A*



707
BEGIN
711
THE FRONT OF THE LIST OF LEAVES IS OBTAINED.
712
THIS LEAF AT THE FRONT OF THE LIST IS POPPED FROM THE LIST AND IS IDENTIFIED AS OUTERMOST LEAF. OUTER_OJ_ID OF THIS OUTER LEAF IS ALSO OBTAINED.
713
WHILE LIST OF LEAVES IS NOT EMPTY, NEXT LEAF IS POPPED FROM LIST AND INNER_OJ_ID FOR THIS INNER LEAF IS OBTAINED.
714
LEAVES IN SAME JOIN GROUP (OUTER_OJ_ID == INNER_OJ_ID)?
YES
NO
715
IF IN THE SAME JOIN GROUP, THEN THIS INNER LEAF IS CONSUMED AND THE PROCESS PROCEEDS TO STEP 717 TO GENERATE THE JOIN NODE.
716
OTHERWISE, IF THE INNER IS A DIRECT CHILD OF THE OUTER, THE METHOD IS RECURSIVELY CALLED AND STEPS 711-714 ARE REPEATED.
CONTINUE TO FIG. 7C
FROM FIG. 7C

FIG. 7B



*FIG. 7C*

Exhibit 4
Page 77



*FIG. 8*

Exhibit 4
Page 78



*FIG. 9A*



*FIG. 9B*

Exhibit 4
Page 79



BEGIN
1000
1001
LEFT DEEP SUBTREES REQUIRING TRANSFORMATION FOR SEMANTIC CORRECTNESS OF SEMI-JOIN DETECTED DURING SEARCH SPACE INSPECTION.
1002
TAG LEFT DEEP SUBTREES REQUIRING TRANSFORMATION TO INDICATE THAT A TRANSFORM IS NEEDED.
1003
AFTER SEARCH ENGINE HAS GENERATED PLAN FOR EXECUTION OF QUERY, TRANSFORM MODULE RECOGNIZES LEFT DEEP SUBTREES REQUIRING TRANSFORMATION BASED ON TAGS APPLIED DURING SEARCH SPACE INSPECTION.
1004
TRANSFORMATION PERFORMED TO TRANSFORM LEFT DEEP SUBTREE INTO SEMANTICALLY CORRECT TREE SHAPE.
DONE

*FIG. 10*

US 7,882,100 B2

**1**

# DATABASE SYSTEM WITH METHODOLOGY FOR GENERATING BUSHY NESTED LOOP JOIN TREES

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is related to the following commonly-owned, presently-pending application(s): application Ser. No. 10/711,931, filed Oct. 13, 2004, entitled "Database System with Methodology for Parallel Schedule Generation in a Query Optimizer". The disclosure of the foregoing application is hereby incorporated by reference in its entirety, including any appendices or attachments thereof, for all purposes.

## COPYRIGHT STATEMENT

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## APPENDIX DATA

Computer Program Listing Appendix under Sec. 1.52(e): This application includes a transmittal under 37 C.F.R. Sec. 1.52(e) of a Computer Program Listing Appendix. The Appendix, which comprises text file(s) that are IBM-PC machine and Microsoft Windows Operating System compatible, includes the below-listed file(s). All of the material disclosed in the Computer Program Listing Appendix can be found at the U.S. Patent and Trademark Office archives and is hereby incorporated by reference into the present application.

Object Description: SourceCode.txt, size: 16122 Bytes, created: Jan. 24, 2005 9:09:54 AM; Object ID: File No. 1; Object Contents: Source code.

## BACKGROUND OF INVENTION

1. Field of the Invention

The present invention relates generally to data processing environments and, more particularly, to a database system with methodology for generating bushy nested loop join trees.

2. Description of the Background Art

Computers are very powerful tools for storing and providing access to vast amounts of information. Computer databases are a common mechanism for storing information on computer systems while providing easy access to users. A typical database is an organized collection of related information stored as "records" having "fields" of information. As an example, a database of employees may have a record for each employee where each record contains fields designating specifics about the employee, such as name, home address, salary, and the like.

Between the actual physical database itself (i.e., the data actually stored on a storage device) and the users of the system, a database management system or DBMS is typically provided as a software cushion or layer. In essence, the DBMS shields the database user from knowing or even caring about the underlying hardware-level details. Typically, all requests from users for access to the data are processed by the DBMS. For example, information may be added or removed

**2**

from data files, information retrieved from or updated in such files, and so forth, all without user knowledge of the underlying system implementation. In this manner, the DBMS provides users with a conceptual view of the database that is removed from the hardware level. The general construction and operation of database management systems is well known in the art. See e.g., Date, C., "An Introduction to Database Systems, Seventh Edition", Part I (especially Chapters 1-4), Addison-Wesley, 2000.

One purpose of a database system is to answer queries requesting information from the database. A query may be defined as a logical expression over the data and the data relationships set forth in the database, and results in the identification of a subset of the database. Consider, for instance, the execution of a request for information from a relational DBMS. In operation, this request is typically issued by a client system as one or more Structured Query Language or "SQL" queries for retrieving particular data from database tables on a server. The syntax of SQL is well documented, see e.g., "Information Technology—Database languages—SQL", published by the American National Standards Institute as American National Standard ANSI/ISO/IEC 9075: 1992, the disclosure of which is hereby incorporated by reference.

SQL queries express what results are requested but do not state how the results should be obtained. In other words, the query itself does not tell how the query should be evaluated by the DBMS. Rather, a component of the DBMS called the optimizer determines the "plan" or the best method of accessing the data to implement the SQL query. The query optimizer is responsible for transforming an SQL request into an access plan composed of specific implementations of the algebraic operator selection, projection, join, and so forth. The role of a query optimizer in a relational DBMS system is to find an adequate execution plan from a search space of many semantically equivalent alternatives.

Modern query processing relies on the theoretical basis of any RDBMS: relational algebras. The query execution plan of a query is an implementation of the relational algebra expression that describes that query. For instance, consider the following query:

SELECT r.a, SUM (s.a) FROM r, s

WHERE r.b=s.b AND r.c=0

GROUP BY r.a

The above query can be described by the following canonic relational expression:

```
(group <r.a; sum(s.a)>
    (filter < r.b = s.b and r.c = 0 >
        (join <true>
            r
            s
        )
    )
)
```

Optimization is the process of finding the best query execution plan (QEP) with the same semantics (i.e., result) as the SQL query. This can be formalized as the search for the best physical relational expression that is equivalent to the canonic relational expression of the SQL query. The above expression is called "canonic" as it is based on the SQL standard that specifies the semantics of declarative SQL queries by functional means: it gives the combination of relational operations

Exhibit 4
Page 81

US 7,882,100 B2

3

that produce the outcome of the query. The optimizer typically uses logical operators for the canonic relational representation of the query. The logical operators are called "logical" as they refer to pure mathematical concepts: there is no assumption about the algorithm that would implement a logical operator, nor about the representation of a derived table.

The optimizer than builds physical operator plans or plan fragments which are semantically equivalent to the canonic relational expression, and compares the estimated costs of alternative plans or plan fragments. The physical operators are called "physical" as they correspond to the algorithms and data structures implemented by the execution engine of the database system. In general, several physical operators are associated with a given logical operator, as several algorithms implement a given algebraic relational operator. For instance, "join" is a common operation in an RDBMS. A database query may specify a "join" between two (binary join) or more (nary join) tables. Each table itself is composed of rows and columns. A join logical operator is implemented by Nested-LoopJoin, MergeJoin, and HashJoin. The optimizer compares alternatives and finally retains the best physical plan that fully implements the query, with the best physical plan being selected based on estimated execution costs. For example, for a given query the optimizer may determine that it is most advantageous to implement a join logical operator using a NestedLoopJoin physical operator. Optimization and execution of queries involving joins have been extensively discussed in the literature. See, e.g., Selinger, Patricia G., et. al., "Access Path Selection in a Relational Database Management System," ACM SIGMOD Conference, pp. 23-34, 1979 which deals with finding optimal join orders and join methods to use. See, e.g., Shapiro, Leonard D., "Join Processing in Database Systems with Large Main Memories," TODS 11(3), pp. 239-264, 1986 and Graefe, Goetz, et. al., "Hash Joins and Hash Teams in Microsoft SQL Server," VLDB, pp. 86-97, 1998 which deal with merge joins and hash joins. See, e.g., Roussopoulos, Nick and Kang, Hyunchul, "Pipeline N-way Join Algorithm Based on the 2-way Semijoin" which deals with use of semi-join based approaches to process multijoin queries efficiently. See, e.g., Dewitt, David J., et. al., "Nested Loops Revisited," PDIS, pp. 230-242, 1993 which deals with parallelization of joins. The disclosures of the foregoing are hereby incorporated by reference. For further description of nested loop joins, see e.g., commonly-owned U.S. Pat. No. 6,493,701 by Ponnekanti, Nagavamsi titled "Database system with methodogy providing faster N-ary nested loop joins", the disclosure of which is hereby incorporated by reference.

However, there are issues in implementing certain operators in current optimizers. Consider, for example, the following query:

SELECT * FROM r, s

WHERE r1=s1

The query execution plan for this query may be implemented with a NestedLoopJoin (NLJ) that has table r on the outer side and table s on the inner side. The NLJ would obtain each and every outer tuple in table r. For each outer tuple that qualifies, values in those columns are obtained. Next, for each outer tuple a full scan of the inner side (table s) is performed. If no index is available on the inner side, this may involve a line-by-line scan of each row of the inner table. If an index were available on the inner table, then instead of scanning every line, only the lines that are qualified by the index would be scanned. In either case, for each and every outer tuple, a scan is opened on the inner side to scan all of the tuples that qualify.

4

During a scan of table s, the outer tuple is stable (i.e., it is not changed or advanced during the scan on the inner side) and the current value of r1 is the same. Accordingly, a "pushdown" can be performed on the inner side by pushing down the value of the current tuple of r on the current inner side of s. This pushdown enables the value of the current tuple of r to be used in qualifying the tuples of s that have s1=r1. In other words, during the scan of s, the join clause that was s1=r1 becomes a search argument (s1=constant). This is the case because for the entire duration of the scan of s, r1 is constant.

One limitation of many current optimizers having a bottom-up search engine is that they can only perform a one-level pushdown. The inner side of a NLJ can include a scan of a table (either table scan or index scan), but implementation of more complex structures, such as a join, on the inner side is problematic in current optimizers, particularly if the optimizer employs a "bottom-up" search strategy.

Many optimizer search engines operate in a bottom-up fashion by incrementally building small plan fragments (e.g., single table scan, two table joins, three table joins, and so forth) starting with the leaves. The plans and permutations are generated bottom-up, the costs are estimated bottom-up, and properties (if any) are also propagated bottom-up. The optimizer thus gradually builds alternative total plans (i.e., plans that have the same semantics as the SQL query and are candidates to become the final query execution plan) and estimates their costs using a cost model. The optimizer typically keeps the partial plans in a cache which is referred to as the "plan cache".

In order to implement an inner bushy tree structure inside a NLJ, a bottom-up search engine would have to start incrementally building small plan fragments on the inner side. However, a problem in doing so is that when the small plan fragments are built on the inner side, the search engine does not yet know what the outer side will be. Typically, the outer side will be found later when that specific inner side is being put inside the NLJ. However, at the point the plan fragments are built on the inner side, the outer side that would do the pushdown is not yet known. Similarly, the predicates that would become search clauses as a result of the pushdown are also unknown. As the predicates are not yet known, costs also cannot be determined. The optimizer cannot determine a cost yet because it does not really know the behavior. This also means that the optimizer cannot have equivalence class competition as it cannot prune away plan fragments that are not promising (i.e., those with higher costs). As a result of these factors, attempting to do a deep pushdown on the inner side of a NLJ in current bottom-up search engines results in exponential complexity (both in space and in time) in terms of the number of plan fragments that are generated.

For these reasons, bottom-up search engines currently generate only simple leaves and not inner bushes on the inner side of a NestedLoopJoin. In contrast, a search engine can typically generate bushy trees for MergeJoin and HashJoin. To have bushy trees with a NLJ, the search engine typically must use a stored index or a multi-table reformatting. This means that it must store the results of an n-table subjoin in a work table that has an index which is then used inside a NLJ. This approach of building a stored index is an expensive operation as building the stored index and materializing a result set involves logical and physical I/O (input/output). The problem with an approach of generating only simple leaves on the inner side of a NLJ is that some queries (e.g., queries that have outer joins) do need, given the semantics of the query, a bushy tree structure on the inner side. In some cases, the best possible plan uses a NLJ and requires a bushy tree structure on the inner side.

Exhibit 4
Page 82

US 7,882,100 B2

5

One approach for generating a bushy tree in a NLJ is to pass local information in the plan. This involves telling a join node that given that the outer join did not generate any tuples, it is necessary to generate the null substitution tuple (or "phantom tuple"). This approach of passing local information in the plan is inconsistent with the use of a modern, operator spaced query plan in which each operator is independent of each other operator in the query plan. These operators are designed to be "plug and play" in that any operator can be put over (and under) any other operator in a plan. Accordingly, it would be desirable to use an approach that avoids use of the phantom tuple in a conceptually acceptable manner.

Another issue to be addressed is that when a bushy tree structure is required by the semantics of a query, generating this structure currently results in increased complexity of the search space. In general, bushy trees utilize more memory than left deep trees in the plan cache. In the case of a database installation in which memory is limited, it would be advantageous to generate a bushy tree structure without increasing the space usage of the plan cache.

What is needed is a method for building a bushy tree inside a NLJ in an optimizer that uses a bottom-up search strategy. The solution should build a bushy NLJ tree that correctly captures the semantics of the query while avoiding the expense of building a stored index. Ideally, the solution should also be implemented in a manner which does not require an increase in space utilization during query optimization. The present invention provides a solution for these and other needs.

