UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS INC., SONY CORPORATION OF AMERICA, and LARRY GRITZ,<br><br>          Defendants. | Case No. 8:19-cv-01351-JVS-DFM<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS SONY CORPORATION OF AMERICA, SONY PICTURES IMAGEWORKS INC., AND LARRY GRITZ'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT, JR.'S COMPLAINT**<br><br>Date: October 21, 2019<br>Time: 1:30 p.m.<br>Courtroom: Santa Ana, 10C<br><br>Hon. James V. Selna |

      Before the Court is Defendants Sony Corporation of America, Sony Pictures Imageworks Inc., and Larry Gritz's Request for Judicial Notice in support of their Motion to Dismiss Plaintiff Louis A. Coffelt, Jr.'s Complaint. The Court, having considered the papers and good cause appearing, hereby GRANTS the Request for Judicial Notice, and takes judicial notice of Exhibits 1–4 attached to the Request for Judicial Notice:

1. **Exhibit 1:** U.S. Patent No. 5,481,723, titled "System and method for controlling execution of nested loops in parallel in a computer including multiple processors, and compiler for generating code therefore," issued on January 2, 1996.
2. **Exhibit 2:** U.S. Patent No. 6,148,439, titled "Nested loop data prefetching using inner loop splitting and next outer loop referencing," issued on November 14, 2000.
3. **Exhibit 3:** U.S. Patent No. 6,493,701, titled "Database system with methodology providing faster N-ary nested loop joins," issued on December 10, 2002.
4. **Exhibit 4:** U.S. Patent No. 7,882,100, titled "Database system with methodology for generating bushy nested loop join trees," issued on February 1, 2011.

IT IS SO ORDERED.

Dated: _____

_____
Honorable James V. Selna
United States District Judge