
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS INC., SONY CORPORATION OF AMERICA, and LARRY GRITZ,<br><br>Defendants. | Case No. 8:19-cv-01351-JVS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SONY CORPORATION OF AMERICA, SONY PICTURES IMAGEWORKS INC., AND LARRY GRITZ'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT, JR.'S COMPLAINT**<br><br>Date: October 21, 2019<br>Time: 1:30 p.m.<br>Courtroom: Santa Ana, 10C<br><br>Hon. James V. Selna |

1  Before the Court is the Motion to Dismiss Plaintiff Louis A. Coffelt, Jr.'s
2  Complaint filed by Defendants Sony Corporation of America, Sony Pictures
3  Imageworks Inc., and Larry Gritz (collectively, "Sony"). Having reviewed and
4  considered all submissions in favor of, and opposed to, Sony's Motion to Dismiss, all
5  related filings, and the record before the Court, IT IS HEREBY ORDERED that:
6  Sony's Motion to Dismiss is GRANTED and the Complaint is DISMISSED
7  WITH PREJUDICE with respect to the causes of action asserted against Sony (i.e.,
8  the first, second, third, and sixth causes of action) under Rule 12(b)(6) of the
9  Federal Rules of Civil Procedure.

11  IT IS SO ORDERED.

13  Dated: _____

_____
Honorable James V. Selna
United States District Judge