1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

1  Louis A. Coffelt, Jr.

2  General Delivery

3  6771 Warner Avenue

4  Huntington Beach, CA 92647

5  email: Louis.Coffelt@gmail.com

6  Phone: (657) 456-3112

7  *Pro Se*

8  ## UNITED STATES DISTRICT COURT

9  for the Central District of California

10  Louis A. Coffelt, Jr.,                    )

11       plaintiff,                           )        Case No.  8:19-cv-01351   JVS - DFM

12       -v-                                  )

13  Andrew Anagnost, defendant,               )

14  Pascal W. Di Fronzo, defendant,           )

15  Autodesk, Inc.,  defendant,               )

16  Sony Pictures Imageworks, defendant,      )

17  Sony Corporation of America, defendant, )

18   Larry Gritz, defendant.                  )

19  _____ )

20

21  **REQUEST TO AMEND AUTODESK'S REQUEST FOR JUDICIAL NOTICE**

22  **(Dkt. No. 30); AND AMEND MOTION TO DISMISS (Dkt. No. 29); AND**

23  **REQUEST FOR CONFERENCE IN REGARD TO MOTION**

24  **FOR EVIDENTIARY HEARING**

25

26  **TO:** defendants, Andrew Anagnost, Pascal W. Di Fronzo, Autodesk, Inc., (Defendants)

27       PLEASE TAKE NOTICE that Coffelt hereby requests Defendants to immediately

28  file an amendment to your Request For Judicial Notice (Dkt. No 30) (RJN), and Motion to Dismiss

(Dkt. No. 29) (Motion) in the court.

The following forms a basis for this request to amend the indicated documents:

**1.)**

*Autodesk seeks judicial notice of the dictionary definition of "nest":*

*1. Exhibit 33 is a copy of an excerpt from the IBM Dictionary of*

*Computing (3d ed. 1994) which includes the definition of "nest" on*

*page 452. "Nest" is defined in part as "[t]o incorporate one or more*

*structures of one kind into a structure of the same kind; for example, to*

*nest one loop (the nested or inner loop) within another loop (the nesting*

*or outer loop)."*

*"A dictionary is a source whose accuracy cannot reasonably be questioned*

*and therefore courts can consult dictionaries at any stage of litigation to determine*

*the meaning of words and phrases."*

*See* Dkt. No. 30, p. 7

The meaning of the above identified terms  "*dictionary*", and "*definition*" are ambiguous, and appears to intentionally mislead the court in an attempt to have specialized technical evidence admitted under the guise of lay subject matter and lay definition.

Coffelt can  not fairly respond because of the confusion caused by the ambiguity in the meaning of "*dictionary*", and "*definition*". For these reasons, Coffelt's confusion and inability to fairly respond has caused prejudice to Coffelt.

**2.)** The RJN is in violation of Fed. R. Civ. P. 7(b)(1)(B) because the  grounds for seeking the order is not particularly specified.

1   **3.)**

2       *B. Copies of Webpages*

3       *Autodesk further seeks judicial notice of the following copies of webpages:*

4       *1. Exhibit 31 is a copy of Github's website for Sony Pictures Imageworks'*

5       *Open Shading Language **("OSL") code**, specifically, the version of its*

6       *"testshade.cpp" **source code** dated September 6, 2016, available at*

7       *https://github.com/imageworks/OpenShadingLanguage/blob/2b1ebba6*

8       *555eee55245f813f9004136f6b443948/src/testshade/testshade.cpp.*

9       *2. Exhibit 32 is a copy of Github's website for Sony Pictures*

10      *Imageworks' **OSL code**, specifically, the version of its "testshade.cpp"*

11      *source code dated May 30, 2017, available at:*

12      *https://github.com/imageworks/OpenShadingLanguage/blob/d671d259*

13      *be056602ea85dabe29fd4c5fc3b0c64d/src/testshade/testshade.cpp.*

14      *As with the court records above (Exhibits 1-30, and 34-35), the Court may*

15      *take judicial notice of Exhibits 31 and 32 because they are capable of accurate and*

16      *ready determination by resort to sources whose accuracy cannot reasonably be*

17      *questioned. Fed. R. Evid. 201(b)(2). Exhibits 31 and 32 are copies of Github*

18      *webpages that post Sony Imageworks' **OSL source code**,*

19      *See* Dkt. No. 30, p. 6

20

21      The RJN does not specify any specific person which determined that exhibits 31 and 32 are

22  ("*source code*"). Coffelt can not fairly respond to these arguments because of the lack of identity of

23  the person forming the opinion.

