RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5428
Facsimile: (213) 892-5454

Attorneys for Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS, SONY CORPORATION OF AMERICA, LARRY GRITZ,<br><br>  Defendants. | Case No.: 8:19-cv-01351-JVS-DFM<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF DEFENDANTS ANDREW ANAGNOST, PASCAL W. DI FRONZO, AND AUTODESK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEPOSITION OF RICHARD S.J. HUNG AND TO EXTEND OCTOBER 21, 2019 HEARING DATE**<br><br>Date: October 21, 2019<br>Time: 1:30 p.m.<br>Courtroom: Santa Ana, 10C<br><br>Hon. James V. Selna |

sf-4082487

I, Richard S.J. Hung, declare:

1. I am a partner with the law firm of Morrison & Foerster LLP, and counsel for Defendant Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo (collectively, "Autodesk") in the above-captioned matter. I submit this declaration based on personal knowledge and following reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as **Exhibit A** is a true and correct copy of a September 11, 2019 email thread between Plaintiff Mr. Coffelt and Autodesk's attorneys.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, this 19th day of September, 2019.

By: /s/ *Richard S.J. Hung*

MORRISON & FOERSTER LLP
Attorneys for Defendants
AUTODESK, INC., ANDREW ANAGNOST, and PASCAL W. DI FRONZO

sf-4082487