UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 19-01351JVS(DFMx) | Date September 23, 2019 |
| Title Louis A Coffelt, Jr v Andrew Anagnost, et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Bita Rahebi; Rose Lee<br>Whitty Somvichian |

**Proceedings:** **Scheduling Conference**

    Cause is called for hearing with counsel for the defendant, only, present. There is no appearance by plaintiff.

    The Court sets a Order to Show Cause on October 7, 2019 at 10:30 a.m. why sanctions should not be imposed against the plaintiff and/or the complaint stricken and the case dismissed for plaintiff's failure to appear this date and failure to prosecute. Plaintiff shall reply to the Order to Show Cause, in writing, by September 30, 2019.

    Counsel for the defendant may appear telephonically at the continued Order to Show Cause date by contacting the Courtroom Deputy at JVS_chambers@cacd.uscourts.gov.

| | : | 05 |
|---|---|---|
| Initials of Preparer | lmb | |