1  Louis A. Coffelt, Jr.

2  General Delivery

3  6771 Warner Avenue

4  Huntington Beach, CA 92647

5  email: Louis.Coffelt@gmail.com

6  Phone: (657) 456-3112

7  *Pro Se*

8  **UNITED STATES DISTRICT COURT**

9  for the Central District of California

| | | |
|---|---|---|
| 10 Louis A. Coffelt, Jr., | ) | |
| 11   plaintiff, | ) | Case No. 8:19-cv-01351  JVS - DFM |
| 12    -v- | ) | |
| 13 Andrew Anagnost, defendant, | ) | |
| 14 Pascal W. Di Fronzo, defendant, | ) | Date: October 7, 2019 |
| 15 Autodesk, Inc., defendant, | ) | Time: 10:30 a.m. |
| 16 Sony Pictures Imageworks, defendant, | ) | Courtroom: Santa Ana, 10C |
| 17 Sony Corporation of America, defendant, | ) | Hon. James V. Selna |
| 18  Larry Gritz, defendant. | ) | |
| 19 _____ | ) | |

20

21  **PLAINTIFF'S REPLY TO ORDER TO SHOW CAUSE (Dkt. No. 38)**

22

23

24    Plaintiff, Louis A. Coffelt, Jr. (Coffelt) submits this reply in response to the court's Order to

25  Show Cause (Dkt. No.38) filed September 23, 2019.

26

27

28

**COFFELT'S REPLY**

Coffelt inadvertently overlooked the requirement of appearing at the Scheduling Conference today, September 23, 2019.

During the month of September 2019, Coffelt has faced unusual financial difficulties. Coffelt must pay about $ 400.00 to the California Department of Motor Vehicles by September 30, 2019.

During the past 2 years Coffelt has been working part time in day labor. These recent financial problems imposed Coffelt must seek more stable work. Coffelt has no means of significant financial assistance from any person.

On Friday, September 20, 2019, Coffelt was offered full time employment at Tolemar LLC, located at 5221 Oceanus Drive, Huntington Beach, CA 92649, telephone: (714) 362-8166.

On Friday, September 20, 2019, Coffelt accepted the above identified offer for full time employment. On Monday, September 23, 2019, Coffelt worked between the hours of 7:30 a.m. to 4:00 p.m. at the above identified employer.

**CONCLUSION**

Coffelt's financial difficulties and new employment have significantly contributed to Coffelt inadvertently overlooking the requirement of appearing at the Scheduling Conference on September 23, 2019.

Coffelt intends to fully comply with all court orders.

For the above reasons, Coffelt requests the court to not impose any sanctions.

Coffelt's new employment makes it difficult to serve the court with chambers copies. Coffelt will, within 30 days, seek having chambers copies delivered to the court by special courier. At this time, Coffelt requests the court to waive the requirement of Coffelt delivering chambers copies.

Date: September 23 , 2019     By: /s/   Louis A. Coffelt, Jr.
                                       (*Plaintiff, Pro Se*)