1  Louis A. Coffelt, Jr.

2  General Delivery

3  6771 Warner Avenue

4  Huntington Beach, CA 92647

5  email: Louis.Coffelt@gmail.com

6  Phone: (657) 456-3112

7  *Pro Se*

8  **UNITED STATES DISTRICT COURT**

9  for the Central District of California

10  Louis A. Coffelt, Jr.,                              )

11      plaintiff,                                          )      Case No.  8:19-cv-01351   JVS - DFM

12          -v-                                                )

13  Andrew Anagnost, defendant,              )

14  Pascal W. Di Fronzo, defendant,         )      Date: October 21, 2019

15  Autodesk, Inc.,  defendant,                  )      Time: 1:30 p.m.

16  Sony Pictures Imageworks, defendant,  )      Courtroom: Santa Ana, 10C

17  Sony Corporation of America, defendant, )    Hon. James V. Selna

18   Larry Gritz, defendant.                       )

19  _____  )

20

21  **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT FOR**

22  **OCTOBER 21, 2019 MOTION FOR EVIDENTIARY HEARING 40 CFR § 78.14 (Dkt. No. 36)**

23

24      Plaintiff, Louis A. Coffelt, Jr. (Coffelt) submits this reply in response to defendants

25  Andrew Anagnost, Pascal W. Di Fronzo, Autodesk, Inc. (Autodesk Defendants), Opposition to

26  Motion for Evidentiary Hearing 40 CFR § 78.14  (Dkt. No. 41) filed September 26, 2019

27  (Autodesk's Opposition).

28

Coffelt submits this reply in response to defendants Sony Pictures Imageworks, Sony Corporation of America, Larry Gritz (Sony Defendants), Opposition to Motion for Evidentiary Hearing 40 CFR § 78.14  (Dkt. No. 40) filed September 24, 2019 (Sony's Opposition).

On September 26, 2019 Autodesk Defendants Dkt. No. 41 caused further confusion to Coffelt. This further confusion to Coffelt is explained in the appended PLAINTIFF'S REPLY TO DEFENDANTS OPPOSITION TO MOTION FOR EVIDENTIARY HEARING 40 CFR § 78.14 p. 4.

On September 24, 2019 Sony Defendants Dkt. No. 40 caused further confusion to Coffelt. This further confusion to Coffelt is explained in the appended PLAINTIFF'S REPLY TO DEFENDANTS OPPOSITION TO MOTION FOR EVIDENTIARY HEARING 40 CFR § 78.14 p. 5.

Defendants have not had an opportunity to reply to the above identified further confusion to Coffelt. Defendants have not had an opportunity to reply because the further confusion was caused on the date of filing their Opposition.

For the above reasons, Coffelt requests oral argument for the hearing date October 21, 2019 on Coffelt's Motion for Evidentiary Hearing Dkt. No. 36.

Date:  October 6, 2019                    By: /s/   Louis A. Coffelt, Jr.
                                                    (*Plaintiff, Pro Se*)