UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-01351JVS(DFMx) | Date | October 7, 2019 |
| Title | Louis A Coffelt, Jr v Andrew Anagnost | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Louis Coffelt, Jr, Pro Se | Richard Hung/Rose Lee (Telephonically) |
| | Whitty Somvichian, Joseph Mornin |

**Proceedings:**   Scheduling Conference

    Cause called and counsel make their appearances.  The Court and counsel confer.   Order to Show Cause is DISCHARGED.  The Court sets the case management dates with the agreement of counsel as follows:

        **Jury Trial**                                 **November 17, 2020 at 8:30 a.m.**
          File Findings of Fact and Conclusions of Law by November 9, 2020
        **Final PreTrial Conference**        **November 2, 2020 at 11:00 a.m.**
          File PreTrial Documents not later than October 26, 2020
          File motions in limine not later than October 5, 2020
        **Discovery Cut-off**                    **June 29, 2020**
        **Expert Discovery Cut-off**       **September 28, 2020**
          Initial disclosure of Experts not later than August 3, 2020
          Rebuttal disclosure of Experts not later than September 7, 2020
        **Law and Motion Cut-off**         **September 28, 2020  at 1:30 p.m.**
         Motions to be filed and served not later than August 31, 2020
        **Last Day to Amend Pleadings or Add Parties January 15, 2020**

    Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2 before the Attorney Settlement Panel.  The Court orders that any settlement discussions shall be completed not later than March 16, 2020.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

cc: ADR

                                                                                   0  :  05
                                          Initials of Preparer     lmb