RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5428
Facsimile: (213) 892-5454

Attorneys for Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS, SONY CORPORATION OF AMERICA, LARRY GRITZ,<br><br>　　　　　　Defendants. | Case No.: 8:19-cv-01351-JVS-DFM<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF DEFENDANTS ANDREW ANAGNOST, PASCAL W. DI FRONZO, AND AUTODESK, INC.'S MOTION FOR RULE 11 SANCTIONS**<br><br>Date: November 25, 2019<br>Time: 1:30 p.m.<br>Courtroom: Santa Ana, 10C<br><br>Hon. James V. Selna |

I, Richard S.J. Hung, declare:

1. I am a partner with the law firm of Morrison & Foerster LLP, and counsel for Defendant Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo (collectively, "Autodesk") in the above-captioned matter. I submit this declaration based on personal knowledge and following reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as **Exhibit 1** is a true and correct copy of an email from Louis A. Coffelt, Jr. to Autodesk's counsel regarding "New copyright infringement action," dated June 7, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of a letter regarding "Potential Copyright Infringement Action Against Autodesk" that I sent Mr. Coffelt on June 27, 2019 in response to his June 7, 2019 email.

4. Attached as **Exhibit 3** is a true and correct copy of the "Demand To Not Publish Defamatory Statements" sent to Autodesk and Autodesk's counsel on July 1, 2019.

5. Attached as **Exhibit 4** is a true and correct copy of the "Demand To Not Publish Defamatory Statements" sent to Pascal W. Di Fronzo on July 3, 2019.

6. Attached as **Exhibit 5** is a true and correct copy of an August 26, 2019 letter I sent to Mr. Coffelt urging him to dismiss his Complaint with prejudice.

7. Attached as **Exhibit 6** is a true and correct copy of an email Mr. Coffelt sent me responding to my August 26, 2019 letter.

8. Attached as **Exhibit 7** is a true and correct copy of a July 30, 2019 email Mr. Coffelt sent me stating his intent to file a complaint for libel against Autodesk.

9. On September 27, 2019, Autodesk served a copy of this Rule 11 Motion on Mr. Coffelt *via* both U.S. Mail and e-mail.

10. Attached as **Exhibit 8** is a true and correct copy of an October 7, 2019 email Mr. Coffelt sent me declining to conduct a conference on Autodesk's Rule 11 Motion.

sf-4087929

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed at San Francisco, California, this 18th day of October, 2019.

5  By: /s/ Richard S.J. Hung