UNITED STATES DISTRICT COURT

                                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR., | Case No. 8:19-cv-01351-JVS-DFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW ANAGNOST, PASCAL W. DI FRONZO, AUTODESK, INC., SONY PICTURES IMAGEWORKS, SONY CORPORATION OF AMERICA, LARRY GRITZ, | |
| Defendants. | |

| | |
|---|---|
| 1 | WHEREAS, on July 10, 2019, Plaintiff Louis A Coffelt, Jr. filed a Complaint |
| 2 | against Defendants Autodesk, Inc., Andrew Anagnost, and Pascal W. Di Fronzo |
| 3 | (collectively, "Autodesk Defendants") and Sony Pictures Imageworks, Sony |
| 4 | Corporation of America, and Larry Gritz (collectively, "Sony Defendants") (ECF |
| 5 | No. 1); |
| 6 | WHEREAS, on September 6, 2019, the Autodesk Defendants moved to |
| 7 | dismiss Mr. Coffelt's Complaint (ECF No. 29); |
| 8 | WHEREAS, on September 16, 2019, the Sony Defendants moved to dismiss |
| 9 | Mr. Coffelt's Complaint (ECF No. 35); |
| 10 | WHEREAS, on October 18, 2019, the Autodesk Defendants moved for |
| 11 | Rule 11 sanctions (ECF No. 49); |
| 12 | WHEREAS, on November 18, 2019, this Court heard oral argument on the |
| 13 | Autodesk Defendants' and the Sony Defendants' motions to dismiss Mr. Coffelt's |
| 14 | Complaint; |
| 15 | WHEREAS, on November 18, 2019, this Court granted both the Autodesk |
| 16 | Defendants' and the Sony Defendants' motions to dismiss Mr. Coffelt's Complaint |
| 17 | with prejudice and without leave to amend and denied Mr. Coffelt's remaining |
| 18 | motions as moot (ECF No. 54); |
| 19 | WHEREAS, on November 25, 2019, this Court heard oral argument on the |
| 20 | Autodesk Defendants' motion for Rule 11 sanctions; and |
| 21 | WHEREAS, on November 25, 2019, this Court granted the Autodesk |
| 22 | Defendants' motion for Rule 11 sanctions and ordered Mr. Coffelt to pay $2,000 to |
| 23 | Autodesk and to seek certification from the Chief Judge of this District before filing |
| 24 | additional related actions (ECF No. 59). |
| 25 | Accordingly, |
| 26 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT: |
| 27 | 1. Judgment is entered in favor of the Autodesk Defendants and the Sony |
| 28 | Defendants; |

sf-4143905

2. Mr. Coffelt is ordered to pay $2,000 to Autodesk, which he may pay in installments of $100 per month on the first day of each month starting January 1, 2020;

3. If Mr. Coffelt misses an installment payment and fails to cure the missed payment within thirty (30) days, the Autodesk Defendants may seek to enforce the monetary judgment; and

4. Mr. Coffelt is enjoined from filing any civil actions against Autodesk, its executives, or its subsidiaries and their executives, based upon any of the legal or factual claims that he alleged in this action or in his prior actions against Autodesk, in this District without first obtaining certification from the Chief Judge that his claims are not frivolous or asserted for an improper purpose.

Dated: December 18, 2019

_____
Honorable James V. Selna
United States District Judge

2