SUMMARY OF INVENTION

A database system with methodology for generating bushy nested loop join trees is described. In one embodiment, for example, an improved method of the present invention is described for optimization of a query requesting data from a database, the method comprises steps of: generating a left deep operator tree for returning data requested by the query based on traversing a left deep operator tree search space; transforming the left deep operator tree into a semantically correct structure for returning data requested by the query; and building a query execution plan for returning data requested by the query based on the semantically correct structure.

In another embodiment, for example, a system of the present invention for optimization of a query requesting data from a database is described that comprises: a search engine for building a left deep operator tree for returning data requested by the query based on traversing a left deep operator tree search space; a transform module for transforming the left deep operator tree into a semantically correct tree structure; and a generator module for generating a query execution plan for returning data requested by the query based on the semantically correct tree structure.

In yet another embodiment, for example, in a database system, a method of the present invention is described for optimization of a query, the method comprises steps of: generating a plurality of candidate subplans for executing the query, with at least some of the candidate subplans structured as left deep nested loop join subtrees; building a plan for executing the query based on selecting candidate subplans having favorable execution costs; determining whether any left deep nested loop join subtree of the plan should be transformed to a bushy tree shape; creating a transformed plan by transforming any left deep nested loop join subtrees determined to need transformation to a bushy tree shape; and

6

constructing a query execution plan for executing the query based on the transformed plan.

In another embodiment, for example, a system of the present invention for optimization of a query requesting data from a database is described that comprises: a search engine for traversing a left deep operator tree search space and generating a left deep operator tree plan for returning data requested by the query; a transform module for transforming the left deep operator tree into a bushy tree structure; and a code generator for generating a query execution plan for returning data requested by the query based on the bushy tree structure.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a very general block diagram of a computer system (e.g., an IBM-compatible system) in which software-implemented processes of the present invention may be embodied.

FIG. 2 is a block diagram of a software system for controlling the operation of the computer system.

FIG. 3 illustrates the general structure of a client/server database system suitable for implementing the present invention.

FIG. 4 is a high-level block diagram illustrating components of an optimizer with which the present invention may be preferably implemented.

FIG. 5 is a high-level flow diagram illustrating the processing of a query in an optimizer constructed in accordance with the present invention.

FIG. 6A is a block diagram illustrating a plan with a bushy inner branch.

FIG. 6B is a block diagram illustrating a left deep plan for a sample query.

FIG. 6C is block diagram illustrating a right deep tree plan for the sample query of FIG. 6B.

FIG. 7A comprises a flowchart illustrating the method steps of operation of the method of the present invention for performing a deep pushdown transformation.

FIGS. 7B-C comprise a single flowchart illustrating the methodology for building a subtree in further detail.

FIG. 8 is a flow diagram providing another illustration of the methodology of the present invention for transforming a left deep subtree into a bushy tree shape.

FIG. 9A is a diagram of a left deep nested loop join (NLJ) tree generated by the optimizer based on the above query.

FIG. 9B is a diagram illustrating a query plan structure having a semi-join with only r on the outer side and a left deep tree including s, t, u, v on the inner side of the semi-join.

FIG. 10 is a high-level flowchart illustrating the approach of the present invention for performing a semi-join transformation.

DETAILED DESCRIPTION

Glossary

The following definitions are offered for purposes of illustration, not limitation, in order to assist with understanding the discussion that follows.

Bottom-up search strategy: A bottom-up search strategy is a type of search strategy where optimal query plans are generated from optimal subplans in a bottom-up fashion. The plans and permutations are generated bottom-up. Also, the costs are estimated bottom-up and properties (if any) are propagated bottom-up.

Exhibit 4
Page 83

US 7,882,100 B2

**7**

Bushy tree plan: A bushy tree plan is a query plan in which some join operations have two or more direct children that are also join operations. Non-bushy plans are typically referred to as left deep trees (in which the right child is a scan operator) or a join list in which tables are joined in linear order. For further description of a bushy tree search space, see e.g., Vance, B. et al "Rapid Bushy Join—Order Optimization with Cartesian Products", in Proceedings of ACM SIGMOD Conference of Management of Data, pp 35-46, June 1996, the disclosure of which is hereby incorporated by reference.

Core optimizer: The core optimizer is a component of the present invention that generates a set of optimal query plans (or subplans) that are then analyzed to select the best plan (i.e., the plan or subplan having most favorable (i.e., lowest) execution costs).

Cost based pruning: Cost based pruning is a type of pruning technique where portions of a search space (tree shapes, permutations, access methods) are skipped purely based on cost estimates applicable to a query.

Derived table: A derived table is the result set of a relational operator.

Directed acyclic graph: A directed graph is a graph whose edges are ordered pairs of vertices (nodes). Each edge of a directed graph can be followed from one node (vertex) to the next. A directed acyclic graph is a directed graph where no path starts and ends at the same node.

Equivalence class: An equivalence class is a grouping of plans or subplans covering the same tables of a database. The characteristics of an equivalence class are that an equivalence class is identified by its set of underlying tables and that its candidate plans (or subplans) compete with each other to be part of the best total plan. For example, a sub-plan joining tables A and B is in a different equivalence class than a subplan joining tables B and C. The plan cache contains the set of created equivalence classes (Eqcs).

Enforcer: The enforcer nodes (operators) used in the currently preferred embodiment of the present invention generate properties such as ordering, partitioning, and the like. At each node in a search graph all useful properties are made available either through eager enforcement by explicitly applying the enforcer or by derivation from child nodes. In prior database server systems properties were obtained by explicitly enforcing them, in some cases unnecessarily, when available as side-products of child operators.

Equivalence class: An equivalence class describes the set of subplans that combine a given sub-set of generic tables. The equivalence class also contains the logical properties of those subplans.

Execution engine operators: The execution module of the currently preferred embodiment of the present invention represents the query plan as a tree of operators (similar to the optimizer's physical plan-tree). These operators are referred to herein as execution engine operators or Lava engine operators (LeOp).

Existence scan: An existence scan is based on stopping the scan of an existence table as soon as a tuple was fully qualified at the top level, when each existence table is placed only after all non-existence tables correlated to it. It is typically introduced by tables from a flattened EXISTS subquery.

Generic table: A generic table normally refers to a table referenced in a query, but also is a convenient abstraction to represent any object that is permutated in the join order by the optimizer. For example, a subquery can be modeled as a generic table.

In-order join: An in-order join is a join operation where some (or all) of the joining attributes from the outer are ordered, as would occur from a sort or index scan.

**8**

Iterator: In the currently preferred embodiment of the present invention, query results are encapsulated using iterators, which are self-contained software objects that accept a stream of rows from null or n-ary data sets. The role of an iterator is to process many iterations of a data set across many nodes in serial or parallel. For each iteration of a data set, the iterator applies a predefined behavior to the data set being processed, manipulating the data according to the specification of that iterator. For example, scanning rows from a table on disk can be the behavior of one type of iterator. A key feature of iterators is that regardless of what type the iterator is and what behavior is associated with it, all iterators follow the same mode and have the same external interface. They all open data streams, iteratively read the streams, process it and close the streams.

Left deep tree plan: A left deep tree plan is a type of query plan structure in which right nodes are always leaf nodes. Left-deep trees are desirable because they reduce the need to materialize intermediate results and for several types of join implementations they result in more efficient execution plans. For further description of left deep processing trees, see e.g., Cluet, S. et al "On the Complexity of Generating Optimal Left-Deep Processing Trees with Cross Products", in Proceedings of the Fifth International Conference on Database Theory, pp 54-67, January 1995, the disclosure of which is hereby incorporated by reference.

Logical operator: A logical operator (LOP) is a relational algebra operator that is not associated or tied to a specific algorithm or implementation. "Scan" and "join" are examples of logical operators.

Logical property: A logical property is a property that is common to a set of subplans associated with a set of tables (equivalence class). An example would be the "row count" since no matter how the set of tables are joined the same row should exist after the same predicates are applied.

Multi-way joins: Multi-way joins consist of join queries in which some tables join to two or more tables resulting in star join and snow flake join configurations.

Operators: The query processing (QP) modules of the system of the present invention break down relational queries into relational operators. Relational operators are represented as nodes in the query plan trees. The query plans are transformed (e.g., into logical operators, physical operators, and execution engine operators) while passing through different query processing modules: prep (preprocessing) phase, core optimizer, code generator, and execution engine.

Ordering: Ordering refers to a specific sequence (ascending or descending) of attributes in a result set as would occur from an index scan or a sort.

Physical operator: A physical operator is an algorithm implementing a logical operator (e.g., scan, sort-merge join, nested loop join, and so forth).

Physical property: A physical property (or POP) is a property that is associated with a physical operator and depends on the actual algorithm implemented by that operator and on the physical properties of its children (hence, recursively, on the physical operators in the subplan). For example, the ordering (from an index scan or sort) of the outer child is usually inherited after subsequent join operators are evaluated, but each plan in an equivalence class has potentially different orderings depending on the underlying operators used in the subplan POP.

Physical query plan: Physical operator trees are the end products of the core optimizer of the present invention.

Plan cache: A plan cache stores useful partial plans (plan fragments or subplans) that may be necessary in future construction of complete plans.

Exhibit 4
Page 84

US 7,882,100 B2

9

Projection: The set of attributes available on the output of an operator. This implies a minimal set of attributes in which each attribute is needed by some parent of the respective operator.

Property model: The optimizer of the present invention includes a property model designed to represent efficiently combinations of orderings so that maximal use is made of any ordering available from an index scan or a sort node. Partitioning is another property that is modeled in the optimizer of the present invention.

Pruning: Pruning is a technique of search space control in which only promising subplans are retained (i.e., the ones that could be part of the best total plan). In the currently preferred embodiment of the present invention, the optimizer uses cost based pruning and heuristics based pruning.

Query execution plan or QEP: A query execution plan or QEP is a data structure that is interpreted by the relational database management system's execution module or engine. In the currently preferred embodiment of the present invention, a QEP is a tree of relational algorithms applied to input tuple streams. A (logical level) relational expression is composed of (logical level) relational operators; it is a tree of logical nodes. A QEP or plan is composed of physical level relational operators (or algorithms); it is a tree of physical nodes. These physical operators are nodes in a tree that have children. A tree of physical operators is a subplan or the full (final) plan. A plan is the full plan if it covers the total semantics of the query (i.e., if the result set of the root node of the plan tree delivers the result set of the query).

Relational database: A relational database is a collection of data items organized as a set of formally-described tables from which data can be accessed or reassembled in many different ways without having to reorganize the database tables. The relational database was invented by E. F. Codd at IBM in 1970. A relational database employs a set of tables containing data fitted into predefined categories. Each table (which is sometimes called a relation) contains one or more data categories in columns. The standard user and application program interface to a relational database is the Structured Query Language (SQL), defined below.

Scalar: Scalar is a term for an SQL expression that produces a single value (i.e., not a set of values).

Search criteria: A user specified or system determined criteria used to influence optimization techniques used to generate plans.

Search engine: The search engine refers to a component of the query optimizer of the present invention that generates and evaluates alternative execution plans. The search engine includes as three components: search criteria, search space, and search strategy. The search engine constitutes a major component of the core optimizer.

Search space: Search space refers to the exhaustive set of plans considered for selection by the search engine.

Semi-join: A semi-join is a valid relational version of the existence scan that does not rely on non-local information. Typically these are introduced by flattening of EXISTS subqueries.

SQL: SQL stands for Structured Query Language. The original version called SEQUEL (structured English query language) was designed by IBM in the 1970's. SQL-92 (or SQL/92) is the formal standard for SQL as set out in a document published by the American National Standards Institute in 1992; see e.g., "Information Technology—Database languages—SQL", published by the American National Standards Institute as American National Standard ANSI/ISO/ IEC 9075: 1992, the disclosure of which is hereby incorporated by reference. SQL-92 was superseded by SQL-

10

99 (or SQL3) in 1999; see e.g., "Information Technology—Database Languages—SQL, Parts 1-5" published by the American National Standards Institute as American National Standard INCITS/ISO/IEC 9075-(1-5)-1999 (formerly ANSI/ISO/IEC 9075-(1-5) 1999), the disclosure of which is hereby incorporated by reference.

Stored table: A fully materialized table, stored tables are either of persistent base tables, transient worktables, or table value constructors.

Subplan or plan fragment: A subplan or plan fragment is a tree of physical operators that is a portion of a (full) query execution plan (as defined above) or a candidate to become a portion of a (full) query execution plan.

Top down search engine: An approach to evaluating plans in the optimizer search space in which a parent operator is evaluated prior to evaluating the respective child operators.

Introduction

Referring to the figures, exemplary embodiments of the invention will now be described. The following description will focus on the presently preferred embodiment of the present invention, which is implemented in desktop and/or server software (e.g., driver, application, or the like) operating in an Internet-connected environment running under an operating system, such as the Microsoft Windows operating system. The present invention, however, is not limited to any one particular application or any particular environment. Instead, those skilled in the art will find that the system and methods of the present invention may be advantageously embodied on a variety of different platforms, including Macintosh, Linux, Solaris, UNIX, FreeBSD, and the like. Therefore, the description of the exemplary embodiments that follows is for purposes of illustration and not limitation. The exemplary embodiments are primarily described with reference to block diagrams or flowcharts. As to the flowcharts, each block within the flowcharts represents both a method step and an apparatus element for performing the method step. Depending upon the implementation, the corresponding apparatus element may be configured in hardware, software, firmware, or combinations thereof.