24      It appears that Richard S. J. Hung has declared exhibits 31 and 32 to be ("*source code*"),

25  which is in violation of FRE 701(c).

26      The RJN is in violation of Fed. R. Civ. P. 7(b)(1)(B) because the  grounds for seeking the

27  order is not particularly specified.

28

1    **4.)** Judge Olguin found the Previous case Coffelt v. Autodesk, No. 5:17-cv-1684-FMO is

2    not related to this action (Order, Dkt. No. 17.).

3    The RJN is in violation of Fed. R. Civ. P. 7(b)(1)(B) because the  grounds for seeking the

4    order is not particularly specified. There is No explanation of how cases are related.

5

6    **5.)**

7    *Nested loops are a basic*

8    *construct of computer programming. (See IBM Dictionary of Computing 452 (3d*

9    *ed. 1994) (RJN, Ex. 33) (defining "nest" as "[t]o incorporate one or more structures*

10   *of one kind into a structure of the same kind; for example, to nest one loop (the*

11   *nested or inner loop) within another loop (the nesting or outer loop)").)*

12   *See* Dkt. No. 29, p. 14.

13   The Motion does not specify any specific person making the above identified arguments

14   at Dkt. No. 29, p. 14. Coffelt can not determine whether the Motion is alleging:

15   **(a)** Lay arguments directed to lay subject matter.

16   **(b)** Lay arguments directed to technical subject matter.

17   **(c)** Expert arguments directed to lay subject matter.

18   **(d)** Expert arguments directed to technical subject matter.

19

20   For the above reasons, the Motion has caused confusion to Coffelt in this case. This confusion

21   has caused prejudice to Coffelt. Coffelt can not fairly respond because of this confusion.

22

23   **REQUESTED RELIEF**

24

25   Defendants must immediately amend RJN  item C. Dictionary Definition to clarify whether

26   Autodesk is seeking Judicial Notice of a ("lay dictionary") or a ("technical dictionary"). Amend RJN

27   item C. Dictionary Definition to clarify whether the definition is a ("lay definition"), or ("technical

28   definition").

1   Defendants must immediately amend RJN item B. Copies of Webpages, items 1 and 2 to
2   identify a specific person which determined exhibits 31 and 32 are ("source code").
3
4   Defendants must immediately amend the RJN item A. Court Orders and Filings items
5   1 through 27 to specify which facts are alleged to be directly related to this action.
6
7   Defendants must immediately amend RJN Dkt. No. 35 to specify whether the above identified
8   arguments at Dkt. No. 35, p. 10, 11 are:
9       **(a)** Lay arguments directed to lay subject matter,
10      **(b)** Lay arguments directed to technical subject matter,
11      **(c)** Expert arguments directed to lay subject matter, or
12      **(d)** Expert arguments directed to technical subject matter.
13
14
15                                **CONCLUSION**
16      For the foregoing reasons, Coffelt requests Defendants to immediately amend the RJN and
17  Motion to Dismiss as indicated above. Defendants documents have caused prejudice to Coffelt.
18      In the case Defendant's refuse to amend the RJN as indicated above, Coffelt hereby requests
19  conference with counsel for defendants in order to discuss Coffelt's intent to file a Motion for
20  Evidentiary Hearing for an order on admissibility of the above identified evidence filed by
21  Defendants. Please schedule this conference to occur by Thursday September 19, 2019.
22
23
24  Date:  September 16, 2019                    By: /s/  Louis A. Coffelt, Jr.
25                                                      (*Plaintiff, Pro Se*)
26
27
28

**CERTIFICATE OF SERVICE**

I, Louis A. Coffelt, Jr., (Coffelt) hereby certify that on the 16th day of September, 2019, Coffelt caused to be served one copy of the foregoing document

**REQUEST TO AMEND AUTODESK'S REQUEST FOR JUDICIAL NOTICE (Dkt. No. 30); AND AMEND MOTION TO DISMISS (Dkt. No. 29); AND REQUEST FOR CONFERENCE IN REGARD TO MOTION FOR EVIDENTIARY HEARING** by email to the following attorneys of record:

RICHARD S.J. HUNG (CA SBN 197425)

rhung@mofo.com

MORRISON & FOERSTER LLP

425 Market Street

San Francisco, California 94105

Telephone: (415) 268-7000

Facsimile: (415) 268-7522

Date: September 16, 2019                    By: /s/  Louis A. Coffelt, Jr.

*Plaintiff*

*Pro Se*