Computer-Based Implementation

Basic System Hardware (e.g., for Desktop and Server Computers)

The present invention may be implemented on a conventional or general-purpose computer system, such as an IBM-compatible personal computer (PC) or server computer. FIG. 1 is a very general block diagram of a computer system (e.g., an IBM-compatible system) in which software-implemented processes of the present invention may be embodied. As shown, system 100 comprises a central processing unit(s) (CPU) or processor(s) 101 coupled to a random-access memory (RAM) 102, a read-only memory (ROM) 103, a keyboard 106, a printer 107, a pointing device 108, a display or video adapter 104 connected to a display device 105, a removable (mass) storage device 115 (e.g., floppy disk, CD-ROM, CD-R, CD-RW, DVD, or the like), a fixed (mass) storage device 116 (e.g., hard disk), a communication (COMM) port(s) or interface(s) 110, a modem 112, and a network interface card (NIC) or controller 111 (e.g., Ethernet). Although not shown separately, a real time system clock is included with the system 100, in a conventional manner.

CPU 101 comprises a processor of the Intel Pentium family of microprocessors. However, any other suitable processor may be utilized for implementing the present invention. The CPU 101 communicates with other components of the system via a bi-directional system bus (including any necessary input/output (I/O) controller circuitry and other "glue" logic).

Exhibit 4
Page 85

US 7,882,100 B2

**11**

The bus, which includes address lines for addressing system memory, provides data transfer between and among the various components. Description of Pentium-class microprocessors and their instruction set, bus architecture, and control lines is available from Intel Corporation of Santa Clara, Calif. Random-access memory **102** serves as the working memory for the CPU **101**. In a typical configuration, RAM of sixty-four megabytes or more is employed. More or less memory may be used without departing from the scope of the present invention. The read-only memory (ROM) **103** contains the basic input/output system code (BIOS)—a set of low-level routines in the ROM that application programs and the operating systems can use to interact with the hardware, including reading characters from the keyboard, outputting characters to printers, and so forth.

Mass storage devices **115**, **116** provide persistent storage on fixed and removable media, such as magnetic, optical or magnetic-optical storage systems, flash memory, or any other available mass storage technology. The mass storage may be shared on a network, or it may be a dedicated mass storage. As shown in FIG. **1**, fixed storage **116** stores a body of program and data for directing operation of the computer system, including an operating system, user application programs, driver and other support files, as well as other data files of all sorts. Typically, the fixed storage **116** serves as the main hard disk for the system.

In basic operation, program logic (including that which implements methodology of the present invention described below) is loaded from the removable storage **115** or fixed storage **116** into the main (RAM) memory **102**, for execution by the CPU **101**. During operation of the program logic, the system **100** accepts user input from a keyboard **106** and pointing device **108**, as well as speech-based input from a voice recognition system (not shown). The keyboard **106** permits selection of application programs, entry of keyboard-based input or data, and selection and manipulation of individual data objects displayed on the screen or display device **105**. Likewise, the pointing device **108**, such as a mouse, track ball, pen device, or the like, permits selection and manipulation of objects on the display device. In this manner, these input devices support manual user input for any process running on the system.

The computer system **100** displays text and/or graphic images and other data on the display device **105**. The video adapter **104**, which is interposed between the display **105** and the system's bus, drives the display device **105**. The video adapter **104**, which includes video memory accessible to the CPU **101**, provides circuitry that converts pixel data stored in the video memory to a raster signal suitable for use by a cathode ray tube (CRT) raster or liquid crystal display (LCD) monitor. A hard copy of the displayed information, or other information within the system **100**, may be obtained from the printer **107**, or other output device. Printer **107** may include, for instance, an HP LaserJet printer (available from Hewlett Packard of Palo Alto, Calif.), for creating hard copy images of output of the system.

The system itself communicates with other devices (e.g., other computers) via the network interface card (NIC) **111** connected to a network (e.g., Ethernet network, Bluetooth wireless network, or the like), and/or modem **112** (e.g., 56 K baud, ISDN, DSL, or cable modem), examples of which are available from 3Com of Santa Clara, Calif. The system **100** may also communicate with local occasionally-connected devices (e.g., serial cable-linked devices) via the communication (COMM) interface **110**, which may include a RS-232 serial port, a Universal Serial Bus (USB) interface, or the like.

**12**

Devices that will be commonly connected locally to the interface **110** include laptop computers, handheld organizers, digital cameras, and the like.

IBM-compatible personal computers and server computers are available from a variety of vendors. Representative vendors include Dell Computers of Round Rock, Tex., Hewlett-Packard of Palo Alto, Calif., and IBM of Armonk, N.Y. Other suitable computers include Apple-compatible computers (e.g., Macintosh), which are available from Apple Computer of Cupertino, Calif., and Sun Solaris workstations, which are available from Sun Microsystems of Mountain View, Calif.

Basic System Software

FIG. **2** is a block diagram of a software system for controlling the operation of the computer system **100**. As shown, a computer software system **200** is provided for directing the operation of the computer system **100**. Software system **200**, which is stored in system memory (RAM) **102** and on fixed storage (e.g., hard disk) **116**, includes a kernel or operating system (OS) **210**. The OS **210** manages low-level aspects of computer operation, including managing execution of processes, memory allocation, file input and output (I/O), and device I/O. One or more application programs, such as client application software or "programs" **201** (e.g., **201***a*, **201***b*, **201***c*, **201***d*) may be "loaded" (i.e., transferred from fixed storage **116** into memory **102**) for execution by the system **100**. The applications or other software intended for use on the computer system **100** may also be stored as a set of downloadable processor-executable instructions, for example, for downloading and installation from an Internet location (e.g., Web server).

Software system **200** includes a graphical user interface (GUI) **215**, for receiving user commands and data in a graphical (e.g., "point-and-click") fashion. These inputs, in turn, may be acted upon by the system **100** in accordance with instructions from operating system **210**, and/or client application module(s) **201**. The GUI **215** also serves to display the results of operation from the OS **210** and application(s) **201**, whereupon the user may supply additional inputs or terminate the session. Typically, the OS **210** operates in conjunction with device drivers **220** (e.g., "Winsock" driver—Windows' implementation of a TCP/IP stack) and the system BIOS microcode **230** (i.e., ROM-based microcode), particularly when interfacing with peripheral devices. OS **210** can be provided by a conventional operating system, such as Microsoft Windows 9x, Microsoft Windows NT, Microsoft Windows 2000, or Microsoft Windows XP, all available from Microsoft Corporation of Redmond, Wash. Alternatively, OS **210** can also be an alternative operating system, such as the previously mentioned operating systems.

Client-Server Database Management System

While the present invention may operate within a single (standalone) computer (e.g., system **100** of FIG. **1**), the present invention is preferably embodied in a multi-user computer system, such as a client/server system. FIG. **3** illustrates the general structure of a client/server database system **300** suitable for implementing the present invention. As shown, the system **300** comprises one or more client(s) **310** connected to a server **330** via a network **320**. Specifically, the client(s) **310** comprise one or more standalone terminals **311** connected to a database server system **340** using a conventional network. In an exemplary embodiment, the terminals **311** may themselves comprise a plurality of standalone workstations, dumb terminals, or the like, or comprise personal computers (PCs) such as the above-described system **100**. Typically, such units would operate under a client operating system, such as a Microsoft (registered trademark) Windows

Exhibit 4
Page 86

US 7,882,100 B2

13

client operating system (e.g., Microsoft (registered trademark) Windows 95/98, Windows 2000, or Windows XP).

The database server system **340**, which comprises Sybase (registered trademark) Adaptive Server (registered trademark) Enterprise (available from Sybase, Inc. of Dublin, Calif.) in an exemplary embodiment, generally operates as an independent process (i.e., independently of the clients), running under a server operating system such as Microsoft (registered trademark) Windows NT, Windows 2000, or Windows XP (all from Microsoft Corporation of Redmond, Wash.), UNIX (Novell), Solaris (Sun), or Linux (Red Hat). The network **320** may be any one of a number of conventional network systems, including a Local Area Network (LAN) or Wide Area Network (WAN), as is known in the art (e.g., using Ethernet, IBM Token Ring, or the like). The network **320** includes functionality for packaging client calls in the well-known Structured Query Language (SQL) together with any parameter information into a format (of one or more packets) suitable for transmission to the database server system **340**.

Client/server environments, database servers, and networks are well documented in the technical, trade, and patent literature. For a discussion of Sybase-branded database servers and client/server environments generally, see, e.g., Nath, A., "The Guide to SQL Server", Second Edition, Addison-Wesley Publishing Company, 1995. For a description of Sybase (registered trademark) Adaptive Server (registered trademark) Enterprise, see, e.g., "Adaptive Server Enterprise 12.5.1 Collection: (1) Core Documentation Set and (2) Installation and Configuration," available from Sybase, Inc. of Dublin, Calif. This product documentation is available via the Internet (e.g., currently at sybooks.sybase.com/as.html). The disclosures of the foregoing are hereby incorporated by reference.

In operation, the client(s) **310** store data in, or retrieve data from, one or more database tables **350**, as shown at FIG. **3**. Data in a relational database is stored as a series of tables, also called relations. Typically resident on the server **330**, each table itself comprises one or more "rows" or "records" (tuples) (e.g., row **355** as shown at FIG. **3**). A typical database will contain many tables, each of which stores information about a particular type of entity. A table in a typical relational database may contain anywhere from a few rows to millions of rows. A row is divided into fields or columns; each field represents one particular attribute of the given row. A row corresponding to an employee record, for example, may include information about the employee's ID Number, First and Last Name and First Initial, Position, Date Hired, Social Security Number, and Salary. Each of these categories, in turn, represents a database field. In the foregoing employee table, for example, Position is one field, Date Hired is another, and so on. With this format, tables are easy for users to understand and use. Moreover, the flexibility of tables permits a user to define relationships between various items of data, as needed. Thus, a typical record includes several categories of information about an individual person, place, or thing. Each row in a table is uniquely identified by a record ID (RID), which can be used as a pointer to a given row.

Most relational databases implement a variant of the Structured Query Language (SQL), which is a language allowing users and administrators to create, manipulate, and access data stored in the database. The syntax of SQL is well documented; see, e.g., the above-mentioned "An Introduction to Database Systems". SQL statements may be divided into two categories: data manipulation language (DML), used to read and write data; and data definition language (DDL), used to describe data and maintain the database. DML statements are also called queries. In operation, for example, the clients **310**

14

issue one or more SQL commands to the server **330**. SQL commands may specify, for instance, a query for retrieving particular data (i.e., data records meeting the query condition) from the database table(s) **350**. In addition to retrieving the data from database server table(s) **350**, the clients **310** also have the ability to issue commands to insert new rows of data records into the table(s), or to update and/or delete existing records in the table(s).

SQL statements or simply "queries" must be parsed to determine an access plan (also known as "execution plan" or "query plan") to satisfy a given query. In operation, the SQL statements received from the client(s) **310** (via network **320**) are processed by the engine **360** of the database server system **340**. The engine **360** itself comprises a parser **361**, a normalizer **363**, a compiler **365**, an execution unit **369**, and an access methods **370**. Specifically, the SQL statements are passed to the parser **361** which converts the statements into a query tree—a binary tree data structure which represents the components of the query in a format selected for the convenience of the system. In this regard, the parser **361** employs conventional parsing methodology (e.g., recursive descent parsing).

The query tree is normalized by the normalizer **363**. Normalization includes, for example, the elimination of redundant data. Additionally, the normalizer **363** performs error checking, such as confirming that table names and column names which appear in the query are valid (e.g., are available and belong together). Finally, the normalizer **363** can also look-up any referential integrity constraints which exist and add those to the query.

After normalization, the query tree is passed to the compiler **365**, which includes an optimizer **366** and a code generator **367**. The optimizer **366** is responsible for optimizing the query tree. The optimizer **366** performs a cost-based analysis for formulating a query execution plan. The optimizer will, for instance, select the join order of tables (e.g., when working with more than one table), and will select relevant indexes (e.g., when indexes are available). The optimizer, therefore, performs an analysis of the query and selects the best execution plan, which in turn results in particular access methods being invoked during query execution. It is possible that a given query may be answered by tens of thousands of access plans with widely varying cost characteristics. Therefore, the optimizer must efficiently select an access plan that is reasonably close to an optimal plan. The code generator **367** translates the query execution plan selected by the query optimizer **366** into executable form for execution by the execution unit **369** using the access methods **370**.

All data in a typical relational database system is stored in pages on a secondary storage device, usually a hard disk. Typically, these pages may range in size from 1 Kb to 32 Kb, with the most common page sizes being 2 Kb and 4 Kb. All input/output operations (I/O) against secondary storage are done in page-sized units—that is, the entire page is read/written at once. Pages are also allocated for one purpose at a time: a database page may be used to store table data or used for virtual memory, but it will not be used for both. The memory in which pages that have been read from disk reside is called the cache or buffer pool.

I/O to and from the disk tends to be the most costly operation in executing a query. This is due to the latency associated with the physical media, in comparison with the relatively low latency of main memory (e.g., RAM). Query performance can thus be increased by reducing the number of I/O operations that must be completed. This can be done by using data structures and algorithms that maximize the use of pages that are known to reside in the cache. Alternatively, it can be

Exhibit 4
Page 87

US 7,882,100 B2

**15**

done by being more selective about what pages are loaded into the cache in the first place. An additional consideration with respect to I/O is whether it is sequential or random. Due to the construction of hard disks, sequential I/O is much faster then random access I/O. Data structures and algorithms encouraging the use of sequential I/O can realize greater performance.

For enhancing the storage, retrieval, and processing of data records, the server **330** maintains one or more database indexes **345** on the database tables **350**. Indexes **345** can be created on columns or groups of columns in a table. Such an index allows the page containing rows that match a certain condition imposed on the index columns to be quickly located on disk, rather than requiring the engine to scan all pages in a table to find rows that fulfill some property, thus facilitating quick access to the data records of interest. Indexes are especially useful when satisfying equality and range predicates in queries (e.g., a column is greater than or equal to a value) and "order by" clauses (e.g., show all results in alphabetical order by a given column).

A database index allows the records of a table to be organized in many different ways, depending on a particular user's needs. An index key value is a data quantity composed of one or more fields from a record which are used to arrange (logically) the database file records by some desired order (index expression). Here, the column or columns on which an index is created form the key for that index. An index may be constructed as a single disk file storing index key values together with unique record numbers. The record numbers are unique pointers to the actual storage location of each record in the database file.

Indexes are usually implemented as multi-level tree structures, typically maintained as a B-Tree data structure. Pointers to rows are usually stored in the leaf nodes of the tree, so an index scan may entail reading several pages before reaching the row. In some cases, a leaf node may contain the data record itself. Depending on the data being indexed and the nature of the data being stored, a given key may or may not be intrinsically unique. A key that is not intrinsically unique can be made unique by appending a RID. This is done for all non-unique indexes to simplify the code for index access. The traversal of an index in search of a particular row is called a probe of the index. The traversal of an index in search of a group of rows fulfilling some condition is called a scan of the index. Index scans frequently look for rows fulfilling equality or inequality conditions; for example, an index scan would be used to find all rows that begin with the letter 'A'.

The above-described computer hardware and software are presented for purposes of illustrating the basic underlying desktop and server computer components that may be employed for implementing the present invention. For purposes of discussion, the following description will present examples in which it will be assumed that there exists one or more "servers" (e.g., database servers) that communicates with one or more "clients" (e.g., personal computers such as the above-described system **100**). The present invention, however, is not limited to any particular environment or device configuration. In particular, a client/server distinction is not necessary to the invention, but is used to provide a framework for discussion. Instead, the present invention may be implemented in any type of system architecture or processing environment capable of supporting the methodologies of the present invention presented in detail below.

**16**

Overview of Search Space Generation of Bushy Nested Loop Join Trees

The present invention comprises a system providing methodology for building a bushy tree inside a nested loop join (NLJ) in a bottom-up query optimizer. The present invention provides the capability for building a bushy NLJ tree that correctly captures the semantics of a query, while providing good performance and not requiring an increase in space utilization.

The general approach of the present invention provides for the search engine of the query optimizer to generate only left deep nested loop join trees. The search engine of the currently preferred embodiment of the present invention builds plans in a bottom-up fashion starting with the leaves (the scan algorithms). The optimizer's search engine traverses a search space: building and reordering logical expressions using algebraic rules (associativity, commutativity, etc.); replacing the logical operators with the physical ones that implement them; and enforcing the properties needed by some algorithms. It gradually builds alternative total plans (i.e., plans that have the same semantics as the SQL query and are candidates to become the final query execution plan) and estimates their costs using a cost model. It compares the costs of alternative plans and prunes unfavorable plans. During the optimization process it keeps the partial plans in a plan cache.

Currently, the search engine generates only left deep nested loop join trees during this phase of query optimization. This approach enables unfavorable plans to be pruned while also avoiding an increase in search space complexity (and space utilization). One or more candidate query execution plans that are generated by the search engine may include a NLJ. In some cases a NLJ that needs to have an inner bush (i.e., is semantically incorrect without an inner bush) might be the best plan found by the search engine.

When the query contains right nested outer joins, implementation of the outer join semantics using an outer join operator in the query plan may require the production of bushy trees. The present invention provides methodology for generating semantically correct bushy trees after the search engine has produced a left deep tree. The present invention provides for taking the left deep tree as the basis for a transformation that generates a semantically correct bushy tree shape over the leaves (leafs) of the left deep nested loop join tree generated by the search engine.

The bushy tree that is generated as a result of this transformation has the same cost as the left deep tree. As a consequence, if the optimizer has chosen a left deep tree as a favorable plan, the transformed tree is still favorable as it has the same cost estimate as the left deep tree. This cost equivalence is an important aspect of the present invention as it enables the optimizer to select a left deep shape that is semantically incorrect as the best plan and then apply a transformation to generate a semantically correct version of this plan.

System Components

Search Engine

Before describing the present invention in more detail, an optimizer in which the present invention may be implemented will be described. FIG. **4** is a high-level block diagram illustrating components of an optimizer **400** with which the present invention may be preferably implemented. As shown, the optimizer includes equivalence classes **410**, a logical properties module **420**, a physical operators module **430**, a search engine **440**, and a plan cache **450**. The plan cache **450** stores equivalence classes created for a query.

The equivalence classes **410** is a data structure that describes a set of subplans. Each of the subplans in the same

Exhibit 4
Page 88

US 7,882,100 B2

**17**

equivalence class references the same set of underlying database tables. For instance, two subplans joining the same two tables are in the same equivalence class. Each subplan in an equivalence class competes with other subplans in the same equivalence class to be part of the total (final) plan generated by the optimizer. In the currently preferred embodiment, the equivalence classes **410** include a base (or equiv) module **411**, a single table Eqc (Eqc1) module **412**, and a multiple table Eqc (Eqcn) module **413**. Single table Eqc module **412** contains plans over a single table (such as index scans or table scans and the enforcers of those scans of the table). The multiple table Eqc **413** holds subplans joining together a plurality of tables. Subplans retained in multiple table Eqc module **413** would typically have a join node or an enforcer at the root node (e.g., a sort operator).

The logical properties module **420** includes a set of logical operators which describe (a priori) the common behavior of a set of subplans that refer to these operators. Before enumerating a subplan or plan fragment, several characteristics of the subplan can be determined from examination of the equivalence class containing the subplan. One of the characteristics of subplans in the plan cache **450** that can be determined in advance is the set of underlying tables referenced by the subplans. Because an equivalence class is characterized by an underlying set of tables, these tables are trivially known for all of the subplans in each equivalence class. In addition, the available columns (or attributes) are known. The available columns can be determined as the union of all of the columns of all of the underlying tables. The logical properties can be also computed (determined) before subplan enumeration. This allows subplan enumeration to be based upon the available, computed logical properties.

Unlike the logical properties, the physical properties are specific to a given plan—a given physical implementation of a plan fragment or subplan. For instance, whether or not an ordering is available in the result of a physical operator depends upon whether the physical plan has a sort or an index scan providing an ordering, and whether the ordering is retained (i.e., not lost). In other words the physical properties are only known for a given plan or subplan once it has been built.

The physical operators module **430** describes the hierarchy of each of the physical operators. The physical operators module implements optimization time physical operators that are used for optimization. The optimization time physical operators that are used for optimization of the query do not, however, actually produce data. Instead, these optimization time physical operators describe or simulate Lava (execution) operators. The physical operators describe the execution cost of their associated Lava operator on some given input. They also describe physical level properties of their argument and result derived tables, which model the Lava streams of tuples, including whether they are ordered on any column, whether they are partitioned, and so forth. The physical operators module **430** contains optimization time descriptions which are used for evaluation and costing during the optimization process. These physical operators are structured as nodes in a tree that have children. A tree of physical operators is a subplan or the full (final) plan. A plan is the full plan if it covers the total semantics of the query (i.e., if the result set of the root node of the plan tree delivers the result set of the query).

In the currently preferred embodiment, the optimization time nodes and the query execution time nodes are implemented using two different types of data structures. Different data structures are used because of differing needs during query optimization and query execution. In addition, the

**18**

number of nodes in the final query execution tree is typically much smaller than the number of nodes that must be examined during optimization. Accordingly, it is advantageous to have the smallest possible operators (nodes) during the optimization process.

The search engine module **440** inspects a search space of possible plans and plan fragments (or subplans) in order to determine the most cost-effective query execution plan for execution of a given query. The search engine module receives as input a logical operator tree consisting of a tree of logical relational operators. The search engine **440** generates a physical operator tree as output. The physical operator tree that is generated is the best plan determined based upon the optimizer's cost model and the area of the search space inspected by the search engine. This best plan may then be used by the code generator (not shown at FIG. **4**) to generate the execution plan for execution of the query against the database.

The present invention may also be implemented in conjunction with either a serial optimizer or a parallel optimizer. A parallel optimizer which is suitable for use in conjunction with the present invention is described in commonly-owned, co-pending U.S. patent application Ser. No. 10/711,931 titled "Database System with Methodology for Parallel Schedule Generation in Query Optimizer". In the event of an implementation including a parallel optimizer, the search engine may generate a plurality of candidate best plans which are provided to a parallel scheduler. The parallel scheduler then generates a schedule for each of the candidate plans and estimates the costs of each scheduled plan. The candidate plan having the most favorable execution costs is then selected and used as the basis for generating the execution plan for execution of the query.

It should be noted that the query execution plan generated by the optimizer is a tree of iterators (sometimes also referred to herein as Lava operators). These iterators produce their result derived table one tuple at a time by applying their algorithm to tuples that they receive from their children. These iterators are self-contained software objects that accept a stream of rows from one, two, or multiple data sources. The role of an iterator is to process many iterations of a data set across many nodes in serial or parallel. Iterators do not know what the source of a data stream is; whether it is the contents of a disk file, a network connection, or even another iterator. For each iteration of a data set, the iterator applies a pre-defined behavior to the data set being processed, manipulating the data according to the specification of that iterator. For example, scanning database rows from a database on disk can be the behavior of one type of iterator. By using iterators complex queries (e.g., such as the one shown in the above example) are structured by stringing together appropriate operators into a tree structure.

The search engine of the currently preferred embodiment of the present invention is a depth-first search engine. A breadth-first search engine starts by processing all of the one table equivalence classes, then proceeds to processing all of the two table equivalence classes, and so on. In contrast to the operations of a breadth-first search engine which exhaustively processes each level in the plan cache **450**, the depth-first search engine of the currently preferred embodiment attempts to develop a full plan (i.e., a plan covering all tables) more rapidly. After evaluating the single table equivalence classes, the depth-first search engine combines two of these equivalence classes to enumerate a single two-table equivalence class. The depth-first search engine then immediately moves up a level in the plan cache by adding another single table equivalence class to the two-table equivalence class to

Exhibit 4
Page 89

US 7,882,100 B2

**19**

generate a three-table equivalence class. In this manner, the depth-first search engine proceeds to try and develop a full plan before evaluating each and every combination at each level of the plan cache. After a full plan has been developed, the depth-first search engine then goes back and considers other alternative combinations that may result in a more efficient query execution plan.

Transformation of Plans to Generate Bushy NLJ Trees

The present invention, in its currently preferred embodiment, is implemented in the optimizer of a database system between the search engine component of the optimizer and the code generator. FIG. **5** is a high-level flow diagram illustrating the processing of a query in an optimizer constructed in accordance with the present invention.

A query received by the database system is parsed and normalized and is provided to the optimizer in the form of a query tree **501** as shown at FIG. **5**. The search engine **510** traverses the search space generating and costing alternative plans for executing the query. The search engine **510** operates as described above to generate one or more favorable plan(s) for execution of the query. As illustrated at FIG. **5**, in serial mode, the search engine outputs a single best plan, while the search engine of a parallel optimizer may output multiple plans which are candidates to become the best plan.

The transform module **520** implementing the methodology of the present invention examines the plan(s) output by the search engine **510** and performs any necessary transformation before code generation by the code generator **540**. In the currently preferred embodiment of the present invention, the transform is performed as part of the search engine's post processing. The transform module **520** determines if a plan needs to be transformed because it is semantically incorrect (i.e., because a bushy shape is needed for an outer join having an inner side with more than one table). If so, a transformation is performed to generate a semantically correct bushy tree shape as hereinafter described.

The transform module **520** can be used in conjunction with either a serial optimizer or a parallel optimizer. In the case of serial optimization of a query, a single best plan is generated by the search engine. The transform is performed (if necessary) by the transform module **520** to generate a semantically correct bushy tree structure.

In the case of parallel optimization of a query, the search engine may output more than one plan as the costs may not be directly comparable in parallel mode (e.g., as the cost may comprise a vector of three components). In parallel mode, the transform module **520** performs any necessary transformation of the set of plans output by the search engine and provides the transformed set of plans to the parallel scheduler **530** of the optimizer. The parallel scheduler **530** generates a schedule for each of the plans, estimates the cost of each scheduled plan, and selects the best plan. For example, the search engine **510** may select a total of eight plans which are candidates to become the (best) final plan and provide these eight plans to the transform module **520**. After any necessary transformation is performed, these eight plans are provided to the parallel scheduler **530**. In the currently preferred embodiment of the present invention, the bushy tree transform is performed as necessary for any of these plans requiring transformation before the plans are provided to the parallel scheduler **530**. However, the transform could also be made after the parallel scheduler **530** selects a (best) final query execution plan, if desired.

In the case of both serial and parallel optimizers, the best plan that is determined is provided to the code generator **540** for generating the query execution plan for execution of the

**20**

query. The code generator **540** generates the actual execution operators (e.g., Lava operators) for execution of the plan that has been selected.

Detailed Operation

The Outer Join Transform and Deep Pushdown Bushy Trees

As described above, the search engine of the currently preferred embodiment of the present invention generates left deep trees. A left deep tree of a plan generated by the search engine may include a nested loop join (NLJ) operator. The left deep tree includes table scans and/or index scans as leaves. Each of those table scans and index scans has a buffer cache behavior. In other words, open( ), next( ), and close( ) calls are performed in a given sequence. The sequence of those calls indicates what database pages are in the cache and actually give the pattern of logical I/Os and physical I/Os (which are the most costly operations).

The transform of the present invention provides for retaining the leaves in the same order, while replacing the left deep tree above the leaves with another tree shape. Assume, for purposes of this discussion, that the tree shape could be bushy, right deep, or another tree form that joins all of the leaves. The transformation may result in the intermediate nodes (i.e., the join nodes) being in a different order. However, the leaves that are affected by (or involved in) the transformation remain in the same order. Thus, the sequence of logical I/Os and physical I/Os will remain the same after the transformation. This does not mean that a left deep tree and a right deep tree will have exactly the same performance when a query execution plan is actually executed. However, given the components of the optimizer's cost model, namely logical I/O and physical I/O, at optimization time there would not be any cost difference between the left deep tree and the (transformed) tree.

This may be illustrated by an example involving a left deep tree and a (transformed) right deep tree. Consider, for example, the following query:

1: Select * from r

2: left join (s left join t on s1=t1)

3: on r2=s2

The implementation of bushy outer join (OJ) expressions (right nested) requires the use of a bushy tree with a bushy inner branch. FIG. **6**A is a block diagram illustrating a plan **610** with a bushy inner branch which is need in order to comply with the NULL substitution semantics. The fact that plan **610** has a bushy inner branch is not a problem if the join operator is a merge join (MJ) or a hash join (HJ). However, with a nested loop join (NLJ) this plan would imply a deep pushdown which would require the search engine to generate two levels of poplets (physical operators to represent the NLJ) in the equivalence classes (Eqc): Eqc(s)/Eqc(t) and in Eqc(s, t). As discussed above, this is problematic in a bottom-up search engine. The solution comes from a tree shape equivalence lemma as follows:

1: If

2: the leaves of a join tree are kept in the same order of tables; and

3: only NLJ is used; and

4: at all levels the deepest possible pushdown of derived columns substitution and of predicate placement is performed

5:

6: then

Exhibit 4
Page 90

US 7,882,100 B2

**21**

7: all join tree shapes would give the same overall sequence of open( )/next( )/close( ) on the set of underlying tables, that is all would get the same buffer cache behavior; and

8: hence all have the same cost.

FIG. **6**B is a block diagram illustrating a left deep tree plan **620** for the above query. FIG. **6**C is block diagram illustrating a right deep tree plan **630** for the same query. A simple explanation for the fact that both tree shapes (i.e., both left deep plan **620** and right deep plan **630**) would have the same cost is that for both tree shapes, s is scanned for each tuple in r and t is scanned for each matching tuple in r-s.

To confirm that the two plans have the same cost, consider the behavior of the two plans described above and illustrated at FIGS. **6**B-C, the first a left deep tree and the second a right deep tree. Further, assume that each table has two matching tuples under the available clauses (giving a result set of eight tuples). The following is a simulation of the order of open( ), next( ), and close( ) calls (execution trace) for the left deep tree:

```
                NLJ1->open
                  NLJ2->open
                    TabScan r ->open
                    TabScan r -> next 1
                  NLJ2 -> next 1
                    IndScan s -> open 1
                    IndScan s -> next 11
                  NLJ1 -> next 1
                    IndScan t -> open 11
                    IndScan t -> next 111
                  NLJ1 -> next 2
                    IndScan t -> next 112
                  NLJ1 -> next 3
                    IndScan t -> next 113
                      <EOF>
                    IndScan t -> close 11
                  NLJ2 -> next 2
                    IndScan s -> next 12
                    IndScan t -> open 12
                    IndScan t -> next 121
                  NLJ1 -> next 4
                    IndScan t -> next 122
                  NLJ1 -> next 5
                    IndScan t -> next 123
                      <EOF>
                    IndScan t -> close 12
                  NLJ2 -> next 3
                    IndScan s -> next 13
                      <EOF>
                    IndScan s -> close 1
                    TabScan r -> next 2
                    IndScan s -> open 2
                    IndScan s -> next 21
                    IndScan t -> open 21
                    IndScan t -> next 211
                  NLJ1 -> next 6
                    IndScan t -> next 212
                  NLJ1 -> next 7
                    IndScan t -> next 213
                      <EOF>
                    IndScan t -> close 21
                  NLJ2 -> next 4
                    IndScan s -> next 22
                    IndScan t -> open 22
                    IndScan t -> next 221
                  NLJ1 -> next 8
                    IndScan t -> next 222
                  NLJ1 -> next 9
                    IndScan t -> next 223
                      <EOF>
                    IndScan t -> close 22
                  NLJ2 -> next 5
                    IndScan s -> next 23;
                      <EOF>
```

**22**

-continued

```
                    IndScan s -> close 2
                    TabScan r -> next 3;
                      <EOF>
                    TabScan r -> close
                      <EOF>
                  NLJ2 -> close
                    <EOF>
                NLJ1 -> close
```

The following illustrates the same sequence for the right deep tree:

```
                NLJ1-> open
                  TabScan r -> open
                  TabScan r -> next 1
                NLJ1 -> next1
                  NLJ2 -> open 1
                    IndScan s -> open 1
                    IndScan s -> next 11
                  NLJ2 -> next 11
                    IndScan t -> open 11
                    IndScan t -> next 111
                NLJ1 -> next 2
                  NLJ2 -> next 12
                    IndScan t -> next 112
                NLJ1 -> next 3
                  NLJ2 -> next 13
                    IndScan t -> next 113
                      <EOF>
                    IndScan t -> close 11
                    IndScan s -> next 12
                    IndScan t -> open 12
                    IndScan t -> next 121
                NLJ1 -> next 4
                  NLJ2 -> next 14
                    IndScan t -> next 122
                NLJ1 -> next 5
                  NLJ2 -> next 15
                    IndScan t -> next 123
                      <EOF>
                    IndScan t -> close 12
                    IndScan s -> next 13
                      <EOF>
                    IndScan s -> close 1
                  NLJ2 -> close 1
                  TabScan r -> next 2
                  NLJ2 -> open 2
                    IndScan s -> open 2
                    IndScan s -> next 21
                  NLJ2 -> next 21
                    IndScan t -> open 21
                    IndScan t -> next 211
                NLJ1 -> next 6
                  NLJ2 -> next 22
                    IndScan t -> next 212
                NLJ1 -> next 7
                  NLJ2 -> next 23
                    IndScan t -> next 213
                      <EOF>
                    IndScan t -> close 21
                    IndScan s -> next 22
                    IndScan t -> open 22
                    IndScan t -> next 221
                NLJ1 -> next 8
                  NLJ2 -> next 24
                    IndScan t -> next 222
                NLJ1 -> next 9
                  NLJ2 -> next 25
                    IndScan t -> next 223
                      <EOF>
                    IndScan t -> close 22
                    IndScan s -> next 23
                      <EOF>
                    IndScan s -> close 2
```

Exhibit 4
Page 91

US 7,882,100 B2

<table>
<tr><td align="center">23</td><td align="center">24</td></tr>
</table>

**23**

-continued

```
<EOF>
NLJ2 -> close 2
TabScan r -> next 3
   <EOF>
TabScan r -> close
   <EOF>
NLJ1 -> close
```

Observe that if the execution traces of the above left deep and right deep trees are traversed in parallel only looking at the lines in bold print above (i.e., only to the leaf level Tab/IndScan→open/next/close), the order of these calls is the same. This demonstrates that the optimizer's search engine can cost the right nested outer joins as NLJ left deep trees. Subsequently, the NLJ left deep trees may transformed into the semantically correct bushy tree shape as the overall cost of the transformed tree remains the same as the cost of the left deep tree. Thus, the methodology of the present invention enables the optimizer search engine to circumvent the prior limitation of only being able to do shallow, one-level deep pushdowns.

Method Steps for Transformation of Left Deep Trees

The following description presents method steps that may be implemented using processor-executable instructions, for directing operation of a device under processor control. The processor-executable instructions may be stored on a computer-readable medium, such as CD, DVD, flash memory, or the like. The processor-executable instructions may also be stored as a set of downloadable processor-executable instructions, for example, for downloading and installation from an Internet location (e.g., Web server).

FIG. 7A comprises a flowchart **700** illustrating the method steps of operation of the method of the present invention for performing a deep pushdown transformation. As described above, the method operates to transform a portion of a plan generated by the optimizer search engine that has an outer join. For purposes of the following discussion, an example of a join involving three tables r, s, and t, with r as the outer table and s and t as the inner tables. This example is used for illustrating the present invention and not for purposes of limitation. Those skilled in the art will appreciate that the present invention can be used with various queries joining a number of tables.

The process starts by searching (checking) for the beginning of a partial outer join group at step **701**. The transform of the present invention uses the concept of a partial outer join group. Recall that the search engine has previously generated a left deep tree. When the search engine generates the left deep tree, it puts together at adjacent positions the tables that are in the same outer join group. The search engine does not intersperse these tables with anything else. In this example, the search engine puts inner table s and inner table t next to each other, with r, the outer table, before them.

At step **702**, the beginning of a partial outer join group (i.e., the group beginning at leaf t in this example) is found as a result of the check made at step **701**. It is known at this point that this is a left deep NLJ subtree, so the traversal of the tree structure continues to search for the top limit of this outer join group at step **703**. At step **704**, the top limit of the outer join group is found. In this example, table s is the top limit of this outer join group. At **705**, a check is made to determine if any transform is needed in the subtree that is below this outer join group. If a transform were needed below this group, the

method would operate recursively to perform the needed transform. Assume in this situation that there is no transform needed below this group.

If no transform is needed below this group, the method exits out of the recursion and accumulates the leaves (leafs) of this group at step **706**. The outermost leaf that is not part of this group (e.g., r which is the outer child of the group in this example) is put onto a list with the inner children of the group (e.g., s and t). At step **707**, this list of leaves is passed to a method (popGenBushyNljTree) that builds the bushy subtree by traversing the list of leaves and generating the bushy subtree. At step **708** the bushy subtree that is generated is connected back as the child with r as the outer join on the outer side, and t as the inner side on the inner side. This bushy subtree is returned and connected back to the top join.

FIGS. 7B-C comprise a single flowchart **707** (corresponding to step **707** of FIG. 7A) illustrating the methodology for building a subtree in further detail. The following discussion will use an example of a join of tables r, s, and t. At the point that the method for generating the bushy subtree is called, the leaves that need to be transformed have been identified and put into a list. The popGenBushyNljTree method is a recursive function that traverses the list and builds the bushy tree. At step **711**, the front of the list of leaves is obtained. The front of the list is the outer node (e.g., leaf r in this example). At step **712**, this leaf (leaf r) is popped from the list and is identified as outermost (outer) leaf. At this step the outer join id (outer_oj_id) of this outer leaf is also obtained.

The processing of leaves on the list continues until all of the leaves on the list are consumed. While the list is not empty, the next leaf (e.g., inner leaf s) is obtained at step **713**. The inner_oj_id for this inner leaf is also obtained. At step **714**, a determination is made as to whether the leaves (e.g., leaf r and leaf s) are in the same join group. If in the same join group (i.e., if outer_oj_id═inner_oj_id), then this inner leaf is consumed at step **715** and the join is done immediately below. Otherwise, if the inner leaf is a direct child of the outer, the method is recursively called to get the actual inner bush at step **716**. In this case involving leaf r and leaf s, the leaves do not have the same outer join ids, so steps **713-714** are repeated. Note that after the recursion, the outer leaf (e.g., leaf r) has already been popped from the list, so the recursion handles the inner leaves (leaf s and leaf t). When recursing down into the same popGenBushyNljTree function for a second time, s is popped off the list as the outer. In this case, the determination at step **714** will be found to be true (outer_oj_id═inner_oj_id) as leaf s and leaf t are peer leaves at the same level. As a result, both leaf s and leaf t are consumed and the method proceeds to step **717**.

Otherwise, if the two leaves are not at the same level (at step **714**) and the inner leaf is not a direct child of the outer (at step **716**), that indicates that a group has been finished. In this example, there are no other leaves in the group (i.e., the list is empty) after leaves r, s, and t have been consumed. (It should be noted, however, that in another case there could be several nested groups and the processing might move from one group to another.)

At step **717**, the join node is generated for joining the outer side and the inner side. At step **718**, the join then becomes the new outer leaf and the method loops back to step **713** while the same outer join group is being processed. The method exits the loop in the event a nesting level has ended (even though leaves still remain on the list) at step **719**. When the last nesting level has ended and all of the leaves have been consumed, the transformed subtree is returned at step **720**. The transformed subtree that is returned replaces the semantically incorrect left deep NLJ subplan in its parent.

Exhibit 4
Page 92

US 7,882,100 B2

25

FIG. **8** is a flow diagram **800** providing another illustration of the methodology of the present invention for transforming a left deep subtree into a bushy tree shape. This flow diagram **800** illustrates the recursive (non-linear) nature of the transformation. As shown at **801** at FIG. **8**, a popDeepPdTransform( ) method initially checks for the need of the transform, recursive left/right. At **802**, a top group is found and popGenBushyNljTree( ) is called to generate the semantically correct bushy subtree. This popGenBushyNljTree( ) method calls popAccumulateBushyNljLeafs( ) to accumulate in a list the leaves of the left deep NLJ fragment that has the group on its inner side. As **803**, the popAccumulateBushyNljLeafs( ) method recurses down (depth first recursion) on its outer child looking for the limit of the top group. At **804**, the limit of this top group is found. At **805**, popAccumulateBushyNljLeafs( ) recurses down (depth first mutual recursion) to popDeepPdTransform( ) to check the outermost leaf for other needed transforms.

As shown at **806** at FIG. **8**, once the popDeepPdTransform ( ) method returns the possibly transformed outermost leaf at popAccumulateBushyNljLeafs( ) returns from the recursion accumulating it together with each of the inner leafs of the left deep NLJ fragment in a list. Note that the popDeepPdTransform( ) method does not need to be called on the inner leaves, as the search engine ensures that they contain only the top group's underlying tables. At **807**, a popGenBushyNljTree( ) overloaded sibling method uses the list of leaves to build the semantically correct NLJ bushy tree over the leaves. As shown at **808**, this transformed subtree is returned and replaces the semantically incorrect left deep NLJ subplan in its parent.

Transform of Left Deep Tree to Bushy Tree

The process of transformation of a left deep tree will next be described in greater detail. The following OptDeepPdTransform method of the OptBlock module is initially invoked to perform any required transformation of a left deep tree structure generated by the optimizer search engine:

```
854    OptBlock::OptDeepPdTransform( )
855    {
856        if (!OptNeedsDeepPdTransform( ))
857            return;
858
859        EquivClass    *eqc = OptTotalEqc( );
860        PopList       *best_pops = eqc->>eqcPops( );
861        PopListIter   pop_pos;
862
863        for (pop_pos = best_pops->begin( );
864            pop_pos != best_pops->end( );
865            ++pop_pos)
866        {
867            PopBase    *pop;
868            pop = *pop_pos;
869
870            // Transform any semantically incorrect left
871            // deep NLJ tree in a same-cost
872            // semantically correct bushy NLJ tree.
873            //
874
875            *pop_pos =
876                pop->popDeepPdTransform( );
877
878        }
879    }
```

As illustrated above at lines 856-857, if the optimizer does not need to perform a deep pushdown transform, then the method does nothing and simply returns. Otherwise, if the transform is necessary, the method enters the loop commencing at line 863. For each pop (physical operator) in the list of

26

best pops (the list of physical operator trees of this query block), the pop position is assigned to the iterator. This is the hook into the optimizer. The physical operator that is assigned deep transforms itself by calling a popDeepPdTransform method for performing the transformation.

In the currently preferred embodiment, the following popDeepPdTransform method checks for the need for the transform (recursing left/right to check for the need for the transform):

```
17561    template <class Cost, class Props>
17562    PopBase *
17563    PopNlJoin<Cost, Props>::popDeepPdTransform( )
17564    {
17565        // the transform always starts on the parent NLJ
17566        // of the topmost partial group NLJ
17567        SYB__ASSERT(!popIsPartialDeepPdGroup( ));
17568
17569        // is the transform needed here?
17570        if (popNeedsDeepPdTransform( ))
17571        {
17572            // then return the transformed tree
17573            //
17574            // Note: the bushy generation recurses
17575            // back to popPdTransform( ) on the
17576            // leafs of the bushy partial group
17577            // NLJ subtree, to catch lower portions
17578            // needing the transform
17579            //
17580            return popGenBushyNljTree( );
17581        }
17582
17583        // otherwise, simply recurse down left/right
17584        // checking for the need of a transform
17585        //
17586        // Note: we do need to check the inner side, too:
17587        // under a multi-GT StoreInd, there could be a
17588        // left deep NLJ sub-tree to be transformed.
17589        //
17590        // Note: under a NLJ we don't need to check Ob
17591        // limits, as the children of a join are always
17592        // in the same Ob as the join.
17593        //
17594        nodeSetLeft((SamePop *)
nodeGetLeft( )->popDeepPdTransform( ));
17595        nodeSetRight((SamePop*)
nodeGetRight( )->popDeepPdTransform( ));
17596
17597        // this NLJ was not transformed
17598        return this;
17599    }
```

At line 17570, a check is made to determine if the transform is needed. If so, then a popGenBushyNljTree method is called as provided at line 17580 to generate and return the semantically correct bushy subtree. The popGenBushyNljTree method that is called is as follows:

```
17601    template <class Cost, class Props>
17602    PopBase *
17603    PopNlJoin<Cost, Props>::popGenBushyNljTree( )
17604    {
17605        PopList leafs;
17606
17607        // we certainly need a transform if we got here
17608        SYB__ASSERT(popNeedsDeepPdTransform( ));
17609
17610        // accumulate the leafs of the left deep NLJ
17611        // tree fragment
17612        popAccumulateBushyNljLeafs(leafs);
17613
17614        // generate the semantically correct bushy NLJ
17615        // tree over these leafs
```

Exhibit 4
Page 93

US 7,882,100 B2

27

-continued

```
17616        return popGenBushyNljTree(leafs);
17617  }
```

The above popGenBushyNljTree method starts with an
assertion that a transform is needed as shown at line 17608. As
illustrated at line 17612, it calls a popAccumulateBushy-
NljLeafs method to accumulate in a list the leaves (leafs) of
the left deep NLJ fragment that the group has on its inner side.
The popAccumulateBushyNljLeafs method is described
below. After obtaining the list of leaves, an overloaded pop-
GenBushyNljTree method is called as provided at line 17616
with the list of leaves (leafs). This overloaded method gener-
ates the semantically correct bushy NLJ tree over these
leaves. The overloaded popGenBushyNljTree method is also
detailed below.

The popAccumulateBushyNljLeafs routine which is
called by the above popGenBushyNljTree method is as fol-
lows:

```
17628  template <class Cost, class Props>
17629  void
17630  PopNlJoin<Cost, Props>::popAccumulateBushyNljLeafs(PopList
&leafs)
17631  {
17632        PopBase *outer = nodeGetLeft( ),
17633              *inner = nodeGetRight( );
17634
17635        // while the outer child is a partial group,
17636        // descend into the depth-first recursion
17637        if (outer->popIsPartialDeepPdGroup( ))
17638        {
17639              outer->popAccumulateBushyNljLeafs(leafs);
17640        }
17641        else
17642        {
17643              // we have reached the outer child that is
17644              // not a partial group; we end the recursion,
17645              // this will be the outermost child of the
17646              // bushy NLJ tree
17647
17648              // the outermost child gets first in the list
17649              SYB__ASSERT(leafs.empty( ));
17650
17651              // the outermost leaf could need further
17652              // transforms; the mutual recursion to
17653              // popDeepPdTransform( ) handles that and
17654              // the possibly transformed outermost leaf
17655              // goes the first into the list
17656              leafs.push__back(outer->popDeepPdTransform( ))
17657        }
17658
17659        // within a deep PD transform group, the SE never
17660        // generates an inner child that's itself a partial
17661        // group
17662        SYB__ASSERT(!inner->popIsPartialDeepPdGroup( ));
17663
17664        // on the way out of the recursion, accumulate
17665        // each inner leaf into the list
17666        leafs.push__back(inner);
17667  }
```

While the outer child is a partial group (i.e., within the inner
group), the leaf is accumulated as provided at line 17637-17640.
When the outer child is not a partial group (i.e., not part of the
inner group) the else condition at line 17641 is applicable.
Using the same example of a join of tables r, s, and t, the outer
child r is not a partial group (as it is not within the inner group
consisting of s and t). Accordingly, when r is reached the else
condition at line 17641 is applicable. At line 17649 an asser-

28

tion is made that the list of leaves is empty as this is where the
routine starts to put leaves into the list.

The popAccumulateBushyNljLeafs method pushes down
(recurses) to popDeepPdTransform to check the outermost
leaf (e.g., r) for other needed transforms as provided at line
17656. The outermost leaf could need further transformation
as somewhere below it in the tree structure there may be
another outer join (e.g., there could be several outer joins in
the same query). Once popDeepPdTransform returns the pos-
sibly transformed outermost leaf, popAccumulateBushy-
NljLeafs( ) returns from the recursion accumulating it
together with each of the inner leaves of the left deep NLJ
fragment in a list. Note that popDeepPdTransform does not
need to be called on the inner leaves (e.g., s and t) as the search
engine ensures that they contain only the top group's under-
lying tables. At line 17662, an assertion is made that the inner
leaves are not partial deep groups (i.e., the inner leaves are
tables). On the way out of the recursion, the inner leaves are
pushed down as provided at line 17666.

This list of leaves that is generated is passed to the follow-
ing overloaded popGenBushyNljTree method that traverses
the list and builds a semantically correct NLJ bushy tree over
the leaves in the list:

```
17669  template <class Cost, class Props>
17670  PopBase *
17671  PopNlJoin<Cost, Props>::popGenBushyNljTree(PopList &leafs)
17672  {
17673        TraceOut      &traceout = ::traceout( );
17674
17675        GcsState      *gcs;
17676        EqcN          *eqc;
17677        PopBase       *outer,
17678              *inner,
17679              *join;
17680        OjIdType      outer__oj__id,
17681              inner__oj__id;
17682
17683        // if we got here, the leafs list can't be empty
17684        SYB__ASSERT(!leafs.empty( ));
17685
17686        // consume the outer leaf
17687        outer = leafs.front( );
17688        leafs.pop__front( );
17689
17690        // get the outer OjId, it's supposed to be the same
17691        // for all leafs within this group
17692        outer__oj__id =
outer->popTreeLogProps( )->IpGetPartialOjId( );
17693
17694        // get the GC manager, we need it for
17695        // the OJ parent-child relationship
17696        gcs = outer->getOptBlock( )->OptGetGcs( );
17697
17698        // consume all further leafs that are in the same OJ
group
17699        for (; !leafs.empty( );)
17700        {
17701              // peep at the next leaf
17702              inner = leafs.front( );
17703              inner__oj__id =
inner->popTreeLogProps( )->IpGetPartialOjId( );
17704
17705              // the inner leaf is certainly part of an OJ
group
17706              SYB__ASSERT(inner__oj__id != OJ__NOID);
17707
17708              // what OJ group is the inner in, with respect
17709              // to the current (outer) OJ group?
17710
17711              // same OJ group;
17712              if (outer__oj__id == inner__oj__id)
17713              {
17714                    // consume inner, it's a peer leaf
```

Exhibit 4
Page 94

US 7,882,100 B2

**29**

-continued

```
17715             leafs.pop_front( );
17716         }
17717         // a direct child OJ group
17718         else if (gcs->GcsIsOjParentChild(outer_oj_id,
inner_oj_id))
17719         {
17720             // inner starts a child OJ group
17721
17722
17723
17724                 // recurse down to get the actual
17725                 // inner bush; all leafs of the inner
17726                 // child (and potential descendants)
17727                 // OJ groups are consumed therein
17728                 //
17729                 inner =
popGenBushyNljTree(leafs);
17730             }
17731         // neither
17732         else
17733         {
17734             // An inner is never a further descendant
17735             // of the outer, if it's not a direct child.
17736             // The reason is that the outer tables of an
17737             // OJ are always adjacent to the beginning
17738             // of the child group. An OJ group and one
17739             // of its sub-groups never start on the same
17740             // leaf, as at least a leaf of the parent OJ
17741             // group will preceed the first leaf of the
17742             // child OJ group.
17743             //
17744             // However, several descendant OJ groups
17745             // can finish on the same leaf and the next
17746             // leaf can be either the ancestor or a
17747             // peer OJ child of the same ancestor.
17748
17749             // In both cases, we don't consume the
17750             // inner leaf here. We return up to the
17751             // recursion level which handles the ancestor
17752             // that is either a peer or a direct parent
17753             // and let it take over.
17754
17755             return outer;
17756         }
17757
17758         // we do have an outer/inner pair that can be
17759         // joined here
17760
17761         // get the EqcN of this new join
17762         eqc = EqcN::eqcGet(outer->popEqc( ),
inner->popEqc( ));
17763
17764         // let the EqcN generate and setup the join
17765         // (get the LogProps and expand, property
17766         // propagation, costing, etc.)
17767         join = eqc->eqcGenNlJoinPop(outer, inner);
17768
17769         // the transform need is solved for this subtree
17770         SYB_ASSERT(!join->popNeedsDeepPdTransform( ));
17771         // we did NOT create a partial OJ!
17772         SYB_ASSERT(!join->popIsPartialDeepPdGroup( ));
17773
17774         // this join is the new outer leaf
17775         outer = join;
17776
17777         // we are still within the same OJ group
17778         SYB_ASSERT(outer_oj_id ==
17779
outer->popTreeLogProps( )->IpGetPartialOjId( ));
17780     }
17781
17782     // we have exhausted the leafs
17783     return outer;
17784 }
```

The above overloaded popGenBushyNljTree method performs the actual transformation. At the point that this method is called, the leaves that need to be transformed have been

**30**

identified and put into a list. This method is a recursive function that traverses the list and builds the bushy tree. As illustrated at line 17687, it initially proceeds to grab the front of the list of leaves (leafs.front( )). The front of the list is the outer node (e.g., leaf r in this example). The method incrementally builds outer and inner portions of the join. As provided at line 17692, it identifies the outermost leaf as the outer and it pops (removes) it from the list. Next, the method gets the outer_join_id of this outer leaf as also shown at line 17692. The for loop commencing at line 17699 provides for processing the leaves on the list until all of them are fully consumed. While the list is not empty, the inner leaf (leafs-.front) is obtained as shown at line 17702. The leaf is not yet consumed, because it may not be up to this level to consume it. The inner_oj_id of this inner leaf is then obtained as shown at line 17703. When the method gets to this point, the fact that the inner leaf is within some outer join is known. Thus, an assertion to this effect is made as illustrated at line 17706. Note that the outermost leaf could be top level. For instance, using this same example of r, s, and t, the outermost leaf (r) does not have an id itself because it is a top level leaf.

If in the same join group (i.e., if outer_oj_id is equal to inner_oj_id at line 17712), then this inner leaf is consumed and the join will be done immediately below. Otherwise, if the inner is a direct child of the outer, popGenBushyNljTree (leafs) is called at line 17729. In this case, the method recurses down to get the actual inner bush. The difference in this case (i.e., after the recursion) is that the outer leaf has already been popped from the list. Referring again to the same example of a list (e.g., with leaves r, s, and t), at this point r has already been popped from the list. Therefore, the recursion handles leaf s and leaf t. When recursing down into the same popGen-BushyNljTree function for a second time, s is popped off the list as the outer. The if condition at line 17712 then checks whether outer_oj_id==inner_oj_id. In this case, this condition will be found to be true as leaf s and leaf t will have the same oj_id as peer leaves at the same level. As a result, both leaf s and leaf t will be consumed.

Otherwise, if the two leaves are not at the same level (i.e., the if condition at line 177712 is not satisfied) and the inner leaf is not a child of the outer (i.e., also falls through the else if condition at line 17718), that indicates that a group has been finished. In this event the else condition at line 17732 is applicable. At this point there are no other leaves in the group; the list is empty and all leaves have been consumed. (It should be noted, however, that in another case there could be several nested groups and the processing might move from one group to another.)

At line 177762, the equivalence class that is to contain this new join (outer to inner) is obtained. This new equivalence class is then asked to generate the join node for joining the outer and the inner. The equivalence class that is called is one that knows how to generate this join node. At line 17770 an assertion is made that the transform is not needed (given that a correct bushy subtree has just been built). Another assertion is made as shown at line 17772 that this join is not, itself, a partial deep pushdown group.

The join then becomes the new outer leaf as provided at line 17775 and the method loops after asserting that while remaining in this loop the same outer join group is being processed. The method exits the loop in the event a nesting level has ended (even though leaves still remain on the list) as provided at line 17744. When the last nesting level has ended and all of the leaves have been consumed, the function returns as provided at line 17783. The transformed subtree that is returned replaces the semantically incorrect left deep NLJ subplan in its parent.

Exhibit 4
Page 95

US 7,882,100 B2

**31**

The transform of the present invention works for any level and combination of right and left nesting of outer joins. Each time a child group is encountered, the method recurses down a level, builds that group, and then returns it. It is then the responsibility of the function that is recursively called to build the child. It is the responsibility of the parent that called it to use the child that is built.

Semi-Join Transform

Overview of Semi-Join Transform Methodology

The system and methodology of the present invention can be used for a semi-join transform as well as the above-described outer join transform. A semi-join is implemented by a specialized behavior of the join operator: all projection comes from the outer child, the inner child only filters outer rows that have no inner match. The semi-join is a duplicates removal technique which is used for DISTINCT queries and IN/EXISTS subqueries. In prior art systems, such queries are typically implemented with a top delta-project, a leaf level tuple filter, or as a left deep join tree using a magic constant technique to stop the scan of EXISTS tables. There are, however, queries where performance may be improved by selecting a plan using a semi-join which should be bushy for semantic correctness.

The semi-join is one of many techniques that can be used to implement IN and EXISTS subqueries and SELECT DISTINCT statements. The use of the semi-join is not mandatory as one can alternatively obtain the correct duplicate semantics by other means. In other words, there are a number of ways to solve distinctness and the semi-join is only one of them. Distinctness may, for example be obtained by using the primary keys of the tables that do not need to have the duplicates filtered out and then doing a delta project. However, in certain circumstances, it is more efficient to include a semi-join in an access plan while also putting an inner bush inside the semi-join. The semi-join would still be legal (i.e., semantically correct) as a left deep plan without the inner bush, but would require that the access plan include an operator that enforces distinctness above the semi-join in the access plan. The need to add this operator makes the semi-join a much less attractive alternative during search space inspection. The semi-join transform of the present invention enables semi-joins to be used in a larger number of situations so as to obtain better performance in execution of queries needing distinctness enforcement.

The general approach of the present invention for transformation of plans including semi-joins provides for accepting some left deep trees as having distinctness solved during the search space inspection phase of query optimization, even though such left deep trees (or subtrees) do not enforce correct duplicate removal. These trees (subtrees) are then marked as a partial distinct group for transformation so that the distinctness needs of the query are addressed in an efficient and semantically correct manner. The manner in which the subtrees are tagged for transformation is described below in more detail. After the optimizer search engine has generated a best plan (or a plurality of best plan candidates in the case of parallel optimization), a transformation is applied so as to generate the semantically correct bushy tree inside the semi-join. The actual transformation is applied after the search engine has selected a best plan(s) as described above in the discussion of the outer-join transform.

It should be observed that in the case of the above-described outer-join transform, the need for the transform is a logical property that is related to tables in the equivalence class (i.e., the need for transform is something that is known a priori). In contrast, the need for transformation of a semi-

**32**

join group cannot be based on logical properties as whether or not the transformation is necessary does not depend on just the tables in the equivalence class. Instead, the need for the semi-join transform depends on the actual subplan that is at hand during the search space inspection phase of query optimization when plan fragments (or subplans) are generated. Thus, it is a physical property rather than a logical property as it depends on the particular subplan that is currently being considered and not on the tables that are joined.

Use of Semi-Join to Solve Distinctness Needs of Query

Before describing the methodology of the present invention in more detail, the use of a semi-join in a query execution plan will be briefly described. The following discussion will initially describe when a semi-join can be used without any need for any transformation. The methodology of the present invention for applying a transformation enabling use of a semi-join to solve the distinctness needs of a query in a wider range of situations will then be described. A semi-join is an operator which can be used to solve the distinctness need of a query. Consider, for instance, the following example query:

select * from r

where r1 IN (select s1 from s)

The above is a simple example of a query including an IN subquery. Notice that this query includes a join of r and s, but only the tuples of r that comply with the subquery condition are to be returned. The subquery serves to eliminate tuples from r, but does not introduce duplicates. Even if there are several tuples from s that could match the tuple from r, only one tuple from r is returned. A semi-join could be used for the above query as follows: r semi-join s on predicate p. This is equivalent to the delta project on the columns of r of the join of r and s on the same predicate p. The delta project relies on the fact that a table has a unique key. If a table does not have a unique key, then the RID is used as the unique key. As the table r has a unique key (or at least the RID) the delta project on the columns of r would not eliminate any duplicate of r. However, as no column of s is in the delta project, no duplicate comes from s. As there is a join between r and s (on the predicate p) the tuples in r that do not match the predicate would not be present (included in the result).

A semi-join can be placed in an access plan subject to the following general conditions. First, the outer child of the semi-join should not have any distinctness needs. In other words, any duplicates of the outer child are acceptable as such, because a semi-join would only be able to avoid the generation of wrong duplicates on the inner side. Second, the inner side should have only distinct tables, meaning that on the inner side of the semi-join there are only tables that come from an IN/EXISTS subquery or from a SELECT DISTINCT view. The third condition is that all of the projection should come from the outer side of the semi-join. This may be illustrated by example. The following discussion will refer again to the following example query:

select * from r

where r1 IN (select s1 from s)

The predicate p is (r1=s1) in this example. The outer table is r. The inner table is s. To get the correct results of this query, one can simply perform the join of r and s and then put over it a distinct sorting (or a distinct hashing) only on the columns of r. Alternatively, one could also have r as the outer table, a semi-join on the clause p, and s on the inner side.

The advantage of using the semi-join in this case is that it has a straightforward implementation that provides good performance. For instance, when the join operator is a NLJ, the implementation takes an outer tuple (e.g., from r) and does the

Exhibit 4
Page 96

US 7,882,100 B2

**33**

scan on the inner side (e.g., on s). If there is no match on the inner side, the outer tuple is discarded. However, if there is a match on the inner side (r1=s1), the tuple is returned and the search for additional matching tuples on the inner side is terminated as there is no need to look for a second match on the inner side. This provides a straightforward and very inexpensive implementation of needed duplicate semantics. The semi-join is a cheaper alternative than scanning every tuple on the inner side (e.g., in s) and then using another operator (e.g., distinct sorting or distinct hashing) to remove the duplicates.

As discussed above, to be able to use a semi-join to solve a need for distinctness, the outer side of the semi-join should not need distinctness resolution. In the above example, this is the case as r is not a table that is included in the subquery. Another requirement is that the inner table(s) should be all distinct tables. This is also the case in this example as the only inner table is table s and it comes from the subquery. Lastly, the projection of the result of the join should come exclusively from the outer child. This is also true in this example because the query is selecting tuples from table r.

There are, however, also queries in which the use of a semi-join is not legal (semantically correct). For instance, consider the following example view:

Create view VD (VD1, VD2) as SELECT DISTINCT s1, s2, from s

In the above view, VD projects the columns VD1, VD2. Now, assume that a query using the above view is as follows:

select r1, VD1 from r, VD, where r2=VD2

If one tries to use a semi-join between r and s, which are the underlying tables of the view in this case, it is not possible to do so in the manner described above. The r that is the outer side of the semi-join has no distinctness need. Also, the s that is on the inner side of the semi-join is the only table on the inner side. S is below a select distinct and needs distinctness. However, the projection is problematic because the query wants to select VD1. What this means is that during the scan on the inner side, the scan cannot simply stop when the first matching tuple (s2=VD2) is found. Instead, there could be several tuples in table s which have different values of VD1. As the query requests return of these different values of VD1, the scan on the inner side should continue until all matching tuples are obtained. This example illustrates that projection inclusion is important as incorrect results may be generated if a semi-join were to be used without respecting the condition that all of the projection should come from the outer side of the semi-join.

Example of Semi-Join Transform of a Sample Query

The above examples illustrate simple cases involving two tables in which a semi-join may (or may not) be used given the semantics of a given query. The methodology of the present invention will now be described using the following example of a query which includes several tables in a subquery:

select * from r

where r1 IN (select s1 from s, t, u, v

where s2=t1, t2=u1, u2=v1)

FIG. 9A is a diagram of a left deep nested loop join (NLJ) tree generated by the optimizer based on the above query. As described above, during search space inspection, the optimizer generates only left deep NLJ trees so as to reduce the complexity of the search space. The initial question to be discussed is whether a semi-join may be placed between r and s in the left deep NLJ tree shown at FIG. 9A. This requires examining the conditions described above. The outermost table (table r) does not require distinctness resolution, so this

**34**

is not a problem. Also, the inner table s is distinct (from the subquery) so this condition is also satisfied. The problem is that the projection condition does not hold as columns other than those from the outer side (table r) are to be projected. Although s1 does not really need to be projected, it is necessary to project s2 because it is needed in the join with table t. So at this point, a semi-join may not be placed between r and s in the left deep tree. For similar reasons, a semi-join cannot be placed between s and t or between t and u.

However, it would be permissible (legal) to place a semi-join between table u and table v because nothing is projected from table v. Doing so, however, would not solve distinctness needs of the query as the outer child already has duplicates. Putting a semi-join here would not eliminate the duplicates coming from s, t, and u. As a result, adding a semi-join between u and v would not usually be useful as it would still be necessary to include a distinctness enforcer above this left deep subtree in the query plan.

The present invention provides a more elegant and efficient solution to this problem. FIG. 9B is a diagram illustrating a query plan structure having a semi-join with only r on the outer side and a left deep tree including s, t, u, v on the inner side of the semi-join. As shown at FIG. 9B, this query tree has a left deep subtree with s outermost and t, u, and v inside. The use of the semi-join is as illustrated at FIG. 9B. This query tree correctly complies with the above-described conditions. The semi-join has just one table r on the outer side which does not require distinctness resolution. On the inner side it has four tables s, t, u, v. All of these tables are distinct tables as all of them are in the subquery. Also, only r1 of table r needs to be projected, so the condition that all of the projection must come from the outer side also holds true. Thus, the methodology of the present invention which enables the left deep tree generated by the optimizer search engine to be transformed into the required bushy tree shape enables the semi-join to be used in this instance.

FIG. 10 is a high-level flowchart 1000 illustrating the approach of the present invention for performing a semi-join transformation. As previously described, the optimizer search engine only generates left deep trees so as to reduce the complexity of the search space and improve performance. The methodology for performing the semi-join transform commences during the search space inspection phase of query optimization with the detection of the need for the semi-join transformation of a given subplan. At step 1001, left deep subtree(s) (e.g., r, s, t, u, v in the above example) requiring transformation into a bushy tree shape for semantic correctness of a semi-join are detected during search space inspection. At step 1002, these left deep subtree(s) are tagged as semi-join groups (or distinct partial groups) in a specific manner to indicate that a transform is needed to generate a semantically correct semi-join tree structure (as hereinafter described).

After the search engine has generated a best plan for execution of the query, the transform module of the present invention examines the plan generated by the search engine and performs any needed transformation. At step 1003, the transform module recognizes these semi-join (distinct partial) groups (i.e., the left deep subtree(s)) based on the tags that are applied during search space inspection. These distinct partial groups are recognized in a manner similar to that described above for determining outer join groups requiring transformation to a bushy tree shape. At step 1004, the actual transformation is performed to transform the left deep subtree(s) group into the desired, semantically correct bushy tree shape.

Exhibit 4
Page 97

US 7,882,100 B2

35

Detection of Subtrees Needing Semi-Join Transform

The process for detecting and marking portions of the left deep tree (subtrees) requiring transformation during the search space inspection phase of query optimization will next be described in more detail. For purposes of the following discussion, the same example of a left deep tree including tables r, s, t, u, v as shown at FIG. 9A will be used. On the join that is between r and s on this left deep tree, the outer child (r) does not need distinctness resolution and the inner child has only distinct tables as previously described. Accordingly, this is flagged as a distinct partial group. The flag indicates that some parent may (or may not) be able to complete this distinct partial group (and the thus formed distinct partial group can be subject to the semi-join transform as hereinafter described). The join between r and s (which it should be noted is not a semi-join) is flagged as indicating a distinct partial group. In the currently preferred embodiment, the join is flagged as using the notation "Dp" to indicate a distinct partial group.

Next, when proceeding to the join between table s and table t as illustrated at FIG. 9A, it can be observed that the outer child is the prefix of a partial group and that the inner child is only within the subquery. However, the projection condition does not hold. Accordingly, the join that is over table t is also flagged as Dp (i.e., a part of a distinct partial group). The join between t and u is also flagged in a similar fashion. Note that the flag that is set is a property of the join and not of the leaves. When moving to v, it can be determined that the outer child is part of distinct partial group (Dp) and the inner child v is a distinct table from the subquery. The system also determines that the projection of this top most join comes only from the outermost non-distinct table (table r). Accordingly, this is tagged (e.g., with a "Dt" tag) to indicate that a distinct transform of this partial group is needed. Note that a NLJ that is tagged as Dp (i.e., part of a distinct partial group) is also tagged as needing distinctness to be solved. The Dp tag indicates that it is potentially part of a complete group, but one that needs to have distinctness solved above it in the plan. The Dt tag indicates that this need for distinctness is solved. During search space inspection, distinctness is not yet really solved (as the transform is needed), but the tag indicates that it has been determined that the transform can be applied in order to solve the distinctness semantics of the query.

The methodology of the present invention provides for tagging the intermediate nodes as needing distinctness to be solved, as during search space inspection a given node is shared by various parents. For example, a given node may be shared by a merge join parent, a hash join parent, and a NLJ parent which are competing to be included as part of the best plan. The search engine of the optimizer of the currently preferred embodiment creates a plan cache that is a DAG (directed acyclic graph) which includes subplans or plan fragments which can have several possible parents. When the search space inspection has been completed and a best plan selected, a tree structure is output by the search engine. However, during search space inspection, a child could be shared by various parents which are competing for inclusion in the final plan. One of these alternatives may require a semi-join transform. However, when the node is below another parent (e.g., a hash join or merge join), the distinct transform may not be necessary (or legal). This illustrates why the semi-join transform cannot rely on logical properties as all of these alternative join strategies (hash join, merge join, and nested loop join) would share the same logical properties being part of the same equivalence class. Instead, the need for the semi-join transform is based on physical properties which depend on the actual plan (or subplan) that is at hand.

36

Once the search engine generates a best plan (a single best plan assuming a serial, rather than a parallel optimizer), the best plan (tree) that is generated may (or may not) include nodes that are tagged to indicate distinct partial groups (Dp) and/or the need for a transform (Dt). For instance, a given plan may include one or more nodes tagged with Dp but may not include any node tagged with Dt. In this event, the Dp tags are ignored (i.e., an aborted attempt to have a partial distinct group that needs to be transformed). In this case, the plan would have actually selected another manner for solving distinctness (e.g., distinct hashing, distinct sorting, or the like). However, if the search engine selects a plan such as the one described above (having r, s, t, u, v) with several nodes tagged with Dp (to indicate they are part of a distinct partial group) and a Dt on top to indicate the need for the transform, then the transform would be performed. When the deep pushdown transform is being performed, the transformation is made so that the plan would have r as the outer child and s, t, u, v as the inner bush as illustrated at FIG. 9B. In the currently preferred embodiment, the transform module looks for both outer join partial groups and distinct partial groups. When the leaves are accumulated, the transform module looks for both of these types of groups which may exist in various combinations. For instance, semi-joins can be nested in outer joins which are nested in semi-joins and so on and so forth.

As the set of leaves is accumulated, the transform is performed in the same fashion described above for outer joins. However, in this case the transform method is revised to include an additional reason to get into recursion. In the case of outer join transforms (only), the reason to go into recursion is the detection of an outer join group. Now, the detection of a semi-join group is an additional reason to get into recursion for building the needed bushy tree structure. The transform itself is substantively the same as that described above for outer joins, although there are some minor changes in the code that implements the transform. For example, the flagging of the groups is different as the outer join id is on leaves while the property indicating a partial distinct group is associated with the joins above the leaves. As a result, when the leaves are accumulated another flag (distinct group begin and distinct group end) are added on the leaves as the leaves needing to be transformed are accumulated. When the flag indicating a transform is needed (Dt) is hit, the distinct partial group being created is added and when reaching the end of the Dp, the end of the distinct group is marked. For example, the group in this example is flagged to indicate that it starts on s and ends on v.

Using this same example, when the transform processing of this accumulated list of leaves is actually performed, leaf r is not tagged. After moving to leaf s, the beginning of a distinct partial group is detected and the transform method goes down into recursion to build the required tree shape. Going down into recursion, leafs s, t, u, and v are built by joining them in a left deep subtree. After joining leaf v, the end of the distinct group is detected and the transform method returns from the recursion. The top level of the recursion that handled r then receives the inner bush that was created and joins it using a semi-join. A basic semi-join can be used at this point. The equivalence class method knows how to place a semi-join (e.g., as described in the first simple example involving only tables r and s) generates and places the semi-join in the plan. Note that the resulting structure that is built would have the required distinctness semantics. In this case the outer side is table r with no distinctness resolution needed. Also, the inner side has only distinct tables (s, t, u, v). The last condition is also satisfied as only r1 is projected out from the

Exhibit 4
Page 98

US 7,882,100 B2

37 38

outer side of the semi-join. Accordingly, the semi-join may correctly be used to solve the distinctness requirements of this query.

While the invention is described in some detail with specific reference to a single-preferred embodiment and certain alternatives, there is no intent to limit the invention to that particular embodiment or those specific alternatives. For instance, those skilled in the art will appreciate that modifications may be made to the preferred embodiment without departing from the teachings of the present invention.

What is claimed is:

**1**. An improved method for optimization of a query requesting data from a database, the method executed by a processor comprising:

  generating a search space comprising only left deep nested loop join trees for returning data requested by the query;

  traversing the search space to select an optimal left deep nested loop join tree for execution of the query;

  after selection of an optimal left deep nested loop join tree including one or more outer joins and/or one or more semi-joins, transforming the selected left deep nested loop join tree into a semantically correct bushy tree structure for returning data requested by the query; and

  building a query execution plan for returning data requested by the query based on the semantically correct bushy tree structure.

**2**. The method of claim **1**, wherein said transforming step includes determining a portion of the left deep nested loop join tree requiring transformation into a bushy tree shape for generating a semantically correct query execution plan.

**3**. The method of claim **2**, wherein said transforming step includes transforming said portion of the left deep nested loop join tree into a bushy tree shape.

**4**. The method of claim **2**, wherein said portion of the left deep nested loop join tree requiring transformation includes a left deep nested loop join subtree.

**5**. The method of claim **2**, wherein said portion of the left deep nested loop join tree requiring transformation includes a left deep semi-join subtree.

**6**. The method of claim **2**, wherein said portion of the left deep nested loop join tree requiring transformation includes an outer join.

**7**. The method of claim **1**, wherein said generating step includes substeps of:

  generating subplans structured as left deep nested loop join subtrees for obtaining data requested by the query;

  grouping said subplans into classes based on tables covered by each subplan; and for each class, selecting a particular subplan having favorable execution costs.

**8**. The method of claim **7**, wherein said generating step further comprises:

  generating a left deep nested loop join tree based on combining particular subplans covering all tables from which the query requests data.

**9**. The method of claim **1**, further comprising: converting the query into a tree of logical operators.

**10**. The method of claim **9**, wherein said generating step includes generating a left deep nested loop join tree comprising a tree of physical operators corresponding to the tree of logical operators.

**11**. The method of claim **9**, wherein said generating step includes marking portions of the left deep nested loop join tree which require transformation to generate a semantically correct query execution plan equivalent to the tree of logical operators.

**12**. The method of claim **1**, wherein said generating step includes identifying portions of the left deep nested loop join tree requiring transformation.

**13**. The method of claim **12**, wherein said transforming step includes transforming identified portions of the left deep nested loop join tree.

**14**. A computer-readable storage medium having processor-executable instructions for performing a method for optimization of a query requesting data from a database, the method executed by a processor comprising:

  generating a search space comprising only left deep nested loop join trees for returning data requested by the query;

  traversing the tree search space to select an optimal left deep nested loop join tree for execution of the query;

  after selection of an optimal left deep nested loop join tree including one or more outer joins and/or one or more semi-joins, transforming the selected left deep nested loop join tree into a semantically correct bushy tree structure for returning data requested by the query; and

  building a query execution plan for returning data requested by the query based on the semantically correct bushy tree structure.

**15**. A system for optimization of a query requesting data from a database, the system comprising:

  a computer having a processor and memory;

  a search engine for generating a search space comprising only left deep nested loop join trees for returning data requested by the query and traversing the search space to select an optimal left deep nested loop join tree for execution of the query;

  a transform module for transforming the left deep nested loop join tree selected by the search engine and including one or more outer joins and/or one or more semi-joins into a semantically correct bushy tree structure; and

  a generator module for generating a query execution plan for returning data requested by the query based on the semantically correct bushy tree structure.

**16**. The system of claim **15**, wherein the transform module identifies a portion of the left deep nested loop join tree requiring transformation into a bushy tree shape for generating a semantically correct query execution plan.

**17**. The system of claim **16**, wherein the transform module transforms said portion of the left deep nested loop join tree into a bushy tree shape.

**18**. The system of claim **16**, wherein said portion of the left deep nested loop join tree requiring transformation includes a left deep nested loop join subtree.

**19**. The system of claim **16**, wherein said portion of the left deep nested loop join tree requiring transformation includes a left deep semi-join subtree.

**20**. The system of claim **16**, wherein said portion of the left deep nested loop join tree requiring transformation includes an outer join.

**21**. The system of claim **15**, wherein the search engine generates subplans structured as left deep nested loop join subtrees for obtaining data requested by the query.

**22**. The system of claim **21**, wherein the search engine groups said subplans into classes based on tables covered by each subplan.

**23**. The system of claim **22**, wherein the search engine builds a left deep nested loop join tree based on selecting a subplan having favorable execution costs from each class.

**24**. The system of claim **22**, wherein the search engine builds a left deep nested loop join tree by combining subplans covering all tables from which the query requests data.

Exhibit 4
Page 99

US 7,882,100 B2

**39**

**25**. The system of claim **15**, further comprising:
a module for converting the query into a tree of logical operators.

**26**. The system of claim **25**, wherein the search engine generates a left deep nested loop join tree comprising a tree of physical operators corresponding to the tree of logical operators.

**27**. The system of claim **25**, wherein the search engine identifies portions of the left deep nested loop join tree which require transformation to generate a semantically correct query execution plan equivalent to the tree of logical operators.

**28**. The system of claim **27**, wherein the transform module transforms identified portions of the left deep nested loop join tree.

**29**. In a database system, a method for optimization of a query, the method executed by a processor comprising:
generating a search space comprising only left deep nested loop join subtree candidate subplans for executing the query;
building a plan for executing the query in the search space based on selecting candidate subplans having favorable execution costs;
after a plan has been built, determining whether any left deep nested loop join subtree of the plan should be transformed to a semantically correct bushy tree shape;
creating a transformed plan by transforming any left deep nested loop join subtrees determined to need transformation to a semantically correct bushy tree shape; and
constructing a query execution plan for executing the query based on the transformed plan.

**30**. The method of claim **29**, wherein said generating step includes grouping said candidate subplans into classes based on tables covered by each candidate subplan and selecting a particular subplan in each class having lowest execution costs.

**31**. The method of claim **30**, wherein said building step includes building a plan based on combining particular subplans covering all tables from which the query requests data.

**32**. The method of claim **30**, wherein said building step includes building a left deep nested loop join tree comprising a tree of physical operators.

**33**. The method of claim **29**, wherein said building step includes marking a left deep nested loop subtree requiring transformation to generate a semantically correct query execution plan.

**34**. The method of claim **33**, wherein said determining step includes determining whether a left deep nested loop subtree should be transformed based on the marking.

**35**. The method of claim **29**, wherein said determining step includes determining whether a left deep nested loop join subtree of the plan requires transformation to generate a semantically correct query execution plan.

**36**. The method of claim **29**, wherein said creating step includes accumulating leaves of the left deep nested loop subtree to be transformed.

**37**. The method of claim **36**, wherein said creating step includes generating join nodes for joining said leaves.

**38**. A computer-readable storage medium having processor-executable instructions for performing a method for optimization of a query, the method executed by a processor comprising;
generating a search space comprising only left deep nested loop join subtree candidate subplans for executing the query;

**40**

building a plan for executing the query in the search space based on selecting candidate subplans having favorable execution costs;
after a plan has been built, determining whether any left deep nested loop join subtree of the plan should be transformed to a semantically correct bushy tree shape;
creating a transformed plan by transforming any left deep nested loop join subtrees determined to need transformation to a semantically correct bushy tree shape; and
constructing a query execution plan for executing the query based on the transformed plan.

**39**. A system for optimization of a query requesting data from a database, the system comprising:
a computer having a processor and memory;
a search engine for generating a search comprising only left deep operators trees and traversing the search space to select an optimal left deep operator tree plan for returning data requested by the query;
a transform module for transforming the left deep operator tree selected by the search engine and including one or more outer joins and/or one or more semi-joins into a semantically correct bushy tree structure; and
a code generator for generating a query execution plan for returning data requested by the query based on the semantically correct bushy tree structure.

**40**. The system of claim **39**, wherein the transform module transforms a left deep nested loop join subtree into a bushy subtree.

**41**. The system of claim **39**, wherein the transform module transforms a left deep semi-join subtree into a bushy subtree.

**42**. The system of claim **39**, wherein the transform module identifies a portion of the left deep operator tree requiring transformation into a bushy tree structure for generating a semantically correct query execution plan.

**43**. The system of claim **42**, wherein the transform module transforms said portion of the left deep operator tree into a bushy tree shape.

**44**. The system of claim **42**, wherein said portion of the left deep operator tree requiring transformation includes a nested loop join subtree.

**45**. The system of claim **42**, wherein said portion of the left deep operator tree requiring transformation includes a semi-join subtree.

**46**. The system of claim **39**, wherein the search engine generates subplans structured as left deep operator subtrees for obtaining data requested by the query.

**47**. The system of claim **46**, wherein the search engine groups said subplans into classes based on tables covered by each subplan.

**48**. The system of claim **47**, wherein the search engine builds a left deep operator tree based on selecting a subplan having favorable execution costs from each class.

**49**. The system of claim **47**, wherein the search engine builds a left deep operator tree by combining subplans covering all tables from which the query requests data.

**50**. The system of claim **39**, wherein the search engine marks portions of the left deep operator tree which require transformation to generate a semantically correct query execution plan.

**51**. The system of claim **39**, wherein said transform module determines leaves of the left deep operator tree to be affected by transformation of the left deep operator tree.

**52**. The system of claim **51**, wherein said transform module generates join nodes for joining said leaves.

\*   \*   \*   \*   \*

Exhibit 4
Page 100